UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---------------------------------------------------------X

BROCK FREDIN,

Plaintiff,

-- against --

LINDSEY MIDDLECAMP,

Defendant.

---------------------------------------------------------X

**RECEIVED**

SEP 22 2017

CLERK, U.S. DISTRICT COURT
ST. PAUL, MINNESOTA

**AFFIDAVIT OF SERVICE**

Case No. 0:17-cv-03058-SRN-FLN

STATE OF Minnesota     )

                        : ss

COUNTY OF Ramsey     )

Kathleen Fredin, being duly sworn, deposes and says:

1.     The deponent is not a party to the action and is over the age of 18 years of age.

2.     The deponent resides in

3.     On the 21st day of September, 2017 the deponent served the following described papers upon the persons listed in paragraph 6 hereof:

- Plaintiff's August 18, 2017 Amended Complaint

- August 15, 2017 Order Granting IFP

- Summons to Defendant Lindsey Middlecamp

4.     The number of copies service on each of said persons was (1) paper copy of each document described in Paragraph 3.

5.     The method of service on each of said persons was by personal service/delivery at 25 E 7th St, St. Paul, MN at 1:15 PM on September 21, 2017.

SCANNED

SEP 2 5 2017

U.S DISTRICT COURT ST. PAUL

6.     The names of the persons served and the addresses at which service was made are as follows:

> Lindsey Middlecamp
> 2110 Alrich Avenue S.
> Minneapolis, MN 55405

7.     I declare under penalty of perjury that everything I have state in this document is true and correct. Minn. Stat. § 358.116.

Dated:          September 21st, 2017     _Kathleen Fredin_

                                        Kathleen Fredin

County and State Where Signed:

_Ramsey Cty MN_

2