

**RECEIVED BY MAIL**
OCT 13 2017
CLERK, U.S. DISTRICT COURT
ST. PAUL, MN

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300

Attn:

**BUSINESS REPLY MAIL**
FIRST-CLASS MAIL   PERMIT NO. 12615   WASHINGTON DC

POSTAGE WILL BE PAID BY UNITED STATES COURTS

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
OFFICE OF THE CLERK
316 ROBERT ST N STE 100
ST PAUL MN 55101-9614

MINNEAPOLIS MN 554
10 OCT 2017 PM 8 T

SCANNED
OCT 13 2017
U.S. DISTRICT COURT ST. PAUL

NO POSTAGE
NECESSARY
IF MAILED
IN THE
UNITED STATES