**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Brock Fredin,

      Plaintiff,

v.

Lindsey Middlecamp,

      Defendant.

Case No. 17-CV-03058 SRN-FLN

**DEFENDANT'S MOTION TO DISMISS AND TO STRIKE**

---

**PLEASE TAKE NOTICE** that Defendant, by and through her undersigned counsel, will move the Court for an order as follows:

1.    Dismissing Counts II and III of Plaintiff's Amended Complaint, with prejudice, pursuant to Fed. R. Civ. P. 12(b)(6).

2.    Striking from Plaintiff's Amended Complaint all redundant, immaterial, impertinent, and scandalous matters, pursuant to Fed. R. Civ. P. 12(f), including the following:

    a.  Paragraphs 4, 5, 6, 7, 14, 15, 16, 17, 18, 28, 29, and corresponding footnote 1 in their entirety;

    b.  Defendant's home address from Paragraph 13; and

    c.  The phrase "misandrist terrorism" from Paragraph 19.

3.    For such other and further relief as the Court deems just and equitable under the circumstances.

This Motion is based on Defendant's Memorandum of Law, the Declaration of Matthew J. Schaap, the pleadings and documents on file, the arguments of counsel, and all files, records and proceedings herein.

Dated:  November 17, 2017

**DOUGHERTY, MOLENDA, SOLFEST, HILLS & BAUER P.A.**

s/ Matthew J. Schaap
Matthew J. Schaap, I.D. 323421
mschaap@dmshb.com
Robert B. Bauer, I.D. 227365
rbauer@dmshb.com
14985 Glazier Avenue, Suite 525
Apple Valley, Minnesota 55124
P: (952) 953-8816
F: (952) 432-3780

**Attorneys for Defendant**

2