**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Brock Fredin,                                            Case No. 17-CV-03058 SRN-FLN

        Plaintiff,

v.                                                      **DECLARATION OF**
                                                       **MATTHEW J. SCHAAP**

Lindsey Middlecamp,

        Defendant.

I, Matthew J. Schaap, declare as follows:

1.      I am one of the attorneys representing Lindsey Middlecamp ("Defendant") in the above-captioned matter.

2.      I submit this declaration in support of Defendant's Motion to Dismiss and to Strike.

3.      Attached hereto as **Exhibit 1** is a true and correct copy of the Order Granting Harassment Restraining Order in Ramsey County, Minnesota, District Court File No. 62-HR-CV-17-233 on October 2, 2017.

**I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.**

Dated this 17th day of November 2017.               s/ Matthew J. Schaap
                                                       Matthew J. Schaap