# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Brock Fredin, | Case No. 17-CV-03058 SRN-FLN |
| Plaintiff, | |
| v. | **MEET-AND-CONFER STATEMENT** |
| Lindsey Middlecamp, | |
| Defendant. | |

I, Matthew J. Schaap, representing Defendant Linsey Middlecamp, hereby certify that:

I met and conferred with the opposing party by:

>Sending e-mail correspondence to Brock Fredin describing the relief sought in Defendant's motion to dismiss and to strike and inquiring whether defendant would stipulate to the relief sought in Defendant's motion.
>
>(party/parties or attorney/attorneys you met with)
>
>On: November 17, 2017. (dates you met and conferred)
>
>Discussing the following motion:
>
>**Defendant's Motion to Dismiss and to Strike**
>(name of motion discussed)

As a result of the meet-and-confer, the parties:

>☒ Do **not** agree on the resolution of any part of the motion.
>
>☐ Agreed on all or part of the motion and request that the Court incorporate the following agreement in an order:

2

Dated: November 17, 2017     **DOUGHERTY, MOLENDA, SOLFEST, HILLS & BAUER P.A.**

s/ Matthew J. Schaap
Matthew J. Schaap, I.D. 323421
mschaap@dmshb.com
Robert B. Bauer, I.D. 227365
rbauer@dmshb.com
14985 Glazier Avenue, Suite 525
Apple Valley, Minnesota 55124
P: (952) 953-8816
F: (952) 432-3780

**Attorneys for Defendant**

Note: All parties filing the motion must date and sign the Meet-and-Confer Statement and provide their mailing address and telephone number. Attach additional sheets of paper as necessary. The Meet-and Confer Statement must be served on each party, together with the documents required under LR 7.1(b)-(c).