UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Brock Fredin,

                    Plaintiff,              Court File No. 17-cv-03058 (SRN/HB)

v.

Lindsey Middlecamp,

                    Defendant.

Brock Fredin,

                    Plaintiff,              Court File No. 18-cv-00466 (SRN/HB)

v.

Grace Elizabeth Miller, et al.,

                    Defendant.

**AFFIDAVIT OF K. JON BREYER**

1.     I am an attorney with the law firm of Kutak Rock LLP and counsel to Defendants in the above-captioned matters. I submit this affidavit in support of Defendants' Opposition to Plaintiff's Request to Extend Discovery.

2.     Attached hereto as Exhibit A are two letters dated September 9, 2019, from Brock Fredin to Judges Patrick Diamond and James Street.

3.     Attached hereto as Exhibit B are Defendants' August 29, 2019 discovery requests to Fredin and Notice of Deposition, scheduling Fredin's deposition for September 30, 2019.

4815-3921-8089.1

4.    Attached hereto as Exhibit C are Fredin's initial Interrogatories and Document Requests to Defendants.

5.    Attached hereto as Exhibit D are Fredin's "corrected" Interrogatories to Defendants, dated September 6, 2019.

6.    Attached hereto as Exhibit E is a September 12, 2019 email exchange counsel had with Fredin regarding his deposition and the need for him provide full responses to Defendants' discovery before agreeing on an alternative date.

7.    Attached hereto as Exhibit F is Fredin's Objections to Ms. Middlecamp's Interrogatories.

8.    Attached hereto as Exhibit G is Fredin's Objections to Ms. Schaefer and Ms. Miller Interrogatories, dated September 29, 2019.

9.    Attached hereto as Exhibit H is Defendants' September 25, 2019 letter to Fredin objecting to Fredin's discovery as untimely and in violation of the Court's Order limiting the number of Interrogatories and Document Requests to 25 per party. Despite Fredin's discovery violations, Defendants nevertheless agreed to produce information and documents to Fredin.

10.    Attached hereto as Exhibit I is a September 27, 2019 email exchange counsel had with Fredin regarding his request to extend discovery and Defendants likely opposition if good cause did not exist.

11.    Attached hereto as Exhibit J is an email from Fredin at 11:41 pm on September 30, 2019 withdrawing his discovery and attempting to serve "corrected" document requests.

3

12.     Attached hereto as Exhibit K is a July 23, 2019 email to Fredin attaching the proposed stipulated protective order and a subsequent email exchange in early September regarding Fredin's objection.

I declare under the penalty of perjury that the foregoing is true and correct. Executed this 7th day of October, 2019 at Minneapolis, Minnesota.

*/s/K. Jon Breyer*
K. Jon Breyer

Subscribed and sworn to me this
7th day of October, 2019.

*/s/Mary K. Flahavan*
Mary K. Flahavan
Notary Public-Minnesota
My Commission Expires Jan 31, 2020

3