**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Brock Fredin,

                Plaintiff,        Court File No. 17-cv-03058 (SRN/HB)

v.

Lindsey Middlecamp,

                Defendant.

Brock Fredin,

                Plaintiff,        Court File No. 18-cv-00466 (SRN/HB)

v.

Grace Elizabeth Miller, et al.,

                Defendant.

## MOTION TO (I) COMPEL DISCOVERY; (II) COMPEL ATTENDANCE AT A DEPOSITION; AND (III) FOR ENTRY OF A PROTECTIVE ORDER

Defendants Lindsey Middlecamp, Grace Miller, and Catherine Schaefer ("Defendants") respectfully move this Court for an order (i) compelling Plaintiff to respond to Defendants' interrogatories and produce documents requested by Defendants' document requests; (ii) compelling Plaintiff to attend a deposition scheduled for November 21, 2019 at the offices of Kutak Rock, LLP in Minneapolis, Minnesota, and (iii) imposing a protective order in this matter.  Defendants' motion is brought pursuant to Fed. R. Civ. P.

37 and is supported by Defendants' memoranda of law and all supporting declarations and

exhibits filed therewith, and the file, record and all proceedings in this matter.

Date:  October 15, 2019

**BALLARD SPAHR LLP**

By:  /s/ Adam C. Ballinger
Adam C. Ballinger (MN #389058)
IDS Center Suite 2000
80 South 8th Street
Minneapolis, Minnesota  55402
Telephone:   (612) 371-3211
ballingera@ballardspahr.com

**KUTAK ROCK LLP**

By:  /s/ K. Jon Breyer
K. Jon Breyer (MN #302259)
60 South Sixth Street
Suite 3400
Minneapolis, Minnesota  55402
Telephone:   (612) 334-5057
Jon.breyer@kutakrock.com

*Attorneys for Defendants Lindsey Middlecamp,
Grace Miller, and Catherine Schaefer*