UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

BROCK FREDIN,

          Plaintiff,

  --against--

LINDSEY MIDDLECAMP

          Defendants.

Case No. 17-CV-3058

BROCK FREDIN,

          Plaintiff,

  --against--

GRACE MILLER,
CATHERINE SCHAEFER

          Defendants.

Case No. 18-CV-466

**MEET AND CONFER STATEMENT**

I, BROCK FREDIN, proceeding *pro se*, hereby certify that:

I met and conferred with opposing parties by:

1. On October 12, 2019 I emailed in reference to this limited discovery request
2. On October 13, 2019 Attorney K. Jon Breyer responded.
3. On October 14, 2019 I emailed a copy of this motion.
4. On October 14, 2019 I emailed in reference to this limited discovery request brief.
5. On October 14, 2019 Attorney Adam C. Ballinger responded.

Discussing the following motion:

**<u>MEMORANDUM OF LAW IN SUPPORT OF PLAINTIFF'S RENEWED MOTION FOR LIMITED DISCOVERY AND LEAVE TO MODIFY THE OCTOBER 15, 2019 NON-DISPOSITIVE MOTION DEADLINE</u>** (name of motion discussed).

As a result of the meet-and-confer, the parties:
(Check the box that applies.)

☑ Do **not** agree on the resolution of any part of the motion.

☐ Agreed on all or part of the motion and request that the Court incorporate the following agreement in an order:

Dated: October 24, 2019

                                                                                   s/ Brock Fredin

                                                              Brock Fredin
                                                              Milwaukee, WI
                                                              (612) 424-5512 (tel.)
                                                              brockfredinlegal@icloud.com
                                                              Plaintiff, *Pro Se*

<u>Note</u>:   All parties filing the motion must date and sign the Meet-and-Confer Statement and provide their mailing address and telephone number.  Attach additional sheets of paper as necessary.  The Meet-and Confer Statement must be served on each party, together with the documents required under LR 7.1(b)-(c).