

**From:** [13.82] " < [13.82] >

**To:** "Heng, Mary Ellen" <MaryEllen.Heng@minneapolismn.gov>

**Subject:** your counterpart at St. Paul?

**Date:** Tue, 24 Jan 2017 15:44:45 +0000

**Attachments:** [13.82] petitioner_Respondent_v_Brock_Fredin_Appellant.pdf

**Inline-Images:** image003.png

---

Mary Ellen,

Do you know/have contact info for your counterpart at the City of St. Paul? This is something of a professional courtesy email that, if you felt it was appropriate, I was hoping could be forwarded to their attention.

I have a friend who, in November of last year, got a restraining order against a man in St. Paul who stalked her for nearly two years even after she moved out of state all because she declined to meet him after brief contact on a dating site. He has retaliated against the restraining order in several dramatic ways; after storming out of the hearing at which it was granted, he promptly registered and launched a website referring to her by full name as a stalker and sexual predator and linking to her contact

**13.82**

Yesterday, the Court of Appeals issued an opinion in a different matter brought by a different woman [        ] ) against the same man. I'm attaching it here. I can tell you that I've spoken with several of his former colleagues or acquaintances and this seems like a very troubled individual with a documented history of serial harassment and escalation. He has been kicked out of a local gym for concerning threatening behavior towards a trainer, has been blacklisted from certain community groups for his alarming online conduct, etc. I have serious concerns that if he is not held accountable for violations of this restraining order, he will escalate either in his aggression against my acquaintance, or in parallel tracks against other women.

The "professional courtesy" angle here is that I'm also aware my friend is being contacted by journalists with MPR and City Pages about her experiences with this man and other women's restraining orders and issues with him. I believe it is likely the narrative will take a position that "St. Paul is doing nothing to protect them" in light of the cops basically telling her her main recourse was stop googling her own name and try to move on with her life despite his persistent attempts to sabotage and harass her. I thought it was worth at least forwarding the Court of Appeals decision to the potential prosecutors to see if the pattern/trend of this man's troubling behavior causes them to have more confidence in the need to pursue him in [13.82] case. I know resources and other considerations dictate case load but sometimes having another lawyer confirm this isn't a total goose chase seems helpful in giving things another look.



**Minneapolis**
City of Lakes

# B

**From:** "Patet, Tara (CI-StPaul)" <tara.patet@ci.stpaul.mn.us>

**To:** "Heng, Mary Ellen" <MaryEllen.Heng@minneapolismn.gov>

**Subject:** RE: your counterpart at St. Paul?

**Date:** Tue, 24 Jan 2017 16:17:06 +0000

**Inline-Images:** image001.png

---

Certainly.

**From:** Heng, Mary Ellen [mailto:MaryEllen.Heng@minneapolismn.gov]
**Sent:** Tuesday, January 24, 2017 10:16 AM
**To:** Patet, Tara (CI-StPaul)
**Subject:** RE: your counterpart at St. Paul?

Thank you. Can I let ▮▮▮▮▮ know this information?

**From:** Patet, Tara (CI-StPaul) [mailto:tara.patet@ci.stpaul.mn.us]
**Sent:** Tuesday, January 24, 2017 10:15 AM
**To:** Heng, Mary Ellen
**Cc:** McCabe, David (CI-StPaul)
**Subject:** RE: your counterpart at St. Paul?

I am familiar with this case, as are a couple other prosecutors in my office. As much as we want to get this guy, and as much as it is clear that he's intentionally trying to "get around" the HRO, we just haven't had a prosecutable case presented to us yet. What we have done, in partnership with SPPD Family Violence unit, is to have a single investigator appointed to the case(s) so that all are coming to one person and so that each time new behavior gets reported, the reviewing investigator and prosecutor are able to immediately see it in context with the larger body of conduct. I will forward your email on to the investigator as an FYI as well.

Thanks again, and have a great Tuesday.

**From:** Heng, Mary Ellen [mailto:MaryEllen.Heng@minneapolismn.gov]
**Sent:** Tuesday, January 24, 2017 10:06 AM
**To:** Patet, Tara (CI-StPaul)
**Subject:** FW: your counterpart at St. Paul?

Tara –

I am forwarding you this email from a colleague of mine who works in our civil division. She is friends with victim ▮▮▮▮▮ ▮▮▮▮▮. I believe you reviewed a case involving Ms. ▮▮▮▮▮ and Brock Fredin. Ms. ▮▮▮▮▮ asked me to forward on her email and this case to you.

**From:** ▮▮▮ 13.82 ▮▮▮
**Sent:** Tuesday, January 24, 2017 9:45 AM
**To:** Heng, Mary Ellen
**Subject:** your counterpart at St. Paul?

Mary Ellen,

Do you know/have contact info for your counterpart at the City of St. Paul? This is something of a professional courtesy email that, if you felt it was appropriate, I was hoping could be forwarded to their attention.

I have a friend who, in November of last year, got a restraining order against a man in St. Paul who stalked her for nearly two years even after she moved out of state all because she declined to meet him after brief contact on a dating site. He has retaliated against the restraining order in several dramatic ways; after storming out of the hearing at which it was granted, he promptly registered and launched a website referring to her by full name as a stalker and sexual predator and linking to her contact

**13.82**

Yesterday, the Court of Appeals issued an opinion in a different matter brought by a different woman ▮ 13.82 ▮ against the same man. I'm attaching it here. I can tell you that I've spoken with several of his former colleagues or acquaintances and this seems like a very troubled individual with a documented history of serial harassment and escalation. He has been kicked out of a local gym for concerning threatening behavior towards a trainer, has been blacklisted from certain community groups for his alarming online conduct, etc. I have serious concerns that if he is not held accountable for violations of this restraining order, he will escalate either in his aggression against my acquaintance, or in parallel tracks against other women.

The "professional courtesy" angle here is that I'm also aware my friend is being contacted by journalists with MPR and City Pages about her experiences with this man and other women's restraining orders and issues with him. I believe it is likely the narrative will take a position that "St. Paul is doing nothing to protect them" in light of the cops basically telling her her main recourse was stop googling her own name and try to move on with her life despite his persistent attempts to sabotage and harass her. I thought it was worth at least forwarding the Court of Appeals decision to the potential prosecutors to see if the pattern/trend of this man's troubling behavior causes them to have more confidence in the need to pursue him in ▮▮▮▮▮ case. I know resources and other considerations dictate case load but sometimes having another lawyer confirm this isn't a total goose chase seems helpful in giving things another look.

**13.82**

MPD-9648000082

**From:** "McCabe, David (CI-StPaul)" <david.mccabe@ci.stpaul.mn.us>

**To:**  13.43

**Subject:** Brock Fredin

**Date:** Tue, 24 Jan 2017 16:32:49 +0000

**Inline-Images:** image001.jpg

---

13.43 I saw your email to Mary Heng, then to Tara Patet. I have been working on this case for several years now and so far everything I have submitted has been declined.



*Sergeant David McCabe*
*Sex Crimes Unit*
Saint Paul Police Department
367 Grove Street
Saint Paul, MN 55101
Phone 651-266-5702
Fax    651-266-5529
david.mccabe@ci.stpaul.mn.us

MPD-9648000083

**From:** "Heng, Mary Ellen" </O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP
(FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=8FB9455EF86C4CADB15A86AA817EC7B8-HENG, MARY>

**To:** 13.82

**Subject:** FW: your counterpart at St. Paul?

**Date:** Tue, 24 Jan 2017 16:36:22 -0000

**Inline-Images:** image001.png

---

13.82 I sent this to Tara Patet who is a supervisor over in the St. Paul City Attorney's Office. She did review the case and here is her response.

**From:** Patet, Tara (CI-StPaul) [mailto:tara.patet@ci.stpaul.mn.us]
**Sent:** Tuesday, January 24, 2017 10:15 AM
**To:** Heng, Mary Ellen
**Cc:** McCabe, David (CI-StPaul)
**Subject:** RE: your counterpart at St. Paul?

I am familiar with this case, as a couple other prosecutors in my office. As much as we want to get this guy, and as much as it is clear that he's intentionally trying to "get around" the HRO, we just haven't had a prosecutable case presented to us yet. What we have done, in partnership with SPPD Family Violence unit, is to have a single investigator appointed to the case(s) so that all are coming to one person and so that each time new behavior gets reported, the reviewing investigator and prosecutor are able to immediately see it in context with the larger body of conduct. I will forward your email on to the investigator as an FYI as well.

Thanks again, and have a great Tuesday.

**From:** Heng, Mary Ellen [mailto:MaryEllen.Heng@minneapolismn.gov]
**Sent:** Tuesday, January 24, 2017 10:06 AM
**To:** Patet, Tara (CI-StPaul)
**Subject:** FW: your counterpart at St. Paul?

Tara –

I am forwarding you this email from a colleague of mine who works in our civil division. She is friends with victim 13.82 I believe you reviewed a case involving 13.82 and Brock Fredin. 13.82 asked me to forward on her email and this case to you.

**From:** 13.82
**Sent:** Tuesday, January 24, 2017 9:45 AM
**To:** Heng, Mary Ellen
**Subject:** your counterpart at St. Paul?

Mary Ellen,

Do you know/have contact info for your counterpart at the City of St. Paul? This is something of a professional courtesy email that, if you felt it was appropriate, I was hoping could be forwarded to their attention.

I have a friend who, in November of last year, got a restraining order against a man in St. Paul who stalked her for nearly two years even after she moved out of state all because she declined to meet him after brief contact on a dating site. He has retaliated against the restraining order in several dramatic ways; after storming out of the hearing at which it was granted, he promptly registered and launched a website referring to her by full name as a stalker and sexual predator and linking to her contact

13.82

Yesterday, the Court of Appeals issued an opinion in a different matter brought by a different woman 13.82 against the same man. I'm attaching it here. I can tell you that I've spoken with several of his former colleagues or acquaintances and this seems like a very troubled individual with a documented history of serial harassment and escalation. He has been kicked out of a local gym for concerning threatening behavior towards a trainer, has been blacklisted from certain community groups for his alarming online conduct, etc. I have serious concerns that if he is not held accountable for violations of this restraining order, he will escalate either in his aggression against my acquaintance, or in parallel tracks against other women.

The "professional courtesy" angle here is that I'm also aware my friend is being contacted by journalists with MPR and City Pages about her experiences with this man and other women's restraining orders and issues with him. I believe it is likely the narrative will take a position that "St. Paul is doing nothing to protect them" in light of the cops basically telling her her main recourse was stop googling her own name and try to move on with her life despite his persistent attempts to sabotage and harass her. I thought it was worth at least forwarding the Court of Appeals decision to the potential prosecutors to see if the pattern/trend of this man's troubling behavior causes them to have more confidence in the need to pursue him in 13.82 case. I know resources and other considerations dictate case load but sometimes having another lawyer confirm this isn't a total goose chase seems helpful in giving things another look.

13.82



**From:** "McCabe, David (CI-StPaul)" <david.mccabe@ci.stpaul.mn.us>

**To:** 13.43

**Subject:** Brock Fredin

**Date:** Tue, 24 Jan 2017 16:32:49 +0000

**Inline-Images:** image001.jpg

---

13.43 I saw your email to Mary Heng, then to Tara Patet. I have been working on this case for several years now and so far everything I have submitted has been declined.



*Sergeant David McCabe*
*Sex Crimes Unit*
Saint Paul Police Department
367 Grove Street
Saint Paul, MN 55101
Phone 651-266-5702
Fax    651-266-5529
david.mccabe@ci.stpaul.mn.us

MPD-9648000083



**From:** ████████████████ 13.82 ████████████
████████████████ 13.82 ████████████████████

**To:** "tara.patet@ci.stpaul.mn.us" <tara.patet@ci.stpaul.mn.us>

**Subject:** RE: your counterpart at St. Paul?

**Date:** Tue, 24 Jan 2017 18:41:54 -0000

**Inline-Images:** image004.png; image001.png

---

Tara,

Thank you so much for such a prompt reply and I understand the challenges and frustrations with perps who are strategic in their contact.

**████████████████████ 13.82 ████████████████████**

Anyway—I just wanted to be a conduit for that ██ 13.82 ██ decision to make it to your office and make sure the recent contact gets considered. I do think she'll take comfort knowing that the investigator and your office have a consistent set of eyes on this guy.



**Minneapolis**
City of Lakes

**From:** Patet, Tara (CI-StPaul) [mailto:tara.patet@ci.stpaul.mn.us]
**Sent:** Tuesday, January 24, 2017 10:15 AM
**To:** Heng, Mary Ellen
**Cc:** McCabe, David (CI-StPaul)
**Subject:** RE: your counterpart at St. Paul?

i am familiar with this case, as are a couple other prosecutors in my office. As much as we want to get this guy, and as much as it is clear that he's intentionally trying to "get around" the HRO, we just haven't had a prosecutable case presented to us yet. What we have done, in partnership with SPPD Family Violence unit, is to have a single investigator appointed to the case(s) so that all are coming to one person and so that each time new behavior gets reported, the reviewing investigator and prosecutor are able to immediately see it in context with the larger body of conduct. I will forward your email on to the investigator as an FYI as well.

Thanks again, and have a great Tuesday.

**From:** Heng, Mary Ellen [mailto:MaryEllen.Heng@minneapolismn.gov]
**Sent:** Tuesday, January 24, 2017 10:06 AM
**To:** Patet, Tara (CI-StPaul)
**Subject:** FW: your counterpart at St. Paul?

Tara –

I am forwarding you this email from a colleague of mine who works in our civil division. She is friends with victim ████ 13.82 ████ I believe you reviewed a case involving ██ 13.82 ██ and Brock Fredin. ██ 13.82 ██ asked me to forward on her email and this case to you.

**From** ████ 13.82 ████
**Sent:** Tuesday, January 24, 2017 9:45 AM
**To:** Heng, Mary Ellen
**Subject:** your counterpart at St. Paul?

Mary Ellen,

Do you know/have contact info for your counterpart at the City of St. Paul? This is something of a professional courtesy email that, if you felt it was appropriate, I was hoping could be forwarded to their attention.

I have a friend who, in November of last year, got a restraining order against a man in St. Paul who stalked her for nearly two years even after she moved out of state all because she declined to meet him after brief contact on a dating site. He has retaliated against the restraining order in several dramatic ways; after storming out of the hearing at which it was granted, he promptly registered and launched a website referring to her by full name as a stalker and sexual predator and linking to her contact

**████████████████ 13.82 ████████████████**

MPD-9648000087







**From:** "Gorshe, Jill" </O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP
(FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=941C24163F2440709C46595663E12447-GORSHE, JIL>

**To:** "Lund, Angela" <Angela.Lund@minneapolismn.gov>, "Kasper, Jessica" <Jessica.Kasper@Minneapolismn.gov>, "MacKay, Julie L"
<julie.mackay@minneapolismn.gov>

**Subject:** RE: HE'S LOST A JOB ALSO "allegedly" over this

**Date:** Thu, 13 Apr 2017 21:26:11 -0000

**Inline-Images:** image001.png

---

Here's an article that is related:

http://www.citypages.com/news/accused-stalker-brock-fredin-is-writing-a-horror-story-and-hes-the-main-character/414395703

**Jill Gorshe**
*Legal Support Specialist*

**City of Minneapolis – City Attorney's Office**
350 S. Fifth St. – Room #210
Minneapolis, MN 55415

Office: 612-673-2669
Jill.Gorshe@minneapolismn.gov

**From:** Lund, Angela
**Sent:** Thursday, April 13, 2017 3:47 PM
**To:** Kasper, Jessica; Gorshe, Jill; MacKay, Julie L
**Subject:** HE'S LOST A JOB ALSO "allegedly" over this





- Anyone
- You
- Your Friends
- Your Groups
- Your Friends and Groups
- ... Choose a Source...

TAGGED LOCATION

- Anywhere
- Maple Grove, MN
- ... Choose a Location...

DATE POSTED

- Anytime
- 2017
- 2016
- 2015
- ... Choose a Date...

2

Like Comment Share

**Brock Fredin**
October 24, 2016

The good guys always lose. The fight was fixed.

Everybody knows - Leonard Cohen

Artist: Leonard Cohen Songwriters: Leonard Cohen, Sharon Robinson Lyrics: Everybody knows that the dice are loaded Everybody rolls with their fingers crossed...

YOUTUBE.COM

Like Comment Share

**Brock Fredin**
September 13, 2016

Due to the egregious and misleading smear campaign, I have lost a job and have so far been unable to secure re-employment over the past 4 months. It is my hope that Catherine Schaefer, Lindsey Middlecamp, and Grace Miller will acknowledge their wrongful actions.

It goes without saying, this is a very serious matter and their public campaign has trashed my career and likely cost me hundreds of thousands of dollars. Additionally, Catherine Schaefer and Twitter Defamation => ...
Continue Reading

Like Comment Share

End of Results

Nintendo discontinues the NES Classic Edition – theverge.com

**NASA**
Conditions for Life Detected on Saturn Moon Enceladus – nytimes.com

**Afghanistan**
US drops largest non-nuclear bomb in Afghanistan after Green... – foxnews.com

**United Express Flight 3411 Incident**
United passenger dragged off plane likely to sue airline,... – theguardian.com

**United Airlines**
Scorpion stings man on United flight to Calgary – cnbc.com

**Marshawn Lynch**
Marshawn Lynch Trade to Raiders from Seahawks... – bleacherreport.com

**Justin Trudeau**
Trudeau introduces bill to fully legalize marijuana in Canada – thehill.com

**Jeffrey Lord**
CNN Commentator Jeffrey Lord Compares Donald Trump... – variety.com

**Bashar al-Assad**
Syria's Assad says Idlib chemical attack 'fabrication' – jpost.com

**British Intelligence Agencies**
'There's something not right here': British spies warned the US... – yahoo.com

Learn More

English (US) · Español · Português (Brasil) · Français (France) · Deutsch

Privacy · Terms · Advertising · Ad Choices · Cookies · More
Facebook © 2017

# G

**From:** "Segal, Susan L." <Susan.Segal@minneapolismn.gov>
**To:** Colleen OBrien <colleen.obrien@minneapolismn.gov>
**Subject:** Fwd: Attention: Security Matter
**Date:** Fri, 14 Apr 2017 11:49:32 -0400
**Inline-Images:** image001.png; brockfredin.jpg

---

Thanks!

Sent from my iPhone

Begin forwarded message:

**From:** "Laroen, Barb G." <Barb.Laroen@minneapolismn.gov>
**Date:** April 13, 2017 at 4:43:44 PM EDT
**To:** Criminal Division Attorneys <CriminalDivisionAttorneys@minneapolismn.gov>, Criminal Division Specialists <CriminalDivisionSpecialists@minneapolismn.gov>, Civil Division Attorneys <CivilDivisionAttorneys@minneapolismn.gov>, Civil Division Specialists <CivilDivisionSpecialists@minneapolismn.gov>, "Mawer, Emily" <emily.mawer@minneapolismn.gov>
**Subject: Attention: Security Matter**

Think you should see this too.

*Barb*

**From:** O'Brien, Colleen
**Sent:** Thursday, April 13, 2017 3:36 PM
**To:** Civil Division Support Staff; Criminal Division Support Staff
**Cc:** White, Lynn M
**Subject:** Attention: Security Matter

If this person comes to the lobby please leave the area and notify security, 612-348-5111. Do not grant access to him.

I have posted his picture at the desk as well. His name is Brock Fredin.

**Colleen O'Brien**
**Manager of Administration**
**Office of the City Attorney**

City of Minneapolis - Department
350 S. Fifth St. – Room 210
Minneapolis, MN 55415

Office: 612-673-2966
colleen.obrien@minneapolismn.gov



**From:** "O'Brien, Colleen" <Colleen.OBrien@minneapolismn.gov>

**To:** ███████ 13.43 █████████

**Subject:** FW: Brock Fredin

**Date:** Thu, 13 Apr 2017 20:44:10 +0000

**Inline-Images:** image002.png; image003.png

---

**From:** Mark R Pearson [mailto:Mark.Pearson@municipalbuilding.org]
**Sent:** Thursday, April 13, 2017 3:43 PM
**To:** O'Brien, Colleen
**Subject:** RE: Brock Fredin

Colleen,

I will forward this information to my security staff and will contact City Security Manager Art Thomas to see what type of other response he may want for this.  Thank You.



*Mark R. Pearson*
**Security Supervisor**
*Municipal Building Commission*
Minneapolis City Hall/Courthouse
350 South Fifth St. Suite #105
Minneapolis, MN 55415-1319
Cell   612-290-4635
Office   612-596-9537
Fax   612-596-9561
mark.pearson@municipalbuilding.org
mark.pearson@hennepin.us

**From:** O'Brien, Colleen [mailto:Colleen.OBrien@minneapolismn.gov]
**Sent:** Thursday, April 13, 2017 3:26 PM
**To:** Mark R Pearson <Mark.Pearson@municipalbuilding.org>
**Subject:** FW: Brock Fredin



**From:** Mark R Pearson <Mark.Pearson@municipalbuilding.org>
**To:** "Kurth, Toddrick D." <Toddrick.Kurth@minneapolismn.gov>
**Subject:** FW: Brock Fredin
**Date:** Thu, 13 Apr 2017 20:49:35 +0000
**Attachments:** brockfredin.jpg; brockfredin2.jpg; brockfredin4.jpg
**Inline-Images:** image002.png; image003.png; brockfredin3.jpg

Mr.Kurth,

We received a message today from the City Attorney's Office regarding a possible threat to a city staff member there.   Photos of the suspect, Brock William Fredin 12/12/1983 are attached.   I was wondering if you could run this person for any related criminal history, Restraining Orders on-file or any other workup documents you could find so that we may do a Security Advisory to be kept at the Security Desk in case he shows up here.   I will leave it up to you as to whether or not you feel a DVS photo could be included.



*Mark R. Pearson*
**Security Supervisor**
*Municipal Building Commission*
Minneapolis City Hall/Courthouse
350 South Fifth St. Suite #105
Minneapolis, MN 55415-1319
Cell   612-290-4635
Office   612-596-9537
Fax   612-596-9561
mark.pearson@municipalbuilding.org
mark.pearson@hennepin.us

**From:** O'Brien, Colleen [mailto:Colleen.OBrien@minneapolismn.gov]
**Sent:** Thursday, April 13, 2017 3:26 PM
**To:** Mark R Pearson <Mark.Pearson@municipalbuilding.org>
**Subject:** FW: Brock Fredin



**From:** "Laroen, Barb G." </O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP
(FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=BB0284FB74EE4E4F8E5DB7E70A16E882-LAROEN, BAR>
**To:** "Itie Memene, Ebi" <Ebi.ItieMemene@minneapolismn.gov>
**Subject:** RE: Attention: Security Matter
**Date:** Thu, 13 Apr 2017 20:52:24 -0000
**Inline-Images:** image001.png

---

I think Colleen was just thinking of the persons wearing the cell phone when she sent it.

---

**From:** Itie Memene, Ebi
**Sent:** Thursday, April 13, 2017 3:45 PM
**To:** Laroen, Barb G.
**Subject:** RE: Attention: Security Matter

Thank you Barb!  You would think they should send it to everyone.

---

**From:** Laroen, Barb G.
**Sent:** Thursday, April 13, 2017 3:44 PM
**To:** Criminal Division Attorneys; Criminal Division Specialists; Civil Division Attorneys; Civil Division Specialists; Mawer, Emily
**Subject:** Attention: Security Matter

Think you should see this too.

*Barb*

---

**From:** O'Brien, Colleen
**Sent:** Thursday, April 13, 2017 3:36 PM
**To:** Civil Division Support Staff; Criminal Division Support Staff
**Cc:** White, Lynn M
**Subject:** Attention: Security Matter

If this person comes to the lobby please leave the area and notify security, 612-348-5111.  Do not grant access to him.

I have posted his picture at the desk as well.  His name is Brock Fredin.

**Colleen O'Brien**
**Manager of Administration**
**Office of the City Attorney**

**City of Minneapolis - Department**
350 S. Fifth St. – Room 210
Minneapolis, MN 55415

Office: 612-673-2966
colleen.obrien@minneapolismn.gov



MPD-9648000122

**From:** "Laroen, Barb G." </O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP
(FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=BB0284FB74EE4E4F8E5DB7E70A16E882-LAROEN, BAR>

**To:** "Norris, George H." <george.norris@minneapolismn.gov>

**Subject:** RE: Attention: Security Matter

**Date:** Thu, 13 Apr 2017 20:52:49 -0000

**Inline-Images:** image001.png

---

Certainly

**From:** Norris, George H.
**Sent:** Thursday, April 13, 2017 3:46 PM
**To:** Laroen, Barb G.
**Subject:** RE: Attention: Security Matter

Thank you, Barb!

~George

**George H. Norris** │ *Assistant Minneapolis City Attorney* │ Direct: (612) 673-3339

**From:** Laroen, Barb G.
**Sent:** Thursday, April 13, 2017 3:44 PM
**To:** Criminal Division Attorneys; Criminal Division Specialists; Civil Division Attorneys; Civil Division Specialists; Mawer, Emily
**Subject:** Attention: Security Matter

Think you should see this too.

*Barb*

**From:** O'Brien, Colleen
**Sent:** Thursday, April 13, 2017 3:36 PM
**To:** Civil Division Support Staff; Criminal Division Support Staff
**Cc:** White, Lynn M
**Subject:** Attention: Security Matter

If this person comes to the lobby please leave the area and notify security, 612-348-5111. Do not grant access to him.

I have posted his picture at the desk as well. His name is Brock Fredin.

**Colleen O'Brien**
**Manager of Administration**
**Office of the City Attorney**

**City of Minneapolis - Department**
350 S. Fifth St. – Room 210
Minneapolis, MN 55415

Office: 612-673-2966
colleen.obrien@minneapolismn.gov



MPD-9648000123

**From:** "O'Brien, Colleen" </O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP
(FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=ADF6EE3ECFDB417C97CDFE46383B4C85-O'BRIEN, CO>

**To:** "Thomas, Arthur A." <Arthur.Thomas@minneapolismn.gov>

**Subject:** RE: Brock Fredin

**Date:** Thu, 13 Apr 2017 21:18:24 -0000

**Inline-Images:** image001.png

___

Just to let you know ▮13.43▮ tells me his stalking has primarily been cyber related thus far.

___

**From:** Thomas, Arthur A.
**Sent:** Thursday, April 13, 2017 4:16 PM
**To:** O'Brien, Colleen
**Subject:** RE: Brock Fredin

Thanks for letting me know Colleen, what's been done so far is great. I'll follow up with Mark P. Tomorrow, I was in training all day. Thanks


Sent from my Verizon 4G LTE smartphone


-------- Original message --------
From: "O'Brien, Colleen" <Colleen.OBrien@minneapolismn.gov>
Date: 4/13/17 15:36 (GMT-06:00)
To: "Thomas, Arthur A." <Arthur.Thomas@minneapolismn.gov>
Cc: "Bradford, Pauline R." <Pauline.Bradford@minneapolismn.gov>
Subject: FW: Brock Fredin

FYI Art – I notified building security and they are taking steps. I have notified reception staff and posted his picture at the front desk.

If you think I should do anything else let me know.

Colleen



MPD-9648000134

**From:** "Gorshe, Jill" </O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=941C24163F2440709C46595663E12447-GORSHE, JIL>
**To:** "Lund, Angela" <Angela.Lund@minneapolismn.gov>, "Kasper, Jessica" <Jessica.Kasper@Minneapolismn.gov>, "MacKay, Julie L" <julie.mackay@minneapolismn.gov>
**Subject:** RE: HE'S LOST A JOB ALSO "allegedly" over this
**Date:** Thu, 13 Apr 2017 21:26:11 -0000
**Inline-Images:** image001.png

---

Here's an article that is related:

http://www.citypages.com/news/accused-stalker-brock-fredin-is-writing-a-horror-story-and-hes-the-main-character/414395703

Jill Gorshe
*Legal Support Specialist*

City of Minneapolis – City Attorney's Office
350 S. Fifth St. – Room #210
Minneapolis, MN 55415

Office: 612-673-2669
Jill.Gorshe@minneapolismn.gov

**From:** Lund, Angela
**Sent:** Thursday, April 13, 2017 3:47 PM
**To:** Kasper, Jessica; Gorshe, Jill; MacKay, Julie L
**Subject:** HE'S LOST A JOB ALSO "allegedly" over this

Anyone
You
Your Friends
Your Groups
Your Friends and Groups
Choose a Source...

TAGGED LOCATION
Anywhere
Maple Grove, MN
Choose a Location...

DATE POSTED
Anytime
2017
2016
2015
Choose a Date...

2

Like Comment Share

Brock Fredin
October 24, 2016

The good guys always lose. The fight was fixed.

Everybody knows - Leonard Cohen
Artist: Leonard Cohen Songwriters: Leonard Cohen, Sharon Robinson Lyrics: Everybody knows that the dice are loaded Everybody rolls with their fingers crossed...
YOUTUBE.COM

Like Comment Share

Brock Fredin
September 13, 2016

Due to the egregious and misleading smear campaign, I have lost a job and have so far been unable to secure re-employment over the past 4 months. It is my hope tha [redacted] and [redacted] r will acknowledge their wrongful actions.
It goes without saying, this is a very serious matter and their public campaign has trashed my career and likely cost me hundreds of thousands of dollars. Additionally, [redacted] and Twitter Defamation => ...
Continue Reading

Like Comment Share

End of Results

Edition – theverge.com
NASA
Conditions for Life Detected on Saturn Moon Enceladus – nytimes.com
Afghanistan
US drops largest non-nuclear bomb in Afghanistan after Green... – foxnews.com
United Express Flight 3411 Incident
United passenger dragged off plane likely to sue airline,... – theguardian.com
United Airlines
Scorpion stings man on United flight to Calgary – cnbc.com
Marshawn Lynch
Marshawn Lynch Trade to Raiders from Seahawks... – bleacherreport.com
Justin Trudeau
Trudeau introduces bill to fully legalize marijuana in Canada – thehill.com
Jeffrey Lord
CNN Commentator Jeffrey Lord Compares Donald Trump... – variety.com
Bashar al-Assad
Syria's Assad says Idlib chemical attack 'fabrication' – jpost.com
British Intelligence Agencies
'There's something not right here': British spies warned the US... – yahoo.com
Learn More

English (US) · Español
Português (Brasil) · Français (France)
Deutsch

Privacy · Terms · Advertising · Ad Choices
Cookies · More
Facebook © 2017



**From:** 13.82

**To:** "Laroen, Barb G." <Barb.Laroen@minneapolismn.gov>, "Criminal Division Attorneys"
<CriminalDivisionAttorneys@minneapolismn.gov>, "Criminal Division Specialists"
<CriminalDivisionSpecialists@minneapolismn.gov>, "Civil Division Attorneys"
<CivilDivisionAttorneys@minneapolismn.gov>, "Civil Division Specialists"
<CivilDivisionSpecialists@minneapolismn.gov>, "Mawer, Emily" <emily.mawer@minneapolismn.gov>

**Subject:** RE: Attention: Security Matter

**Date:** Fri, 14 Apr 2017 14:23:42 +0000

**Inline-Images:** image001.png



**From:** Laroen, Barb G.
**Sent:** Thursday, April 13, 2017 3:44 PM
**To:** Criminal Division Attorneys; Criminal Division Specialists; Civil Division Attorneys; Civil Division Specialists; Mawer, Emily
**Subject:** Attention: Security Matter

Think you should see this too.

*Barb*

**From:** O'Brien, Colleen
**Sent:** Thursday, April 13, 2017 3:36 PM
**To:** Civil Division Support Staff; Criminal Division Support Staff
**Cc:** White, Lynn M
**Subject:** Attention: Security Matter

If this person comes to the lobby please leave the area and notify security, 612-348-5111. Do not grant access to him.

I have posted his picture at the desk as well.  His name is Brock Fredin.

**Colleen O'Brien**
**Manager of Administration**
**Office of the City Attorney**

City of Minneapolis - Department
350 S. Fifth St. – Room 210
Minneapolis, MN 55415

Office: 612-673-2966
colleen.obrien@minneapolismn.gov



**Minneapolis**
City of Lakes

**From:** "Osborne, Burt T." <Burt.Osborne@minneapolismn.gov>
**To:** "Saunders, Jennifer" <Jennifer.Saunders@minneapolismn.gov>, " ████████████████ "
██████ 13.82 ██████ "Dixon, Christopher J." <Christopher.Dixon@minneapolismn.gov>,
"Kovalesky, Kerri" <Kerri.Kovalesky@minneapolismn.gov>, "Antila, Nicholas C." <nicholas.antila@minneapolismn.gov>,
"Zettler, Gretchen L." <Gretchen.Zettler@minneapolismn.gov>
**Subject:** RE: Attention: Security Matter
**Date:** Fri, 14 Apr 2017 15:39:31 +0000
**Inline-Images:** image001.png

---

I hate it when the bosses send cryptic shit like that and don't inform folks about what the fuck is actually going on.

---

**From:** Saunders, Jennifer
**Sent:** Friday, April 14, 2017 10:38 AM
**To:** Osborne, Burt T.; ████ 13.82 ████ Dixon, Christopher J.; Kovalesky, Kerri; Antila, Nicholas C.; Zettler, Gretchen L.
**Subject:** RE: Attention: Security Matter

Colleen sent the original email to the civil division so he maybe has a matter with you guys?

---

**From:** Osborne, Burt T.
**Sent:** Friday, April 14, 2017 10:37 AM
**To:** ████ 13.82 ████ Dixon, Christopher J.; Kovalesky, Kerri; Antila, Nicholas C.; Saunders, Jennifer; Zettler, Gretchen L.
**Subject:** RE: Attention: Security Matter

Well, but why did Barb send the email below? What was the reason for that?

---

**From:** ████████
**Sent:** Friday, April 14, 2017 9:57 AM
**To:** Osborne, Burt T.; Dixon, Christopher J.; Kovalesky, Kerri; Antila, Nicholas C.; Saunders, Jennifer; Zettler, Gretchen L.
**Subject:** RE: Attention: Security Matter

13.43

13.82

---

**From:** Osborne, Burt T.
**Sent:** Friday, April 14, 2017 9:54 AM
**To:** ████ 13.82 ████ ; Dixon, Christopher J.; Kovalesky, Kerri; Antila, Nicholas C.; Saunders, Jennifer; Zettler, Gretchen L.
**Subject:** RE: Attention: Security Matter

Why are we banning him from here?  Did he come here and seek to get in?

---

**From:** ████ 13.82 ████
**Sent:** Friday, April 14, 2017 9:50 AM
**To:** Dixon, Christopher J.; Osborne, Burt T.; Kovalesky, Kerri; Antila, Nicholas C.; Saunders, Jennifer; Zettler, Gretchen L.
**Subject:** RE: Attention: Security Matter

13.43

13.82



MPD-9648000199

**From:** "Osborne, Burt T." <Burt.Osborne@minneapolismn.gov>
**To:** "Kovalesky, Kerri" <Kerri.Kovalesky@minneapolismn.gov>, "Saunders, Jennifer"
   <Jennifer.Saunders@minneapolismn.gov>, "Kruchowski Barrette, Paula" <Paula.Kruchowski@minneapolismn.gov>,
   "Dixon, Christopher J." <Christopher.Dixon@minneapolismn.gov>, "Antila, Nicholas C."
   <nicholas.antila@minneapolismn.gov>, "Zettler, Gretchen L." <Gretchen.Zettler@minneapolismn.gov>
**Subject:** RE: Attention: Security Matter
**Date:** Fri, 14 Apr 2017 15:45:28 +0000
**Inline-Images:** image001.png

Yeah Dixon you putz.

**From:** Kovalesky, Kerri
**Sent:** Friday, April 14, 2017 10:41 AM
**To:** Osborne, Burt T.; Saunders, Jennifer; Kruchowski Barrette, Paula; Dixon, Christopher J.; Antila, Nicholas C.; Zettler, Gretchen L.
**Subject:** RE: Attention: Security Matter

Agreed. Dixon, can you get on this????

**From:** Osborne, Burt T.
**Sent:** Friday, April 14, 2017 10:40 AM
**To:** Saunders, Jennifer; Kruchowski Barrette, Paula; Dixon, Christopher J.; Kovalesky, Kerri; Antila, Nicholas C.; Zettler, Gretchen L.
**Subject:** RE: Attention: Security Matter

I hate it when the bosses send cryptic shit like that and don't inform folks about what the fuck is actually going on.

**From:** Saunders, Jennifer
**Sent:** Friday, April 14, 2017 10:38 AM
**To:** Osborne, Burt T.; Kruchowski Barrette, Paula; Dixon, Christopher J.; Kovalesky, Kerri; Antila, Nicholas C.; Zettler, Gretchen L.
**Subject:** RE: Attention: Security Matter

Colleen sent the original email to the civil division so he maybe has a matter with you guys?

**From:** Osborne, Burt T.
**Sent:** Friday, April 14, 2017 10:37 AM
**To:** Kruchowski Barrette, Paula; Dixon, Christopher J.; Kovalesky, Kerri; Antila, Nicholas C.; Saunders, Jennifer; Zettler, Gretchen L.
**Subject:** RE: Attention: Security Matter

Well, but why did Barb send the email below?  What was the reason for that?

**From:** Kruchowski Barrette, Paula
**Sent:** Friday, April 14, 2017 9:57 AM
**To:** Osborne, Burt T.; Dixon, Christopher J.; Kovalesky, Kerri; Antila, Nicholas C.; Saunders, Jennifer; Zettler, Gretchen L.
**Subject:** RE: Attention: Security Matter

I have no idea.  It's weird because his legal stuff never even happened in Hennepin County, so I don't know what he'd be doing here.

Assistant Minneapolis City Attorney
Assigned to the Minneapolis Police Department's Domestic Assault Unit
350 South Fifth Street, Room 108
Minneapolis, MN 55415
612-673-2954/612-673-5412
paula.kruchowski@minneapolismn.gov

**From:** Osborne, Burt T.
**Sent:** Friday, April 14, 2017 9:54 AM
**To:** Kruchowski Barrette, Paula; Dixon, Christopher J.; Kovalesky, Kerri; Antila, Nicholas C.; Saunders, Jennifer; Zettler, Gretchen L.
**Subject:** RE: Attention: Security Matter

Why are we banning him from here?  Did he come here and seek to get in?

**From:** Kruchowski Barrette, Paula
**Sent:** Friday, April 14, 2017 9:50 AM
**To:** Dixon, Christopher J.; Osborne, Burt T.; Kovalesky, Kerri; Antila, Nicholas C.; Saunders, Jennifer; Zettler, Gretchen L.
**Subject:** RE: Attention: Security Matter

**From:** " 13.82  13.82 , 13.82 " <                    13.82                    >
**To:** "Dixon, Christopher J." <Christopher.Dixon@minneapolismn.gov>, "Kovalesky, Kerri"
<Kerri.Kovalesky@minneapolismn.gov>, "Osborne, Burt T." <Burt.Osborne@minneapolismn.gov>, "Saunders, Jennifer"
<Jennifer.Saunders@minneapolismn.gov>, "Antila, Nicholas C." <nicholas.antila@minneapolismn.gov>, "Zettler,
Gretchen L." <Gretchen.Zettler@minneapolismn.gov>
**Subject:** RE: Attention: Security Matter
**Date:** Fri, 14 Apr 2017 15:45:53 +0000
**Inline-Images:** image001.png

---

I totally agree with Burt.  If there's a security alert, we should know why.

13.82,   13.82   | 13.82 |

13.82

13.82

---

**From:** Dixon, Christopher J.
**Sent:** Friday, April 14, 2017 10:43 AM
**To:** Kovalesky, Kerri; Osborne, Burt T.; Saunders, Jennifer;  13.82   13.82  ,   ; Antila, Nicholas C.; Zettler, Gretchen L.
**Subject:** RE: Attention: Security Matter

I have absolutely no idea. I'll try to find out.

**Christopher J. Dixon**
Supervising Attorney - Criminal
Minneapolis City Attorney's Office
Office: (612) 673-2240
Fax: (612) 673-2189
christopher.dixon@minneapolismn.gov

---

**From:** Kovalesky, Kerri
**Sent:** Friday, April 14, 2017 10:41 AM
**To:** Osborne, Burt T.; Saunders, Jennifer;  13.82   13.82  ,   ; Dixon, Christopher J.; Antila, Nicholas C.; Zettler, Gretchen L.
**Subject:** RE: Attention: Security Matter

Agreed. Dixon, can you get on this????

---

**From:** Osborne, Burt T.
**Sent:** Friday, April 14, 2017 10:40 AM
**To:** Saunders, Jennifer;  13.82   13.82  ,   ; Dixon, Christopher J.; Kovalesky, Kerri; Antila, Nicholas C.; Zettler, Gretchen L.
**Subject:** RE: Attention: Security Matter

I hate it when the bosses send cryptic shit like that and don't inform folks about what the fuck is actually going on.

---

**From:** Saunders, Jennifer
**Sent:** Friday, April 14, 2017 10:38 AM
**To:** Osborne, Burt T.;  13.82   13.82  ,   ; Dixon, Christopher J.; Kovalesky, Kerri; Antila, Nicholas C.; Zettler, Gretchen L.
**Subject:** RE: Attention: Security Matter

Colleen sent the original email to the civil division so he maybe has a matter with you guys?

---

**From:** Osborne, Burt T.
**Sent:** Friday, April 14, 2017 10:37 AM
**To:**  13.82   13.82  ,   ; Dixon, Christopher J.; Kovalesky, Kerri; Antila, Nicholas C.; Saunders, Jennifer; Zettler, Gretchen L.
**Subject:** RE: Attention: Security Matter

Well, but why did Barb send the email below? What was the reason for that?

---

**From:**  13.82   13.82  ,   
**Sent:** Friday, April 14, 2017 9:57 AM
**To:** Osborne, Burt T.; Dixon, Christopher J.; Kovalesky, Kerri; Antila, Nicholas C.; Saunders, Jennifer; Zettler, Gretchen L.
**Subject:** RE: Attention: Security Matter

13.82

MPD-9648000192

13.82

13.82  13.82  13.82

13.82

13.82

**From:** Osborne, Burt T.
**Sent:** Friday, April 14, 2017 9:54 AM
**To:** 13.82  13.82 ; Dixon, Christopher J.; Kovalesky, Kerri; Antila, Nicholas C.; Saunders, Jennifer; Zettler, Gretchen L.
**Subject:** RE: Attention: Security Matter

Why are we banning him from here?  Did he come here and seek to get in?

**From:** 13.82  13.82 ,
**Sent:** Friday, April 14, 2017 9:50 AM
**To:** Dixon, Christopher J.; Osborne, Burt T.; Kovalesky, Kerri; Antila, Nicholas C.; Saunders, Jennifer; Zettler, Gretchen L.
**Subject:** RE: Attention: Security Matter

13.43

13.82  13.82  13.82

13.82

13.82

**From:** Dixon, Christopher J.
**Sent:** Friday, April 14, 2017 9:29 AM
**To:** 13.82  13.82 ,
**Subject:** RE: Attention: Security Matter

Do you know what his issue is?

**Christopher J. Dixon**
Supervising Attorney - Criminal
Minneapolis City Attorney's Office
Office: (612) 673-2240
Fax: (612) 673-2189
christopher.dixon@minneapolismn.gov

**From:** 13.82  13.82 ,
**Sent:** Friday, April 14, 2017 9:24 AM
**To:** Laroen, Barb G.; Criminal Division Attorneys; Criminal Division Specialists; Civil Division Attorneys; Civil Division Specialists; Mawer, Emily
**Subject:** RE: Attention: Security Matter

13.82

13.82  13.82  13.82

13.82

13.82

**From:** Laroen, Barb G.

MPD-9648000193

**Sent:** Thursday, April 13, 2017 3:44 PM
**To:** Criminal Division Attorneys; Criminal Division Specialists; Civil Division Attorneys; Civil Division Specialists; Mawer, Emily
**Subject:** Attention: Security Matter

Think you should see this too.

*Barb*

**From:** O'Brien, Colleen
**Sent:** Thursday, April 13, 2017 3:36 PM
**To:** Civil Division Support Staff; Criminal Division Support Staff
**Cc:** White, Lynn M
**Subject:** Attention: Security Matter

If this person comes to the lobby please leave the area and notify security, 612-348-5111.  Do not grant access to him.

I have posted his picture at the desk as well.  His name is Brock Fredin.

**Colleen O'Brien**
**Manager of Administration**
**Office of the City Attorney**

City of Minneapolis - Department
350 S. Fifth St. – Room 210
Minneapolis, MN 55415

Office: 612-673-2966
colleen.obrien@minneapolismn.gov



**Minneapolis**
City of Lakes

**From** 13.82

**To:** "Miller, Thomas J." <Thomas.Miller@minneapolismn.gov>

**Subject:** FW: Attention: Security Matter

**Date:** Fri, 14 Apr 2017 15:46:32 +0000

**Inline-Images:** image001.png

---

This is what I sent to the first folks who asked me. It's all I know.

13.82

**From:** Osborne, Burt T.
**Sent:** Friday, April 14, 2017 10:45 AM
**To:** Kovalesky, Kerri; Saunders, Jennifer; 13.82 ; Dixon, Christopher J.; Antila, Nicholas C.; Zettler, Gretchen L.
**Subject:** RE: Attention: Security Matter

Yeah Dixon you putz.

**From:** Kovalesky, Kerri
**Sent:** Friday, April 14, 2017 10:41 AM
**To:** Osborne, Burt T.; Saunders, Jennifer; 13.82 ; Dixon, Christopher J.; Antila, Nicholas C.; Zettler, Gretchen L.
**Subject:** RE: Attention: Security Matter

Agreed. Dixon, can you get on this????

**From:** Osborne, Burt T.
**Sent:** Friday, April 14, 2017 10:40 AM
**To:** Saunders, Jennifer; 13.82 ; Dixon, Christopher J.; Kovalesky, Kerri; Antila, Nicholas C.; Zettler, Gretchen L.
**Subject:** RE: Attention: Security Matter

I hate it when the bosses send cryptic shit like that and don't inform folks about what the fuck is actually going on.

**From:** Saunders, Jennifer
**Sent:** Friday, April 14, 2017 10:38 AM
**To:** Osborne, Burt T.; 13.82 ; Dixon, Christopher J.; Kovalesky, Kerri; Antila, Nicholas C.; Zettler, Gretchen L.
**Subject:** RE: Attention: Security Matter

Colleen sent the original email to the civil division so he maybe has a matter with you guys?

**From:** Osborne, Burt T.
**Sent:** Friday, April 14, 2017 10:37 AM
**To:** 13.82 ; Dixon, Christopher J.; Kovalesky, Kerri; Antila, Nicholas C.; Saunders, Jennifer; Zettler, Gretchen L.
**Subject:** RE: Attention: Security Matter

Well, but why did Barb send the email below? What was the reason for that?

**From:** 13.82
**Sent:** Friday, April 14, 2017 9:57 AM
**To:** Osborne, Burt T.; Dixon, Christopher J.; Kovalesky, Kerri; Antila, Nicholas C.; Saunders, Jennifer; Zettler, Gretchen L.
**Subject:** RE: Attention: Security Matter

13.43

13.82



**From:** ███ 13.82 ███
   **To:** "Miller, Thomas J." <Thomas.Miller@minneapolismn.gov>
   **Subject:** RE: Attention: Security Matter
      **Date:** Fri, 14 Apr 2017 16:08:25 +0000
**Inline-Images:** image001.png

---

Nope.  His last name is Fredin.

**13.82**

**From:** Miller, Thomas J.
**Sent:** Friday, April 14, 2017 11:08 AM
**To** ███ 13.82 ███
**Subject:** Attention: Security Matter

Thanks!  F.Y.I.  I could not locate anything in Civil PM that involves him.  Is his last name Amdahl?

**From** ███ 13.82 ███
**Sent:** Friday, April 14, 2017 10:47 AM
**To:** Miller, Thomas J.
**Subject:** FW: Attention: Security Matter

This is what I sent to the first folks who asked me.  It's all I know.

**13.82**

**From:** Osborne, Burt T.
**Sent:** Friday, April 14, 2017 10:45 AM
**To:** Kovalesky, Kerri; Saunders, Jennifer; ███ 13.82 ███ Dixon, Christopher J.; Antila, Nicholas C.; Zettler, Gretchen L.
**Subject:** RE: Attention: Security Matter

**13.43**

**From:** Kovalesky, Kerri
**Sent:** Friday, April 14, 2017 10:41 AM
**To:** Osborne, Burt T.; Saunders, Jennifer; Kruchowski Barrette, Paula; Dixon, Christopher J.; Antila, Nicholas C.; Zettler, Gretchen L.
**Subject:** RE: Attention: Security Matter

Agreed. Dixon, can you get on this????

**From:** Osborne, Burt T.
**Sent:** Friday, April 14, 2017 10:40 AM
**To:** Saunders, Jennifer; Kruchowski Barrette, Paula; Dixon, Christopher J.; Kovalesky, Kerri; Antila, Nicholas C.; Zettler, Gretchen L.
**Subject:** RE: Attention: Security Matter

I hate it when the bosses send cryptic shit like that and don't inform folks about what the fuck is actually going on.

**From:** Saunders, Jennifer
**Sent:** Friday, April 14, 2017 10:38 AM
**To:** Osborne, Burt T.; Kruchowski Barrette, Paula; Dixon, Christopher J.; Kovalesky, Kerri; Antila, Nicholas C.; Zettler, Gretchen L.
**Subject:** RE: Attention: Security Matter

Colleen sent the original email to the civil division so he maybe has a matter with you guys?





Listen Brock, I have a hilarious secret for you. Lindsey and Clydesdale have a mutual bestie and have been hanging out for years. You are going down way further than you imagined. You messed with the wrong women.

7:03 PM

Saint Paul Police Complaint Number 1728017



**From:** "Lamor, Lisa" <lisa.lamor@minneapolismn.gov>
**To:** "Zenzen, Mary L." <Mary.Zenzen@minneapolismn.gov>, "Wallace, Thaya" <Thaya.Wallace@minneapolismn.gov>,
"Carey, Ruth E." <Ruth.Carey@minneapolismn.gov>, "Meuwissen, Caresa M."
<Caresa.Meuwissen@minneapolismn.gov>, "Inthichack, Noah" <noah.inthichack@minneapolismn.gov>
**Cc:** datapractices <datapractices@minneapolismn.gov>
**Subject:** RE: Request Public Data DP 181303 / MPD-9648
**Date:** Tue, 17 Apr 2018 20:48:33 +0000
**Inline-Images:** image001.png; image002.jpg

---

Hi all,

Thanks for checking on that, Mary.
I will facilitate all communication on this request – do not contact the requester directly.

Timeframe for No.10 – please check back to 2000 if possible?
Thanks for checking on that too!
☺

-Lisa

**From:** Zenzen, Mary L.
**Sent:** Tuesday, April 17, 2018 10:31 AM
**To:** Wallace, Thaya; Carey, Ruth E.; Meuwissen, Caresa M.; Inthichack, Noah
**Cc:** datapractices; Lamor, Lisa
**Subject:** RE: Request Public Data DP 181303

I see. So I'd advise intake to log this and send the DP tracking number to Lisa. Lisa, I'm not sure if you want us to correspond with the requestor directly, but you could have our MPD number for reference. Lisa, could you get a timeframe from the requestor for No. 10? Not sure how far back the precincts will have data to begin with.

Once we have that clarification, the RIU processor should reach out to the precincts and get whatever data makes sense to address No. 10. Then as far as No. 1, I'd start with a CAPRS name check?

**Mary Zenzen**
*Manager, Police Record Services*
**City of Minneapolis – Police Department**
612-673-3996
mary.zenzen@minneapolismn.gov



---

**From:** Wallace, Thaya
**Sent:** Tuesday, April 17, 2018 10:25 AM
**To:** Zenzen, Mary L.; Carey, Ruth E.; Meuwissen, Caresa M.; Inthichack, Noah
**Subject:** RE: Request Public Data DP 181303

Not sure about the City Attorney's Office; the Precincts get them.

---

**From:** Zenzen, Mary L.
**Sent:** Tuesday, April 17, 2018 10:20 AM
**To:** Carey, Ruth E.; Meuwissen, Caresa M.; Inthichack, Noah; Wallace, Thaya
**Subject:** FW: Request Public Data DP 181303
**Importance:** High

Would any order for protection shared with MPD be kept in one place? Would the city attorney's office receive copies of OFPs?

---

**Mary Zenzen**
*Manager, Police Record Services*
**City of Minneapolis – Police Department**
612-673-3996
mary.zenzen@minneapolismn.gov



MPD-9648001232

**From:** Responsible Authority
**Sent:** Tuesday, April 17, 2018 8:17 AM
**To:** Zenzen, Mary L.
**Subject:** FW: Request Public Data DP 181303
**Importance:** High

Good morning Mary,

We received the following request – I have highlighted parts that seem to apply potentially to MPD.

I would appreciate it if I could get a status in the next day or so of what you think you might be able to find that would be great.  Number 10 is a bit confusing, but I hope maybe it makes sense to you?  (It took a while to sort through this one so I apologize for the short notice.)

I'll be back at my desk this afternoon (around 2:30?) if you have any questions.
Thanks so much!
-Lisa

**Lisa Lamor  |  Records Management Specialist  |  City of Minneapolis – City Clerk's Office  |  Office: 612-673-2296  |  lisa.lamor@minneapolismn.gov**

Submit data requests and learn more about open government [here]

---

**From:** City of Minneapolis [mailto:no-reply@wufoo.com]
**Sent:** Wednesday, April 04, 2018 12:47 PM
**To:** brockf12@gmail.com
**Subject:** Request Public Data

Thank you for submitting a request for government data to the City of Minneapolis. Your request has been received and assigned a tracking number: DP_181303. Please refer to this number in any correspondence related to the request.

We may contact you if we have any questions about your request or to update you on its status. Find out more about public data requests at: http://www.minneapolismn.gov/datapractices/publicdata.

Thank you for your interest.

# Request Public Data

Required. Briefly describe the data that you are requesting. Be as specific as possible. See ouFAQs for more information. *

1. All documents in Your possession, custody or control concerning, relating to and/or referencing Brock Fredin.
2. All communications concerning or relating to Brock Fredin.
3. All communications between Susan Segal, Lindsey Middlecamp, David McCabe, Amy Boyer, Yamy Vang, You and St. Paul City Attorney's Office and/or St. Paul Police, Ramsey County Sheriff, Hudson Police/Tracy Hall, or St. Croix County Sheriff concerning or relating to Brock Fredin.
4. Any knowledge of an April 27th, 2017 raid of Brock Fredin's home in Hudson, Wisconsin.
5. Any knowledge of @CardsAgstHrsmt discussed between City employees, staff, or vendors within your possession.
6. All Information Technology (IT) data relating to viewing, posting, and/or use of the @CardsAgstHrsmt Twitter account including timestamps, IP addresses, and/or work station numbers.
7. All Information Technology (IT) data relating to viewing, posting, and/or use of the @CardsAgstHrsmt Twitter account relating to Brock Fredin.
8. All Information Technology (IT) data relating to viewing, posting, and/or use of researching Brock Fredin.
9. All database and/or Information Technology (IT) checks, edits, views, etc by City staff relating to or referencing Brock Fredin.
10. Gender breakdown for all ex-parte and Final HRO/Orders of Protection sent to the Minneapolis Police from the Hennepin County and/or Ramsey County District Court.

| | |
|---|---|
| Optional. We will determine where to search based on the type of data requested. If you believe specific people, roles, or departments may have data, identify them here. | City Attorney's Office<br>Minneapolis Police |
| Indicate how we can contact you. The following information is optional; however, we need some way to contact you about your request. | brock fredin |
| Name | |
| Email | brockf12@gmail.com |
| Other contact information | 4152838366 |

MPD-9648001233

**From:** Responsible Authority <ResponsibleAuthority@minneapolismn.gov>
**To:** "Hagedorn, Roger" <Roger.Hagedorn@Minneapolismn.gov>
**Subject:** RE: Request Public Data DP 181303
**Date:** Tue, 17 Apr 2018 21:00:25 +0000
**Inline-Images:** image001.jpg

---

Hi Roger,
I can certainly indicate that there is no responsive data regarding the use of hashtags and/or twitter postings.

However, since you indicated that we can monitor activity inside our network, do you think you might have anything responsive to:

    8. All Information Technology (IT) data relating to viewing, posting, and/or use of researching Brock Fredin.
    9. All database and/or Information Technology (IT) checks, edits, views, etc by City staff relating to or referencing Brock Fredin.

Is that kind of data search-able?

Thanks so much for your help, Roger - I appreciate your quick response,
-Lisa

**Lisa Lamor** | Records Management Specialist | **City of Minneapolis – City Clerk's Office** | Office: 612-673-2296 | lisa.lamor@minneapolismn.gov

Submit data requests and learn more about open government [here]

---

**From:** Hagedorn, Roger
**Sent:** Tuesday, April 17, 2018 9:35 AM
**To:** Responsible Authority
**Subject:** RE: Request Public Data DP 181303

Lisa,
I'm sorry to say that I can't help you with this and I don't think that anyone at the City can. While we monitor activity inside our network, we have no control or monitoring capability over what happens outside of it. There may be tools to track Twitter postings, but the City doesn't have such tools and I'm afraid I have no experience in that whatsoever.

Roger
X3182

**From:** Responsible Authority
**Sent:** Tuesday, April 17, 2018 8:19 AM
**To:** Hagedorn, Roger <Roger.Hagedorn@ Minneapolismn.gov>
**Subject:** FW: Request Public Data DP 181303

Good morning Roger,

We received the following request – I've highlighted a few areas that I'm hoping you can help me with for processing.

Are the highlighted items even things you can even assemble somehow?

If you could let me know whether or not it's even possible to get this data as soon as you have a moment, I'd appreciate it.

Thanks so much,
-Lisa

**Lisa Lamor** | Records Management Specialist | **City of Minneapolis – City Clerk's Office** | Office: 612-673-2296 | lisa.lamor@minneapolismn.gov

Submit data requests and learn more about open government [here]

---

**From:** City of Minneapolis [mailto:no-reply@wufoo.com]
**Sent:** Wednesday, April 04, 2018 12:47 PM
**To:** brockf12@gmail.com
**Subject:** Request Public Data

Thank you for submitting a request for government data to the City of Minneapolis. Your request has been received and assigned a tracking number: DP_181303. Please refer to this number in any correspondence related to the request.

We may contact you if we have any questions about your request or to update you on its status. Find out more about public data requests at: http://www.minneapolismn.gov/datapractices/publicdata.

Thank you for your interest.

MPD-9648001234

**From:** "Lamor, Lisa" <lisa.lamor@minneapolismn.gov>
**To:** "Zenzen, Mary L." <Mary.Zenzen@minneapolismn.gov>
**Subject:** RE: Request Public Data DP 181303 / MPD-9648
**Date:** Wed, 2 May 2018 18:48:42 +0000
**Inline-Images:** image001.png; image002.jpg

---

Hi Mary,

Just following up to see if you have had any success in finding out information on this one – I saw you asked a bunch of folks then pulled back and indicated you'd be working with CAO on collection.
Any update?

Thanks!
-Lisa

---

**From:** Lamor, Lisa
**Sent:** Tuesday, April 17, 2018 3:49 PM
**To:** Zenzen, Mary L.; Wallace, Thaya; Carey, Ruth E.; Meuwissen, Caresa M.; Inthichack, Noah
**Cc:** datapractices
**Subject:** RE: Request Public Data DP 181303 / MPD-9648

Hi all,

Thanks for checking on that, Mary.
I will facilitate all communication on this request – do not contact the requester directly.

Timeframe for No.10 – please check back to 2000 if possible?
Thanks for checking on that too!
☺

-Lisa

**From:** Zenzen, Mary L.
**Sent:** Tuesday, April 17, 2018 10:31 AM
**To:** Wallace, Thaya; Carey, Ruth E.; Meuwissen, Caresa M.; Inthichack, Noah
**Cc:** datapractices; Lamor, Lisa
**Subject:** RE: Request Public Data DP 181303

I see. So I'd advise intake to log this and send the DP tracking number to Lisa. Lisa, I'm not sure if you want us to correspond with the requestor directly, but you could have our MPD number for reference. Lisa, could you get a timeframe from the requestor for No. 10? Not sure how far back the precincts will have data to begin with.

Once we have that clarification, the RIU processor should reach out to the precincts and get whatever data makes sense to address No. 10. Then as far as No. 1, I'd start with a CAPRS name check?

---

**Mary Zenzen**
*Manager, Police Record Services*
*City of Minneapolis – Police Department*
612-673-3996
mary.zenzen@minneapolismn.gov



---

**From:** Wallace, Thaya
**Sent:** Tuesday, April 17, 2018 10:25 AM
**To:** Zenzen, Mary L.; Carey, Ruth E.; Meuwissen, Caresa M.; Inthichack, Noah
**Subject:** RE: Request Public Data DP 181303

Not sure about the City Attorney's Office; the Precincts get them.

---

**From:** Zenzen, Mary L.
**Sent:** Tuesday, April 17, 2018 10:20 AM
**To:** Carey, Ruth E.; Meuwissen, Caresa M.; Inthichack, Noah; Wallace, Thaya
**Subject:** FW: Request Public Data DP 181303
**Importance:** High

Would any order for protection shared with MPD be kept in one place? Would the city attorney's office receive copies of OFPs?

---

**Mary Zenzen**
*Manager, Police Record Services*

**From:** Open City <OpenCity@minneapolismn.gov>
**To:** <mary.zenzen@minneapolismn.gov>
**Subject:** DR18_001303 - #1, #10
**Date:** Sun, 7 Oct 2018 08:50:40 -0700

---

Mary Zenzen,

Complete by 2018-10-07.

Thank you,
Lisa Lamor

---

Reference number: DR18_001303
What: 1. All documents in Your possession, custody or control concerning, relating to and/or referencing Brock Fredin. 2. All communications concerning or relating to Brock Fredin. 3. All communications between Susan Segal, Lindsey Middlecamp, David McCabe, Amy Boyer, Yamy Vang, You and St. Paul City Attorney's Office and/or St. Paul Police, Ramsey County Sheriff, Hudson Police/Tracy Hall, or St. Croix County Sheriff concerning or relating to Brock Fredin. 4. Any knowledge of an April 27th, 2017 raid of Brock Fredin's home in Hudson, Wisconsin. 5. Any knowledge of @CardsAgstHrsmt discussed between City employees, staff, or vendors within your possession. 6. All Information Technology (IT) data relating to viewing, posting, and/or use of the @CardsAgstHrsmt Twitter account including timestamps, IP addresses, and/or work station numbers. 7. All Information Technology (IT) data relating to viewing, posting, and/or use of the @CardsAgstHrsmt Twitter account relating to Brock Fredin. 8. All Information Technology (IT) data relating to viewing, posting, and/or use of researching Brock Fredin. 9. All database and/or Information Technology (IT) checks, edits, views, etc by City staff relating to or referencing Brock Fredin. 10. Gender breakdown for all ex-parte and Final HRO/Orders of Protection sent to the Minneapolis Police from the Hennepin County and/or Ramsey County District Court. From: To: Who: City Attorney's Office Minneapolis Police How: brock fredin brockf12@gmail.com 4152838366
Requestor information: brock fredin
Requestor email: brockf12@gmail.com

Ref:MSG1639564

MPD-9648001257

13.393

**From:** MacDonald, Kyle H
**Sent:** Wednesday, October 31, 2018 10:37 AM
**To:** Zenzen, Mary L. <Mary.Zenzen@minneapolismn.gov>
**Cc:** Lamor, Lisa <lisa.lamor@minneapolismn.gov>; Bachun, Caroline M. <Caroline.Bachun@minneapolismn.gov>
**Subject:** RE: MPD 9648 and CCO 181303

I've completed reviewing a number of emails related to this requestor. I initially searched MPD/police locations, which yielded around 120 documents. I then expanded my search to include public email boxes and ended up with around 450 emails from the City Attorney's Office and emails between the victim, a city employee, and outside counsel. I'm not sure if others have reviewed these emails as part of City Clerk review or City Attorney's Office. I marked many documents for Attorney review, mainly because most of these documents involve Susan Segal and other attorneys in the CAO. The documents are in DISCO under the folder MPD 9648.

I've included Carol on this email as part of the attorney review.

Thank you,

Kyle

**From:** Zenzen, Mary L.
**Sent:** Tuesday, October 30, 2018 9:48 AM
**To:** MacDonald, Kyle H <kyle.macdonald@minneapolismn.gov>
**Cc:** Lamor, Lisa <lisa.lamor@minneapolismn.gov>
**Subject:** RE: MPD 9648 and CCO 181303

Good catch – if you're talking about part 10, he's asking for a gender breakdown, which isn't data that is collected, so we can cross that one off.

---

**Mary Zenzen**
*Manager, Police Record Services*
City of Minneapolis – Police Department
612-673-3996
mary.zenzen@minneapolismn.gov



**From:** MacDonald, Kyle H
**Sent:** Tuesday, October 30, 2018 9:44 AM
**To:** Zenzen, Mary L. <Mary.Zenzen@minneapolismn.gov>
**Cc:** Lamor, Lisa <lisa.lamor@minneapolismn.gov>
**Subject:** RE: MPD 9648 and CCO 181303

I'm working on the email pull for this request. I notice that the requestor also wants copies of all HROs filed against this person. Has this part of the request been addressed or do we still need to send out emails to the various precincts?

**From:** Zenzen, Mary L.

MPD-9648001265

**From:** "Zenzen, Mary L." </O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=0A190BE2DBF94840AA45CBF9B4F9B1DE-ZENZEN, MAR>

**To:** "MacDonald, Kyle H" <kyle.macdonald@minneapolismn.gov>

**Cc:** "Lamor, Lisa" <lisa.lamor@minneapolismn.gov>

**Subject:** MPD 9648 and CCO 181303

**Date:** Fri, 26 Oct 2018 20:12:26 -0000

**Embedded:** unnamed

---

Kyle, please see the attached request. Could you add this to your email pull list (See: no. 2 of his numbered list). I would search with his name as the keyword(s).

Let me know what comes back and we can discuss how to approach the review.

Thanks!

MPD-9648001260

**From:** "MacDonald, Kyle H" <kyle.macdonald@minneapolismn.gov>
**To:** "Lamor, Lisa" <lisa.lamor@minneapolismn.gov>
**Subject:** RE: MPD 9648 / DP 181303 - Fredin
**Date:** Fri, 31 May 2019 14:12:34 +0000

---

I'm not sure what happened with this request.  I have a folder labeled Fredin production however it's empty.  I'm looking through my assorted flash drives and I don't see one labeled 9648 or 181303.

**From:** Lamor, Lisa
**Sent:** Friday, May 31, 2019 8:37 AM
**To:** MacDonald, Kyle H <kyle.macdonald@minneapolismn.gov>
**Subject:** RE: MPD 9648 / DP 181303 - Fredin

Good morning Kyle,

I was wondering if you could give me a status update on this one…?

Any information would be most appreciated.

Thanks!
-Lisa

**From:** MacDonald, Kyle H
**Sent:** Monday, April 01, 2019 12:51 PM
**To:** Lamor, Lisa <lisa.lamor@minneapolismn.gov>
**Subject:** MPD 9648 / DP 181303 - Fredin

Good afternoon again,

I've completed the review of the Brock Fredin documents. I think this one initially came through the clerk's office. Everything has been reviewed by me and Carol B.  I'll load this and the Horowitz request on to a flash drive.  I'm assuming that you would want to handle contact with the requestor?

**Kyle MacDonald**
*Records Management Specialist*

City of Minneapolis – Police Department
Records Information Unit
350 S. Fifth St. – Room # 31
Minneapolis, MN 55415

612-673-6101
Kyle.macdonald@minneapolismn.gov

*The Minneapolis Police Department recently began using a new Records Management System for storing and retrieving data related to MPD cases. Your patience is appreciated, as delays in responding to and fulfilling requests for police data are expected during the implementation of the new system.

**From:** "Lamor, Lisa" </O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP
(FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=F75744158FF4403AA2F6870390C7BB67-LAMOR, LISA>
**To:** "MacDonald, Kyle H" <kyle.macdonald@minneapolismn.gov>
**Subject:** RE: MPD 9648 / DP 181303 - Fredin
**Date:** Fri, 31 May 2019 14:13:14 -0000

---

Hmm… a mystery…
Does MPD-9648 still show open?

---

**From:** MacDonald, Kyle H
**Sent:** Friday, May 31, 2019 9:13 AM
**To:** Lamor, Lisa <lisa.lamor@minneapolismn.gov>
**Subject:** RE: MPD 9648 / DP 181303 - Fredin

I'm not sure what happened with this request. I have a folder labeled Fredin production however it's empty. I'm looking through my assorted flash drives and I don't see one labeled 9648 or 181303.

---

**From:** Lamor, Lisa
**Sent:** Friday, May 31, 2019 8:37 AM
**To:** MacDonald, Kyle H <kyle.macdonald@minneapolismn.gov>
**Subject:** RE: MPD 9648 / DP 181303 - Fredin

Good morning Kyle,

I was wondering if you could give me a status update on this one…?

Any information would be most appreciated.

Thanks!
-Lisa

**From:** MacDonald, Kyle H
**Sent:** Monday, April 01, 2019 12:51 PM
**To:** Lamor, Lisa <lisa.lamor@minneapolismn.gov>
**Subject:** MPD 9648 / DP 181303 - Fredin

Good afternoon again,

I've completed the review of the Brock Fredin documents. I think this one initially came through the clerk's office. Everything has been reviewed by me and Carol B. I'll load this and the Horowitz request on to a flash drive. I'm assuming that you would want to handle contact with the requestor?

**Kyle MacDonald**
*Records Management Specialist*

**City of Minneapolis – Police Department**
**Records Information Unit**
350 S. Fifth St. – Room # 31
Minneapolis, MN 55415

612-673-6101
Kyle.macdonald@minneapolismn.gov

*The Minneapolis Police Department recently began using a new Records Management System for storing and retrieving data related to MPD cases. Your patience is appreciated, as delays in responding to and fulfilling requests for police data are expected during the implementation of the new system.

MPD-9648001277



**From:** "Nilsson, Erik A." <Erik.Nilsson@minneapolismn.gov>
**To:** "Segal, Susan L." <Susan.Segal@minneapolismn.gov>
**Subject:** FW:
**Date:** Tue, 22 Aug 2017 18:11:36 +0000

FYI



MPD-9648001109





**STATE OF MINNESOTA**

**IN COURT OF APPEALS**

June 26, 2019

OFFICE OF
APPELLATE COURTS

---

State of Minnesota,

          Respondent,

vs.

Brock William Fredin,

          Appellant.

**O R D E R**

#A19-0085

---

### BASED ON THE FILE, RECORD, AND PROCEEDINGS, AND BECAUSE:

1.    This appeal was filed on January 15, 2019, from final judgment in a gross misdemeanor case.  Appellant was convicted and sentenced for stalking in violation of Minn. Stat. § 609.749, subd. 2(6) (2014).  The jury also found appellant guilty of a misdemeanor for violating a restraining order, but the district court did not enter judgment of conviction for this offense.

2.    Appellant's brief was filed on June 13, 2019.

3.    On June 19, 2019, the supreme court held that Minn. Stat. § 609.749, subd. 2(6) (2018), is facially overbroad in violation of the First Amendment.  *In re Welfare of A.J.B.*, ___ N.W.2d ___ (Minn. June 19, 2019).

4.    On June 25, 2019, appellant filed a motion to stay this appeal and remand the matter to the district court for postconviction proceedings.

5.      "If, after filing a notice of appeal, a defendant determines that a petition for postconviction relief is appropriate, a defendant may file a motion to stay the appeal for postconviction proceedings."   Minn. R. Crim. P. 28.02, subd. 4(4).   An appellant moving for such relief must make a "threshold factual showing" from which this court may determine the propriety of the request.   *State v. Riendeau*, 603 N.W.2d 341, 343-44 (Minn. App. 1999).   The grant of a stay for these purposes "should not be construed as an opinion" that appellant is entitled to relief or to an evidentiary hearing on remand.   *See id.*   This court may also set a time limit for an appellant to file a petition for postconviction relief.   Minn. R. Crim. P. 28 cmt.

6.      In an affidavit supporting the motion, appellant's counsel states that the prosecuting attorney does not object to a stay and remand for postconviction proceedings to give the district court an opportunity to consider whether appellant's conviction for stalking must be vacated in light of the supreme court's decision in *A.J.B.*

7.      Appellant has made a threshold showing to support a stay of this appeal for postconviction proceedings to develop the record and address this issue.

**IT IS HEREBY ORDERED:**

1.      Appellant's motion to stay this appeal to pursue postconviction relief is granted and jurisdiction in this matter is remanded to the district court.

2.      On or before July 26, 2019, appellant shall file a postconviction petition or other appropriate motion in district court, or a motion in this court to reinstate the appeal.

2

3.    Appellant's counsel shall also file monthly status letters, due the 26th of each month, with the first letter due on July 26, 2019.  These status letters shall detail the proceedings in the district court until the stay of this appeal is dissolved.

4.    Within 30 days after entry of a final order by the district court, appellant shall file either (a) a motion to dissolve the stay and reinstate the appeal, along with any written request for additional transcripts; or (b) a notice of voluntary dismissal that complies with Minn. R. Crim. P. 28.06, or a motion to dismiss the appeal that provides good cause to forego the requirements of rule 28.06.

5.    Unless otherwise ordered, appellant's brief shall be served and filed within 60 days after entry of a final postconviction order if no additional transcripts are ordered, or within 30 days after delivery of the last transcript.  The brief may address issues raised and decided in the postconviction proceedings, as well as any other challenges that are appropriate to be raised in a direct appeal from the judgments of conviction in appellant's case.

6.    Failure to comply with this court's order may result in sanctions, including dismissal of the appeal.

**Dated:** June 26, 2019

**BY THE COURT**

Edward J. Cleary
Chief Judge

3



Filed in District Court
State of Minnesota
9/3/2019 10:50 AM

**STATE OF MINNESOTA**

**COUNTY OF RAMSEY**

**DISTRICT COURT**

**SECOND JUDICIAL COURT**

State of Minnesota,

Plaintiff,

vs.

Brock William Fredin,

Defendant.

Case Type: Stalking, Violation of RO
Court File Number:     62-CR-17-3156

**ORDER SENTENCING
DEFENDANT ON COUNT II**

The above-entitled matter came before the Honorable Sophia Y. Vuelo, Judge of Ramsey County District Court, administratively on July 19, 2019 upon receipt of Defendant's memorandum in support of petition for post-conviction relief and the State's response memorandum. On July 19, 2018, Defendant was found guilty by a jury of Count 1: Stalking under Minn. Stat. § 609.749, subd. 2(6), and Count 2: Violate Restraining Order under Minn. Stat. § 609.748, subd. 6(b). On June 19, 2019, the Minnesota Supreme Court held in *In the Matter of the Welfare of: A.J.B.*, Child, Court file no. A17-1161, that Minn. Stat. § 609.749, subd. 2(6) (2018) is facially overbroad in violation of the First Amendment to the United States Constitution. The Minnesota Supreme Court did not address Count 2: Violate Restraining Order under Minn. Stat. § 609.748, subd. 6(b).

The court finds Minn. Stat. § 609.749, subd. 2(6) unconstitutional. The State does not disagree in its response memorandum, dated July 23, 2019. Thus, based on the Minnesota

1

Filed in District Court
State of Minnesota
9/3/2019 10:50 AM

Supreme Court Case *In the Matter of the Welfare of A.J.B.*, Child, Court file no. A17-1161,

Petitioner's conviction for Count 1: Stalking should be vacated.

On August 29, 2019, this court issued an order vacating conviction of Count 1. This order

will serve to impose sentence on Count 2.

Based upon the entire file, proceedings herein, the Complaint filed in this matter, and the

State's response memorandum, the Court now makes the following:

## ORDER

1.      As to Count 2: Violate Restraining Order, the court sentences Defendant as

follows: Defendant shall serve an executed sentence of 90 days, with credit for

90 days, the court waives any fines and imposes $86 in court costs. Defendant

shall be discharged from this matter.

## LET JUDGEMENT BE ENTERED ACCORDINGLY

BY THE COURT:

Dated: September 3, 2019

Honorable Sophia Y. Vuelo
Judge of District Court

2

N

A19-0085

STATE OF MINNESOTA

IN COURT OF APPEALS



FILED

September 12, 2019

OFFICE OF
APPELLATE COURTS

---

State of Minnesota,

                  Respondent,

vs.

Brock William Fredin,

                  Appellant.

**AFFIDAVIT IN
SUPPORT OF MOTION**

---

Melissa Sheridan, being first duly sworn, states:

1. I am an Assistant State Public Defender, licensed to practice law in Minnesota. I represent Brock Fredin in this direct appeal of his Ramsey County convictions of Count 1, stalking (Minn. Stat. § 609.747, subd. 2(6)) and Count 2, restraining order violation (Minn. Stat. § 609.748, subd. 6(b)).

2. I filed appellant's brief on June 13, 2019, arguing that the evidence was insufficient to convict appellant of stalking and that the district court erred by giving a no-adverse-inference jury instruction.

3. On June 26, 2019, this court stayed the appeal to allow appellant to pursue postconviction relief and remanded the matter to the district court.

4. On July 19, 2019, appellant filed a petition for postconviction relief.

5. On August 29, 2019, the district court filed an order granting appellant's petition. The district court vacated appellant's stalking conviction and adjudicated appellant's restraining order violation conviction.

6. On September 3, 2019, the district court filed an order sentencing appellant on the restraining order violation conviction to 90 days in jail, with credit for 90 days served.

7. Appellant asks the court to dissolve the stay and reinstate the appeal to allow him to challenge the restraining order conviction, as argued in the principal brief appellant originally filed, and to allow appellant to file a pro se supplemental brief.

8. I will not be filing a supplemental brief and rely on Argument II as set forth in the principal brief.

**I declare under penalty of perjury that everything I have stated in this document is true and correct.**

September 12, 2019                    /s/ *Melissa Sheridan*

                                     _____

                                     Melissa Sheridan

2

Melissa Sheridan
Assistant Appellate Public Defender



For Conflicts and Other Cases Referred By
The Minnesota Appellate Public Defender

1380 Corporate Center Curve, Suite 320, Eagan, MN 55121
Telephone (651) 686-8800

August 23, 2019

**OFFICE OF
APPELLATE COURTS**

Our File No. 18AT000310

August 23, 2019

Clerk of Appellate Courts
305 Minnesota Judicial Center
25 Rev. Dr. Martin Luther King Jr. Blvd.
St. Paul, MN 55155-6102

     Re: State v. Fredin, App. Ct. File No. A19-0085

Dear Clerk:

This status letter is being filed pursuant to the court's June 26, 2019 order staying the appeal and remanding the case to the district court for postconviction proceedings. On July 23, 2019, the state filed its response to Mr. Fredin's postconviction petition and the district court has the matter under advisement.

As ordered, I will keep the court informed of the district court proceedings.

Sincerely,

/s/ *Melissa Sheridan*

Melissa Sheridan
Assistant Public Defender

MS:sar

cc:  Attorney General Keith M. Ellison
     Assistant St. Paul City Attorney Judith A. Hanson
     Appellant Brock Fredin

A19-0085

STATE OF MINNESOTA

IN COURT OF APPEALS



FILED

September 12, 2019

OFFICE OF
APPELLATE COURTS

State of Minnesota,

    Respondent,

   vs.

Brock William Fredin,

     Appellant.

**NOTICE OF MOTION AND MOTION
TO REINSTATE APPEAL**

---

TO: **The Minnesota Court of Appeals, Minnesota Attorney General Keith
Ellison and Assistant St. Paul City Attorney Judith A. Hanson**

  PLEASE TAKE NOTICE that appellant Brock William Fredin moves the

Minnesota Court of Appeals for an order reinstating this appeal. This motion is

made pursuant to this court's June 26, 2019 order, and is based on the attached

affidavit of counsel.

Dated: September 12, 2019   Respectfully submitted,

       /s/ *Melissa Sheridan*
       Melissa Sheridan
       Assistant State Public Defender
       Attorney License No. 180269
       1380 Corporate Center Curve, Suite 320
       Eagan, MN 55121
       (651) 686-8800

       Attorney for Appellant





**Brock F <brockf12@gmail.com>**

## DR18_001303

2 messages

---

**Open City** <OpenCity@minneapolismn.gov>                    Fri, Oct 18, 2019 at 10:45 AM
Reply-To: Open City <OpenCity@minneapolismn.gov>
To: brockf12@gmail.com
Cc: ResponsibleAuthority@minneapolismn.gov

  Good morning,

    I'm reaching out to you today because our records show that you submitted a Data Practices request to the City of Minneapolis at the beginning of April in 2018. Unfortunately, our office has experienced a significant amount of turnover in the last year, and the person previously working on your request is no longer at our office. We noticed that we couldn't find a record of data ever being sent to you for your request.

If you are still interested in receiving data, could you please reply all to the to this email letting us know? If we do not receive a response from you by COB on October 28th, we will assume that you are no longer interested in receiving the data you requested.

If you have any questions or concerns, please let us know.

Thank you,

**Jacob Crawford**

*Records Management Specialist*

**City of Minneapolis – City Clerk**

350 S. Fifth St. – Room #304

Minneapolis, MN 55415


Office: 612-673-2476

Jacob.Crawford@minneapolismn.gov


Ref:MSG2235948

---

**Brock F <brockf12@gmail.com>**                              Fri, Oct 18, 2019 at 12:50 PM
To: Open City <OpenCity@minneapolismn.gov>
Cc: ResponsibleAuthority@minneapolismn.gov

It is my belief the request was deliberately ignored.  Yes, of course I want the data.
[Quoted text hidden]