

**From:** ▮▮▮ 13.82 ▮▮▮ " < ▮▮▮ 13.82 ▮▮▮ >

**To:** "Heng, Mary Ellen" <MaryEllen.Heng@minneapolismn.gov>

**Subject:** your counterpart at St. Paul?

**Date:** Tue, 24 Jan 2017 15:44:45 +0000

**Attachments:** ▮▮▮ 13.82 ▮▮▮ _petitioner_Respondent_v_Brock_Fredin_Appellant.pdf

**Inline-Images:** image003.png

---

Mary Ellen,

Do you know/have contact info for your counterpart at the City of St. Paul? This is something of a professional courtesy email that, if you felt it was appropriate, I was hoping could be forwarded to their attention.

I have a friend who, in November of last year, got a restraining order against a man in St. Paul who stalked her for nearly two years even after she moved out of state all because she declined to meet him after brief contact on a dating site. He has retaliated against the restraining order in several dramatic ways; after storming out of the hearing at which it was granted, he promptly registered and launched a website referring to her by full name as a stalker and sexual predator and linking to her contact

**13.82**

Yesterday, the Court of Appeals issued an opinion in a different matter brought by a different woman ▮▮▮ ) against the same man. I'm attaching it here. I can tell you that I've spoken with several of his former colleagues or acquaintances and this seems like a very troubled individual with a documented history of serial harassment and escalation. He has been kicked out of a local gym for concerning threatening behavior towards a trainer, has been blacklisted from certain community groups for his alarming online conduct, etc. I have serious concerns that if he is not held accountable for violations of this restraining order, he will escalate either in his aggression against my acquaintance, or in parallel tracks against other women.

The "professional courtesy" angle here is that I'm also aware my friend is being contacted by journalists with MPR and City Pages about her experiences with this man and other women's restraining orders and issues with him. I believe it is likely the narrative will take a position that "St. Paul is doing nothing to protect them" in light of the cops basically telling her her main recourse was stop googling her own name and try to move on with her life despite his persistent attempts to sabotage and harass her. I thought it was worth at least forwarding the Court of Appeals decision to the potential prosecutors to see if the pattern/trend of this man's troubling behavior causes them to have more confidence in the need to pursue him in ▮ 13.82 ▮ case. I know resources and other considerations dictate case load but sometimes having another lawyer confirm this isn't a total goose chase seems helpful in giving things another look.



**Minneapolis**
City of Lakes

# B

**From:** "Patet, Tara (CI-StPaul)" <tara.patet@ci.stpaul.mn.us>
**To:** "Heng, Mary Ellen" <MaryEllen.Heng@minneapolismn.gov>
**Subject:** RE: your counterpart at St. Paul?
**Date:** Tue, 24 Jan 2017 16:17:06 +0000
**Inline-Images:** image001.png

---

Certainly.

**From:** Heng, Mary Ellen [mailto:MaryEllen.Heng@minneapolismn.gov]
**Sent:** Tuesday, January 24, 2017 10:16 AM
**To:** Patet, Tara (CI-StPaul)
**Subject:** RE: your counterpart at St. Paul?

Thank you. Can I let ▮▮▮▮ know this information?

**From:** Patet, Tara (CI-StPaul) [mailto:tara.patet@ci.stpaul.mn.us]
**Sent:** Tuesday, January 24, 2017 10:15 AM
**To:** Heng, Mary Ellen
**Cc:** McCabe, David (CI-StPaul)
**Subject:** RE: your counterpart at St. Paul?

I am familiar with this case, as are a couple other prosecutors in my office.  As much as we want to get this guy, and as much as it is clear that he's intentionally trying to "get around" the HRO, we just haven't had a prosecutable case presented to us yet.  What we have done, in partnership with SPPD Family Violence unit, is to have a single investigator appointed to the case(s) so that all are coming to one person and so that each time new behavior gets reported, the reviewing investigator and prosecutor are able to immediately see it in context with the larger body of conduct.  I will forward your email on to the investigator as an FYI as well.

Thanks again, and have a great Tuesday.

**From:** Heng, Mary Ellen [mailto:MaryEllen.Heng@minneapolismn.gov]
**Sent:** Tuesday, January 24, 2017 10:06 AM
**To:** Patet, Tara (CI-StPaul)
**Subject:** FW: your counterpart at St. Paul?

Tara –

I am forwarding you this email from a colleague of mine who works in our civil division. She is friends with victim ▮▮▮▮▮ ▮▮▮▮▮. I believe you reviewed a case involving Ms. ▮▮▮▮▮ and Brock Fredin.  Ms. ▮▮▮▮▮▮▮ asked me to forward on her email and this case to you.

**From:** ▮▮ 13.82
**Sent:** Tuesday, January 24, 2017 9:45 AM
**To:** Heng, Mary Ellen
**Subject:** your counterpart at St. Paul?

Mary Ellen,

Do you know/have contact info for your counterpart at the City of St. Paul? This is something of a professional courtesy email that, if you felt it was appropriate, I was hoping could be forwarded to their attention.

I have a friend who, in November of last year, got a restraining order against a man in St. Paul who stalked her for nearly two years even after she moved out of state all because she declined to meet him after brief contact on a dating site. He has retaliated against the restraining order in several dramatic ways; after storming out of the hearing at which it was granted, he promptly registered and launched a website referring to her by full name as a stalker and sexual predator and linking to her contact

**13.82**

Yesterday, the Court of Appeals issued an opinion in a different matter brought by a different woman ▮ 13.82 ▮ against the same man. I'm attaching it here. I can tell you that I've spoken with several of his former colleagues or acquaintances and this seems like a very troubled individual with a documented history of serial harassment and escalation. He has been kicked out of a local gym for concerning threatening behavior towards a trainer, has been blacklisted from certain community groups for his alarming online conduct, etc. I have serious concerns that if he is not held accountable for violations of this restraining order, he will escalate either in his aggression against my acquaintance, or in parallel tracks against other women.

The "professional courtesy" angle here is that I'm also aware my friend is being contacted by journalists with MPR and City Pages about her experiences with this man and other women's restraining orders and issues with him. I believe it is likely the narrative will take a position that "St. Paul is doing nothing to protect them" in light of the cops basically telling her her main recourse was stop googling her own name and try to move on with her life despite his persistent attempts to sabotage and harass her. I thought it was worth at least forwarding the Court of Appeals decision to the potential prosecutors to see if the pattern/trend of this man's troubling behavior causes them to have more confidence in the need to pursue him in ▮▮▮▮▮▮ case. I know resources and other considerations dictate case load but sometimes having another lawyer confirm this isn't a total goose chase seems helpful in giving things another look.

**13.82**

MPD-9648000082

**From:** "McCabe, David (CI-StPaul)" <david.mccabe@ci.stpaul.mn.us>

**To:** 13.43

**Subject:** Brock Fredin

**Date:** Tue, 24 Jan 2017 16:32:49 +0000

**Inline-Images:** image001.jpg

---

13.43 I saw your email to Mary Heng, then to Tara Patet. I have been working on this case for several years now and so far everything I have submitted has been declined.



*Sergeant David McCabe*
*Sex Crimes Unit*
Saint Paul Police Department
367 Grove Street
Saint Paul, MN 55101
Phone 651-266-5702
Fax    651-266-5529
david.mccabe@ci.stpaul.mn.us

MPD-9648000083

**From:** "Heng, Mary Ellen" </O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP
(FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=8FB9455EF86C4CADB15A86AA817EC7B8-HENG, MARY>

**To:** 13.82

**Subject:** FW: your counterpart at St. Paul?

**Date:** Tue, 24 Jan 2017 16:36:22 -0000

**Inline-Images:** image001.png

13.82 I sent this to Tara Patet who is a supervisor over in the St. Paul City Attorney's Office. She did review the case and here is her response.

**From:** Patet, Tara (CI-StPaul) [mailto:tara.patet@ci.stpaul.mn.us]
**Sent:** Tuesday, January 24, 2017 10:15 AM
**To:** Heng, Mary Ellen
**Cc:** McCabe, David (CI-StPaul)
**Subject:** RE: your counterpart at St. Paul?

I am familiar with this case, as a couple other prosecutors in my office.  As much as we want to get this guy, and as much as it is clear that he's intentionally trying to "get around" the HRO, we just haven't had a prosecutable case presented to us yet.  What we have done, in partnership with SPPD Family Violence unit, is to have a single investigator appointed to the case(s) so that all are coming to one person and so that each time new behavior gets reported, the reviewing investigator and prosecutor are able to immediately see it in context with the larger body of conduct.  I will forward your email on to the investigator as an FYI as well.

Thanks again, and have a great Tuesday.

**From:** Heng, Mary Ellen [mailto:MaryEllen.Heng@minneapolismn.gov]
**Sent:** Tuesday, January 24, 2017 10:06 AM
**To:** Patet, Tara (CI-StPaul)
**Subject:** FW: your counterpart at St. Paul?

Tara –

I am forwarding you this email from a colleague of mine who works in our civil division. She is friends with victim 13.82 I believe you reviewed a case involving 13.82 and Brock Fredin. 13.82 asked me to forward on her email and this case to you.

**From:** 13.82
**Sent:** Tuesday, January 24, 2017 9:45 AM
**To:** Heng, Mary Ellen
**Subject:** your counterpart at St. Paul?

Mary Ellen,

Do you know/have contact info for your counterpart at the City of St. Paul? This is something of a professional courtesy email that, if you felt it was appropriate, I was hoping could be forwarded to their attention.

I have a friend who, in November of last year, got a restraining order against a man in St. Paul who stalked her for nearly two years even after she moved out of state all because she declined to meet him after brief contact on a dating site. He has retaliated against the restraining order in several dramatic ways; after storming out of the hearing at which it was granted, he promptly registered and launched a website referring to her by full name as a stalker and sexual predator and linking to her contact

13.82

Yesterday, the Court of Appeals issued an opinion in a different matter brought by a different woman 13.82 against the same man. I'm attaching it here. I can tell you that I've spoken with several of his former colleagues or acquaintances and this seems like a very troubled individual with a documented history of serial harassment and escalation. He has been kicked out of a local gym for concerning threatening behavior towards a trainer, has been blacklisted from certain community groups for his alarming online conduct, etc. I have serious concerns that if he is not held accountable for violations of this restraining order, he will escalate either in his aggression against my acquaintance, or in parallel tracks against other women.

The "professional courtesy" angle here is that I'm also aware my friend is being contacted by journalists with MPR and City Pages about her experiences with this man and other women's restraining orders and issues with him. I believe it is likely the narrative will take a position that "St. Paul is doing nothing to protect them" in light of the cops basically telling her her main recourse was stop googling her own name and try to move on with her life despite his persistent attempts to sabotage and harass her. I thought it was worth at least forwarding the Court of Appeals decision to the potential prosecutors to see if the pattern/trend of this man's troubling behavior causes them to have more confidence in the need to pursue him in 13.82 case. I know resources and other considerations dictate case load but sometimes having another lawyer confirm this isn't a total goose chase seems helpful in giving things another look.

13.82

MPD-9648000084



**From:** "McCabe, David (CI-StPaul)" <david.mccabe@ci.stpaul.mn.us>

**To:** 13.43

**Subject:** Brock Fredin

**Date:** Tue, 24 Jan 2017 16:32:49 +0000

**Inline-Images:** image001.jpg

---

13.43 I saw your email to Mary Heng, then to Tara Patet. I have been working on this case for several years now and so far everything I have submitted has been declined.



*Sergeant David McCabe*
*Sex Crimes Unit*
Saint Paul Police Department
367 Grove Street
Saint Paul, MN 55101
Phone 651-266-5702
Fax    651-266-5529
david.mccabe@ci.stpaul.mn.us

MPD-9648000083



**From:** ███████████████████████ 13.82 ████████████████
████████████████████████████ 13.82 ████████████████████
**To:** "tara.patet@ci.stpaul.mn.us" <tara.patet@ci.stpaul.mn.us>
**Subject:** RE: your counterpart at St. Paul?
**Date:** Tue, 24 Jan 2017 18:41:54 -0000
**Inline-Images:** image004.png; image001.png

---

Tara,

Thank you so much for such a prompt reply and I understand the challenges and frustrations with perps who are strategic in their contact.

████████████████████████ 13.82 ████████████████████████

Anyway—I just wanted to be a conduit for that ███ 13.82 ███ decision to make it to your office and make sure the recent contact gets considered. I do think she'll take comfort knowing that the investigator and your office have a consistent set of eyes on this guy.





**From:** Patet, Tara (CI-StPaul) [mailto:tara.patet@ci.stpaul.mn.us]
**Sent:** Tuesday, January 24, 2017 10:15 AM
**To:** Heng, Mary Ellen
**Cc:** McCabe, David (CI-StPaul)
**Subject:** RE: your counterpart at St. Paul?

I am familiar with this case, as are a couple other prosecutors in my office. As much as we want to get this guy, and as much as it is clear that he's intentionally trying to "get around" the HRO, we just haven't had a prosecutable case presented to us yet. What we have done, in partnership with SPPD Family Violence unit, is to have a single investigator appointed to the case(s) so that all are coming to one person and so that each time new behavior gets reported, the reviewing investigator and prosecutor are able to immediately see it in context with the larger body of conduct. I will forward your email on to the investigator as an FYI as well.

Thanks again, and have a great Tuesday.

**From:** Heng, Mary Ellen [mailto:MaryEllen.Heng@minneapolismn.gov]
**Sent:** Tuesday, January 24, 2017 10:06 AM
**To:** Patet, Tara (CI-StPaul)
**Subject:** FW: your counterpart at St. Paul?

Tara –

I am forwarding you this email from a colleague of mine who works in our civil division. She is friends with victim ████ 13.82 ████ I believe you reviewed a case involving ██ 13.82 ██ and Brock Fredin. ███ 13.82 ███ asked me to forward on her email and this case to you.

**From:** ████ 13.82 ████
**Sent:** Tuesday, January 24, 2017 9:45 AM
**To:** Heng, Mary Ellen
**Subject:** your counterpart at St. Paul?

Mary Ellen,

Do you know/have contact info for your counterpart at the City of St. Paul? This is something of a professional courtesy email that, if you felt it was appropriate, I was hoping could be forwarded to their attention.

I have a friend who, in November of last year, got a restraining order against a man in St. Paul who stalked her for nearly two years even after she moved out of state all because she declined to meet him after brief contact on a dating site. He has retaliated against the restraining order in several dramatic ways; after storming out of the hearing at which it was granted, he promptly registered and launched a website referring to her by full name as a stalker and sexual predator and linking to her contact

████████████████████████ 13.82 ████████████████████████

MPD-9648000087







**From:** "Gorshe, Jill" </O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP
(FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=941C24163F2440709C46595663E12447-GORSHE, JIL>

**To:** "Lund, Angela" <Angela.Lund@minneapolismn.gov>, "Kasper, Jessica" <Jessica.Kasper@Minneapolismn.gov>, "MacKay, Julie L"
<julie.mackay@minneapolismn.gov>

**Subject:** RE: HE'S LOST A JOB ALSO "allegedly" over this

**Date:** Thu, 13 Apr 2017 21:26:11 -0000

**Inline-Images:** image001.png

Here's an article that is related:

http://www.citypages.com/news/accused-stalker-brock-fredin-is-writing-a-horror-story-and-hes-the-main-character/414395703

**Jill Gorshe**
*Legal Support Specialist*

**City of Minneapolis – City Attorney's Office**
350 S. Fifth St. – Room #210
Minneapolis, MN 55415

Office: 612-673-2669
Jill.Gorshe@minneapolismn.gov

**From:** Lund, Angela
**Sent:** Thursday, April 13, 2017 3:47 PM
**To:** Kasper, Jessica; Gorshe, Jill; MacKay, Julie L
**Subject:** HE'S LOST A JOB ALSO "allegedly" over this





Anyone
You
Your Friends
Your Groups
Your Friends and
Groups
··· Choose a Source...

**TAGGED LOCATION**
Anywhere
Maple Grove, MN
··· Choose a Location...

**DATE POSTED**
Anytime
2017
2016
2015
··· Choose a Date...

2

👍 Like    💬 Comment    ↗ Share

**Brock Fredin**
October 24, 2016 · 🌐

The good guys always lose. The fight was fixed.

**Everybody knows - Leonard Cohen**
Artist: Leonard Cohen Songwriters: Leonard Cohen,
Sharon Robinson Lyrics: Everybody knows that the
dice are loaded Everybody rolls with their fingers
crossed...

YOUTUBE.COM

👍 Like    💬 Comment    ↗ Share

**Brock Fredin**
September 13, 2016 · 🌐

Due to the egregious and misleading smear campaign, I have lost a job
and have so far been unable to secure re-employment over the past 4
months. It is my hope that Catherine Schaefer, Lindsey Middlecamp, and
Grace Miller will acknowledge their wrongful actions.

It goes without saying, this is a very serious matter and their public
campaign has trashed my career and likely cost me hundreds of
thousands of dollars. Additionally, Catherine Schaefer and Twitter
Defamation => ...
Continue Reading

👍 Like    💬 Comment    ↗ Share

End of Results

Nintendo discontinues the NES Classic
Edition – theverge.com

**NASA**
Conditions for Life Detected on Saturn
Moon Enceladus – nytimes.com

**Afghanistan**
US drops largest non-nuclear bomb in
Afghanistan after Green... – foxnews.com

**United Express Flight 3411 Incident**
United passenger dragged off plane likely
to sue airline... – theguardian.com

**United Airlines**
Scorpion stings man on United flight to
Calgary – cnbc.com

**Marshawn Lynch**
Marshawn Lynch Trade to Raiders from
Seahawks... – bleacherreport.com

**Justin Trudeau**
Trudeau introduces bill to fully legalize
marijuana in Canada – thehill.com

**Jeffrey Lord**
CNN Commentator Jeffrey Lord
Compares Donald Trump... – variety.com

**Bashar al-Assad**
Syria's Assad says Idlib chemical attack
'fabrication' – jpost.com

**British Intelligence Agencies**
'There's something not right here': British
spies warned the US... – yahoo.com
Learn More

English (US) · Español
Português (Brasil) · Français (France)
Deutsch

Privacy · Terms · Advertising · Ad Choices ▷
Cookies · More ▾
Facebook © 2017

MPD-9648000141

# G

**From:** "Segal, Susan L." <Susan.Segal@minneapolismn.gov>
**To:** Colleen OBrien <colleen.obrien@minneapolismn.gov>
**Subject:** Fwd: Attention: Security Matter
**Date:** Fri, 14 Apr 2017 11:49:32 -0400
**Inline-Images:** image001.png; brockfredin.jpg

---

Thanks!

Sent from my iPhone

Begin forwarded message:

**From:** "Laroen, Barb G." <Barb.Laroen@minneapolismn.gov>
**Date:** April 13, 2017 at 4:43:44 PM EDT
**To:** Criminal Division Attorneys <CriminalDivisionAttorneys@minneapolismn.gov>, Criminal Division Specialists <CriminalDivisionSpecialists@minneapolismn.gov>, Civil Division Attorneys <CivilDivisionAttorneys@minneapolismn.gov>, Civil Division Specialists <CivilDivisionSpecialists@minneapolismn.gov>, "Mawer, Emily" <emily.mawer@minneapolismn.gov>
**Subject: Attention: Security Matter**

Think you should see this too.

*Barb*

**From:** O'Brien, Colleen
**Sent:** Thursday, April 13, 2017 3:36 PM
**To:** Civil Division Support Staff; Criminal Division Support Staff
**Cc:** White, Lynn M
**Subject:** Attention: Security Matter

If this person comes to the lobby please leave the area and notify security, 612-348-5111.  Do not grant access to him.

I have posted his picture at the desk as well.  His name is Brock Fredin.

**Colleen O'Brien**
**Manager of Administration**
**Office of the City Attorney**

**City of Minneapolis - Department**
350 S. Fifth St. – Room 210
Minneapolis, MN 55415

Office: 612-673-2966
colleen.obrien@minneapolismn.gov



**From:** "O'Brien, Colleen" <Colleen.OBrien@minneapolismn.gov>
**To:** ████████████ 13.43 ████████████
**Subject:** FW: Brock Fredin
**Date:** Thu, 13 Apr 2017 20:44:10 +0000
**Inline-Images:** image002.png; image003.png

---

**From:** Mark R Pearson [mailto:Mark.Pearson@municipalbuilding.org]
**Sent:** Thursday, April 13, 2017 3:43 PM
**To:** O'Brien, Colleen
**Subject:** RE: Brock Fredin

Colleen,

I will forward this information to my security staff and will contact City Security Manager Art Thomas to see what type of other response he may want for this.  Thank You.



*Mark R. Pearson*
**Security Supervisor**
*Municipal Building Commission*
Minneapolis City Hall/Courthouse
350 South Fifth St. Suite #105
Minneapolis, MN 55415-1319
Cell   612-290-4635
Office   612-596-9537
Fax   612-596-9561
mark.pearson@municipalbuilding.org
mark.pearson@hennepin.us

**From:** O'Brien, Colleen [mailto:Colleen.OBrien@minneapolismn.gov]
**Sent:** Thursday, April 13, 2017 3:26 PM
**To:** Mark R Pearson <Mark.Pearson@municipalbuilding.org>
**Subject:** FW: Brock Fredin



**From:** Mark R Pearson <Mark.Pearson@municipalbuilding.org>
**To:** "Kurth, Toddrick D." <Toddrick.Kurth@minneapolismn.gov>
**Subject:** FW: Brock Fredin
**Date:** Thu, 13 Apr 2017 20:49:35 +0000
**Attachments:** brockfredin.jpg; brockfredin2.jpg; brockfredin4.jpg
**Inline-Images:** image002.png; image003.png; brockfredin3.jpg

Mr.Kurth,

We received a message today from the City Attorney's Office regarding a possible threat to a city staff member there. Photos of the suspect, Brock William Fredin 12/12/1983 are attached. I was wondering if you could run this person for any related criminal history, Restraining Orders on-file or any other workup documents you could find so that we may do a Security Advisory to be kept at the Security Desk in case he shows up here. I will leave it up to you as to whether or not you feel a DVS photo could be included.



*Mark R. Pearson*
**Security Supervisor**
*Municipal Building Commission*
Minneapolis City Hall/Courthouse
350 South Fifth St. Suite #105
Minneapolis, MN 55415-1319
Cell   612-290-4635
Office   612-596-9537
Fax    612-596-9561
mark.pearson@municipalbuilding.org
mark.pearson@hennepin.us

**From:** O'Brien, Colleen [mailto:Colleen.OBrien@minneapolismn.gov]
**Sent:** Thursday, April 13, 2017 3:26 PM
**To:** Mark R Pearson <Mark.Pearson@municipalbuilding.org>
**Subject:** FW: Brock Fredin



MPD-9648000120

**From:** "Laroen, Barb G." </O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP
(FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=BB0284FB74EE4E4F8E5DB7E70A16E882-LAROEN, BAR>
**To:** "Itie Memene, Ebi" <Ebi.ItieMemene@minneapolismn.gov>
**Subject:** RE: Attention: Security Matter
**Date:** Thu, 13 Apr 2017 20:52:24 -0000
**Inline-Images:** image001.png

---

I think Colleen was just thinking of the persons wearing the cell phone when she sent it.

**From:** Itie Memene, Ebi
**Sent:** Thursday, April 13, 2017 3:45 PM
**To:** Laroen, Barb G.
**Subject:** RE: Attention: Security Matter

Thank you Barb!  You would think they should send it to everyone.

**From:** Laroen, Barb G.
**Sent:** Thursday, April 13, 2017 3:44 PM
**To:** Criminal Division Attorneys; Criminal Division Specialists; Civil Division Attorneys; Civil Division Specialists; Mawer, Emily
**Subject:** Attention: Security Matter

Think you should see this too.

*Barb*

**From:** O'Brien, Colleen
**Sent:** Thursday, April 13, 2017 3:36 PM
**To:** Civil Division Support Staff; Criminal Division Support Staff
**Cc:** White, Lynn M
**Subject:** Attention: Security Matter

If this person comes to the lobby please leave the area and notify security, 612-348-5111.  Do not grant access to him.

I have posted his picture at the desk as well.  His name is Brock Fredin.

**Colleen O'Brien**
**Manager of Administration**
**Office of the City Attorney**

**City of Minneapolis - Department**
350 S. Fifth St. – Room 210
Minneapolis, MN 55415

Office: 612-673-2966
colleen.obrien@minneapolismn.gov



**From:** "Laroen, Barb G." </O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP
(FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=BB0284FB74EE4E4F8E5DB7E70A16E882-LAROEN, BAR>

**To:** "Norris, George H." <george.norris@minneapolismn.gov>

**Subject:** RE: Attention: Security Matter

**Date:** Thu, 13 Apr 2017 20:52:49 -0000

**Inline-Images:** image001.png

---

Certainly

**From:** Norris, George H.
**Sent:** Thursday, April 13, 2017 3:46 PM
**To:** Laroen, Barb G.
**Subject:** RE: Attention: Security Matter

Thank you, Barb!

~George

**George H. Norris** | *Assistant Minneapolis City Attorney* | Direct: (612) 673-3339

**From:** Laroen, Barb G.
**Sent:** Thursday, April 13, 2017 3:44 PM
**To:** Criminal Division Attorneys; Criminal Division Specialists; Civil Division Attorneys; Civil Division Specialists; Mawer, Emily
**Subject:** Attention: Security Matter

Think you should see this too.

*Barb*

**From:** O'Brien, Colleen
**Sent:** Thursday, April 13, 2017 3:36 PM
**To:** Civil Division Support Staff; Criminal Division Support Staff
**Cc:** White, Lynn M
**Subject:** Attention: Security Matter

If this person comes to the lobby please leave the area and notify security, 612-348-5111.  Do not grant access to him.

I have posted his picture at the desk as well.  His name is Brock Fredin.

**Colleen O'Brien**
**Manager of Administration**
**Office of the City Attorney**

**City of Minneapolis - Department**
350 S. Fifth St. – Room 210
Minneapolis, MN 55415

Office: 612-673-2966
colleen.obrien@minneapolismn.gov



**From:** "O'Brien, Colleen" </O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP
(FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=ADF6EE3ECFDB417C97CDFE46383B4C85-O'BRIEN, CO>

**To:** "Thomas, Arthur A." <Arthur.Thomas@minneapolismn.gov>

**Subject:** RE: Brock Fredin

**Date:** Thu, 13 Apr 2017 21:18:24 -0000

**Inline-Images:** image001.png

---

Just to let you know 13.43 tells me his stalking has primarily been cyber related thus far.

---

**From:** Thomas, Arthur A.
**Sent:** Thursday, April 13, 2017 4:16 PM
**To:** O'Brien, Colleen
**Subject:** RE: Brock Fredin

Thanks for letting me know Colleen, what's been done so far is great. I'll follow up with Mark P. Tomorrow, I was in training all day. Thanks

Sent from my Verizon 4G LTE smartphone

-------- Original message --------
From: "O'Brien, Colleen" <Colleen.OBrien@minneapolismn.gov>
Date: 4/13/17 15:36 (GMT-06:00)
To: "Thomas, Arthur A." <Arthur.Thomas@minneapolismn.gov>
Cc: "Bradford, Pauline R." <Pauline.Bradford@minneapolismn.gov>
Subject: FW: Brock Fredin

FYI Art – I notified building security and they are taking steps. I have notified reception staff and posted his picture at the front desk.

If you think I should do anything else let me know.

Colleen



MPD-9648000134

**From:** "Gorshe, Jill" </O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=941C24163F2440709C46595663E12447-GORSHE, JIL>
**To:** "Lund, Angela" <Angela.Lund@minneapolismn.gov>, "Kasper, Jessica" <Jessica.Kasper@Minneapolismn.gov>, "MacKay, Julie L" <julie.mackay@minneapolismn.gov>
**Subject:** RE: HE'S LOST A JOB ALSO "allegedly" over this
**Date:** Thu, 13 Apr 2017 21:26:11 -0000
**Inline-Images:** image001.png

---

Here's an article that is related:

http://www.citypages.com/news/accused-stalker-brock-fredin-is-writing-a-horror-story-and-hes-the-main-character/414395703

Jill Gorshe
*Legal Support Specialist*

City of Minneapolis – City Attorney's Office
350 S. Fifth St. – Room #210
Minneapolis, MN 55415

Office: 612-673-2669
Jill.Gorshe@minneapolismn.gov

**From:** Lund, Angela
**Sent:** Thursday, April 13, 2017 3:47 PM
**To:** Kasper, Jessica; Gorshe, Jill; MacKay, Julie L
**Subject:** HE'S LOST A JOB ALSO "allegedly" over this

Anyone
You
Your Friends
Your Groups
Your Friends and Groups
··· Choose a Source...

TAGGED LOCATION
Anywhere
Maple Grove, MN
··· Choose a Location...

DATE POSTED
Anytime
2017
2016
2015
··· Choose a Date...

2
Like Comment Share

Brock Fredin
October 24, 2016

The good guys always lose. The fight was fixed.

Everybody knows - Leonard Cohen
Artist: Leonard Cohen Songwriters: Leonard Cohen, Sharon Robinson Lyrics: Everybody knows that the dice are loaded Everybody rolls with their fingers crossed...
YOUTUBE.COM

Like Comment Share

Brock Fredin
September 13, 2016

Due to the egregious and misleading smear campaign, I have lost a job and have so far been unable to secure re-employment over the past 4 months. It is my hope tha [redacted] and [redacted] r will acknowledge their wrongful actions.
It goes without saying, this is a very serious matter and their public campaign has trashed my career and likely cost me hundreds of thousands of dollars. Additionally, [redacted] and Twitter Defamation => ...
Continue Reading

Like Comment Share

End of Results

Nintendo discontinues the NES Classic Edition – theverge.com
NASA
Conditions for Life Detected on Saturn Moon Enceladus – nytimes.com
Afghanistan
US drops largest non-nuclear bomb in Afghanistan after Green... – foxnews.com
United Express Flight 3411 Incident
United passenger dragged off plane likely to sue airline,... – theguardian.com
United Airlines
Scorpion stings man on United flight to Calgary – cnbc.com
Marshawn Lynch
Marshawn Lynch Trade to Raiders from Seahawks... – bleacherreport.com
Justin Trudeau
Trudeau introduces bill to fully legalize marijuana in Canada – thehill.com
Jeffrey Lord
CNN Commentator Jeffrey Lord Compares Donald Trump... – variety.com
Bashar al-Assad
Syria's Assad says Idlib chemical attack 'fabrication' – jpost.com
British Intelligence Agencies
'There's something not right here': British spies warned the US... – yahoo.com
Learn More

English (US) · Español
Português (Brasil) · Français (France)
Deutsch

Privacy · Terms · Advertising · Ad Choices · Cookies · More
Facebook © 2017



**From:** 13.82

**To:** "Laroen, Barb G." <Barb.Laroen@minneapolismn.gov>, "Criminal Division Attorneys"
<CriminalDivisionAttorneys@minneapolismn.gov>, "Criminal Division Specialists"
<CriminalDivisionSpecialists@minneapolismn.gov>, "Civil Division Attorneys"
<CivilDivisionAttorneys@minneapolismn.gov>, "Civil Division Specialists"
<CivilDivisionSpecialists@minneapolismn.gov>, "Mawer, Emily" <emily.mawer@minneapolismn.gov>

**Subject:** RE: Attention: Security Matter

**Date:** Fri, 14 Apr 2017 14:23:42 +0000

**Inline-Images:** image001.png



**From:** Laroen, Barb G.
**Sent:** Thursday, April 13, 2017 3:44 PM
**To:** Criminal Division Attorneys; Criminal Division Specialists; Civil Division Attorneys; Civil Division Specialists; Mawer, Emily
**Subject:** Attention: Security Matter

Think you should see this too.

*Barb*

**From:** O'Brien, Colleen
**Sent:** Thursday, April 13, 2017 3:36 PM
**To:** Civil Division Support Staff; Criminal Division Support Staff
**Cc:** White, Lynn M
**Subject:** Attention: Security Matter

If this person comes to the lobby please leave the area and notify security, 612-348-5111. Do not grant access to him.

I have posted his picture at the desk as well. His name is Brock Fredin.

**Colleen O'Brien**
**Manager of Administration**
**Office of the City Attorney**

City of Minneapolis - Department
350 S. Fifth St. – Room 210
Minneapolis, MN 55415

Office: 612-673-2966
colleen.obrien@minneapolismn.gov


Minneapolis
City of Lakes

From: "Osborne, Burt T." <Burt.Osborne@minneapolismn.gov>

To: "Saunders, Jennifer" <Jennifer.Saunders@minneapolismn.gov>, "▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮"
13.82 ▮▮▮▮▮▮▮ "Dixon, Christopher J." <Christopher.Dixon@minneapolismn.gov>,
"Kovalesky, Kerri" <Kerri.Kovalesky@minneapolismn.gov>, "Antila, Nicholas C." <nicholas.antila@minneapolismn.gov>,
"Zettler, Gretchen L." <Gretchen.Zettler@minneapolismn.gov>

Subject: RE: Attention: Security Matter

Date: Fri, 14 Apr 2017 15:39:31 +0000

Inline-Images: image001.png

---

I hate it when the bosses send cryptic shit like that and don't inform folks about what the fuck is actually going on.

---

From: Saunders, Jennifer
Sent: Friday, April 14, 2017 10:38 AM
To: Osborne, Burt T.; ▮▮ 13.82 ▮▮ Dixon, Christopher J.; Kovalesky, Kerri; Antila, Nicholas C.; Zettler, Gretchen L.
Subject: RE: Attention: Security Matter

Colleen sent the original email to the civil division so he maybe has a matter with you guys?

---

From: Osborne, Burt T.
Sent: Friday, April 14, 2017 10:37 AM
To: ▮▮ 13.82 ▮▮ Dixon, Christopher J.; Kovalesky, Kerri; Antila, Nicholas C.; Saunders, Jennifer; Zettler, Gretchen L.
Subject: RE: Attention: Security Matter

Well, but why did Barb send the email below? What was the reason for that?

---

From: ▮▮▮▮▮▮▮▮▮▮▮▮
Sent: Friday, April 14, 2017 9:57 AM
To: Osborne, Burt T.; Dixon, Christopher J.; Kovalesky, Kerri; Antila, Nicholas C.; Saunders, Jennifer; Zettler, Gretchen L.
Subject: RE: Attention: Security Matter

13.43

13.82

---

From: Osborne, Burt T.
Sent: Friday, April 14, 2017 9:54 AM
To: ▮▮ 13.82 ▮▮; Dixon, Christopher J.; Kovalesky, Kerri; Antila, Nicholas C.; Saunders, Jennifer; Zettler, Gretchen L.
Subject: RE: Attention: Security Matter

Why are we banning him from here?  Did he come here and seek to get in?

---

From: ▮▮ 13.82 ▮▮
Sent: Friday, April 14, 2017 9:50 AM
To: Dixon, Christopher J.; Osborne, Burt T.; Kovalesky, Kerri; Antila, Nicholas C.; Saunders, Jennifer; Zettler, Gretchen L.
Subject: RE: Attention: Security Matter

13.43

13.82

MPD-9648000177



MPD-9648000199

**From:** "Osborne, Burt T." <Burt.Osborne@minneapolismn.gov>
**To:** "Kovalesky, Kerri" <Kerri.Kovalesky@minneapolismn.gov>, "Saunders, Jennifer"
<Jennifer.Saunders@minneapolismn.gov>, "Kruchowski Barrette, Paula" <Paula.Kruchowski@minneapolismn.gov>,
"Dixon, Christopher J." <Christopher.Dixon@minneapolismn.gov>, "Antila, Nicholas C."
<nicholas.antila@minneapolismn.gov>, "Zettler, Gretchen L." <Gretchen.Zettler@minneapolismn.gov>
**Subject:** RE: Attention: Security Matter
**Date:** Fri, 14 Apr 2017 15:45:28 +0000
**Inline-Images:** image001.png

Yeah Dixon you putz.

**From:** Kovalesky, Kerri
**Sent:** Friday, April 14, 2017 10:41 AM
**To:** Osborne, Burt T.; Saunders, Jennifer; Kruchowski Barrette, Paula; Dixon, Christopher J.; Antila, Nicholas C.; Zettler, Gretchen L.
**Subject:** RE: Attention: Security Matter

Agreed. Dixon, can you get on this????

**From:** Osborne, Burt T.
**Sent:** Friday, April 14, 2017 10:40 AM
**To:** Saunders, Jennifer; Kruchowski Barrette, Paula; Dixon, Christopher J.; Kovalesky, Kerri; Antila, Nicholas C.; Zettler, Gretchen L.
**Subject:** RE: Attention: Security Matter

I hate it when the bosses send cryptic shit like that and don't inform folks about what the fuck is actually going on.

**From:** Saunders, Jennifer
**Sent:** Friday, April 14, 2017 10:38 AM
**To:** Osborne, Burt T.; Kruchowski Barrette, Paula; Dixon, Christopher J.; Kovalesky, Kerri; Antila, Nicholas C.; Zettler, Gretchen L.
**Subject:** RE: Attention: Security Matter

Colleen sent the original email to the civil division so he maybe has a matter with you guys?

**From:** Osborne, Burt T.
**Sent:** Friday, April 14, 2017 10:37 AM
**To:** Kruchowski Barrette, Paula; Dixon, Christopher J.; Kovalesky, Kerri; Antila, Nicholas C.; Saunders, Jennifer; Zettler, Gretchen L.
**Subject:** RE: Attention: Security Matter

Well, but why did Barb send the email below?  What was the reason for that?

**From:** Kruchowski Barrette, Paula
**Sent:** Friday, April 14, 2017 9:57 AM
**To:** Osborne, Burt T.; Dixon, Christopher J.; Kovalesky, Kerri; Antila, Nicholas C.; Saunders, Jennifer; Zettler, Gretchen L.
**Subject:** RE: Attention: Security Matter

I have no idea.  It's weird because his legal stuff never even happened in Hennepin County, so I don't know what he'd be doing here.

[redacted]

Assistant Minneapolis City Attorney
Assigned to the Minneapolis Police Department's Domestic Assault Unit
350 South Fifth Street, Room 108
Minneapolis, MN 55415
612-673-2954/612-673-5412
paula.kruchowski@minneapolismn.gov

**From:** Osborne, Burt T.
**Sent:** Friday, April 14, 2017 9:54 AM
**To:** Kruchowski Barrette, Paula; Dixon, Christopher J.; Kovalesky, Kerri; Antila, Nicholas C.; Saunders, Jennifer; Zettler, Gretchen L.
**Subject:** RE: Attention: Security Matter

Why are we banning him from here?  Did he come here and seek to get in?

**From:** Kruchowski Barrette, Paula
**Sent:** Friday, April 14, 2017 9:50 AM
**To:** Dixon, Christopher J.; Osborne, Burt T.; Kovalesky, Kerri; Antila, Nicholas C.; Saunders, Jennifer; Zettler, Gretchen L.
**Subject:** RE: Attention: Security Matter

**From:** " 13.82   13.82   13.82 " <               13.82               >
**To:** "Dixon, Christopher J." <Christopher.Dixon@minneapolismn.gov>, "Kovalesky, Kerri"
<Kerri.Kovalesky@minneapolismn.gov>, "Osborne, Burt T." <Burt.Osborne@minneapolismn.gov>, "Saunders, Jennifer"
<Jennifer.Saunders@minneapolismn.gov>, "Antila, Nicholas C." <nicholas.antila@minneapolismn.gov>, "Zettler,
Gretchen L." <Gretchen.Zettler@minneapolismn.gov>
**Subject:** RE: Attention: Security Matter
**Date:** Fri, 14 Apr 2017 15:45:53 +0000
**Inline-Images:** image001.png

---

I totally agree with Burt.  If there's a security alert, we should know why.

13.82,    13.82   |  13.82 ,

### 13.82

13.82

---

**From:** Dixon, Christopher J.
**Sent:** Friday, April 14, 2017 10:43 AM
**To:** Kovalesky, Kerri; Osborne, Burt T.; Saunders, Jennifer;   13.82   13.82  ; Antila, Nicholas C.; Zettler, Gretchen L.
**Subject:** RE: Attention: Security Matter

I have absolutely no idea.  I'll try to find out.

**Christopher J. Dixon**
Supervising Attorney - Criminal
Minneapolis City Attorney's Office
Office: (612) 673-2240
Fax: (612) 673-2189
christopher.dixon@minneapolismn.gov

**From:** Kovalesky, Kerri
**Sent:** Friday, April 14, 2017 10:41 AM
**To:** Osborne, Burt T.; Saunders, Jennifer;   13.82   13.82  ; Dixon, Christopher J.; Antila, Nicholas C.; Zettler, Gretchen L.
**Subject:** RE: Attention: Security Matter

Agreed. Dixon, can you get on this????

**From:** Osborne, Burt T.
**Sent:** Friday, April 14, 2017 10:40 AM
**To:** Saunders, Jennifer;   13.82   13.82  ; Dixon, Christopher J.; Kovalesky, Kerri; Antila, Nicholas C.; Zettler, Gretchen L.
**Subject:** RE: Attention: Security Matter

I hate it when the bosses send cryptic shit like that and don't inform folks about what the fuck is actually going on.

**From:** Saunders, Jennifer
**Sent:** Friday, April 14, 2017 10:38 AM
**To:** Osborne, Burt T.;   13.82   13.82  ; Dixon, Christopher J.; Kovalesky, Kerri; Antila, Nicholas C.; Zettler, Gretchen L.
**Subject:** RE: Attention: Security Matter

Colleen sent the original email to the civil division so he maybe has a matter with you guys?

**From:** Osborne, Burt T.
**Sent:** Friday, April 14, 2017 10:37 AM
**To:**   13.82   13.82  ,  ; Dixon, Christopher J.; Kovalesky, Kerri; Antila, Nicholas C.; Saunders, Jennifer; Zettler, Gretchen L.
**Subject:** RE: Attention: Security Matter

Well, but why did Barb send the email below?  What was the reason for that?

**From:**   13.82   13.82
**Sent:** Friday, April 14, 2017 9:57 AM
**To:** Osborne, Burt T.; Dixon, Christopher J.; Kovalesky, Kerri; Antila, Nicholas C.; Saunders, Jennifer; Zettler, Gretchen L.
**Subject:** RE: Attention: Security Matter

### 13.82

MPD-9648000192

**13.82**

13.82  13.82  13.82

**13.82**

13.82

**From:** Osborne, Burt T.
**Sent:** Friday, April 14, 2017 9:54 AM
**To:** 13.82  13.82 , ; Dixon, Christopher J.; Kovalesky, Kerri; Antila, Nicholas C.; Saunders, Jennifer; Zettler, Gretchen L.
**Subject:** RE: Attention: Security Matter

Why are we banning him from here?  Did he come here and seek to get in?

**From:** 13.82  13.82 ,
**Sent:** Friday, April 14, 2017 9:50 AM
**To:** Dixon, Christopher J.; Osborne, Burt T.; Kovalesky, Kerri; Antila, Nicholas C.; Saunders, Jennifer; Zettler, Gretchen L.
**Subject:** RE: Attention: Security Matter

**13.43**

13.82  13.82  : 13.82

**13.82**

13.82

**From:** Dixon, Christopher J.
**Sent:** Friday, April 14, 2017 9:29 AM
**To:** 13.82  13.82 ,
**Subject:** RE: Attention: Security Matter

Do you know what his issue is?

**Christopher J. Dixon**
Supervising Attorney - Criminal
Minneapolis City Attorney's Office
Office: (612) 673-2240
Fax: (612) 673-2189
christopher.dixon@minneapolismn.gov

**From:** 13.82  13.82 ,
**Sent:** Friday, April 14, 2017 9:24 AM
**To:** Laroen, Barb G.; Criminal Division Attorneys; Criminal Division Specialists; Civil Division Attorneys; Civil Division Specialists; Mawer, Emily
**Subject:** RE: Attention: Security Matter

**13.82**

13.82  13.82  : 13.82

**13.82**

13.82

**From:** Laroen, Barb G.

**Sent:** Thursday, April 13, 2017 3:44 PM
**To:** Criminal Division Attorneys; Criminal Division Specialists; Civil Division Attorneys; Civil Division Specialists; Mawer, Emily
**Subject:** Attention: Security Matter

Think you should see this too.

*Barb*

**From:** O'Brien, Colleen
**Sent:** Thursday, April 13, 2017 3:36 PM
**To:** Civil Division Support Staff; Criminal Division Support Staff
**Cc:** White, Lynn M
**Subject:** Attention: Security Matter

If this person comes to the lobby please leave the area and notify security, 612-348-5111. Do not grant access to him.

I have posted his picture at the desk as well. His name is Brock Fredin.

**Colleen O'Brien**
**Manager of Administration**
**Office of the City Attorney**

City of Minneapolis - Department
350 S. Fifth St. – Room 210
Minneapolis, MN 55415

Office: 612-673-2966
colleen.obrien@minneapolismn.gov


**Minneapolis**
City of Lakes

MPD-9648000194

**From** 13.82

**To:** "Miller, Thomas J." <Thomas.Miller@minneapolismn.gov>

**Subject:** FW: Attention: Security Matter

**Date:** Fri, 14 Apr 2017 15:46:32 +0000

**Inline-Images:** image001.png

---

This is what I sent to the first folks who asked me.  It's all I know.

13.82

**From:** Osborne, Burt T.
**Sent:** Friday, April 14, 2017 10:45 AM
**To:** Kovalesky, Kerri; Saunders, Jennifer;  13.82  ; Dixon, Christopher J.; Antila, Nicholas C.; Zettler, Gretchen L.
**Subject:** RE: Attention: Security Matter

Yeah Dixon you putz.

**From:** Kovalesky, Kerri
**Sent:** Friday, April 14, 2017 10:41 AM
**To:** Osborne, Burt T.; Saunders, Jennifer;  13.82  Dixon, Christopher J.; Antila, Nicholas C.; Zettler, Gretchen L.
**Subject:** RE: Attention: Security Matter

Agreed. Dixon, can you get on this????

**From:** Osborne, Burt T.
**Sent:** Friday, April 14, 2017 10:40 AM
**To:** Saunders, Jennifer;  13.82  Dixon, Christopher J.; Kovalesky, Kerri; Antila, Nicholas C.; Zettler, Gretchen L.
**Subject:** RE: Attention: Security Matter

I hate it when the bosses send cryptic shit like that and don't inform folks about what the fuck is actually going on.

**From:** Saunders, Jennifer
**Sent:** Friday, April 14, 2017 10:38 AM
**To:** Osborne, Burt T.;  13.82  Dixon, Christopher J.; Kovalesky, Kerri; Antila, Nicholas C.; Zettler, Gretchen L.
**Subject:** RE: Attention: Security Matter

Colleen sent the original email to the civil division so he maybe has a matter with you guys?

**From:** Osborne, Burt T.
**Sent:** Friday, April 14, 2017 10:37 AM
**To:**  13.82  ; Dixon, Christopher J.; Kovalesky, Kerri; Antila, Nicholas C.; Saunders, Jennifer; Zettler, Gretchen L.
**Subject:** RE: Attention: Security Matter

Well, but why did Barb send the email below?  What was the reason for that?

**From:** 13.82
**Sent:** Friday, April 14, 2017 9:57 AM
**To:** Osborne, Burt T.; Dixon, Christopher J.; Kovalesky, Kerri; Antila, Nicholas C.; Saunders, Jennifer; Zettler, Gretchen L.
**Subject:** RE: Attention: Security Matter

13.43

13.82

MPD-9648000195



**From:** ██████ 13.82 ██████
**To:** "Miller, Thomas J." <Thomas.Miller@minneapolismn.gov>
**Subject:** RE: Attention: Security Matter
**Date:** Fri, 14 Apr 2017 16:08:25 +0000
**Inline-Images:** image001.png

---

Nope.  His last name is Fredin.



**From:** Miller, Thomas J.
**Sent:** Friday, April 14, 2017 11:08 AM
**To** ████ 13.82 ██████
**Subject:** Attention: Security Matter

Thanks!  F.Y.I.  I could not locate anything in Civil PM that involves him.  Is his last name Amdahl?

**From** ████ 13.82 ██████
**Sent:** Friday, April 14, 2017 10:47 AM
**To:** Miller, Thomas J.
**Subject:** FW: Attention: Security Matter

This is what I sent to the first folks who asked me.  It's all I know.



**From:** Osborne, Burt T.
**Sent:** Friday, April 14, 2017 10:45 AM
**To:** Kovalesky, Kerri; Saunders, Jennifer; ███ 13.82 ███ Dixon, Christopher J.; Antila, Nicholas C.; Zettler, Gretchen L.
**Subject:** RE: Attention: Security Matter



**From:** Kovalesky, Kerri
**Sent:** Friday, April 14, 2017 10:41 AM
**To:** Osborne, Burt T.; Saunders, Jennifer; Kruchowski Barrette, Paula; Dixon, Christopher J.; Antila, Nicholas C.; Zettler, Gretchen L.
**Subject:** RE: Attention: Security Matter

Agreed. Dixon, can you get on this????

**From:** Osborne, Burt T.
**Sent:** Friday, April 14, 2017 10:40 AM
**To:** Saunders, Jennifer; Kruchowski Barrette, Paula; Dixon, Christopher J.; Kovalesky, Kerri; Antila, Nicholas C.; Zettler, Gretchen L.
**Subject:** RE: Attention: Security Matter

I hate it when the bosses send cryptic shit like that and don't inform folks about what the fuck is actually going on.

**From:** Saunders, Jennifer
**Sent:** Friday, April 14, 2017 10:38 AM
**To:** Osborne, Burt T.; Kruchowski Barrette, Paula; Dixon, Christopher J.; Kovalesky, Kerri; Antila, Nicholas C.; Zettler, Gretchen L.
**Subject:** RE: Attention: Security Matter

Colleen sent the original email to the civil division so he maybe has a matter with you guys?





Listen Brock, I have a hilarious secret for you. Lindsey and Clydesdale have a mutual bestie and have been hanging out for years. You are going down way further than you imagined. You messed with the wrong women.

7:03 PM

Saint Paul Police Complaint Number 1728017



**From:** "Lamor, Lisa" <lisa.lamor@minneapolismn.gov>
**To:** "Zenzen, Mary L." <Mary.Zenzen@minneapolismn.gov>, "Wallace, Thaya" <Thaya.Wallace@minneapolismn.gov>,
"Carey, Ruth E." <Ruth.Carey@minneapolismn.gov>, "Meuwissen, Caresa M."
<Caresa.Meuwissen@minneapolismn.gov>, "Inthichack, Noah" <noah.inthichack@minneapolismn.gov>
**Cc:** datapractices <datapractices@minneapolismn.gov>
**Subject:** RE: Request Public Data DP 181303 / MPD-9648
**Date:** Tue, 17 Apr 2018 20:48:33 +0000
**Inline-Images:** image001.png; image002.jpg

---

Hi all,

Thanks for checking on that, Mary.
I will facilitate all communication on this request – do not contact the requester directly.

Timeframe for No.10 – please check back to 2000 if possible?
Thanks for checking on that too!
☺

-Lisa

**From:** Zenzen, Mary L.
**Sent:** Tuesday, April 17, 2018 10:31 AM
**To:** Wallace, Thaya; Carey, Ruth E.; Meuwissen, Caresa M.; Inthichack, Noah
**Cc:** datapractices; Lamor, Lisa
**Subject:** RE: Request Public Data DP 181303

I see. So I'd advise intake to log this and send the DP tracking number to Lisa. Lisa, I'm not sure if you want us to correspond with the requestor directly, but you could have
our MPD number for reference. Lisa, could you get a timeframe from the requestor for No. 10? Not sure how far back the precincts will have data to begin with.

Once we have that clarification, the RIU processor should reach out to the precincts and get whatever data makes sense to address No. 10. Then as far as No. 1, I'd start with
a CAPRS name check?

**Mary Zenzen**
*Manager, Police Record Services*
**City of Minneapolis – Police Department**
612-673-3996
mary.zenzen@minneapolismn.gov



---

**From:** Wallace, Thaya
**Sent:** Tuesday, April 17, 2018 10:25 AM
**To:** Zenzen, Mary L.; Carey, Ruth E.; Meuwissen, Caresa M.; Inthichack, Noah
**Subject:** RE: Request Public Data DP 181303

Not sure about the City Attorney's Office; the Precincts get them.

---

**From:** Zenzen, Mary L.
**Sent:** Tuesday, April 17, 2018 10:20 AM
**To:** Carey, Ruth E.; Meuwissen, Caresa M.; Inthichack, Noah; Wallace, Thaya
**Subject:** FW: Request Public Data DP 181303
**Importance:** High

Would any order for protection shared with MPD be kept in one place? Would the city attorney's office receive copies of OFPs?

---

**Mary Zenzen**
*Manager, Police Record Services*
**City of Minneapolis – Police Department**
612-673-3996
mary.zenzen@minneapolismn.gov



MPD-9648001232

**From:** Responsible Authority
**Sent:** Tuesday, April 17, 2018 8:17 AM
**To:** Zenzen, Mary L.
**Subject:** FW: Request Public Data DP 181303
**Importance:** High

Good morning Mary,

We received the following request – I have highlighted parts that seem to apply potentially to MPD.

I would appreciate it if I could get a status in the next day or so of what you think you might be able to find that would be great.  Number 10 is a bit confusing, but I hope maybe it makes sense to you?  (It took a while to sort through this one so I apologize for the short notice.)

I'll be back at my desk this afternoon (around 2:30?) if you have any questions.
Thanks so much!
-Lisa

Lisa Lamor  |  Records Management Specialist  |  **City of Minneapolis – City Clerk's Office**  |  Office: 612-673-2296  |  lisa.lamor@minneapolismn.gov

Submit data requests and learn more about open government [here]

---

**From:** City of Minneapolis [mailto:no-reply@wufoo.com]
**Sent:** Wednesday, April 04, 2018 12:47 PM
**To:** brockf12@gmail.com
**Subject:** Request Public Data

Thank you for submitting a request for government data to the City of Minneapolis. Your request has been received and assigned a tracking number: DP_181303. Please refer to this number in any correspondence related to the request.

We may contact you if we have any questions about your request or to update you on its status. Find out more about public data requests at: http://www.minneapolismn.gov/datapractices/publicdata.

Thank you for your interest.

# Request Public Data

Required. Briefly describe the data that you are requesting. Be as specific as possible. See ouFAQs for more information. *

1. All documents in Your possession, custody or control concerning, relating to and/or referencing Brock Fredin.
2. All communications concerning or relating to Brock Fredin.
3. All communications between Susan Segal, Lindsey Middlecamp, David McCabe, Amy Boyer, Yamy Vang, You and St. Paul City Attorney's Office and/or St. Paul Police, Ramsey County Sheriff, Hudson Police/Tracy Hall, or St. Croix County Sheriff concerning or relating to Brock Fredin.
4. Any knowledge of an April 27th, 2017 raid of Brock Fredin's home in Hudson, Wisconsin.
5. Any knowledge of @CardsAgstHrsmt discussed between City employees, staff, or vendors within your possession.
6. All Information Technology (IT) data relating to viewing, posting, and/or use of the @CardsAgstHrsmt Twitter account including timestamps, IP addresses, and/or work station numbers.
7. All Information Technology (IT) data relating to viewing, posting, and/or use of the @CardsAgstHrsmt Twitter account relating to Brock Fredin.
8. All Information Technology (IT) data relating to viewing, posting, and/or use of researching Brock Fredin.
9. All database and/or Information Technology (IT) checks, edits, views, etc by City staff relating to or referencing Brock Fredin.
10. Gender breakdown for all ex-parte and Final HRO/Orders of Protection sent to the Minneapolis Police from the Hennepin County and/or Ramsey County District Court.

| | |
|---|---|
| Optional. We will determine where to search based on the type of data requested. If you believe specific people, roles, or departments may have data, identify them here. | City Attorney's Office<br>Minneapolis Police |
| Indicate how we can contact you. The following information is optional; however, we need some way to contact you about your request. | brock fredin |
| Name | |
| Email | brockf12@gmail.com |
| Other contact information | 4152838366 |

MPD-9648001233

**From:** Responsible Authority <ResponsibleAuthority@minneapolismn.gov>
**To:** "Hagedorn, Roger" <Roger.Hagedorn@Minneapolismn.gov>
**Subject:** RE: Request Public Data DP 181303
**Date:** Tue, 17 Apr 2018 21:00:25 +0000
**Inline-Images:** image001.jpg

---

Hi Roger,
I can certainly indicate that there is no responsive data regarding the use of hashtags and/or twitter postings.

However, since you indicated that we can monitor activity inside our network, do you think you might have anything responsive to:
  8. All Information Technology (IT) data relating to viewing, posting, and/or use of researching Brock Fredin.
  9. All database and/or Information Technology (IT) checks, edits, views, etc by City staff relating to or referencing Brock Fredin.

Is that kind of data search-able?

Thanks so much for your help, Roger - I appreciate your quick response,
-Lisa

**Lisa Lamor**  |  Records Management Specialist  |  **City of Minneapolis – City Clerk's Office**  |  Office: 612-673-2296  |  lisa.lamor@minneapolismn.gov

Submit data requests and learn more about open government [here]

---

**From:** Hagedorn, Roger
**Sent:** Tuesday, April 17, 2018 9:35 AM
**To:** Responsible Authority
**Subject:** RE: Request Public Data DP 181303

Lisa,
I'm sorry to say that I can't help you with this and I don't think that anyone at the City can.  While we monitor activity inside our network, we have no control or monitoring capability over what happens outside of it.  There may be tools to track Twitter postings, but the City doesn't have such tools and I'm afraid I have no experience in that whatsoever.

Roger
X3182

**From:** Responsible Authority
**Sent:** Tuesday, April 17, 2018 8:19 AM
**To:** Hagedorn, Roger <Roger.Hagedorn@ Minneapolismn.gov>
**Subject:** FW: Request Public Data DP 181303

Good morning Roger,

We received the following request – I've highlighted a few areas that I'm hoping you can help me with for processing.

Are the highlighted items even things you can even assemble somehow?

If you could let me know whether or not it's even possible to get this data as soon as you have a moment, I'd appreciate it.

Thanks so much,
-Lisa

**Lisa Lamor**  |  Records Management Specialist  |  **City of Minneapolis – City Clerk's Office**  |  Office: 612-673-2296  |  lisa.lamor@minneapolismn.gov

Submit data requests and learn more about open government [here]

---

**From:** City of Minneapolis [mailto:no-reply@wufoo.com]
**Sent:** Wednesday, April 04, 2018 12:47 PM
**To:** brockf12@gmail.com
**Subject:** Request Public Data

Thank you for submitting a request for government data to the City of Minneapolis. Your request has been received and assigned a tracking number: DP_181303. Please refer to this number in any correspondence related to the request.

We may contact you if we have any questions about your request or to update you on its status. Find out more about public data requests at: http://www.minneapolismn.gov/datapractices/publicdata.

Thank you for your interest.

MPD-9648001234

**From:** "Lamor, Lisa" <lisa.lamor@minneapolismn.gov>
**To:** "Zenzen, Mary L." <Mary.Zenzen@minneapolismn.gov>
**Subject:** RE: Request Public Data DP 181303 / MPD-9648
**Date:** Wed, 2 May 2018 18:48:42 +0000
**Inline-Images:** image001.png; image002.jpg

---

Hi Mary,

Just following up to see if you have had any success in finding out information on this one – I saw you asked a bunch of folks then pulled back and indicated you'd be working with CAO on collection.
Any update?

Thanks!
-Lisa

---

**From:** Lamor, Lisa
**Sent:** Tuesday, April 17, 2018 3:49 PM
**To:** Zenzen, Mary L.; Wallace, Thaya; Carey, Ruth E.; Meuwissen, Caresa M.; Inthichack, Noah
**Cc:** datapractices
**Subject:** RE: Request Public Data DP 181303 / MPD-9648

Hi all,

Thanks for checking on that, Mary.
I will facilitate all communication on this request – do not contact the requester directly.

Timeframe for No.10 – please check back to 2000 if possible?
Thanks for checking on that too!
☺

-Lisa

**From:** Zenzen, Mary L.
**Sent:** Tuesday, April 17, 2018 10:31 AM
**To:** Wallace, Thaya; Carey, Ruth E.; Meuwissen, Caresa M.; Inthichack, Noah
**Cc:** datapractices; Lamor, Lisa
**Subject:** RE: Request Public Data DP 181303

I see. So I'd advise intake to log this and send the DP tracking number to Lisa. Lisa, I'm not sure if you want us to correspond with the requestor directly, but you could have our MPD number for reference. Lisa, could you get a timeframe from the requestor for No. 10? Not sure how far back the precincts will have data to begin with.

Once we have that clarification, the RIU processor should reach out to the precincts and get whatever data makes sense to address No. 10. Then as far as No. 1, I'd start with a CAPRS name check?

**Mary Zenzen**
*Manager, Police Record Services*
*City of Minneapolis – Police Department*
612-673-3996
mary.zenzen@minneapolismn.gov



---

**From:** Wallace, Thaya
**Sent:** Tuesday, April 17, 2018 10:25 AM
**To:** Zenzen, Mary L.; Carey, Ruth E.; Meuwissen, Caresa M.; Inthichack, Noah
**Subject:** RE: Request Public Data DP 181303

Not sure about the City Attorney's Office; the Precincts get them.

---

**From:** Zenzen, Mary L.
**Sent:** Tuesday, April 17, 2018 10:20 AM
**To:** Carey, Ruth E.; Meuwissen, Caresa M.; Inthichack, Noah; Wallace, Thaya
**Subject:** FW: Request Public Data DP 181303
**Importance:** High

Would any order for protection shared with MPD be kept in one place? Would the city attorney's office receive copies of OFPs?

**Mary Zenzen**
*Manager, Police Record Services*

MPD-9648001243

**From:** Open City <OpenCity@minneapolismn.gov>
**To:** <mary.zenzen@minneapolismn.gov>
**Subject:** DR18_001303 - #1, #10
**Date:** Sun, 7 Oct 2018 08:50:40 -0700

---

Mary Zenzen,


Complete by 2018-10-07.

Thank you,
Lisa Lamor

---

Reference number: DR18_001303
What: 1. All documents in Your possession, custody or control concerning, relating to and/or referencing Brock Fredin. 2. All communications concerning or relating to Brock Fredin. 3. All communications between Susan Segal, Lindsey Middlecamp, David McCabe, Amy Boyer, Yamy Vang, You and St. Paul City Attorney's Office and/or St. Paul Police, Ramsey County Sheriff, Hudson Police/Tracy Hall, or St. Croix County Sheriff concerning or relating to Brock Fredin. 4. Any knowledge of an April 27th, 2017 raid of Brock Fredin's home in Hudson, Wisconsin. 5. Any knowledge of @CardsAgstHrsmt discussed between City employees, staff, or vendors within your possession. 6. All Information Technology (IT) data relating to viewing, posting, and/or use of the @CardsAgstHrsmt Twitter account including timestamps, IP addresses, and/or work station numbers. 7. All Information Technology (IT) data relating to viewing, posting, and/or use of the @CardsAgstHrsmt Twitter account relating to Brock Fredin. 8. All Information Technology (IT) data relating to viewing, posting, and/or use of researching Brock Fredin. 9. All database and/or Information Technology (IT) checks, edits, views, etc by City staff relating to or referencing Brock Fredin. 10. Gender breakdown for all ex-parte and Final HRO/Orders of Protection sent to the Minneapolis Police from the Hennepin County and/or Ramsey County District Court. From: To: Who: City Attorney's Office Minneapolis Police How: brock fredin brockf12@gmail.com 4152838366
Requestor information: brock fredin
Requestor email: brockf12@gmail.com

Ref:MSG1639564

MPD-9648001257

13.393

**From:** MacDonald, Kyle H
**Sent:** Wednesday, October 31, 2018 10:37 AM
**To:** Zenzen, Mary L. <Mary.Zenzen@minneapolismn.gov>
**Cc:** Lamor, Lisa <lisa.lamor@minneapolismn.gov>; Bachun, Caroline M. <Caroline.Bachun@minneapolismn.gov>
**Subject:** RE: MPD 9648 and CCO 181303

I've completed reviewing a number of emails related to this requestor. I initially searched MPD/police locations, which yielded around 120 documents. I then expanded my search to include public email boxes and ended up with around 450 emails from the City Attorney's Office and emails between the victim, a city employee, and outside counsel. I'm not sure if others have reviewed these emails as part of City Clerk review or City Attorney's Office. I marked many documents for Attorney review, mainly because most of these documents involve Susan Segal and other attorneys in the CAO. The documents are in DISCO under the folder MPD 9648.

I've included Carol on this email as part of the attorney review.

Thank you,

Kyle

**From:** Zenzen, Mary L.
**Sent:** Tuesday, October 30, 2018 9:48 AM
**To:** MacDonald, Kyle H <kyle.macdonald@minneapolismn.gov>
**Cc:** Lamor, Lisa <lisa.lamor@minneapolismn.gov>
**Subject:** RE: MPD 9648 and CCO 181303

Good catch – if you're talking about part 10, he's asking for a gender breakdown, which isn't data that is collected, so we can cross that one off.

---

**Mary Zenzen**
*Manager, Police Record Services*
City of Minneapolis – Police Department
612-673-3996
mary.zenzen@minneapolismn.gov



**From:** MacDonald, Kyle H
**Sent:** Tuesday, October 30, 2018 9:44 AM
**To:** Zenzen, Mary L. <Mary.Zenzen@minneapolismn.gov>
**Cc:** Lamor, Lisa <lisa.lamor@minneapolismn.gov>
**Subject:** RE: MPD 9648 and CCO 181303

I'm working on the email pull for this request. I notice that the requestor also wants copies of all HROs filed against this person. Has this part of the request been addressed or do we still need to send out emails to the various precincts?

**From:** Zenzen, Mary L.

**From:** "Zenzen, Mary L." </O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP
(FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=0A190BE2DBF94840AA45CBF9B4F9B1DE-ZENZEN, MAR>

**To:** "MacDonald, Kyle H" <kyle.macdonald@minneapolismn.gov>

**Cc:** "Lamor, Lisa" <lisa.lamor@minneapolismn.gov>

**Subject:** MPD 9648 and CCO 181303

**Date:** Fri, 26 Oct 2018 20:12:26 -0000

**Embedded:** unnamed

---

Kyle, please see the attached request. Could you add this to your email pull list (See: no. 2 of his numbered list). I would search with his name as the keyword(s).

Let me know what comes back and we can discuss how to approach the review.

Thanks!

MPD-9648001260

**From:** "MacDonald, Kyle H" <kyle.macdonald@minneapolismn.gov>
**To:** "Lamor, Lisa" <lisa.lamor@minneapolismn.gov>
**Subject:** RE: MPD 9648 / DP 181303 - Fredin
**Date:** Fri, 31 May 2019 14:12:34 +0000

---

I'm not sure what happened with this request.  I have a folder labeled Fredin production however it's empty.  I'm looking through my assorted flash drives and I don't see one labeled 9648 or 181303.

**From:** Lamor, Lisa
**Sent:** Friday, May 31, 2019 8:37 AM
**To:** MacDonald, Kyle H <kyle.macdonald@minneapolismn.gov>
**Subject:** RE: MPD 9648 / DP 181303 - Fredin

Good morning Kyle,

I was wondering if you could give me a status update on this one…?

Any information would be most appreciated.

Thanks!
-Lisa

**From:** MacDonald, Kyle H
**Sent:** Monday, April 01, 2019 12:51 PM
**To:** Lamor, Lisa <lisa.lamor@ minneapolismn.gov>
**Subject:** MPD 9648 / DP 181303 - Fredin

Good afternoon again,

I've completed the review of the Brock Fredin documents. I think this one initially came through the clerk's office. Everything has been reviewed by me and Carol B.  I'll load this and the Horowitz request on to a flash drive.  I'm assuming that you would want to handle contact with the requestor?

**Kyle MacDonald**
*Records Management Specialist*

**City of Minneapolis – Police Department**
**Records Information Unit**
350 S. Fifth St. – Room # 31
Minneapolis, MN 55415

612-673-6101
Kyle.macdonald@minneapolismn.gov

*The Minneapolis Police Department recently began using a new Records Management System for storing and retrieving data related to MPD cases. Your patience is appreciated, as delays in responding to and fulfilling requests for police data are expected during the implementation of the new system.

MPD-9648001276

**From:** "Lamor, Lisa" </O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP
(FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=F75744158FF4403AA2F6870390C7BB67-LAMOR, LISA>
**To:** "MacDonald, Kyle H" <kyle.macdonald@minneapolismn.gov>
**Subject:** RE: MPD 9648 / DP 181303 - Fredin
**Date:** Fri, 31 May 2019 14:13:14 -0000

---

Hmm... a mystery...
Does MPD-9648 still show open?

**From:** MacDonald, Kyle H
**Sent:** Friday, May 31, 2019 9:13 AM
**To:** Lamor, Lisa <lisa.lamor@minneapolismn.gov>
**Subject:** RE: MPD 9648 / DP 181303 - Fredin

I'm not sure what happened with this request.  I have a folder labeled Fredin production however it's empty.  I'm looking through my assorted flash drives and I don't see one labeled 9648 or 181303.

**From:** Lamor, Lisa
**Sent:** Friday, May 31, 2019 8:37 AM
**To:** MacDonald, Kyle H <kyle.macdonald@minneapolismn.gov>
**Subject:** RE: MPD 9648 / DP 181303 - Fredin

Good morning Kyle,

I was wondering if you could give me a status update on this one...?

Any information would be most appreciated.

Thanks!
-Lisa

**From:** MacDonald, Kyle H
**Sent:** Monday, April 01, 2019 12:51 PM
**To:** Lamor, Lisa <lisa.lamor@minneapolismn.gov>
**Subject:** MPD 9648 / DP 181303 - Fredin

Good afternoon again,

I've completed the review of the Brock Fredin documents. I think this one initially came through the clerk's office. Everything has been reviewed by me and Carol B.  I'll load this and the Horowitz request on to a flash drive.  I'm assuming that you would want to handle contact with the requestor?

**Kyle MacDonald**
*Records Management Specialist*

**City of Minneapolis – Police Department**
**Records Information Unit**
350 S. Fifth St. – Room # 31
Minneapolis, MN 55415

612-673-6101
Kyle.macdonald@minneapolismn.gov

*The Minneapolis Police Department recently began using a new Records Management System for storing and retrieving data related to MPD cases. Your patience is appreciated, as delays in responding to and fulfilling requests for police data are expected during the implementation of the new system.



**From:** "Nilsson, Erik A." <Erik.Nilsson@minneapolismn.gov>
**To:** "Segal, Susan L." <Susan.Segal@minneapolismn.gov>
**Subject:** FW:
**Date:** Tue, 22 Aug 2017 18:11:36 +0000

FYI







**STATE OF MINNESOTA**

**IN COURT OF APPEALS**

FILED

June 26, 2019

**OFFICE OF
APPELLATE COURTS**

---

State of Minnesota,

      Respondent,

vs.

Brock William Fredin,

      Appellant.

**O R D E R**

#A19-0085

---

## BASED ON THE FILE, RECORD, AND PROCEEDINGS, AND BECAUSE:

1.    This appeal was filed on January 15, 2019, from final judgment in a gross misdemeanor case.  Appellant was convicted and sentenced for stalking in violation of Minn. Stat. § 609.749, subd. 2(6) (2014).  The jury also found appellant guilty of a misdemeanor for violating a restraining order, but the district court did not enter judgment of conviction for this offense.

2.    Appellant's brief was filed on June 13, 2019.

3.    On June 19, 2019, the supreme court held that Minn. Stat. § 609.749, subd. 2(6) (2018), is facially overbroad in violation of the First Amendment.  *In re Welfare of A.J.B.*, ___ N.W.2d ___ (Minn. June 19, 2019).

4.    On June 25, 2019, appellant filed a motion to stay this appeal and remand the matter to the district court for postconviction proceedings.

5.      "If, after filing a notice of appeal, a defendant determines that a petition for postconviction relief is appropriate, a defendant may file a motion to stay the appeal for postconviction proceedings."  Minn. R. Crim. P. 28.02, subd. 4(4).  An appellant moving for such relief must make a "threshold factual showing" from which this court may determine the propriety of the request.  *State v. Riendeau*, 603 N.W.2d 341, 343-44 (Minn. App. 1999).  The grant of a stay for these purposes "should not be construed as an opinion" that appellant is entitled to relief or to an evidentiary hearing on remand.  *See id.*  This court may also set a time limit for an appellant to file a petition for postconviction relief.  Minn. R. Crim. P. 28 cmt.

6.      In an affidavit supporting the motion, appellant's counsel states that the prosecuting attorney does not object to a stay and remand for postconviction proceedings to give the district court an opportunity to consider whether appellant's conviction for stalking must be vacated in light of the supreme court's decision in *A.J.B.*

7.      Appellant has made a threshold showing to support a stay of this appeal for postconviction proceedings to develop the record and address this issue.

**IT IS HEREBY ORDERED:**

1.      Appellant's motion to stay this appeal to pursue postconviction relief is granted and jurisdiction in this matter is remanded to the district court.

2.      On or before July 26, 2019, appellant shall file a postconviction petition or other appropriate motion in district court, or a motion in this court to reinstate the appeal.

2

      3.     Appellant's counsel shall also file monthly status letters, due the 26th of each month, with the first letter due on July 26, 2019. These status letters shall detail the proceedings in the district court until the stay of this appeal is dissolved.

      4.     Within 30 days after entry of a final order by the district court, appellant shall file either (a) a motion to dissolve the stay and reinstate the appeal, along with any written request for additional transcripts; or (b) a notice of voluntary dismissal that complies with Minn. R. Crim. P. 28.06, or a motion to dismiss the appeal that provides good cause to forego the requirements of rule 28.06.

      5.     Unless otherwise ordered, appellant's brief shall be served and filed within 60 days after entry of a final postconviction order if no additional transcripts are ordered, or within 30 days after delivery of the last transcript. The brief may address issues raised and decided in the postconviction proceedings, as well as any other challenges that are appropriate to be raised in a direct appeal from the judgments of conviction in appellant's case.

      6.     Failure to comply with this court's order may result in sanctions, including dismissal of the appeal.

     **Dated:** June 26, 2019

                                         **BY THE COURT**

                                         Edward J. Cleary
                                       Chief Judge



62-CR-17-3156

CASE 0:17-cv-03058-SRN-HB   Document 104-1   Filed 10/30/19   Page 54 of 99   Filed in District Court
State of Minnesota
9/3/2019 10:50 AM

**STATE OF MINNESOTA**                                    **DISTRICT COURT**

**COUNTY OF RAMSEY**                                      **SECOND JUDICIAL COURT**

---

State of Minnesota,                                 Case Type: Stalking, Violation of RO
                                                    Court File Number:      62-CR-17-3156
                        Plaintiff,

                                                            **ORDER SENTENCING**
                                                        **DEFENDANT ON COUNT II**

vs.


Brock William Fredin,

                        Defendant.

---

The above-entitled matter came before the Honorable Sophia Y. Vuelo, Judge of Ramsey
County District Court, administratively on July 19, 2019 upon receipt of Defendant's
memorandum in support of petition for post-conviction relief and the State's response
memorandum. On July 19, 2018, Defendant was found guilty by a jury of Count 1: Stalking
under Minn. Stat. § 609.749, subd. 2(6), and Count 2: Violate Restraining Order under Minn.
Stat. § 609.748, subd. 6(b). On June 19, 2019, the Minnesota Supreme Court held in *In the
Matter of the Welfare of: A.J.B.*, Child, Court file no. A17-1161, that Minn. Stat. § 609.749,
subd. 2(6) (2018) is facially overbroad in violation of the First Amendment to the United States
Constitution. The Minnesota Supreme Court did not address Count 2: Violate Restraining Order
under Minn. Stat. § 609.748, subd. 6(b).

The court finds Minn. Stat. § 609.749, subd. 2(6) unconstitutional. The State does not
disagree in its response memorandum, dated July 23, 2019. Thus, based on the Minnesota

1

Supreme Court Case *In the Matter of the Welfare of A.J.B.*, Child, Court file no. A17-1161,

Petitioner's conviction for Count 1: Stalking should be vacated.

On August 29, 2019, this court issued an order vacating conviction of Count 1. This order

will serve to impose sentence on Count 2.

Based upon the entire file, proceedings herein, the Complaint filed in this matter, and the

State's response memorandum, the Court now makes the following:

## ORDER

1.      As to Count 2: Violate Restraining Order, the court sentences Defendant as

follows: Defendant shall serve an executed sentence of 90 days, with credit for

90 days, the court waives any fines and imposes $86 in court costs. Defendant

shall be discharged from this matter.

## LET JUDGEMENT BE ENTERED ACCORDINGLY

BY THE COURT:

Dated: September 3, 2019

Honorable Sophia Y. Vuelo
Judge of District Court

2

N

A19-0085

STATE OF MINNESOTA

IN COURT OF APPEALS



September 12, 2019

OFFICE OF
APPELLATE COURTS

---

State of Minnesota,

          Respondent,

vs.

Brock William Fredin,

          Appellant.

**AFFIDAVIT IN
SUPPORT OF MOTION**

---

Melissa Sheridan, being first duly sworn, states:

    1. I am an Assistant State Public Defender, licensed to practice law in Minnesota. I represent Brock Fredin in this direct appeal of his Ramsey County convictions of Count 1, stalking (Minn. Stat. § 609.747, subd. 2(6)) and Count 2, restraining order violation (Minn. Stat. § 609.748, subd. 6(b)).

    2. I filed appellant's brief on June 13, 2019, arguing that the evidence was insufficient to convict appellant of stalking and that the district court erred by giving a no-adverse-inference jury instruction.

    3. On June 26, 2019, this court stayed the appeal to allow appellant to pursue postconviction relief and remanded the matter to the district court.

    4. On July 19, 2019, appellant filed a petition for postconviction relief.

5. On August 29, 2019, the district court filed an order granting appellant's petition. The district court vacated appellant's stalking conviction and adjudicated appellant's restraining order violation conviction.

6. On September 3, 2019, the district court filed an order sentencing appellant on the restraining order violation conviction to 90 days in jail, with credit for 90 days served.

7. Appellant asks the court to dissolve the stay and reinstate the appeal to allow him to challenge the restraining order conviction, as argued in the principal brief appellant originally filed, and to allow appellant to file a pro se supplemental brief.

8. I will not be filing a supplemental brief and rely on Argument II as set forth in the principal brief.

**I declare under penalty of perjury that everything I have stated in this document is true and correct.**

September 12, 2019

/s/ *Melissa Sheridan*
_____
Melissa Sheridan

2

Melissa Sheridan
Assistant Appellate Public Defender

For Conflicts and Other Cases Referred By
The Minnesota Appellate Public Defender

1380 Corporate Center Curve, Suite 320, Eagan, MN 55121
Telephone (651) 686-8800



FILED

August 23, 2019

OFFICE OF
APPELLATE COURTS

Our File No. 18AT000310

August 23, 2019

Clerk of Appellate Courts
305 Minnesota Judicial Center
25 Rev. Dr. Martin Luther King Jr. Blvd.
St. Paul, MN 55155-6102

    Re: State v. Fredin, App. Ct. File No. A19-0085

Dear Clerk:

This status letter is being filed pursuant to the court's June 26, 2019 order staying the appeal and remanding the case to the district court for postconviction proceedings. On July 23, 2019, the state filed its response to Mr. Fredin's postconviction petition and the district court has the matter under advisement.

As ordered, I will keep the court informed of the district court proceedings.

Sincerely,

/s/ *Melissa Sheridan*

Melissa Sheridan
Assistant Public Defender

MS:sar

cc:  Attorney General Keith M. Ellison
     Assistant St. Paul City Attorney Judith A. Hanson
     Appellant Brock Fredin



A19-0085

STATE OF MINNESOTA

IN COURT OF APPEALS

**FILED**

September 12, 2019

**OFFICE OF
APPELLATE COURTS**

State of Minnesota,

           Respondent,

vs.

Brock William Fredin,

           Appellant.

**NOTICE OF MOTION AND MOTION
TO REINSTATE APPEAL**

---

TO:  **The Minnesota Court of Appeals, Minnesota Attorney General Keith
Ellison and Assistant St. Paul City Attorney Judith A. Hanson**

     PLEASE TAKE NOTICE that appellant Brock William Fredin moves the

Minnesota Court of Appeals for an order reinstating this appeal. This motion is

made pursuant to this court's June 26, 2019 order, and is based on the attached

affidavit of counsel.

Dated: September 12, 2019

                 Respectfully submitted,

                 /s/ *Melissa Sheridan*
                 Melissa Sheridan
                 Assistant State Public Defender
                 Attorney License No. 180269
                 1380 Corporate Center Curve, Suite 320
                 Eagan, MN 55121
                 (651) 686-8800

                 Attorney for Appellant



 Gmail

**Brock F <brockf12@gmail.com>**

## DR18_001303

2 messages

---

**Open City** <OpenCity@minneapolismn.gov>
Reply-To: Open City <OpenCity@minneapolismn.gov>
To: brockf12@gmail.com
Cc: ResponsibleAuthority@minneapolismn.gov

Fri, Oct 18, 2019 at 10:45 AM

  Good morning,

    I'm reaching out to you today because our records show that you submitted a Data Practices request to the City of Minneapolis at the beginning of April in 2018. Unfortunately, our office has experienced a significant amount of turnover in the last year, and the person previously working on your request is no longer at our office. We noticed that we couldn't find a record of data ever being sent to you for your request.

If you are still interested in receiving data, could you please reply all to the to this email letting us know? If we do not receive a response from you by COB on October 28th, we will assume that you are no longer interested in receiving the data you requested.

If you have any questions or concerns, please let us know.

Thank you,

**Jacob Crawford**

*Records Management Specialist*

**City of Minneapolis – City Clerk**

350 S. Fifth St. – Room #304

Minneapolis, MN 55415


Office: 612-673-2476

Jacob.Crawford@minneapolismn.gov


Ref:MSG2235948

---

**Brock F <brockf12@gmail.com>**
To: Open City <OpenCity@minneapolismn.gov>
Cc: ResponsibleAuthority@minneapolismn.gov

Fri, Oct 18, 2019 at 12:50 PM

It is my belief the request was deliberately ignored.  Yes, of course I want the data.
[Quoted text hidden]

P

Thank you,

*Nykee Younghans*

*Court Operations Supervisor*
*Second Judicial District Court*
*Domestic Abuse/Harassment Office*
*25 W. 7th Street Rm B122*
*Saint Paul, MN 55102*
*651-266-5142 (phone)*
*651-266-5140 (fax)*
Visit our website

You are responsible for lawful use of this information. This email and any attachments to it may be confidential and they are intended solely for the individual or organization to which they are addressed. They may contain privileged or confidential information and should not be disseminated. If you are not the intended recipient of this email, you should not copy, distribute or take any action in reliance to this email or the attachments. If you received this email in error, please notify the sender immediately at 651-266-5130. Thank you.



Effective July 1, 2016, the use of eFiling and eService by attorneys, government agencies, and guardians ad litem will be mandatory in *all counties statewide.*

**eFile Support Center:** 651-227-2002 or 1-855-291-8246 or www.mncourts.gov/eFile

MPD-9648001122



**From:** "Heng, Mary Ellen" </O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP
(FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=8FB9455EF86C4CADB15A86AA817EC7B8-HENG, MARY>

**To:** "Andrea Miller (Andrea.Miller@ci.stpaul.mn.us)" <Andrea.Miller@ci.stpaul.mn.us>

**Subject:** Fredin review

**Date:** Mon, 08 Jan 2018 17:08:16 -0000

**Attachments:** Minn. Stat. sec. 299C.46

Andrea –

I have attached my official decline for you.

**Mary Ellen Heng**
*Deputy City Attorney - Criminal*

City of Minneapolis – Minneapolis City Attorney's Office
350 S. Fifth St. – Room #210
Minneapolis, MN 55415

Office: 612-673-2270
Cell:  612-708-6674
Maryellen.heng@minneapolismn.gov

MPD-9648001190

**From:** "Kasper, Jessica" <Jessica.Kasper@Minneapolismn.gov>
**To:** "Rygh, Kathy A." <Kathy.Rygh@minneapolismn.gov>
**Subject:**
**Date:** Tue, 27 Feb 2018 15:23:50 +0000
**Inline-Images:** image001.png; image002.png

---

http://www.citypages.com/news/accused-stalker-brock-fredin-is-writing-a-horror-story-and-hes-the-main-character/414395703

---

**Jessica B. Kasper**
*Manager of Administration*

**City of Minneapolis – City Attorney's Office**
350 S. Fifth St. – Room #210
Minneapolis, MN 55415

Office: 612-673-2035
Jessica.Kasper@minneapolismn.gov

 

MPD-9648001191

**From:** "Pietan, Laura (CI-StPaul)" <laura.pietan@ci.stpaul.mn.us>
**To:** "Heng, Mary Ellen (MaryEllen.Heng@minneapolismn.gov)" <MaryEllen.Heng@minneapolismn.gov>
**Subject:** quick question
**Date:** Thu, 14 Dec 2017 16:52:45 +0000

---

Hi Mary Ellen,

I'd like to reach out to Bloomington Criminal Deputy to see if she/he would consider reviewing a case involving Brock Fredin and one of our employees. I'd ask you – but I understand your office has ties to this defendant as well. I went to Blooming CA website, but can't locate info on Deputy – can you hook me up?

Thanks much,
Laura


Laura Pietan
Deputy St. Paul City Attorney

**From:** "Heng, Mary Ellen" </O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP
(FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=8FB9455EF86C4CADB15A86AA817EC7B8-HENG, MARY>

**To:** "Pietan, Laura (CI-StPaul)" <laura.pietan@ci.stpaul.mn.us>

**Subject:** RE: quick question

**Date:** Thu, 14 Dec 2017 16:56:09 -0000

---

They have a new deputy and I don't have her email. But I always contact their senior attorney Erica Glassberg. Her email is eglassberg@bloomingtonmn.gov

## 13.43

**Mary Ellen Heng**
*Deputy City Attorney - Criminal*

City of Minneapolis – Minneapolis City Attorney's Office
350 S. Fifth St. – Room #210
Minneapolis, MN 55415

Office: 612-673-2270
Cell:  612-708-6674
Maryellen.heng@minneapolismn.gov

---

**From:** Pietan, Laura (CI-StPaul) [mailto:laura.pietan@ci.stpaul.mn.us]
**Sent:** Thursday, December 14, 2017 10:53 AM
**To:** Heng, Mary Ellen
**Subject:** quick question

Hi Mary Ellen,

I'd like to reach out to Bloomington Criminal Deputy to see if she/he would consider reviewing a case involving Brock Fredin and one of our employees. I'd ask you – but I understand your office has ties to this defendant as well. I went to Blooming CA website, but can't locate info on Deputy – can you hook me up?

Thanks much,
Laura

Laura Pietan
Deputy St. Paul City Attorney

MPD-9648001175

**From:** "mayer.peter@dorsey.com" <mayer.peter@dorsey.com>

**To:** "Green, David" <david.green@minneapolismn.gov>

**Subject:** Affidavit to Show CauseCS edit.doc

**Date:** Thu, 14 Dec 2017 17:04:04 +0000

**Attachments:** Minn. Stat. sec. 299C.46

MPD-9648001176

**From:** Anne Glidden <Anne.Glidden@hennepin.us>
**To:** See Khang <See.Khang@hennepin.us>, CC.DASCPO <CC.DASCPO@hennepin.us>, Melissa Rogers
      <melissa.rogers@minneapolismn.gov>, Robert Greer <robert.greer@minneapolismn.gov>, Jamie Becker-Finn
      <jamie.becker-finn@hennepin.us>
**Subject:** PO completed GOA List 9.20.17 JBF.XLSX
**Date:** Wed, 20 Sep 2017 14:46:17 +0000
**Attachments:** GOA_List_9.20.17_JBF.XLSX

---

**Disclaimer:** If you are not the intended recipient of this message, please immediately notify the sender of the transmission error and then promptly delete this message from your computer system.

MPD-9648001134

**From:** See Khang <See.Khang@hennepin.us>
**To:** CA.DASC Centerstaff <CA.DASC_Centerstaff@hennepin.us>
**Subject:** 72 Hour Arrest List - Wed, 9.20.17
**Date:** Wed, 20 Sep 2017 14:51:32 +0000



**Disclaimer:** If you are not the intended recipient of this message, please immediately notify the sender of the transmission error and then promptly delete this message from your computer system.

**From:** Jamie Becker-Finn <jamie.becker-finn@hennepin.us>
**To:** Robert Greer <robert.greer@minneapolismn.gov>, CC.DASCPO <CC.DASCPO@hennepin.us>, Paula Kruchowski
<Paula.Kruchowski@minneapolismn.gov>, "Christopher.Hildreth@minneapolismn.gov"
<Christopher.Hildreth@minneapolismn.gov>, Melissa Rogers <melissa.rogers@minneapolismn.gov>, Michelle
Jacobson <Michelle.Jacobson@minneapolismn.gov>, Kathy Rygh <Kathy.Rygh@minneapolismn.gov>, See Khang
<See.Khang@hennepin.us>
**Subject:** Final GOA List 9.20.17 JBF.XLSX
**Date:** Wed, 20 Sep 2017 16:58:09 +0000
**Attachments:** Final_GOA_List_9.20.17_JBF.XLSX

---

I moved the Fredin, Brock William report 17-358837 to "non-dom" Victim has an HRO but the parties have no domestic relationship, despite it being coded as such in this report.


**Disclaimer:** If you are not the intended recipient of this message, please immediately notify the sender of the transmission error and then promptly delete this message from your computer system.

MPD-9648001136

**From:** Jamie Becker-Finn <jamie.becker-finn@hennepin.us>
**To:** Robert Greer <robert.greer@minneapolismn.gov>, CC.DASCPO <CC.DASCPO@hennepin.us>, Paula Kruchowski
<Paula.Kruchowski@minneapolismn.gov>, "Christopher.Hildreth@minneapolismn.gov"
<Christopher.Hildreth@minneapolismn.gov>, Melissa Rogers <melissa.rogers@minneapolismn.gov>, Michelle
Jacobson <Michelle.Jacobson@minneapolismn.gov>, Kathy Rygh <Kathy.Rygh@minneapolismn.gov>, See Khang
<See.Khang@hennepin.us>
**Subject:** Final GOA List 9.20.17 JBF.XLSX
**Date:** Wed, 20 Sep 2017 16:58:09 +0000
**Attachments:** Final_GOA_List_9.20.17_JBF.XLSX

---

I moved the Fredin, Brock William report 17-358837 to "non-dom" Victim has an HRO but the parties have no domestic relationship, despite it being coded as such in this
report.


**Disclaimer:** If you are not the intended recipient of this message, please immediately notify the sender of the transmission error and then
promptly delete this message from your computer system.

MPD-9648001137

**From:** See Khang <See.Khang@hennepin.us>
**To:** CA.DASC Centerstaff <CA.DASC_Centerstaff@hennepin.us>
**Subject:** GOA list - Wed. 9.20.17
**Date:** Wed, 20 Sep 2017 14:38:35 +0000
**Attachments:** GOA_List_9.20.17_JBF.XLSX

---

Sincerely,
*See Khang*
Investigative Paralegal
Domestic Abuse Service Center
Direct Number: (612) 348-9335
Email address: see.khang@hennepin.us

**Disclaimer:** If you are not the intended recipient of this message, please immediately notify the sender of the transmission error and then promptly delete this message from your computer system.

R

**From:** "Green, David" </O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP
(FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=B1960B085A404606B0BCA706F10F1C09-GREEN, DAVI>

**To:** "green.david@dorsey.com" <green.david@dorsey.com>

**Subject:** FW: Affidavit to Show CauseCS edit.doc

**Date:** Fri, 15 Dec 2017 18:56:35 -0000

**Attachments:** Minn. Stat. sec. 299C.46


David B. Green
Special Assistant City Attorney, Criminal Division
City of Minneapolis – City Attorney's Office
350 S. Fifth St. – Room #210
Minneapolis, MN 55415
Office: 612-673-2022
david.green@minneapolismn.gov


-----Original Message-----
From: mayer.peter@dorsey.com [mailto:mayer.peter@dorsey.com]
Sent: Thursday, December 14, 2017 11:04 AM
To: Green, David
Subject: Affidavit to Show CauseCS edit.doc

MPD-9648001184

S

**From:** Tom Powers <tom.powers@meltwater.com>
**To:** "Pai, Vaman M." <Vaman.Pai@minneapolismn.gov>
**Subject:** Fwd: Meltwater reports
**Date:** Tue, 1 Aug 2017 15:18:46 -0500
**Attachments:** City_of_Minneapolis_-_Apr_2017.xlsx; City_of_Minneapolis_-_Mar_2017.xlsx

---

March and April
-

> ---------- Forwarded message ----------
> From: **Pai, Vaman M.** < Vaman.Pai@minneapolismn.gov>
> Date: Tue, Aug 1, 2017 at 8:59 AM
> Subject: Meltwater reports
> To: "Tom Powers ( tom.powers@meltwater.com)" < tom.powers@meltwater.com>
>
>
> Any luck with the January – July 2017 reports? Willing to take them one month at a time. I have a deadline coming up in three weeks.
>
>
> Thanks.
>
>
> **Vaman Pai**
>
> *Communications Specialist*
>
>
> **City of Minneapolis - Communications**
>
> 350 S. Fifth St. - Room 301M
>
> Minneapolis, MN 55415-1315
>
>
> Office: 612-673-2123
>
>  vaman.pai@minneapolismn.gov
>
>
>
>
> --
>
> **Tom Powers**
>
> Managing Director, Client Success Chicago
>
> T: +1 312-265-8174
>     tom.powers@meltwater.com | www.meltwater.com
> **Meltwater – helping companies make better, more
> informed decisions based on insights from the outside**

--

**Tom Powers**

MPD-9648001093

T

Saint Paul Police Department

# ORIGINAL OFFENSE / INCIDENT REPORT

| | | |
|---|---|---|
| *Complaint Number* | *Reference CN* | *Date and Time of Report* |
| 18101907 | 17280978 | 05/14/2018 23:37:00 |

*Primary offense:*

## FAMILY/CHILDREN-VIOLATION OF RESTRAINING ORDER

| | |
|---|---|
| *Primary Reporting Officer:* Filosa, David | *Name of location/business:* |
| *Primary squad:* 181 | *Location of incident:* 1656 DAYTON AV Apt Lower |
| *Secondary reporting officer:* Kinsel, Michael | ST PAUL, MN 55104 |
| *Approver:* Dunaski, Michael | |
| *District:* Western | *Date & time of occurrence:* 05/14/2018 16:00:00 *to* |
| *Site:* | 05/14/2018 21:03:00 |

*Arrest made:*

*Secondary offense:*

| | |
|---|---|
| *Police Officer Assaulted or Injured:* | *Police Officer Assisted Suicide:* |
| *Crime Scene Processed:* Yes | |

## OFFENSE DETAILS

### FAMILY/CHILDREN-VIOLATION OF RESTRAINING ORDER

| | |
|---|---|
| *Attempt Only:* | *Appears to be Gang Related:* |

| **Crime Scene** | | **Method & Point of Entry** | |
|---|---|---|---|
| *Type:* Residential prop, occup | | *Force used:* | *Hid Inside:* |
| *Description:* Multi, Apartments | | *Point of entry:* | |
| | | *Method:* | |

**Victims**

Miller, Grace Elizabeth

## NAMES

| | |
|---|---|
| **Suspect** | Fredin, Brock William |
| | 1905 IRIS BAY ST |
| **KNOWN** | HUDSON, WI 54016 |

**Nicknames or Aliases**

*Nick Name:*

*Alias:*

| | |
|---|---|
| *AKA First Name:* | *AKA Last Name:* |

**Details**

| *Sex:* Male | *Race:* White | *DOB:* 12/12/1983 | | *Resident Status:* |
|---|---|---|---|---|
| | *Hispanic:* | *Age:* 34 | *from* | *to* |

Saint Paul Police Department

# ORIGINAL OFFENSE / INCIDENT REPORT

| *Complaint Number* | *Reference CN* | *Date and Time of Report* |
|---|---|---|
| 18101907 | 17280978 | 05/14/2018 23:37:00 |

*Primary offense:*

## FAMILY/CHILDREN-VIOLATION OF RESTRAINING ORDER

### Phones

| Home: | Cell: | Contact: |
|---|---|---|
| Work: | Fax: | Pager: |

### Employment

| Occupation: | Employer: |
|---|---|

### Identification

| SSN: | License or ID#: | License State: |
|---|---|---|

### Physical Description

| US: | Metric: | | |
|---|---|---|---|
| Height:  to | Build: | Hair Length: | Hair Color: |
| Weight:  to | Skin: | Facial Hair: | Hair Type: |
| Teeth: | Eye Color: | Blood Type: | |

### Offender Information

| Arrested: No | Pursuit engaged: | Violated Restraining Order: |
|---|---|---|
| DUI: | Resistance encountered: | |
| Condition: | | |
| | Taken to health care facility: | Medical release obtained: |

## Victim

Miller, Grace Elizabeth
1656 DAYTON AV Apt LOWER
ST PAUL, MN 55104

### Nicknames or Aliases

| Nick Name: | |
|---|---|
| Alias: | |
| AKA First Name: | AKA Last Name: |

### Details

| Sex: Female | Race: White | DOB: 8/16/1984 | Resident Status: |
|---|---|---|---|
| | Hispanic: | Age: 33   from         to | |

### Phones

| Home: | Cell: 507-450-4243 | Contact: |
|---|---|---|
| Work: | Fax: | Pager: |

### Employment

| Occupation: | Employer: |
|---|---|

<div align="center">

Saint Paul Police Department

# ORIGINAL OFFENSE / INCIDENT REPORT

</div>

| | | |
|---|---|---|
| Complaint Number | Reference CN | Date and Time of Report |
| 18101907 | 17280978 | 05/14/2018 23:37:00 |

Primary offense:

## FAMILY/CHILDREN-VIOLATION OF RESTRAINING ORDER

---

**Identification**

| SSN: | License or ID#: | License State: |
|---|---|---|

**Physical Description**

| US: No | Metric: No | | |
|---|---|---|---|
| Height: to | Build: | Hair Length: | Hair Color: |
| Weight: to | Skin: | Facial Hair: | Hair Type: |
| Teeth: | Eye Color: | Blood Type: | |

**Victim Information**

| Type: Individual | Can Identify Offender: Yes | Willing to Press Charges: Yes |
|---|---|---|
| Condition: | | |
| | Taken to health care facility: No | Medical release obtained: No |

**Relationships**

| Acquaintance | Suspect | Fredin, Brock William |
|---|---|---|

## SOLVABILITY FACTORS

| Suspect can be Identified: | By: |
|---|---|
| Photos Taken: Yes | Stolen Property Traceable: |
| Evidence Turned In: Yes | Property Turned In: |
| Related Incident: | |

**Lab**

| Biological Analysis: | Fingerprints Taken: |
|---|---|
| Narcotic Analysis: | Items Fingerprinted: |
| Lab Comments: | |

---

## Participants:

| Person Type: | Name: | Address: | Phone: |
|---|---|---|---|
| Suspect | Fredin, Brock William | 1905 IRIS BAY ST<br>HUDSON, WI 54016 | |
| Victim | Miller, Grace Elizabeth | 1656 DAYTON AV Apt LOWER<br>ST PAUL, MN 55104 | |

---

## NARRATIVE

NO ICC AVAILABLE. BWC AVAILABLE, FILOSA/KINSEL.

On 05/14/2018 at 1955 hours, We, Sqd 181 (FILOSA/KINSEL), responded to 1656 DAYTON AVE LOWER LEVEL on a violation of a restraining order.

SP0000026EC6050B

Saint Paul Police Department

# ORIGINAL OFFENSE / INCIDENT REPORT

| Complaint Number | Reference CN | Date and Time of Report |
|---|---|---|
| 18101907 | 17280978 | 05/14/2018 23:37:00 |

Primary offense:

## FAMILY/CHILDREN-VIOLATION OF RESTRAINING ORDER

I am issued a body camera, I have been trained in its use and I wear it as part of my uniform. I mount it in the middle of my chest mounted to my uniform jacket. While driving to the call, I turned the camera on. It remained on throughout this call. I have not reviewed the footage but may do so at a later date. After reviewing the footage, I may write a supplement report to clarify any facts, add more detail or other relevant information.

Upon arrival, we met with the complainant who we identified as GRACE ELIZABETH MILLER (DOB: 08/16/1984, 1656 DAYTON AVE LOWER LEVEL, ST. PAUL, 55104, CELL/P: 507-450-4243). MILLER said she had been involved in ongoing harassment from a male who she identified as BROCK WILLIAM FREDIN (DOB: 12/12/1983).

MILLER showed us printed copies of a harassment order from Ramsey County (Court File #62-HR-CV-18-202) signed by Judge Patrick Diamond. The Order, dated 04/09/2018, stated that the "Respondent shall not directly or indirectly create, post, place, or distribute online any content that has a substantial adverse effect on the safety, security, or privacy of Petitioner."

We confirmed with Data/Ch.5 that the Court File number and Restraining Order was still in effect as of that day, 05/14/2018.

MILLER showed us her laptop screen where she found that the Respondent FREDIN had posted on his Twitter account a Tweet that stated, "...claimed Grace Elizabeth Miller 'is a bitch'.." The Tweet was in the context of a greater set of Tweets naming numerous other people.

I took photos of the Twitter page showing the context of the Tweet and uploaded those to the Media Vault.

MILLER was visibly upset with the ongoing case against FREDIN.

END OF REPORT.

## PUBLIC NARRATIVE

On 05/14/2018 at 1955 hours, Officers responded to the 1600 block of Dayton Ave on a violation of a restraining order. A female said a male violated a restraining order by posting comments about her on the Internet. There were no injuries. No arrests were made.

Last page of the report

Page   1

## Saint Paul Police Department
# SUPPLEMENTAL OFFENSE / INCIDENT REPORT

| | | |
|---|---|---|
| *Complaint Number* | *Reference CN* | *Date and Time of Report* |
| 18101907 | 17280978 | 05/15/2018 07:07:00 |

*Primary offense:*

## FAMILY/CHILDREN-VIOLATION OF RESTRAINING ORDER

*Primary Reporting Officer:* **Welters, Matthew**

*Primary squad:*

*Secondary reporting officer:*

*Approver:*

*District:* Western

*Site:*

*Name of location/business:*

*Location of incident:* 1656 DAYTON AV Apt Lower
ST PAUL, MN 55104

*Date & time of occurrence:* 05/14/2018 16:00:00 *to*
05/14/2018 21:03:00

*Arrest made:*

*Secondary offense:*

*Police Officer Assaulted or Injured:*

*Crime Scene Processed:*

*Police Officer Assisted Suicide:*

## NARRATIVE

I, Officer Welters - St. Paul Police Family Violence Unit, reviewed the criminal history for FREDIN, BROCK WILLIAM 12/12/1983.  I used MNCIS and the MNBCA Public site to conduct the check.  I found no QDVRO convictions.

## PUBLIC NARRATIVE

Last page of the report

SP0000026EC6050B

Saint Paul Police Department

Page    1

# SUPPLEMENTAL OFFENSE / INCIDENT REPORT

| Complaint Number | Reference CN | Date and Time of Report |
|---|---|---|
| 18101907 | 17280978 | 05/23/2018 10:00:00 |

Primary offense:

## FAMILY/CHILDREN-VIOLATION OF RESTRAINING ORDER

---

| | |
|---|---|
| Primary Reporting Officer:  Nasset, Sarah E | Name of location/business: |
| Primary squad: | Location of incident: 1656 DAYTON AV Apt Lower |
| Secondary reporting officer: | ST PAUL, MN 55104 |
| Approver: | |
| District: Western | Date & time of occurrence: 05/14/2018 16:00:00 to |
| Site: | 05/14/2018 21:03:00 |

Arrest made:

Secondary offense:

---

Police Officer Assaulted or Injured:

Crime Scene Processed:

Police Officer Assisted Suicide:

---

## NARRATIVE

On May 21, 2018, I received a call from the victim, Miller, about another possible violation of her order. Miller stated she was searching the suspect's Tweeter account and found more posts that were posted under the suspect's account.

I told Miller that if she forwarded the information to my work email I would add the information to the case.

On May 5, 2018 at 1454 hours and 17 00 hours I received two emails from Miller.

The first email included a screen shot of the Tweeter account under "Brock Fredin@Brock_Fredin" with the suspect's photo.  There were three tweets. In the tweets it stated the suspect was going to live stream about his Second Amended Complaint and how he was going to stop an autistic U.S. Attorney, Rhode scholar instructor and a commander of a military base. The suspect may be the first person to get an IIED claim past a motion to dismiss for a social media campaign, he can't get a gag order lifted in a corrupt family court and how tabloid coverage destroy his professional livelihood.

The second email included a screen shot and an audio recording. Per the victim, she found the recording on the website, karmenmcquitty.net. I checked the website and found the recording. The website was labeled, "Attorney Karmen McQuitty-Fraudster, Perpetuator of Nonesense". Miller stated the recording was secretly recorded during a court hearing on January 8, 2018, when her attorney, Miss McQuitty, was explaining to the court about a HRO violation the suspect had been arrested for by a Ramsey County Deputy in the court house against another victim. The victim said she was not present for her hearing on January 8, 2018.

I took a screen shot of the first page showing the website karmenmcquitty.net and the page were the recording was located. I transferred the screen shots into the Media Vault.

I transferred the two emails that included the screen shots of the tweets, the audio recording and the screen shot taken by the victim showing the location of the recording within the karmenmcquitty.net website.

SP0000026EC6050B

Saint Paul Police Department
# SUPPLEMENTAL OFFENSE / INCIDENT REPORT

| Complaint Number | Reference CN | Date and Time of Report |
|---|---|---|
| 18101907 | 17280978 | 05/23/2018 10:00:00 |

Primary offense:

FAMILY/CHILDREN-VIOLATION OF RESTRAINING ORDER

**PUBLIC NARRATIVE**

Last page of the report

SP0000026EC6050B

Saint Paul Police Department

# SUPPLEMENTAL OFFENSE / INCIDENT REPORT

| | | |
|---|---|---|
| *Complaint Number* | *Reference CN* | *Date and Time of Report* |
| 18101907 | 17280978 | 10/24/2018 09:57:00 |

*Primary offense:*

FAMILY/CHILDREN-VIOLATION OF RESTRAINING ORDER

| | |
|---|---|
| *Primary Reporting Officer:* Riley, John J | *Name of location/business:* |
| *Primary squad:* | *Location of incident:* 1656 DAYTON AV Apt Lower |
| *Secondary reporting officer:* | ST PAUL, MN 55104 |
| *Approver:* | |
| *District:* Western | *Date & time of occurrence:* 05/14/2018 16:00:00 *to* |
| *Site:* | 05/14/2018 21:03:00 |

*Arrest made:*

*Secondary offense:*

| | |
|---|---|
| *Police Officer Assaulted or Injured:* | *Police Officer Assisted Suicide:* |
| *Crime Scene Processed:* | |

## NARRATIVE

Assistant City Attorney T.Patet reviewed the case and declined charges against B. Fredin.  He was charged and  convicted on several other consolidated cases.  The victims were notified of the  result.

## PUBLIC NARRATIVE

Last page of the report

SP0000026EC6050B

Saint Paul Police Department

# ORIGINAL OFFENSE / INCIDENT REPORT

| | | |
|---|---|---|
| *Complaint Number* | *Reference CN* | *Date and Time of Report* |
| 19132719 | | 06/20/2019 14:09:00 |

Primary offense:

## FAMILY/CHILDREN-VIOLATION OF RESTRAINING ORDER

| | |
|---|---|
| *Primary Reporting Officer:* Xiong, Xai | *Name of location/business:* |
| *Primary squad:* 134 | *Location of incident:* 1656 DAYTON AV |
| *Secondary reporting officer:* | ST PAUL, MN 55104 |
| *Approver:* Mack, Daniel | |
| *District:* Western | *Date & time of occurrence:* 06/20/2019 09:00:00 *to* |
| *Site:* | 06/20/2019 10:00:00 |

*Arrest made:*

*Secondary offense:*

*Police Officer Assaulted or Injured:*      *Police Officer Assisted Suicide:*

*Crime Scene Processed:* No

## OFFENSE DETAILS

**FAMILY/CHILDREN-VIOLATION OF RESTRAINING ORDER**

*Attempt Only:*      *Appears to be Gang Related:*

**Victims**

Miller, Grace Elizabeth

## NAMES

**Suspect**      Fredin, Brock William

**KNOWN**      ST PAUL, MN

**Nicknames or Aliases**

*Nick Name:*

*Alias:*

*AKA First Name:*      *AKA Last Name:*

**Details**

| | | | |
|---|---|---|---|
| *Sex:* Male | *Race:* White | *DOB:* 12/12/1983 | *Resident Status:* |
| | *Hispanic:* | *Age:* 35   *from*    *to* | |

**Phones**

| | | |
|---|---|---|
| *Home:* | *Cell:* | *Contact:* |
| *Work:* | *Fax:* | *Pager:* |

**Employment**

| | |
|---|---|
| *Occupation:* | *Employer:* |

SP0000026EC6050B

Saint Paul Police Department

# ORIGINAL OFFENSE / INCIDENT REPORT

| Complaint Number | Reference CN | Date and Time of Report |
|---|---|---|
| 19132719 | | 06/20/2019 14:09:00 |

Primary offense:

## FAMILY/CHILDREN-VIOLATION OF RESTRAINING ORDER

---

**Identification**

| SSN: | License or ID#: | License State: |
|---|---|---|

**Physical Description**

| US: | Metric: | | |
|---|---|---|---|
| Height: to | Build: | Hair Length: | Hair Color: |
| Weight: to | Skin: | Facial Hair: | Hair Type: |
| Teeth: | Eye Color: | Blood Type: | |

**Offender Information**

| Arrested: | Pursuit engaged: | Violated Restraining Order: |
|---|---|---|
| DUI: | Resistance encountered: | |
| Condition: | | |
| | Taken to health care facility: | Medical release obtained: |

**Victim**

Miller, Grace Elizabeth
1656 DAYTON AV
ST PAUL, MN 55104

**Nicknames or Aliases**

| Nick Name: | |
|---|---|
| Alias: | |
| AKA First Name: | AKA Last Name: |

**Details**

| Sex: Female | Race: White | DOB: 8/16/1984 | Resident Status: |
|---|---|---|---|
| | Hispanic: | Age: 34   from     to | |

**Phones**

| Home: | Cell: 507-450-4243 | Contact: |
|---|---|---|
| Work: | Fax: | Pager: |

**Employment**

| Occupation: | Employer: |
|---|---|

**Identification**

| SSN: | License or ID#: | License State: |
|---|---|---|

**Physical Description**

| US: No | Metric: No | | |
|---|---|---|---|
| Height: to | Build: | Hair Length: | Hair Color: |
| Weight: to | Skin: | Facial Hair: | Hair Type: |
| Teeth: | Eye Color: | Blood Type: | |

SP0000026EC6050B

Saint Paul Police Department

# ORIGINAL OFFENSE / INCIDENT REPORT

Complaint Number      Reference CN

**19132719**

Primary offense:

Date and Time of Report

**06/20/2019 14:09:00**

## FAMILY/CHILDREN-VIOLATION OF RESTRAINING ORDER

**Victim Information**

| | | |
|---|---|---|
| Type: Individual | Can Identify Offender:  Yes | Willing to Press Charges: Yes |
| Condition: | | |
| | Taken to health care facility: No | Medical release obtained:     No |

**Relationships**

| | | |
|---|---|---|
| Boy/Girl Friend | Suspect | Fredin, Brock William |

## SOLVABILITY FACTORS

| | | |
|---|---|---|
| Suspect can be Identified: Yes | By:  GRACE MILLER | |
| Photos Taken: | Stolen Property Traceable: | |
| Evidence Turned In: | Property Turned In: | |
| Related Incident: | | |

**Lab**

| | |
|---|---|
| Biological Analysis: | Fingerprints Taken: |
| Narcotic Analysis: | Items Fingerprinted: |
| Lab Comments: | |

## Participants:

| Person Type: | Name: | Address: | Phone: |
|---|---|---|---|
| Suspect | Fredin, Brock William | ST PAUL, MN | |
| Victim | Miller, Grace Elizabeth | 1656 DAYTON AV<br>ST PAUL, MN 55104 | |

## NARRATIVE

NO ICC SQUAD 1489

BWC ACTIVATED - X. XIONG
BWC NOT REVIEWED PRIOR TO REPORT

On 06/20/19 at approximately 1241 hours, I, Officer X. Xiong (Squad 134) was sent to 1656 Dayton Ave on a VOP call.

Upon arrival, I spoke with the complainant who later identified herself as GRACE ELIZABETH MILLER (DOB: 08/16/84, 1656 DAYTON AVE, C#: 507-450-4243). MILLER said that her ex-boyfriend, BROCK WILLIAM FREDIN (DOB: 12/12/83, NPA), just got out of jail on June 12th, 2019. MILLER said that today 06/20/19 she found two new meme's about her on the internet. MILLER said that she stopped finding stuff about her on internet when FREDIN was booked for 8 months for violating an OFP.

SP0000026EC6050B

## Saint Paul Police Department

# ORIGINAL OFFENSE / INCIDENT REPORT

Complaint Number          Reference CN                                      Date and Time of Report

19132719                                                                    06/20/2019 14:09:00

Primary offense:

## FAMILY/CHILDREN-VIOLATION OF RESTRAINING ORDER

MILLER said she is positive that FREDIN has created the new meme's about her because she has not found anything recently until his release. MILLER said FREDIN was in violation of the new and old OFP (62-HR-CV-16-46 / 62-HR-CV-18-202) that was put against him. MILLER said that in the past, FREDIN had also created websites and meme's about her that violated the OFP.

MILLER was read the Domestic blueprint assessment questions. MILLER said she does not know if FREDIN will seriously injure or kill her. MILLER said that FREDIN threatens her everyday because she does not know if he will put her name on the internet again. MILLER said that it has not changed because it has been the same for three years. MILLER said that she is always afraid of FREDIN because of what he has done to her. MILLER said she always has to look out in case FREDIN is nearby. MILLER said if we cannot contact her, we can contact her dad, WILLIAM MILLER (C#: 612-708-9630). MILLER said that FREDIN has live in numerous areas in Saint Paul, MN and Hudson, WI in the past 10 years.

MILLER was given a business card and case number.

I uploaded the MEME's into the media vault and turned in MILLER's victim impact statement at the SPPD Western District drop box.

No further information at this time.

## PUBLIC NARRATIVE

On 06/20/19, Officers were sent to 1656 Dayton Ave on a VOP call. Upon arrival, Officers spoke with the complainant who stated that her ex-boyfriend had violated a protection order by making meme's about her.

Last page of the report

Page   1

Saint Paul Police Department
# SUPPLEMENTAL PROPERTY REPORT

| Complaint Number | Reference CN | Date and Time of Report |
|---|---|---|
| 19132719 | | 06/20/2019 15:40:00 |

Primary offense:

## FAMILY/CHILDREN-VIOLATION OF RESTRAINING ORDER

| | |
|---|---|
| Primary Reporting Officer: **Xiong, Xai** | Name of location/business: |
| Primary squad: | Location of incident: **1656 DAYTON AV** |
| Secondary reporting officer: | **ST PAUL,** |
| Approver: | |
| District: | Date & time of occurrence: **06/20/2019 12:45:00** to |
| Site: | **06/20/2019 12:45:00** |

Arrest made:

Secondary offense:

| | |
|---|---|
| Police Officer Assaulted or Injured: | Police Officer Assisted Suicide: |
| Crime Scene Processed: | |

## OFFENSE DETAILS

### FAMILY/CHILDREN-VIOLATION OF RESTRAINING ORDER

| Attempt Only: | Appears to be Gang Related: |
|---|---|

## NAMES

### Owner

**Nicknames or Aliases**

Nick Name:

Alias:

| AKA First Name: | AKA Last Name: |
|---|---|

**Details**

| Sex: | Race: | DOB: | Resident Status: |
|---|---|---|---|
| | Hispanic: | Age: | from | to |

**Phones**

| Home: | Cell: | Contact: |
|---|---|---|
| Work: | Fax: | Pager: |

**Employment**

| Occupation: | Employer: |
|---|---|

SP0000026EC6050B

Saint Paul Police Department

# SUPPLEMENTAL PROPERTY REPORT

| Complaint Number | Reference CN | Date and Time of Report |
|---|---|---|
| 19132719 | | 06/20/2019 15:40:00 |

Primary offense:

## FAMILY/CHILDREN-VIOLATION OF RESTRAINING ORDER

| *Identification* | | |
|---|---|---|
| SSN: | License or ID#: | License State: |

## PROPERTY

| ITEM #  1 | | |
|---|---|---|
| Type of Loss: Recovered | Date of Loss: | Location Lost: |
| Owner: | Date Recovered: 6/20/2019 | Location Recovered: |
| Model #: | Quantity: | Serial #: |

Article Type / Item: Other property      /  Miscellaneous items          Total value: $0.00

Description: victim impact statement

| Turned in at: | Locker ID #: | Lab exams: |
|---|---|---|

## NARRATIVE

Items:
1    Other property      Miscellaneous items      victim impact statement      $ 0.00

## PUBLIC NARRATIVE

Last page of the report

Page   1

Saint Paul Police Department

# SUPPLEMENTAL OFFENSE / INCIDENT REPORT

*Complaint Number*      *Reference CN*

19132719

*Primary offense:*

## FAMILY/CHILDREN-VIOLATION OF RESTRAINING ORDER

*Date and Time of Report*

06/21/2019 07:07:00

| | |
|---|---|
| *Primary Reporting Officer:* Welters, Matthew | *Name of location/business:* |
| *Primary squad:* | *Location of incident:* 1656 DAYTON AV |
| *Secondary reporting officer:* | ST PAUL, MN 55104 |
| *Approver:* | |
| *District:* Western | *Date & time of occurrence:* 06/20/2019 09:00:00 *to* |
| *Site:* | 06/20/2019 10:00:00 |

*Arrest made:*

*Secondary offense:*

*Police Officer Assaulted or Injured:*      *Police Officer Assisted Suicide:*

*Crime Scene Processed:*

## NARRATIVE

I, Officer Welters - St. Paul Police Family Violence Unit, reviewed the criminal history for FREDIN, BROCK WILLIAM 12/12/1983.  I used MNCIS and MNBCA Public site to conduct the check.  I found the following QDVRO conviction:

1- 10/17/2018 - Stalking (GM) - Ramsey County, 62-CR-17-3156
2- 04/30/2019 - Violate Harassment Restraining Order (M) - Ramsey County, 62-CR-18-157

## PUBLIC NARRATIVE

Last page of the report

SP0000026EC6050B

Page   1

### Saint Paul Police Department
# SUPPLEMENTAL OFFENSE / INCIDENT REPORT

| | | |
|---|---|---|
| *Complaint Number* | *Reference CN* | *Date and Time of Report* |
| 19132719 | | 06/24/2019 14:15:00 |

*Primary offense:*

## FAMILY/CHILDREN-VIOLATION OF RESTRAINING ORDER

| | |
|---|---|
| *Primary Reporting Officer:* Riley, John J | *Name of location/business:* |
| *Primary squad:* | *Location of incident:* 1656 DAYTON AV |
| *Secondary reporting officer:* | ST PAUL, MN 55104 |
| *Approver:* | |
| *District:* Western | *Date & time of occurrence:* 06/20/2019 09:00:00 *to* |
| *Site:* | 06/20/2019 10:00:00 |
| *Arrest made:* | |
| *Secondary offense:* | |

| | |
|---|---|
| *Police Officer Assaulted or Injured:* | *Police Officer Assisted Suicide:* |
| *Crime Scene Processed:* | |

## NARRATIVE

On 06/24/2019 I, Sgt. John Riley of FVU, presented the case to the County Attorney's Office for charging consideration (pre-screening).

After Review, Assistant City Attorney S. Pfaffe declined charges.

## PUBLIC NARRATIVE

Last page of the report

Saint Paul Police Department

# SUPPLEMENTAL OFFENSE / INCIDENT REPORT

| | |
|---|---|
| *Complaint Number*   *Reference CN* | *Date and Time of Report* |
| 19132719 | 06/24/2019 14:37:00 |

*Primary offense:*

## FAMILY/CHILDREN-VIOLATION OF RESTRAINING ORDER

| | |
|---|---|
| Primary Reporting Officer:   Riley, John J | *Name of location/business:* |
| *Primary squad:* | *Location of incident:* 1656 DAYTON AV |
| *Secondary reporting officer:* | ST PAUL, MN 55104 |
| *Approver:* | |
| *District:* Western | *Date & time of occurrence:* 06/20/2019 09:00:00 *to* |
| *Site:* | 06/20/2019 10:00:00 |

*Arrest made:*

*Secondary offense:*

| | |
|---|---|
| *Police Officer Assaulted or Injured:* | *Police Officer Assisted Suicide:* |
| *Crime Scene Processed:* | |

## NARRATIVE

On 06/24/2019 I, Sgt. John  Riley of FVU, spoke with Grace MIller to advise her the County Attorney's Office declination of charges.  Initially, Ms. Miller was upset.

Later, Miller told me she discovered the memes reported in this case were approximately 2 years old.

## PUBLIC NARRATIVE

Last page of the report

U

**From:** "Carr, Vanessa T." </O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP
(FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=B9F8ABDD1C8C4EBE897EF6EAEB9330C9-CARR, VANES>

**To:** "Schultz, William N." <William.Schultz@minneapolismn.gov>

**Subject:** RE: Police report

**Date:** Wed, 15 Jun 2016 13:32:10 -0000

---

Lol you were so *great* that she has to keep calling you! Lol
Good Morning!!!

**From:** Schultz, William N.
**Sent:** Wednesday, June 15, 2016 7:58 AM
**To:** Carr, Vanessa T.
**Subject:** RE: Police report

I did receive an email from a Sgt from St Paul that is investigating the guy that is doing the harassing.  I connected him with Lynn and sent her the original police report # so I think it is being dealt with.  I told ▓▓▓▓ again that 311 does not do anything except send in the report.  I have had about 4 emails from her since I left 311!! I keep telling her that I don't work there any more!!

Have a great day.

**From:** Carr, Vanessa T.
**Sent:** Monday, June 13, 2016 6:34 PM
**To:** Schultz, William N.
**Subject:** RE: Police report

Hi Bill, am I supposed to respond to this?  LOL oops

**From:** Schultz, William N.
**Sent:** Friday, June 10, 2016 1:52 PM
**To:** Carr, Vanessa T.
**Subject:** FW: Police report

Hi Vanessa,  I told ▓▓▓▓▓ I would pass this on and here is what I said to her:

Hi ▓▓▓▓▓,

Sorry to hear you are still having issues with this guy.  I will forward this to 311 but just to let you know, at 311 we took the police reports but then they are sent to the Minneapolis Police and they would be the ones that would contact you.  I am not sure who the investigator would even be in the Police Department.

Thanks,

Bill

Not sure what , if anything, can be done to help her from here??

Thank you and have a great weekend.

Bill

**From:** ▓▓▓▓▓ ▓▓▓▓▓ [ mailto:▓▓▓▓▓ ]
**Sent:** Thursday, June 09, 2016 7:22 PM
**To:** Schultz, William N.
**Subject:** Re: Police report

Hi Bill,
  Unfortunately I haven't heard from anyone at 311, so I called the other day and set up a new addition to the report, and still have not heard back.  This guy is posting my personal information online.  I need to file something against him.  I have also come into contact with three other women who have been harassed by him.  Please let me know what to do.  Thank you for your continued help.

▓▓▓▓▓

On Tue, May 31, 2016 at 8:38 AM, Schultz, William N. < William.Schultz@minneapolismn.gov> wrote:
Hi ▓▓▓▓▓,

I no longer work at Minneapolis 311, still with the City but in a different department.  I forwarded your email to a colleague that is still at 311 to see what could be done from Minneapolis.  I am sure you will hear from someone at 311 or from the Minneapolis Police Department about this.

Thanks and again I am sorry you are still having to deal with this.

MPD-9648000063