# Brock Fredin

Milwaukee, WI ● Phone: (612) 424-5512 ●
E-Mail: brockfredinlegal@icloud.com

Date: October 31, 2019

**BY ECF**

Hon. Magistrate Judge Hildy Bowbeer
United States District Court
316 Robert St N
Saint Paul, MN 55101

      Re:    *Fredin v. Miller et al.*, Case No. 18-cv-466-SRN-HB
               *Fredin v. Middlecamp*, Case No. 17-cv-3058-SRN-HB

Dear Judge Bowbeer:

I write to briefly respond to your October 31, 2019 Order to Strike Declarations from the Docket. I am respectfully requesting to file an amended Declaration with only the "Authentication of Documents" section and an exhibit list. The Authentication of Documents section would only indicate the exhibit number, dates, and parties.

Recently, I discovered new evidence that substantiates my claims asserted in this action. More importantly, the new evidence negates the defenses asserted by Defendants in their respective motion to compel or opposition to limited discovery. Specifically, I was provided with a Freedom of Information ("FOIA) request dated October 28, 2019. It is my belief this was provided on this date to bypass discovery and motion deadlines in this matter.



Given this new development, I respectfully request that the Court grant me the opportunity to file a Declaration in this matter. As discussed in my stricken Declaration, the incorporation of this new evidence into my limited discovery motion is critical to my claims and directly undermines the defenses asserted by Defendants in their motion to compel.

The FOIA request shows evidence was destroyed. Moreover, the request indicates Ms. Middlecamp's knowledge of Ms. Schaefer and Miller. The evidence also indicates Ms. Middlecamp's improper actions to execute a vindictive prosecution and April 28, 2017 raid. Secondly, it appears Ms. Middlecamp's scheme included the improper use of Minneapolis City resources and use of her allegations as tabloid fodder on @CardsAgstHrsmt and the *City Pages*.

> Hmm… a mystery…
> Does MPD-9648 still show open?
>
> **From:** MacDonald, Kyle H
> **Sent:** Friday, May 31, 2019 9:13 AM
> **To:** Lamor, Lisa <lisa.lamor@minneapolismn.gov>
> **Subject:** RE: MPD 9648 / DP 181303 - Fredin
>
> I'm not sure what happened with this request. I have a folder labeled Fredin production however it's empty. I'm looking through my assorted flash drives and I don't see one labeled 9648 or 181303.

I thank the Court's for its attention to this matter and its continued courtesies.

                                                  Respectfully submitted,

                                                  s/ Brock Fredin

                                                  Brock Fredin

cc:    K. Jon Breyer (by ECF)
         Adam C. Ballinger (by ECF)