# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Brock Fredin, | |
| Plaintiff, | Court File No. 17-cv-03058 (SRN/HB) |
| v. | |
| Lindsey Middlecamp, | |
| Defendant. | |
| | |
| Brock Fredin, | |
| Plaintiff, | Court File No. 18-cv-00466 (SRN/HB) |
| v. | |
| Grace Elizabeth Miller, et al., | |
| Defendant. | |

## DEFENDANTS' MOTION FOR SANCTIONS

Defendants Lindsey Middlecamp, Grace Miller, and Catherine Schaefer ("Defendants") respectfully move this Court for an order for sanctions. Defendants' motion is brought pursuant to Fed. R. Civ. P. 37 and is supported by Defendants' memoranda of law and all supporting declarations and exhibits filed therewith, and the file, record and all proceedings in this matter.

Dated: February 7, 2020 **KUTAK ROCK LLP**

By <u>s/ K. Jon Breyer</u>
K. Jon Breyer (#302259)
60 South Sixth Street
Suite 3400
Minneapolis, MN 55402
Telephone: (612) 334-5057
jon.breyer@kutakrock.com

*Attorneys for Defendants Lindsey Middlecamp, Grace Elizabeth Miller, and Catherine Marie Schaefer*

4823-2262-8276.1