## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Brock Fredin,

                Plaintiff,        Court File No. 17-cv-03058 (SRN/HB)

v.

Lindsey Middlecamp,

                Defendant.

Brock Fredin,

                Plaintiff,        Court File No. 18-cv-00466 (SRN/HB)

v.

Grace Elizabeth Miller, et al.,

                Defendant.

### NOTICE OF HEARING ON MOTION FOR SANCTIONS

PLEASE TAKE NOTICE that Defendants' Motion for Sanctions will be heard before the Honorable Hildy Bowbeer on February 21, 2020 at 1:30 p.m. in Courtroom 6B of the United States District Court, District of Minnesota, 632 Federal Building, 316 N. Robert Street, St. Paul, MN, 55101.

Dated: February 7, 2020            **KUTAK ROCK LLP**

By <u>s/ K. Jon Breyer</u>
K. Jon Breyer (#302259)
60 South Sixth Street
Suite 3400
Minneapolis, MN 55402
Telephone: (612) 334-5057
jon.breyer@kutakrock.com

*Attorneys for Defendants Lindsey Middlecamp, Grace Elizabeth Miller, and Catherine Marie Schaefer*

4827-4205-8676.1