UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Brock Fredin,

        Plaintiff,      Court File No. 17-cv-03058 (SRN/HB)

v.

Lindsey Middlecamp,

        Defendant.

Brock Fredin,

        Plaintiff,      Court File No. 18-cv-00466 (SRN/HB)

v.

Grace Elizabeth Miller, et al.,

        Defendant.

### DECLARATION OF K. JON BREYER

I, K. Jon Breyer, declare as follows:

1. I am an attorney with the law firm of Kutak Rock LLP and counsel to Defendants in the above-captioned matters. I submit this affidavit in support of Defendants' Motion for Sanctions.

2. Attached hereto as **Exhibit A** are pages of the Deposition of Brock Fredin taken December 5, 2019, that are reference in Defendants' Memorandum of Law in support of their Motion for Sanctions.

2

3.      Attached hereto as **Exhibit B** is Exhibit 13 to Fredin's deposition, which depicts a website believed to have been created by Fredin and that contains information that he, personally, made public. This is the same information that he claims is defamatory.

I declare under the penalty of perjury that the foregoing is true and correct. Executed this 7th day of February, 2020 at Minneapolis, Minnesota.

*/s/K. Jon Breyer*
K. Jon Breyer

4823-9988-8308.1