# EXHIBIT B

# Major Grace Miller - Psychotic Stalker, Coward, Incorrigible Bully





Grace Miller is a Major in the United States Air Force and commands the Aircraft Maintenance Squadron at the 934th Airlift Wing and a PhD student in English Literature at the University of Minnesota. Her only job prior to becoming a commander of the 934th Airlift Wing was an instructor at the Air Force Academy in Colorado Springs where she attempted to date Rebecca Esselstein's brother -- her Rhode Scholar student -- whom she mericlessly mocked after he undertook exhaustive efforts to travel from Ohio to take her on a date. As an initial matter, Grace Miller has engaged in numerous acts of misconduct. This includes, but is not limited to, leaking confidential files to tabloids, admittedly coaching fraudulent restraining orders from women her ex-boyfriend has never met or spoken to, knowingly manufacturing false police reports, and directing her own sister to taunt her ex-boyfriend. Even worse, Grace Miller has begged an Assistant Minneapolis City Attorney and used her position to instigate bogus collateral proceedings against her ex-boyfriend. She has also knowingly lied to the police in order to instigate a no-knock swat style raid of her ex-boyfriend's home who was expressing his First Amendment rights. The Saint Paul City Attorney's Office immediately declined charges against him in March 2016 and subsequently refused charges thereafter multiple times. As a final matter, Grace Miller has even ex-communicated her older sister, Rachel Albrecht-Miller, to the extent possible except for required family functions.

Sadly, Grace Miller has not faced any consequences for her belligerent and unethical behavior. **We ask that you call the Saint Paul City Attorneys Office and demand Grace Miller and fraudster Catherine Schaefer be charged with filing an unending stream of knowingly false police reports.** Admittedly, Grace Miller is a high powered -- military commander - and her ex-boyfriend maintains a low-powered societal position, she is still falsely seen as the victim by her fraudulent use of her gender to gain false sympathy and silence her ex.

🚨 **UPDATE:** Grace Miller has now sued yet again to remove this website and admitted in sworn documents to stalking him by contacting an endless stream of women who she alleges went on dates with him. At best, this is farcical. At a minimum, it remains a fraud and campaign of stalking to terrorize her ex-boyfriend. Additionally, she directed a Sheriff's deputy to contact Brock Fredin's lawyer. As a result, she has now tampered with a criminal case, which is particularly egregious considering there has been significant tampering already.

---

Brock Fredin has sued Assistant City Attorney Lindsey Middlecamp, in the United States District Court for Minnesota alleging inter alia defamation after Ms. Miller admittedly leaked confidential documents and her manufactured allegations to @CardsAgstHrsmt, the City Pages and reporter Michael Mullen. In the leaked decision, Referee Elizabeth Clysdale deliberately fabricated and manufactured factual assertions in the decision in an effort to defame Mr. Fredin, prejudice his ability to exercise legitimate First Amendment speech to defend against false statements and ruin Mr. Fredin's professional career as a software developer. A copy of the complaint can be found here. And, a recent oppositional motion can be found here. If there was any doubt as to Grace Miller's misconduct, we suggest that you view the evidence below.

We suggest that you view the evidence below. These are excerpts of Grace Miller's police reports and/or statements given during exchanges with the Saint Paul Police department. These reports are conclusive evidence that Grace Miller has fraudulently coached knowingly false restraining orders and police reports. In fact, Grace Miller's appalling statements, many of which are categorically false, demonstrated that she is fundamentally unfit to preside over military personal or drone targeting.

**The following video accurately display's Grace Miller's likely reaction anytime her ex-boyfriend makes a Facebook post:**



Shockingly, Grace Miller admits to coaching fraudulent restraining orders and police reports from a woman, Catherine Schaefer -- who her ex-boyfriend has never met or spoken to -- in order to generate a false tabloid article and destroy his career:

Then she coached Schaefer through getting her own.

"An internet search revealed the number as a telemarketer" Grace Miller and Catherine Schaefer fraudulently manufactured false police reports to substantiate a baseless tabloid article.



Just another false police report by Grace Miller and Catherine Schaefer.



What Does It Take For Grace Miller to Attack her ex-boyfriend? Not Much! Just a Telemarketer call!



Shockingly, Grace Miller knowingly lies to Sergeant McCabe claiming that her ex-boyfriend has hacked her webcam and/or phone. This remains particularly concerning since he is a totally law abiding citizen, with zero expertise, or desire to invade her privacy. Further, this would require him to break 128 bit encryption with resources that only a nation-state posesses. Clearly, this is yet another absurd allegation. Further, she admits to her likely PTSD as a result of her military deployments and her exagerated over-reactions from petty arguments

2/12/2016      Re: test e-mail - McCabe, David (CI-StPaul)

### Re: test e-mail

**Grace Miller** <​▮▮▮▮▮​>

Fri 2/12/2016 9:23 AM

To: McCabe, David (CI-StPaul) <​▮▮▮▮▮​>;

Hi Sgt McCabe,

I did install Norton on my computer and my smart phone and scan both of them frequently - I didn't have them before because I have a mac. I always put tape over the video camera as well in case he's watching. I had to get a separate program for my phone plan (which was free) in order to block his phone numbers.

I've been a little paranoid since this started. I freak out a bit when a car pulls up on front of my house and have to check and make sure it's not his car. I have been having trouble concentrating at work and school when I get these messages, which has made my life pretty hard - I'm working on a PhD and am supposed to take exams this semester, and I'm deploying with the Air Force Reserves this summer.

I also have clinical anxiety and depression (which I'm on medication for - Brock knows this) and this has exacerbated that a lot.

Thanks again,

Grace

As described in more detail below, Grace Miller attempts to bring bogus criminal charges for legitimate free speech. As a result, she actively prosecutor shops and tampers with legal proceedings. In fact, these charges were immediately dismissed in March 2016 and several times thereafter. Indicative of this farcical argument, her lawyer, Karmen McQuitty claims "I'm sure he can empathize with how this makes Grace feel and the negative impact he is causing." No, a false City Pages article available to millions of people and a manufactured Twitter smear campaign sent out to hundreds of thousands of people does not compare to a legitimate innocuous First Amendment Facebook post seen by less than five (5) people.



8/11/2017 — Roundcube Webmail :: Grace Miller v. Brock Fredin HR- CV-16-130

**Subject:** Grace Miller v. Brock Fredin HR- CV-16-130
**From:** Karmen McQuitty
**To:**
**Cc:**
**Date:** 2016-06-22 08:55

- Screen Shot 2016-06-22 at 10.05.36 AM-1 Referee Street.png (~44 KB)
- Screen Shot 2016-05-11 at 10.08.31 AM.png (~35 KB)
- Screen Shot 2016-05-04 at 11.18.27 AM.png (~266 KB)
- Screen Shot 2016-05-04 at 11.18.03 AM.png (~23 KB)
- Screenshot_2016-06-18-11-03-30.png (~315 KB)
- Screen Shot 2016-06-22 at 10.05.36 AM-1 Referee Street.png (~44 KB)

Hello Referee Street-

I would like to update you on what has occurred since we were in court and ask that you consider a contempt of court. First, I have been in touch with both Sgt. McCabe at SPPD and Mike Seasley at the City Attorney's Office. While Sgt. McCabe agrees that there has been a violation of your order, Mike doesn't think he can prove up the case (his position is that the statute does not contemplate FB posts in third party contact-- I disagree). As I recall, you specifically told him to stop posting about my client on social media.

Mr. Fredin has continued to consistently post on FB about Ms. Miller. In addition, Mr. Fredin has now brought you into the mix-- he has posted about you on "datingpsychos.com" http://www.datingpsychos.com/. I am attaching his post about you and some of the posts about my client.

In addition, I have emailed Mr. Fredin's attorney on three occasions asking him to direct his client to stop posting about my client. I have received no response, and the posts have continued.

I am happy to appear on this if you'd like to have a hearing.

Thank you,
--
Karmen McQuitty, J.D., M.S.
Senior Staff Attorney
University of MN Student Legal Service
160 West Bank Skyway

---

8/11/2017 — Roundcube Webmail :: More Brock Fredin Posts

**Subject:** More Brock Fredin Posts
**From:** Karmen McQuitty
**To:**
**Date:** 2016-05-04 09:45

- Screen Shot 2016-05-04 at 11.18.03 AM.png (~23 KB)
- Screen Shot 2016-05-04 at 11.18.27 AM.png (~266 KB)

Hello Nathan--

See below. I've forwarded them to law enforcement and the prosecutor.

Please tell your client to stop posting.

--
Karmen McQuitty, J.D., M.S.
Senior Staff Attorney
University of MN Student Legal Service
160 West Bank Skyway
219 19th Ave. South
Minneapolis, MN 55455

http://usls.umn.edu/

is for Brock to stop posting about Grace and remove past posts. I get that his position is based in the First Amendment, and I'm sure he can empathize with how this makes Grace feel and the negative impact he is causing.

While Grace Miller made her ex-boyfriend into tabloid fodder and encouraged her own sister to taunt him, Brock Fredin's mother suffered a stroke the week of the false smear campaign in the City Pages. As a result, she is no longer able to walk normally and requires a wheelchair/walker. Additionally, his career was shattered and was no longer able to financially care for her. Here are photos of massive blood loss during the tabloid chaos:





Still yet, even after she obtained a rubber-stamped HRO, Grace Miller continued her relentless pursuit of her ex-boyfriend by sending aggressive emails. Yet again, she was attempting to remove his Match.com profile to deprive his ability to date other women and silence him. Grace Miller and her lawyer, Karmen McQuitty, intentionally and deliberately withheld this evidence throughout all trial stages. Further, this conclusively proves the only intent in bringing bogus charges was to censor her ex-boyfriend and deprive him of his constituitional rights. It goes without saying, Karmen McQuitty's actions are highly illegal.

| 208167404 | 108031652 | 208167404 | 2/9/2016 10:13:00 PM | Not cool. |
|---|---|---|---|---|
| | Not cool. Take my name off your profile. And leave me alone. | | | |

| 208167404 | 108031652 | 208167404 | 2/10/2016 7:39:00 AM | Take my |
|---|---|---|---|---|
| | Take my name down now or I'll call the cops. I was 100% fucking serious when I fi<br>order - I filed for it because you refuse to stop. This is harassment. | | | |

**Grace Miller admits to stalking him daily by viewing his Facebook account. And, recently admits to stalking him by contacting any woman she alleges he went on first dates with.**

three of these women to verify that they knew Brock, to ensure that he was the one posting them. Katie O'Neill, Cassie Breegemann, and Rebecca Zell all verified that they had met Brock on dating sites. The names of other

**Grace Miller argues that a Match.com profile edit -- an alleged innocent apology no less -- and her own affirmative steps to seek it out including knowingly viewing his Match.com profile and thereby generating a push-notification to herself is somehow a criminal offense. Here, Grace Miller uses this legitimate free speech to persecute her ex-boyfriend and knowingly bring bogus criminal charges. This edit was allegedly done merely days after a petty argument and Grace Miller was angry due to the fact he was seeking other women.**



No reasonable person would ever conclude the Match.com blurb above could in anyway be construed as a threat. Even so, assuming arguendo, Elonis v. United States would require that her ex-boyfriend had "subjective intent" to send the message. He clearly did not, or else he would have emailed it and/or responded to Grace Miller's emails. In fact, she created the push-notification herself, based on her own actions. In speaking with Mr. Elonis, Brock Fredin was able to clarify that he was simply posting Eminem rap lyrics and and the Jury was not given the correct instructions.



Grace Miller cowardly directed her own sister to defame and taunt Brock Fredin. Clearly, Grace Miller lacks the courage to do so on her own. And, yet again, all of these claims have been proven irrefutably false as explained in greater detail above. These tactics are examples of how a coward behaves that exemplify her bully behavior(s).



**Emma Miller**
@EmmaMil87

| Tweets | Following | Followers | Likes |
| --- | --- | --- | --- |
| 9 | 141 | 20 | 1,981 |

Replying to @CardsAgstHrsmt
The cost of naming, identifying, or talking about harassment & abuse women face should not be silence coerced through more harassment. No.

1 11 74

Emma Miller Retweeted
**CardsAgstHarassment** @CardsAgstHrsmt · Jan 24
Women of MN: this is Brock Fredin, aka Dan/Will. He has at least two restraining orders against him. Please RT to help keep women safe.

13 712 317

Emma Miller Retweeted
**CardsAgstHarassment** @CardsAgstHrsmt · Feb 3
Replying to @CardsAgstHrsmt
Update: alias "Felix" on Bumble. Please share if you have friends using dating apps/sites in the Twin Cities & DM if you've been victimized.

**Grace Miller's lawyer, Karmen McQuitty, encourages her own mother to defame and taunt Brock Fredin. And, yet again, all of these claims have been proven irrefutably false as explained in greater detail above. And, yet supports her clients attempts to silence his oppositional speech.**



Disgustingly, here is one sexual advertisement Catherine Schaefer published in violation of Minnesota's revenge porn law. This advertisement sent countless emails to Brock Fredin. Brock Fredin failed to get any legal relief even though this was unequivocally published, in part, by Catherine Schaefer. If there is doubt, this serves as the predecessor to the @CardsAgstHrsmt revenge porn blog.

Catherine Schaefer et al posted this false defamation, too. And, falsely manufactured all these claims for one reason - create a fake tabloid article - and destroy him. This sort of behavior is not unique. Grace Miller has repeatedly destroyed any man she has attempted to date, including, but not limited to Rebecca Esselstein's brother, and Daniel Miller III. Grace Miller has effectively claimed that any man who makes a social media post about her is a "stalker". Clearly, this is pathetic and false. It there is doubt, the email in this photo, jazzycat, references the countless cat photos Catherine Schaefer posts on her own Facebook.

← → C  🗋 datingpsychos.com/psycho/20414/Brock-Fredin

# dating psychos

HOME | BROWSE / SEARCH PSYCHOS | ADD PSYCHO | FAQS | STORE | REMOVALS | MY ACCOUNT

## Psycho Profile

« Previous Psycho                                                           Next Psycho »

### Brock Fredin

| | |
|---|---|
| First Name | : Brock |
| Last Name | : Fredin |
| Gender | : Male |
| Age | : 32 |
| Occupation | : Application Develeopment |
| City | : Minneapolis/St Paul |
| Country | : US |

Alias 1 : jazzycat3458@yahoo.com

Has been stalking and harassing women in the Minneapolis/St. Paul area. Has violated a restraining order filed on behalf of one of the women. He has multiple email ids and multiple ids on www.collarspace.com. A known email is brockf12@gmail.com. He has a Linkedin profile also. Ladies Beware !!

### Updates

No Psycho Updates Found

### Polls

No polls Found.

» Click Here to suggest a Poll «

### Visitor Comments

No Psycho Comments Found

To post a comment you must be logged in to your account

>> Click Here to Register / Login <<

RemoveNames — Make My Name DISAPPEAR
BadBoyReport · DatingPsychos
PlayerBlock · RemoveMyEx · TheDirty...and more!

The content on this site may contain rumors, speculation, assumptions, opinions, and factual information. Postings mi information and all images are credited to the submitter. The owners and/or operators of this site do not ensure accuracy o

noname (7)

A few posts from the Assistant Minneapolis City Attorney's revenge porn blog that Grace Miller -- relentlessly leaked her false claims to -- in an effort to utterly shatter, and destroy her ex-boyfriend's life over the bogus allegations as explained above.

Clearly, just another day where Grace Miller endorses sexual harassment.

Clearly, just another day where Grace Miller endorses sexual harassment.

Shockingly, Grace Miller falsely claims that innocent alleged Facebook posts are somehow a HRO violation. Clearly, this is yet another absurd allegation.



Even worse, Grace Miller reached out to the personal accounts of City Attorneys to fradueltly pile-on restraining orders and use their position in the City Attorney's Office to instigate bogus collateral proceedings against him. Grace Miller also knowingly lied to the police in order to instigate the arrest and unlawful swat raid of her ex-boyfriend who was expressing his First Amendment right to defend against Grace Miller's egregious false statements that have destroyed his career, life, and stolen a year from his life and counting.

Major Grace Miller - Fraudster, Psychotic Military Officer











Shockingly, Grace Miller provides knowingly false claims to an Assistant Minneapolis City Attorney who idolizes Hitler. Still yet, Grace Miller makes anti-semetic statements of her own.



Grace Miller Wednesday, November 18, 2015 at 9:22pm CST

now he's been reunited with the love of his life, who has turned ugly, and the jews keep taking his money.