UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Brock Fredin,<br><br>                Plaintiff,<br>v.<br><br>Lindsey Middlecamp,<br><br>                Defendant. | Court File No. 17-cv-03058 (SRN/HB) |
| Brock Fredin,<br><br>                Plaintiff,<br>v.<br><br>Grace Elizabeth Miller, et al.,<br><br>                Defendant. | Court File No. 18-cv-00466 (SRN/HB)<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION FOR SANCTIONS** |

Upon consideration of Defendants' Motion for Sanctions and the Court having reviewed the papers in support of Defendants' motion, together with any opposition, and the Court having heard the arguments of counsel, if any, and good cause having been shown, it is hereby ORDERED:

1. Defendants' Motion for Sanctions is GRANTED.

2. Plaintiff's claims in the above actions are hereby dismissed with prejudice.

Dated: _____, 2020

                                                    Honorable Hildy Bowbeer
                                                    Magistrate Judge, District of Minnesota