# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Brock Fredin,

          Plaintiff,

v.

Lindsey Middlecamp,

          Defendant.

Court File No. 17-cv-03058 (SRN/HB)

Brock Fredin,

          Plaintiff,

v.

Grace Elizabeth Miller, et al.,

          Defendant.

Court File No. 18-cv-00466 (SRN/HB)

## SUPPLEMENTAL DECLARATION OF K. JON BREYER

I, K. Jon Breyer, declare as follows:

1. I am an attorney with the law firm of Kutak Rock LLP and counsel to Defendants in the above-captioned matters. I submit this Declaration in support of Defendants' Motion for Sanctions.

2. Attached hereto as **Exhibit C** are pages of the Deposition of Brock Fredin taken December 5, 2019, that are referenced in Defendants' Reply in Support of their Motion for Sanctions.

4827-3528-5941.1

I declare under the penalty of perjury that the foregoing is true and correct. Executed this 24th day of February, 2020 at Minneapolis, Minnesota.

*/s/K. Jon Breyer*
K. Jon Breyer