UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

BROCK FREDIN,

           Plaintiff,

  --against--

LINDSEY MIDDLECAMP,

           Defendant.

Case No. 17-CV-3058

BROCK FREDIN,

           Plaintiff,

  --against--

GRACE MILLER,
CATHERINE SCHAEFER,

           Defendants.

Case No. 18-CV-466

**PLEASE TAKE NOTICE** that on May 8, 2020 at 11:00 by telephonic conference, Plaintiff Brock Fredin will move the Court for a motion to:

1. Discovery and Leave to Modify Non-Dispositive Motion Deadline in the above-captioned matter
2. Rule 37 Sanctions Motion or in the Alternative Permission to Serve a Rule 11 Sanctions Motion

Dated: April 21, 2020

s/ Brock Fredin
Brock Fredin
Saint Croix County, WI
(612) 424-5512 (tel.)
brockfredinlegal@gmail.com
Plaintiff, *Pro Se*