# Brock Fredin

Hudson, WI 54016 ● Phone: (612) 424-5512 ●
E-Mail: brockfredinlegal@icloud.com

Date: May 25, 2020

**BY ECF**
Hon. Magistrate Judge Hildy Bowbeer
United States District Court
316 Robert St N
Saint Paul, MN 55101

    Re: *Fredin v. Miller et al.*, Case No. 18-cv-466-SRN-HB
         *Fredin v. Middlecamp*, Case No. 17-cv-3058-SRN-HB

Dear Judge Bowbeer:

I am stunned the Court would sanction me with an attorney fee award. This effectively incentivizes and rewards Defendants for improperly leaking and using information obtained during discovery.

I am respectfully requesting an extension by this letter motion to re-file the May 11, 2020 declaration. [*Fredin v. Miller*, Dock. No. 139.] This extension is in conjunction with the objection dated May 25, 2020. [Dock. No. 146.] Moreover, I am respectfully requesting a hearing on the attorney fee award. In the alternative, I am respectfully requesting permission to file a motion to reconsider.

I thank the Court's for its attention to this matter and its continued courtesies.

                                                  Respectfully submitted,

                                                  s/ Brock Fredin
                                                  Brock Fredin

cc: All Parties (by ECF)