**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| Brock Fredin,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>Lindsey Middlecamp,<br><br>　　　　　Defendant. | Case No. 17-cv-3058 (SRN/HB)<br><br>**ORDER** |

Brock Fredin, 1180 7th Ave., Baldwin, WI 54002, pro se.

Adam C. Ballinger, Ballard Spahr LLP, 80 S. 8th St., Ste. 2000, Minneapolis, MN 55402; K. Jon Breyer, Kutak Rock LLP, 60 S. 6th St., Ste. 3400, Minneapolis, MN 55402, for Defendant Middlecamp.

| | |
|---|---|
| Brock Fredin,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>Grace Elizabeth Miller, and<br>Catherine Marie Schaefer,<br><br>　　　　　Defendants. | Case No. 18-cv-466 (SRN/HB)<br><br>**ORDER** |

Brock Fredin, 1180 7th Ave., Baldwin, WI 54002, pro se.

Adam C. Ballinger, Ballard Spahr LLP, 80 S. 8th St., Ste. 2000, Minneapolis, MN 55402; K. Jon Breyer, Kutak Rock LLP, 60 S. 6th St., Ste. 3400, Minneapolis, MN 55402, for Defendants Miller and Schaefer.

SUSAN RICHARD NELSON, United States District Judge

This matter is before the Court on Plaintiff Brock Fredin's Motion for Leave to File a Reply (17-cv-3058 [Doc. No. 159]/18-cv-466 [Doc. No. 151]), in connection with his Objection to the May 18, 2020 Order of Magistrate Judge Bowbeer awarding sanctions. The May 18, 2020 Order addressed non-dispositive issues.

The Local Rules do not contemplate the filing of a reply in support of a non-dispositive motion, absent permission of the Court, (D. Minn. L.R. 7.1.(b)(3)), nor do they contemplate the filing of a reply when seeking the review of a magistrate judge's ruling on non-dispositive matters. (D. Minn. L.R. 72.2.) The briefing on Fredin's Objection is sufficient for the Court to rule. Accordingly, his Motion for Leave to File a Reply/Sur-Reply is **DENIED**.

**SO ORDERED**.

Dated: June 8, 2020                  s/Susan Richard Nelson
SUSAN RICHARD NELSON
United States District Judge