# Brock Fredin

Hudson, WI 54016 ● Phone: (612) 424-5512 ●
E-Mail: brockfredinlegal@icloud.com

Date: June 19, 2020

**BY ECF**
Susan Nelson
United States District Court
316 Robert St N
Saint Paul, MN 55101

      Re:    *Fredin v. Middlecamp*, Case No. 17-CV-3058-SRN-HB
                 *Fredin v. Miller et al.*, Case No. 18-CV-466-SRN-HB

Dear Ms. Nelson:

The June 16, 2020 sanctions decision is obscene, absurd, and appalling.[1] The court must reconsider its June 16, 2020 decision to avoid staining its own judicial record forever. This is particularly so where it provides a fee award against a *pro se* where Defendants have prevented him from working for several years during great depression era unemployment levels.

The sanctions decision is judicial activism at its highest instantiation. The case law is extremely clear that deference must be given: *White v. Lever*, 5:09-cv-81-RLV-DCK, 2009 WL 4062878, at *1-2 (W.D.N.C. Nov. 20, 2009); *Wan v. Pulte Mortg.*, No. 2:13-cv-1362, 2013 WL 6692744, at *2 (D. Nev. Dec. 17, 2013) (declining to impose money damages under Rule 37(a)(5)(A) because plaintiff was pro se.); *Jayne v. Bosenko,* No. 2:08-cv-02767-MSB, 2014 WL 2801201, at *2 (E.D. Cal. June 19, 2014)

Given the case law, the federal courts have a duty to be extremely deferential to *pro se* litigants with regard to fee awards particularly those under Rule 37. This Court ignores all precedent in an effort to attack me. There is simply no reason for this Court to preside over any matters involving me. Even though I am a skilled non-attorney *pro se* litigant, the deference rule applies because I lack the same resources. In this case, the Court is strangely seeking to remove even more resource from me in an effort tip the scales and dismiss the cases at summary judgement. This would be like starting a football game as a third stringer against a team of all stars already down 42-0. If Richard Posner could see this, he would scream in frustration. The troubling part is that the Court fails to recognize its own twisted logic. Moreover, I am litigating against ivy-league lawyers and those who are more resourced, educated, and intelligent than me further lending credence to the *pro se* deference case law provided in earlier motions.

Under Rule 37, Plaintiff's "financial considerations may make an award of expenses unjust" *Mgmt. Registry, Inc. v. A.W. Cos.*, No. 0:17-cv-5009-JRT-KMM, at *27 (D. Minn. Apr. 20, 2020). Defendants conduct provided for my homelessness and inability to retain a lawyer throughout these proceedings. Defendants took my mother's access to her son while she was dying. Can the Court even imagine being falsely imprisoned for the absurd accusation of criticizing a government

---

[1] Where is the sanction against Defendants for their abusive motion practice and other illegal acts?

<u>Fredin v. Middlecamp.</u>, Case No. 17-CV-3058-SRN-HB
<u>Fredin v. Miller et al.</u>, Case No. 18-CV-466-SRN-HB

Page 2 of 2

official while your mother is dying and then sanctioned with an outrageous fee award for describing Defendants misconduct?  This is absolutely unbelievable.  I owe several thousand dollars towards her burial costs.  This Court outrageously deliberately released a sanctions order on the first anniversary of her death dated May 18, 2020.  On May 25, 2020, George Floyd was killed by Minneapolis police violence.  The Court's attack on me within seven days of the global George Floyd protests speaks to this Court's bizarre behavior.[2]  It even threatened me with more sanctions if I sought to prevent the Court from covering up Defendants violence.  This Court had years to evaluate the evidence surrounding Defendants Minneapolis law enforcement abuse including its violent renditions.  This Court did nothing.  It allows Defendants to literally put their knees on my neck.  And, then putting me in their political concentration camp to be tortured as a coverup over alleged legitimate criticism.  This Court owes me an apology.  Where is the apology from Defendants for illegally placing me in their political concentration camp?  Does the Court even realize why the entire globe has been outraged based on this pattern e.g., Derek Chauvin or Lindsey Middlecamp's Minneapolis law enforcement violence?  It clearly does not and never will.  If Defendants were men, they would be in prison.  History will show that this Court made a very serious error.  Defendants must be held accountable.  Defendant Middlecamp alleges that I am a "threat" because I seek to legitimately criticize her.  Derek Chauvin would have done the same thing.  It's the age-old law enforcement coverup that this Court now facilitates.

The sanctions decision must be recognized for what it is: an effort to further tip the scales and engage in a coverup on behalf of Defendants.  Each of the Court's clerks must take a stand and ensure that this mistreatment of me is documented and preserved.  It is a blatant attempt to prejudice summary judgement so the Court can dismiss the case based on its own attacks including *inter alia* denial of discovery.

Sincerely,

s/ Brock Fredin
Brock Fredin

cc:   Karl Johann Breyer (by ECF)
      Adam C. Ballinger (by ECF)

---

[2] Defendant Lindsey Middlecamp engaged in racist acts against black men.  *See* e.g., https://1.bp.blogspot.com/-v7hs1dylKV8/VvINdr5AijI/AAAAAAAA2yo/WriynH0kr3EkmL7zDo_lXgrMqBPNoH0BA/s1600/Lindsey.jpg;
http://stgeorgewest.blogspot.com/2016/03/racism-misogyny-misandry-and-lindsey.html;
https://avoiceformen.com/featured/racism-misogyny-misandry-and-lindsey-middlecamp/