# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Brock Fredin,<br><br>   Plaintiff,<br><br>v.<br><br>Lindsey Middlecamp,<br><br>   Defendant. | Case No. 17-cv-3058 (SRN/HB)<br><br>**ORDER** |

Brock Fredin, 1180 7th Ave., Baldwin, WI 54002, pro se.

Adam C. Ballinger, Ballard Spahr LLP, 80 S. 8th St., Ste. 2000, Minneapolis, MN 55402; K. Jon Breyer, Kutak Rock LLP, 60 S. 6th St., Ste. 3400, Minneapolis, MN 55402, for Defendant Middlecamp.

| | |
|---|---|
| Brock Fredin,<br><br>   Plaintiff,<br><br>v.<br><br>Grace Elizabeth Miller, and<br>Catherine Marie Schaefer,<br><br>   Defendants. | Case No. 18-cv-466 (SRN/HB)<br><br>**ORDER** |

Brock Fredin, 1180 7th Ave., Baldwin, WI 54002, pro se.

Adam C. Ballinger, Ballard Spahr LLP, 80 S. 8th St., Ste. 2000, Minneapolis, MN 55402; K. Jon Breyer, Kutak Rock LLP, 60 S. 6th St., Ste. 3400, Minneapolis, MN 55402, for Defendants Miller and Schaefer.

SUSAN RICHARD NELSON, United States District Judge

This matter is before the Court on Plaintiff Brock Fredin's Letter Requests (17-cv-3058 [Doc. No. 162]; 18-cv-466 [Doc. No. 154]), seeking leave to file a motion for reconsideration.  Fredin asks the Court to reconsider its June 16, 2020 Orders (17-cv-3058 [Doc. No. 161]; 18-cv-466 [Doc. No. 153]), in which the Court denied Fredin's appeal of Magistrate Judge Hildy Bowbeer's May 18, 2020 Orders (17-cv-3058 [Doc. No. 151]/18-cv-466 [Doc. No. 143].)  In the May 18 Orders, Magistrate Judge Bowbeer ordered Fredin to pay sanctions in the amount of $1,260 to Defendants' attorney K. Jon Breyer.

Local Rule 7.1(j) of this Court requires a party seeking reconsideration to first obtain permission to file such a motion.  D. Minn. L.R. 7.1(j).  A party may receive permission only by showing "compelling circumstances."  *Id.*  Motions for reconsideration serve the limited purpose of "correct[ing] manifest errors of law or fact or . . . present[ing] newly discovered evidence." *Hagerman v. Yukon Energy Corp.*, 839 F.2d 407, 414 (8th Cir. 1988) (quoting *Rothwell Cotton Co. v. Rosenthal & Co.*, 827 F.2d 246, 251 (7th Cir. 1987)).

Plaintiff has not established "compelling circumstances" necessary to obtain leave to file a motion for reconsideration.  Accordingly, Plaintiff's Letter Requests (17-cv-3058 [Doc. No. 162]; 18-cv-466 [Doc. No. 154]) seeking leave to file a motion for reconsideration are **DENIED**.

**SO ORDERED.**

Dated:  June 22, 2020                                  s/Susan Richard Nelson
                                                       SUSAN RICHARD NELSON
                                                       United States District Judge