## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

---

BROCK FREDIN,

     Plaintiff,

  --against--

LINDSEY MIDDLECAMP,

     Defendant.

Case No.  17-CV-3058

---

BROCK FREDIN,

     Plaintiff,

  --against--

GRACE MILLER,
CATHERINE SCHAEFER,

     Defendants.

Case No.  18-CV-466

---

### <u>SEALED DECLARATION OF BROCK FREDIN</u>

STATE OF WISCONSIN   }
             ss:
COUNTY OF SAINT CROIX  }

  BROCK FREDIN, being duly sworn, deposes and says:

  1.  I am the Plaintiff in the above-captioned proceeding.  I submit this declaration in support of my May 10, 2020 response.  For the reasons stated herein and within my response dated May 10, 2020, a fee award should be denied in its entirety.

## <u>AUTHENTICATION OF DOCUMENTS</u>

2.      Attached hereto as <u>**Exhibit A**</u> is a true and correct copy of my 2019 federal income tax return adjusted gross income.

3.      Attached hereto as <u>**Exhibit B**</u> is a true and correct copy of my 2018 federal income tax return adjusted gross income.

4.      Attached hereto as <u>**Exhibit C**</u> is a true and correct copy of my 2017 federal income tax return adjusted gross income.

5.      ███████████████████████████████████████████

6.      Attached hereto as <u>**Exhibit E**</u> is a true and correct copy of a credit report from Credit Karma indicating my student loan or credit debts.

7.      Attached hereto as <u>**Exhibit F**</u> is a true and correct copy of a March 7, 2020 adverse FCRA letter emailed to me on May 8, 2020.

8.      ███████████████████████████████████████████ emails seeki███

9.      Attached hereto as <u>**Exhibit H**</u> is a true and correct copy of Defendants continued Twitter/Internet stalking campaign to destroy my career.

10.      ███████████████████████████████████████████

### <u>*Student Loan Debt*</u>

11.      Upon information and belief, I still owe between $50,000 to $60,000 in student loans to the State of Minnesota or federal government. This is attached as <u>**Exhibit E.**</u>

### <u>*Credit Card Debt*</u>

12.    Upon information and belief, I owe about $12,000 in revolving credit card debt. This is attached as **Exhibit E.**

### *Income*

13.    Given my past tax returns, I actually averaged less than 8k per year between 2017 and 2019.  This is attached as **Exhibit A-C.**

### Employment

14.



### Car

15.    My car is barely functioning.  Although it still drives, it requires a $1200-1500 repair fix and another $1500 suggested fix.  The estimate was professionally completed by 

### *Other Debts*

16.    I owe my brother Ryan Douglas Fredin about $7000 related to Defendants actions to falsely imprison me and destroy my professional livelihood.  It appears I owe him 3,000 for my portion of expenses related to my mother's funeral, the cost of first trying to keep her dog alive and subsequently putting her dog down after an infection (because my mother could not afford vet bills to originally treat the infection), storage fees, or other related fees.  It bears noting, my

████████████████████████████████████████████ as to disproportionately

financially impact my brother Ryan and me.  This is attached as **Exhibit D AND I.**

Defendants Continued Doxing Campaign

17.     Catherine Schaefer did indeed report usernames contained in discovery.  I have

only sought protection from Defendants stalking and felony actions.

18.     In October 2019, I was made aware that Lindsey Middlecamp's husband, David

Middlecamp, had directed his friend, Tony Webster, to start a new Twitter campaign against me

based on Defendants original conduct.  It bears noting that Tony Webster regularly draws

thousands of re-tweets.  This evidence is attached as **Exhibit H.**

19.     On May 9, 2020 I did an Internet search for my name Brock Fredin and found yet

more new nasty comments from Defendants about me online used to continue to destroy my ability

to maintain a career.  This evidence is attached as **Exhibit H.**

Dated: May 11, 2020
Saint Croix County, WI

s/ Brock Fredin
Brock Fredin
Saint Croix County, WI
(612) 424-5512 (tel.)
brockfredinlegal@icloud.com
*Plaintiff, pro se*





# B

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 11 | Contract labor (see instructions) | 11 | | | **b** | Other business property | | **20b** |
| 12 | Depletion | 12 | | | | | | |
| 13 | Depreciation and section 179 expense deduction (not included in Part III) (see instructions) | 13 | | | | | | |
| 14 | Employee benefit programs (other than on line 19) | 14 | | | | | | |
| 15 | Insurance (other than health) | 15 | | | | | | |
| 16 | Interest (see instructions): | | | | | | | |
| **a** | Mortgage (paid to banks, etc.) | 16a | | | | | | |
| **b** | Other | 16b | | | | | | |
| 17 | Legal and professional services | 17 | | | | | | |

28 **Total expenses** before expenses fo

29 Tentative profit or (loss). Subtract lin

30 Expenses for business use of your unless using the simplified method (
**Simplified method filers only:** ente
and (b) the part of your home used f
Method Worksheet in the instruction

31 **Net profit or (loss).** Subtract line 30

• If a profit, enter on both **Schedule 1 (**
**line 2.** (If you checked the box on line 1,

• If a loss, you **must** go to line 32.

32 If you have a loss, check the box tha

• If you checked 32a, enter the loss
**line 13**) and on **Schedule SE, line 2**
Estates and trusts, enter on **Form 10**

• If you checked 32b, you **must** attach **Form 6198.** Your loss may be limited.

at risk.



2018

View adjusted gross income (AGI) ∧

Your adjusted gross income was $2,964



Your tax returns & documents                                                    Hide



2017

Filed Wisconsin Tax Return

Return Status: Accepted

View adjusted gross income (AGI) ⌃

Your adjusted gross income was ($2,398)



How much is my part in funeral expenses?

Delivered

3k



**As of Wed, Jul 26**

| Statement Balance: | $11,270.23  *closing date Jul 14* |
| --- | --- |





ACCOUNT ENDING: 01001
CURRENT BALANCE: $12,610.82

**Dear Brock Fredin,**

| Monthly Payment Amount* | $4,203.60 | $2,101.80 | $1,050.90 |

# US DEPT OF EDUCATION

Last reported Apr 05, 2020

## $8,948
Reported balance

**Highest balance**                                                    $12,000

You've paid off **26%** of this loan

# US DEPT OF EDUCATION

Last reported Apr 05, 2020

## $1,710
Reported balance

**Highest balance**                                                                 **$2,000**

You've paid off **15%** of this loan

$859
Reported balance

**Highest balance**                                                        **$1,000**

You've paid off **15%** of this loan

Last reported Apr 05, 2020

## $5,531
Reported balance

**Highest balance**      **$8,500**

You've paid off **35%** of this loan

# US DEPT OF EDUCATION

Last reported Apr 05, 2020

## $2,435
Reported balance

**Highest balance** $3,500

You've paid off **31%** of this loan

Last reported Apr 05, 2020

## $2,056
Reported balance

**Highest balance** $2,750

You've paid off **26%** of this loan

# US DEPT OF EDUCATION

Last reported Apr 05, 2020

## $9,496
Reported balance

**Highest balance**                                                      $12,000

You've paid off **21%** of this loan

# US DEPT OF EDUCATION

Last reported Apr 05, 2020

## $483
Reported balance

**Highest balance** $720

You've paid off **33%** of this loan

# US DEPT OF EDUCATION

Last reported Apr 05, 2020

## $5,531
Reported balance

**Highest balance**                                                    $8,500

You've paid off **35%** of this loan

# US DEPT OF EDUCATION

Last reported Apr 05, 2020

## $8,948
Reported balance

**Highest balance**                                    $12,000

You've paid off **26%** of this loan

**Balance Increase**

████████████████████                    **Balance Increased**     -
                                                  **by $8**

It looks like your student loan balance went up.
This can happen if your payments aren't covering
the cost of interest -- like if you're in deferral,
forbearance or on an income-based repayment
plan. It can also happen if you miss a payment or
if your payments are disbursed at different times.
For details about your total interest costs, check
with this loan provider.

Between March 3, 2020 and May 4, 2020, your █████
███████████████ student loan account
balance increased by **$8** from **$1,197** to **$1,205**.

**Balance Increased by $18**

It looks like your student loan balance went up. This can happen if your payments aren't covering the cost of interest -- like if you're in deferral, forbearance or on an income-based repayment plan. It can also happen if you miss a payment or if your payments are disbursed at different times. For details about your total interest costs, check with this loan provider.

Between March 3, 2020 and May 4, 2020, you ▮▮▮▮ U student loan account balance increased by **$18** from **$2,397** to **$2,415**.

**US DEPARTMENT OF EDU**

**Balance Increased
by $2**

\-

It looks like your student loan balance went up.
This can happen if your payments aren't covering
the cost of interest -- like if you're in deferral,
forbearance or on an income-based repayment
plan. It can also happen if you miss a payment or
if your payments are disbursed at different times.
For details about your total interest costs, check
with this loan provider.

Between March 8, 2020 and April 5, 2020, your US
DEPARTMENT OF EDU student loan account
balance increased by **$2** from **$857** to **$859**.

**Balance Increased by $4**

It looks like your student loan balance went up. This can happen if your payments aren't covering the cost of interest -- like if you're in deferral, forbearance or on an income-based repayment plan. It can also happen if you miss a payment or if your payments are disbursed at different times. For details about your total interest costs, check with this loan provider.

Between April 1, 2020 and May 1, 2020, your ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮student loan account balance increased by **$4** from **$1,225** to **$1,229**.

## US DEPARTMENT OF EDU

**Balance Increased
by $12**

It looks like your student loan balance went up.
This can happen if your payments aren't covering
the cost of interest -- like if you're in deferral,
forbearance or on an income-based repayment
plan. It can also happen if you miss a payment or
if your payments are disbursed at different times.
For details about your total interest costs, check
with this loan provider.

Between March 8, 2020 and April 5, 2020, your US
DEPARTMENT OF EDU student loan account
balance increased by **$12** from **$5,519** to **$5,531**.

**US DEPARTMENT OF EDU**

**Balance Increased by $22**

It looks like your student loan balance went up. This can happen if your payments aren't covering the cost of interest -- like if you're in deferral, forbearance or on an income-based repayment plan. It can also happen if you miss a payment or if your payments are disbursed at different times. For details about your total interest costs, check with this loan provider.

Between March 8, 2020 and April 5, 2020, your US DEPARTMENT OF EDU student loan account balance increased by **$22** from **$9,474** to **$9,496**.

**US DEPARTMENT OF EDU**

**Balance Increased by $20**

It looks like your student loan balance went up. This can happen if your payments aren't covering the cost of interest -- like if you're in deferral, forbearance or on an income-based repayment plan. It can also happen if you miss a payment or if your payments are disbursed at different times. For details about your total interest costs, check with this loan provider.

Between March 8, 2020 and April 5, 2020, your US DEPARTMENT OF EDU student loan account balance increased by **$20** from **$8,928** to **$8,948**.

**Balance Increase**

██████████████████████████     **Balance Increased**
                                        **by $8**

It looks like your student loan balance went up.
This can happen if your payments aren't covering
the cost of interest -- like if you're in deferral,
forbearance or on an income-based repayment
plan. It can also happen if you miss a payment or
if your payments are disbursed at different times.
For details about your total interest costs, check
with this loan provider.

Between March 3, 2020 and May 4, 2020, your ████
█████████████████████ student loan account
balance increased by **$8** from **$1,197** to **$1,205**.







# G

Dear Brock Fredin:

As part of ████████ Year Criminal-5 Year Employment's (Company) employment (including, as applicable, independent contractor assignment) eligibility process, you authorized Company to obtain a consumer report (commonly known as a "background report") about you for purposes of verifying your background and credentials. Company previously provided you a copy of your background report along with certain additional informational disclosures, including a summary of your rights under the federal Fair Credit Reporting Act (FCRA). If you did not receive such report and additional disclosures, please let us know as soon as possible.

This is to advise you that ████████ has decided not to offer you (or, as applicable, retain your) employment or independent contractor assignment at this time. In connection with Company's evaluation of your eligibility for employment or an independent contractor assignment, the consumer reporting agency listed below provided us with your background report which contained information that, in whole or in part, influenced Company's employment or independent contractor assignment decision. This consumer reporting agency played no part in our decision other than providing the information about you, and the agency will not be able to provide you with specific reasons for our decision.

Under the FCRA, you are entitled to free disclosure of the information contained in your background report by contacting the consumer reporting agency directly within sixty (60) days of this letter. You also have the right to dispute any information in your background report, including but not limited to the completeness or accuracy of the information. To do so, you may contact ████████ at ████████████████████████████████ or at the telephone number or email address provided below.

If you have questions about Company's employment or independent contractor assignment eligibility criteria or anything else about Company's decision, please contact us directly.

Sincerely,

████████ 7 Year Criminal-5 Year Employment



Tue, Apr 21, 3:12 PM

04/21/2020

Brock Fredin H███████
████████████

Dear Brock Fredin:

As part of ███████ Year Criminal-5 Year Employment's (Company) employment (including, as applicable, independent contractor assignment) eligibility process, you authorized Company to obtain a consumer report (commonly known as a "background report") about you for purposes of verifying your background and credentials. Company previously provided you a copy of your background report along with certain additional informational disclosures, including a summary of your rights under the federal Fair Credit Reporting Act (FCRA). If you did not receive such report and additional disclosures, please let us know as soon as possible.

This is to advise you that ██████ has decided not to offer you (or, as applicable, retain your) employment or independent contractor assignment at this time. In connection with Company's evaluation of your eligibility for employment or an independent contractor assignment, the consumer reporting agency listed below provided us with your background report which contained information that, in whole or in part, influenced Company's employment or independent contractor assignment decision. This consumer reporting agency played no part in our decision other than providing the information about you, and the agency will not be able to provide you with specific reasons for our decision.















twitter.com/webster/status/1103533157272440832?lang=en



♡ 3    ⟲ 1    ♡ 2

**Tony Webster** ✓ @webster · Mar 6
I don't think he's endorsing @mikemullen_ on LinkedIn.

> 18. Defendant Mullen has abdicated ethical
> journalism, by declaring and waging publicity wars
> against his targets. He has combined with others to
> ruin his targets for the sole purpose of fatiguing them
> into compliance with his radical agenda.

♡ 2    ⟲    ♡ 3

**Tony Webster** ✓ @webster · Mar 7
I feel like it's not a great look, in your handwritten defamation complaint mailed from jail, to call the local paper the "Star and Sickle," to say a reporter has a "yellow journalism career," or to complain about [checks notes] ... reporters seeking comment from police?

> Defendant Mullen is currently employed as a news editor
> for the city pages.
>    8. Apart and aside from his yellow journalism career,
> Defendant Mullen maintains extrajudicial conduct with
> local law enforcement to orchestrate vicious public
> bsicidal attacks. He writes for a bigoted organisation that
> locals call the "star and sickle" identified as the star
> Tribune." In his column, Defendant Mullen claims to

**Tony Webster** @webster · Mar 6

Select an area to comment on

> 10. Defendant Mullen has abdicated ethical _____, by declaring and waging publicity wars against his targets. He has combined with others to ruin his targets for the sole purpose of fatiguing them into compliance with his radical agenda.

💬 2   🔁   ♡ 3   ✉

**Tony Webster** @webster · Mar 7

I feel like it's not a great look, in your handwritten defamation complaint mailed from jail, to call the local paper the "Star and Sickle," to say a reporter has a "yellow journalism career," or to complain about [checks notes] ... reporters seeking comment from police?

> Defendant Mullen is currently employed as a news editor for the city pages.
>
> 8. Apart and aside from his yellow journalism career, Defendant Mullen maintains extrajudicial conduct with local law enforcement to orchestrate vicious public tabloid attacks. He writes for a bigoted organization that _____ "star and sickle" identified as the star

This post was created by **Brock Fredin**, a serial rapist, stalker, and harasser of women in the Minneapolis/St. Paul area. **Brock Fredin** frequently retaliates against ...



