# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| Brock Fredin,<br><br>        Plaintiff,<br><br>vs.<br><br>Lindsey Middlecamp,<br><br>        Defendant. | Civil Case No. 17-cv-3058 (SRN/HB) |

## NOTICE OF WITHDRAWAL OF COUNSEL

Pursuant to Rule 83.7 of the Local Rules for the United States District Court for the District of Minnesota, Attorney Adam C. Ballinger respectfully submits notice of his withdrawal as counsel for Defendant Lindsey Middlecamp. As of June 30, 2020, I am no longer associated with the law firm of Ballard Spahr LLP. Attorney Jon K. Breyer of Kutak Rock LLP, remains counsel of record for Defendant Lindsey Middlecamp in this matter.

**BALLARD SPAHR LLP**

Dated: June 30, 2020          By: */s/ Adam C. Ballinger*
                                                   Adam C. Ballinger (#0389058)
                                                   2000 IDS Center
                                                   80 South Eighth Street
                                                   Minneapolis, MN 55402
                                                   Telephone: (612) 371-3211
                                                   Facsimile: (612) 371-3207
                                                   ballingera@ballardspahr.com