# Brock Fredin

Phone: (612) 424-5512 • E-Mail: brockfredinlegal@icloud.com

Date: July 15, 2020

**BY ECF**
Hildy Bowbeer
United States District Court
316 Robert St N
Saint Paul, MN 55101

Re: *Fredin v. Middlecamp*, Case No. 17-CV-3058
*Fredin v. Miller*, Case No. 18-CV-466

Dear Ms. Bowbeer:

I write in reference to Karl Johann Breyer's letter dated July 15, 2020. I oppose the reschedule request. Mr. Breyer has not provided any reason.

Sincerely,

 s/ Brock Fredin
Brock Fredin

cc: K. Jon Breyer (by ECF)