UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Brock Fredin,

          Plaintiff,         Court File No. 17-cv-03058 (SRN/HB)

v.

Lindsey Middlecamp,

          Defendant.

## DECLARATION OF K. JON BREYER

I, K. Jon Breyer, declare as follows:

1. I am a partner in the law firm of Kutak Rock LLP and counsel to Defendants in the above-captioned matter. I submit this declaration in support of Defendant's Motion for Summary Judgment.

2. Attached as **Exhibit 1** is the October 2, 2017 Order granting Lindsey Middlecamp's request for an HRO.

3. Attached hereto as **Exhibit 2** is the March 9, 2020 Order granting Middlecamp a 50-year HRO.

I declare under the penalty of perjury that the foregoing is true and correct. Executed this 23th day of July, 2020 at Minneapolis, Minnesota.

                                              */s/K. Jon Breyer*
                                              K. Jon Breyer