# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Brock Fredin,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>Lindsey Middlecamp,<br><br>　　　　　　Defendant. | Court File No. 17-cv-03058 (SRN/HB)<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT** |

Upon consideration of Defendant's Motion for Summary Judgment and the Court having reviewed the papers in support of Defendant's motion, together with any opposition, and the Court having heard the arguments of counsel, if any, and good cause having been shown, it is hereby ORDERED:

1.　Defendant's Motion for Summary Judgment is GRANTED.

2.　Plaintiff's claims in the above actions are hereby dismissed with prejudice.

Dated: _____, 2020

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　The Honorable Susan Richard Nelson
　　　　　　　　　　　　　　　　　　　　District Judge

4841-2323-9108.1