# Brock Fredin

Phone: (612) 424-5512 • E-Mail: brockfredinlegal@icloud.com

Date: August 13, 2020

**BY ECF**

Susan Richard Nelson
United States District Court
316 Robert St N
Saint Paul, MN 55101

    Re:    *Fredin v. Miller et al.*, Case No. 19-cv-466-SRN-HB
              *Fredin v. Middlecamp.*, Case No. 17-cv-3058-SRN-HB

Dear Ms. Nelson:

I am writing in reference to the June 23, 2020 summary judgement motion filed by Karl Johann Breyer. I am requesting an extension to file my response on August 20, 2020. This request is based on COVID-19 restrictions and my professional work.

                                                  Sincerely,

                                                  s/ Brock Fredin
                                                  Brock Fredin

cc:    Karl Johann Breyer (by ECF)