# Brock Fredin

Phone: (612) 424-5512 • E-Mail: brockfredinlegal@icloud.com

Date:  August 20, 2020

**BY ECF**

Susan Richard Nelson
United States District Court
316 Robert St N
Saint Paul, MN 55101

    Re:    *Fredin v. Miller et al.*, Case No. 19-cv-466-SRN-HB
              *Fredin v. Middlecamp.*, Case No. 17-cv-3058-SRN-HB

Dear Ms. Nelson:

I am writing in reference to the August 18, 2020 emails sent to the courts chambers forwarded to me and the August 19, 2020 letter filed in response to the emails by Karl Johann Breyer.

Mr. Breyer engaged in yet another psychotic attack against me when he stated, "it appears from Mr. Parker's emails that Fredin has violated the HRO once again." (*See* Breyer Ltr August 19, 2020.) Mr. Breyer needs to be sanctioned severely by the court for making yet another false assertion in an attempt to bring another bogus action. Mr. Breyer is fabricating allegations. The court's double standard of failing to sanction Mr. Breyer here while previously sanctioning me for a *pro se* mistake in forgetting to mark documents confidential is on full display. This is particularly so where Defendants even used discovery to contact me through third parties by leaking productions. It is patently absurd that Mr. Breyer would not be sanctioned for making this outrageous argument. Moreover, Mr. Breyer's letter is another effort to stymie my focus on completing legal work to meet the courts deadlines.

The lunatic who directed communication at the court on August 18, 2020 named Gordon Roy Parker, with a rambling email, not unlike any of Mr. Breyer's recent attempts to interfere, or stalk me, who I have never known anything about until now, expressed that Defendants "pattern" of "dox[ing]" and destroying men is well known. Furthermore, Mr. Parker apparently stated that Defendants had attempted to retaliate against him for filing a complaint against them.

To the extent that Mr. Parker was describing Defendants pattern, Mr. Parker's allegations are entirely true. Mr. Parker's allegations of patterned doxing must be preserved. To illustrate, Defendants have attacked numerous black men and even underage boys. In this case, they were caught fabricating evidence, rigging prosecutions, and much more. It's unfathomable to think the court has not acted to refer Defendants felony misconduct to the

Federal Bureau of Investigation (FBI).  This is particularly so because the court's failure to act could have prevented the actions that led to George Floyd.  This court quite literally could have prevented the global protests and riots within this country if it had acted sooner.  Indeed, Defendants used their federal and state law enforcement positions in Minneapolis to kneel on my neck within my own Hudson, Wisconsin home.

On April 27, 2020, Defendants attempted the same tactic by emailing state court documents to their own lawyer, Leita Walker, and then trying to blame me.  Defendants have conceded that they "fabricate" "unique false information" in an effort to destroy others.  These are entirely evil actions and Defendants must be sanctioned now.  Between 2017-present, I have been contacted many times over by people connected with Defendants. Defendants proffer evidence indicating they have done this to hundreds of men using their #shirtlessshamers and other tactics.

In light of George Floyd, any failure by the court to take action now to sanction Mr. Breyer or refer Defendants conduct to the Professional Responsibility Board or the Federal Bureau of Investigation (FBI) will be provided to appropriate authorities.  Defendant Middlecamp is a Special Assistant United States Attorney who is admitting to blatently "fabricat[ing]" allegations and "providing unique false information" against others.  The court is allowing professional misconduct by its own court officers.  Even more egregious, Defendant Miller is a United States Air Force Major and is believed to be a current Air Force liaison to the United States Senate or House of Representative who has engaged in the same actions described above.

Furthermore, Mr. Breyer is currently under investigation by the Wisconsin Office of Lawyer Regulation for unlicensed practice in Wisconsin in attempts to stalk me.  Mr. Breyer's frivolous assertions must be cast aside and Mr. Breyer along with Defendants must be investigated for their attempts to use this action to constantly terrorize, make contact, and stalk me.

Sincerely,

s/ Brock Fredin
Brock Fredin

cc:    Karl Johann Breyer (by ECF)