# KUTAKROCK

**Kutak Rock LLP**
60 South Sixth Street, Suite 3400, Minneapolis, MN 55402-4018
office 612.334.5000

**K. Jon Breyer**
612.334.5057
jon.breyer@kutakrock.com

August 20, 2020

*Via ECF*

The Honorable Susan Richard Nelson
U.S. District Court
316 North Robert Street
772 Federal Building
St. Paul, MN 55101

    Re:    *Fredin v. Miller et. al.* (18-cv-00466 SRN/HB)
              *Fredin v. Middlecamp* (17-cv-03058 SRN/HB)

Dear Judge Nelson,

       This letter is in response to Plaintiff Brock Fredin's August 20, 2020 letter to the Court.

       I will not address the may ridiculous statements and accusations by Fredin, as his own statements are self-incriminating and delusional (" . . .the courts failure [refer Defendants' conduct to the FBI] could have prevent the actions the led to George Floyd."). However, I do want to advise the Court that I am not under investigation by the Wisconsin Office of Lawyer Regulation and never was. As part of Fredin's scheme to rail against anyone who seeks to help his victims, Fredin filed a false claim with the Wisconsin Office of Lawyer Regulation stating that I engaged in the unlicensed practice of law in Wisconsin, despite his knowledge that I had been admitted *pro hac vice* and that all filings and court appearances were done in coordination with a Wisconsin licensed attorney. As demonstrated by the attached letter from the Supreme Court of Wisconsin, Fredin's claims were baseless and without merit.

                                      Sincerely,

                                      */s/ K. Jon Breyer*

                                      K. Jon Breyer

Encs.

cc:      Brock Fredin (via ECF)

4826-8244-5512.1



# Supreme Court of Wisconsin

**OFFICE OF LAWYER REGULATION**
110 EAST MAIN STREET, SUITE 315
P.O. BOX 1648
MADISON, WI 53701-1648
www.wicourts.gov/olr

**DIRECTOR**
KEITH L. SELLEN

**DEPUTY DIRECTOR**
JULIE M. SPOKE

**Central Intake**
Direct Telephone: (608) 267-7274 - Ext. 1
Direct Toll Free: (877) 315-6941 - Ext. 1
Fax: (608) 267-1959
olr.intake@wicourts.gov

**INVESTIGATORS:**
JONATHAN ZEISSER
CATHE J. HAHN
KATHRYN GALAROWICZ
TIMOTHY POODIACK

August 14, 2020

**PERSONAL AND CONFIDENTIAL**

Mr. Brock Fredin
P.O. Box 1051
Hudson, WI 54016

Re: Inquiry Regarding Atty. Karl J Breyer

Dear Mr. Fredin:

Based on a preliminary intake evaluation of your inquiry, the Office of Lawyer Regulation has determined that there is an insufficient basis to proceed. Supreme Court Rule 5.5(c)(2) allows a Minnesota licensed attorney to provide services in Wisconsin when he "reasonably expects to be so authorized." Atty. Breyer informed the court that he intended to apply for admission in connection with St. Croix County #18-CV-190 and was admitted on August 22, 2018. There is insufficient evidence to support an allegation of ethical misconduct under the Wisconsin Supreme Court Rules. Therefore, the matter will not be forwarded for formal investigation, and will be closed at this time.

The Supreme Court Rules provide that you may request review of the decision to close this matter. Any such request must be in writing, and must be received by the Director within 30 days of the date of this letter. Timely requests for an extension may be granted for good cause shown. Following receipt of a proper request, the Director will review the matter and may affirm the closure or refer the grievance to staff for further evaluation. Pursuant to SCR 22.02(4), the Director's decision is final. If you request review, you will receive written notice of the Director's decision.

Pursuant to SCR 22.40(1), this agency must keep requests for investigation confidential. Our file and all records pertaining to this matter will be expunged after a period of three years. Should you wish to retain your records on this matter, you are free to do so.

Mr. Brock Fredin
August 14, 2020
Page 2


Thank you for bringing this matter to our attention. It is through the receipt of such information that we are made aware of matters that are of concern to the public.

                                                Very truly yours,

                                                /s/

                                              Jonathan Zeisser
                                              Intake Investigator

JZ:jmb

cc: Atty. Karl J Breyer (with enclosure)

# Brock Fredin

PO Box 1051 Hudson, WI 54016 • Phone: (612) 424-5512 •
E-Mail: brockfredinlegal@icloud.com

Date: July 20, 2020

**BY EMAIL AND USPS**
Office of Lawyer Regulation
Director Keith Sellen
110 East Main Street
Suite 315
P.O. Box 1648
Madison, WI 53701-1648

RECEIVED

JUL 2 3 2020

OFFICE OF LAWYER REGULATION

Re: *Karl Johann Breyer Misconduct Complaint*

Dear Office of Lawyer Regulation:

I write to submit a complaint of attorney misconduct against Minnesota attorney Karl Johann Breyer. Mr. Breyer practiced law in Wisconsin without a Wisconsin law license or proper *pro hace vice* admission. The precise facts of Mr. Breyer's conduct is detailed here:

- Between May and August 2018, Mr. Breyer practiced law in Wisconsin without proper *pro hace vice* admission in *Fredin v. Schaefer*, Saint Croix County Circuit Court, Case No. 2018CV000190
- Mr. Breyer appeared at hearings and filed pleadings without proper licensure or admission. The docket in question is attached hereto as evidence of Mr. Breyer's unlawful conduct (*See* EX. B; 2018CV000190 attached docket.)
- According to the rules, a non-resident attorney without *pro hace vice* admission cannot represent clients during hearings or sign pleadings until *pro hace vice* admission is ordered by the court. Moreover, *pro hace vice* admission does not provide for retroactivity with respect to non-admission conduct

A complaint was filed against Mr. Breyer with the Office of Professional Responsibility on February 27, 2020. A determination on that complaint was filed on March 9, 2020. The determination did not address Mr. Breyer's conduct and apparently deferred to the Wisconsin Office of Lawyer Regulation. A response letter to the Office of Professional Responsibility was sent and emailed on July 20, 2020. (*See* EX. A; OPR July 20, 2020 ltr.)

Let me know if you need additional details or documents. I encourage this office to refer a reciprocity complaint against Mr. Breyer to the Office of Professional Responsibility in Minnesota.

Sincerely,

/s/ Brock Fredin
Brock Fredin.