**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

BROCK FREDIN,

                Plaintiff,

     --against--

LINDSEY MIDDLECAMP

               Defendants.

Case No.  17-CV-3058

**DECLARATION OF BROCK FREDIN**

BROCK FREDIN,

                Plaintiff,

     --against--

GRACE MILLER,
CATHERINE SCHAEFER

               Defendants.

Case No.  18-CV-466

**DECLARATION OF BROCK FREDIN**

STATE OF WISCONSIN        }
                              ss:
COUNTY OF SAINT CROIX     }

     BROCK FREDIN, being duly sworn, deposes and says:

     1.     I am the Plaintiff in the above-captioned proceeding.  I submit this second declaration in support of opposition to summary judgement.  For the reasons stated herein and within my memorandum of law dated August 21, 2020, Defendants motion for summary judgement should be denied in its entirety.

1

2.     The state court cases in Ramsey County District Court underlying this proceeding are provided as follows:

- *Middlecamp v. Fredin*, Case No: 62-HR-CV-17-233
- *Middlecamp v. Fredin*, Case No: 62-HR-CV-19-621
- *Miller v. Fredin*, 62-hr-cv-16-46
- *Miller v. Fredin*, 62-hr-cv-18-202
- *Schaefer v. Fredin*, 62-hr-cv-16-411
- *Schaefer v. Fredin*, 62-hr-cv-18-527
- *State of MN. v. Brock Fredin*, 62-CR-17-3156
- *State of MN. v. Brock Fredin*, 62-CR-18-157

## AUTHENTICATION OF DOCUMENTS

3.     Attached hereto as **Exhibit A** is a true and correct copy of the email dated January 24, 2017 executed by Lindsey Middlecamp to Mary Ellen Heng.

4.     Attached hereto as **Exhibit B** is a true and correct copy of the email dated January 24, 2017 executed by Mary Ellen Heng to Tara Patet.

5.     Attached hereto as **Exhibit C** is a true and correct copy of the email dated January 24, 2017 executed by David McCabe to Mary Ellen Heng, Tara Patet, and Lindsey Middlecamp.

6.     Attached hereto as **Exhibit D** is a true and correct copy of the email dated January 24, 2017 executed by Lindsey Middlecamp to Tara Patet.

7.     Attached hereto as **Exhibit E** is a true and correct copy of Lindsey Middlecamp's @CardsAgstHrsmt tweet concerning me dated January 24, 2017.

8.     Attached hereto as **Exhibit F** is a true and correct copy of Facebook posts published on April 4, 2017 identifying Lindsey Middlecamp as the identity behind @CardsAgstHrsmt.

9.      Attached hereto as **<u>Exhibit G</u>** is a true and correct copy of April 13 and 14th, 2017 emails between Minneapolis City Attorney Office Officials disclosing my April 13, 2017 Facebook post identifying Lindsey Middlecamp as the creator of @CardsAgstHrsmt.

10.     Attached hereto as **<u>Exhibit H</u>** is a true and correct copy of emails between Paula Kruchowski and Thomas Miller requesting that Thomas Miller do lookups on me.

11.     Attached hereto as **<u>Exhibit I</u>** is a true and correct copy of a text message entered within Saint Paul Police Complaint Number 17280176 originating from Catherine Schaefer.

12.     Attached hereto as **<u>Exhibit J</u>** is a true and correct copy of a Minneapolis Police Public Record Service emails April 2018 – October 15, 2019 emails between workers Kyle H. MacDonald, Lisa Lamor, and Mary ZenZen, and Roger Hagedorn

13.     Attached hereto as **<u>Exhibit K</u>** is a true and correct copy of an email dated August 22, 2017 originating from Susan Segal to Erik Nillsen.

17.     Attached hereto as **Exhibit O** is a true and correct copy of an email from Minneapolis Records Management Specialist Jacob Crawford dated October 18, 2019

18.     Attached hereto as **Exhibit P** is a true and correct copy of an email between the Minneapolis Police department and Ramsey County Domestic Abuse and Harassment Office Supervisor Nykee Younghans concerning Minneapolis Police MPD-9648001121 concerning me.

19.     Attached hereto as **Exhibit Q** is a true and correct copy of an email from Laura Pietan to Mary Ellen Heng concerning me dated December 14, 2017 at 10:53AM.

20.     Attached hereto as **Exhibit R** is a true and correct copy of an email from Peter R. Mayer to David Green concerning me dated December 14, 2017 at 5:04PM.

21.     Attached hereto as **Exhibit S** is a true and correct copy of an email from Tom Powers at MeltWater.com to Pai Vaman concerning a social media report concerning me dated August 1, 2017.

22.     Attached hereto as **Exhibit T** is a true and correct copy of a police report made by Grace Miller concerning me dated May 18, 2019 through June 18, 2019 and June 24, 2019.

23.     Attached hereto as **Exhibit U** is a true and correct copy of an email from William Schultz to Vanessa Carr concerning Catherine Schaefer dated June 15, 2016.

**PLAINTIFF BROCK FREDIN'S APRIL 2018 FOIA REQUEST**

24.     On October 28, 2019, I received a freedom of information act ("FOIA")
production by way of the City of Minneapolis.  The request was made in April 2018 related
to records associated with Lindsey Middlecamp's improper activities in reference to me.

25.     Lindsay Middlecamp unequivocally committed felony obstruction of justice
and assault by requesting that the Saint Paul City Attorney's Office issue frivolous criminal
charges in *State v. Fredin*, Ramsey County District Court, Case No. 62-CR-17-3156 and
(indirectly) *State v. Fredin*, Ramsey County District Court, Case No. 62-CR-18-157  against
me to serve her April 14, 2017 harassment restraining order petition ("Middlecamp HRO"),
and, most importantly, to provide tabloid fodder to her personal media platform
@CardsAgstHrsmt by and through improper use of her then-Assistant Minneapolis City
Attorney position.  Lindsey Middlecamp also instigated criminal charges against me based
on the Minnesota Court of Appeals January 23, 2017 ruling in *Miller v. Fredin*, Case No.
A16-0613 ("Miller Decision").  Lindsey Middlecamp sent an email ("Middlecamp Email")
to Deputy Minneapolis City Attorney Mary Ellen Heng dated January 24, 2017 at 3:44PM
stating:

> Do you know/have contact info for your counterpart at the City of St.
> Paul? This is something of a professional courtesy email that, if you felt it
> was appropriate, I was hoping could be forwarded to their attention.
>
> I have a friend who, in November of last year, got a restraining order
> against a man in St. Paul who stalked her for nearly two years even after
> she moved out of state all because she declined to meet him after brief
> contact on a dating site. He has retaliated against the restraining order in
> several dramatic ways; after storming out of the hearing at which it was
> granted, he promptly registered and launched a website referring to her by
> full name as a stalker and sexual predator and linking to her contact
>
> Yesterday, the Court of Appeals issued an opinion in a different matter
> brought by a different woman against the same man. I'm attaching it here.

I can tell you that I've spoken with several of his former colleagues or acquaintances and this seems like a very troubled individual with a documented history of serial harassment and escalation. He has been kicked out of a local gym for concerning threatening behavior towards a trainer, has been blacklisted from certain community groups for his alarming online conduct, etc. I have serious concerns that if he is not held accountable for violations of this restraining order, he will escalate either in his aggression against my acquaintance, or in parallel tracks against other women.

The "professional courtesy" angle here is that I'm also aware my friend is being contacted by journalists with MPR and City Pages about her experiences with this man and other women's restraining orders and issues with him. I believe it is likely the narrative will take a position that "St. Paul is doing nothing to protect them" in light of the cops basically telling her her (sic) main recourse was stop googling her own name and try to move on with her life despite his persistent attempts to sabotage and harass her. I thought it was worth at least forwarding the Court of Appeals decision to the potential prosecutors to see if the pattern/trend of this man's troubling behavior causes them to have more confidence in the need to pursue him in 13.82 case. I know resources and other considerations dictate case load but sometimes having another lawyer confirm this isn't a total goose chase seems helpful in giving things another look.

(*See* Exhibit A.)  Under the plain language of the Middlecamp Email, Lindsey Middlecamp states that Mary Ellen Heng should do a "professional courtesy" and contact her "counterpart" in the Saint Paul City Attorney's Office to bring frivolous criminal charges to benefit Lindsey Middlecamp's "friend".  It is believed the "counterpart" is Saint Paul Assistant City Attorney Tara Petit.

26.    The plain language of the Middlecamp Email states that Lindsey Middlecamp has "a friend".  This friend is believed to be Catherine Schaefer.  Lindsey Middlecamp alleges that I "storm[ed] out of a hearing .. registered and launched a website referring to [Catherine Schaefer] by full name as a stalker and sexual predator."    With respect to instigated criminal charges, the Middlecamp Email states "the professional

courtesy angle here is that I'm also aware my friend is being contacted by journalists with MPR and the City Pages…"  (*See Id*.)

27.    With respect to "storming out of a hearing" and registering a website, these allegations are simply not substantiated.  I quickly leave all hearings to avoid adverse parties.  (*See Id*.)

28.    It is worth noting that Lindsey Middlecamp had already began tweeting about me on January 24, 2017 at around 9AM and arranged for journalists from the *City Pages* to contact Catherine Schaefer.  Upon information and belief, Lindsey Middlecamp feigned ignorance about the multiple angles she was playing.  (*See* Exhibit E.)

29.    In order to effectuate her improper scheme, Lindsey Middlecamp states that "yesterday the Court of Appeals issued an opinion in a different matter brought by a different woman."  Upon information and belief, this woman is believed to be Grace Miller. (*See* Exhibit A.)

30.    As mentioned above, Catherine Schaefer and Grace Miller's HRO petition was intended to be used by Lindsey Middlecamp to bring frivolous criminal charges and launch an unlawful no-knock search warrant dated April 28, 2017.  Lindsey Middlecamp and Grace Miller and their representatives have acknowledged that they have spoken to and coordinated with Catherine Schaefer and her legal representation.  Upon information and belief, Catherine Schaefer's HRO petition was filed in coordination with Grace Miller and her counsel.  It is believed that Lindsey Middlecamp intended to cite Catherine Schaefer's and Grace Miller's HRO petition against me to bring frivolous criminal charges by and through her then Assistant Minneapolis City Attorney Position. Most recently,

however, Catherine Schaefer's and Grace Miller's filings were cited by Lindsey Middlecamp in the instant proceedings and the January 24, 2017 email to Mary Ellen Heng as well as on her personal Twitter account @CardsAgstHrsmt. This is exemplified by the fact that Catherine Schaefer's allegations were found to be knowingly false and made with bad faith when the Saint Paul Police conducted search warrants finding her phone allegations originated from telemarketers. I had never met, spoken to, or knew Catherine Schaefer prior to her petition.

31.     It is worth noting that because Lindsey Middlecamp had fabricated a rape allegation, knowing that her allegation was false, Lindsey Middlecamp instead relied upon a pile-on scheme and harassment restraining order violations as her method to incite frivolous criminal charges.

32.     I have also asserted knowledge that Catherine Schaefer was provided with a *pro bono* lawyer named Peter R. Mayer from Dorsey and Whitney coordinated by Lindsey Middlecamp. Peter R. Mayer is a former law clerk to Wisconsin Supreme Court Chief Justice Shirley Abrahamson. Upon information and belief, Dorsey and Whitney also have a contract with the City of Minneapolis to augment prosecutorial staff for petty crimes. I believe this to be the conduit for which Lindsey Middlecamp could commit to an unethical quid-pro-quo scheme to obtain *pro bono* assistance on behalf of Catherine Schaefer.

33.     In order to apply media pressure to the Saint Paul City Attorney to bring frivolous criminal charges against me, Lindsey Middlecamp states that "I believe it is likely the narrative will take a position that "St. Paul is doing nothing to protect them" in light of the cops basically telling her her (sic) that her main recourse was stop googling her own

name … I thought it was worth at least forwarding the Court of Appeals decision to the potential prosecutors to see …"  Upon information and belief, the term "narrative" refers to a media narrative used to exaggerate claims or to make her colleagues fearful that they may be impugned in the media over their charging decisions.  (*See Id*.)

34.     In her lengthy email, Lindsey Middlecamp appears to acknowledge that all charges do not have merit and were declined multiple times by stating that it is a "total goose chase" but that Mary Ellen Heng could promote the allegations by "giving another look" in an effort to convince Mary Ellen Heng to adopt the bogus allegations and persuade the Saint Paul City Attorney's Office to bring frivolous criminal charges against me and serve Lindsey Middlecamp's April 14, 2017 harassment restraining order.  (*See Id*.)

<u>Persuading the Saint Paul City Attorney's Office</u>

35.     As described above, Lindsey Middlecamp drafted the Middlecamp Email intending to persuade the Saint Paul City Attorney's Office to bring frivolous criminal charges against me and to commence a violent April 28, 2017 no-knock raid to serve her harassment restraining order.  (*See* Exhibit A.)

36.     On January 24, 2017 at 10:06AM the Middlecamp Email was forwarded from Mary Ellen Heng's personal email of MaryEllen.Heng@minneapolismn.gov to Saint Paul Assistant City Attorney Tara Patet with a recipient email address of tara.patet@ci.stpaul.mn.us  In the email, Mary Ellen Heng states "Tara ~ I am forwarding you this email from a colleague of mine who works in our civil division.  She is friends with victim [Catherine Schaefer or Grace Miller].  I believe you reviewed a case involving [Catherine Schaefer or Grace Miller] and Brock Fredin.  [Lindsey Middlecamp] asked me

to forward on her email and this case to you."   Mary Ellen Heng adopts Lindsey Middlecamp's (false) allegations in the Middlecamp Email presented to her as a matter of course.  (*See* Exhibit B.)

37.    On January 24, 2017 at 10:15 AM, Tara Patet responds by indicating her knowledge of the (false) allegations contained in the Middlecamp Email by stating, "we just haven't had a prosecutable case presented to us yet."   Despite her knowledge the allegations in the Middlecamp Email are false, Tara Patet adopts the allegations contained in the Middlecamp Email as a matter of course.  Tara Patet states "it is clear that he's intentionally trying to "get around" the HRO."  Tara Patet indicates her knowledge of the (false) allegations contained in the Middlecamp Email by declaring that all charges have been declined multiple times.  As to vindictive prosecution, Tara Patet states "As much as we want to get this guy, we just haven't had a prosecutable case presented to us yet."  (*See Id*.)

38.    Additionally, Tara Patet also copies Saint Paul Police Officer David McCabe in her email response.  (*See Id*.)

39.    Mary Ellen Heng asks Tara Patet if she can "share" the contents of the email with Lindsey Middlecamp.  (*See Id*.)

40.    It is worth noting that Lindsey Middlecamp, Grace Miller, and Catherine Schaefer had already initiated an Internet smear campaign against me.  In attempting to refute the allegations with one or two Facebook posts, Grace Miller, Catherine Schaefer, and Middlecamp would file knowingly false police reports to silence me while

misrepresenting the public posts as "communication" in order to bring (false) frivolous charges against me.   (*See* Exhibit D.)

41.     As described above, the Middlecamp Email was sent to Saint Paul Police Officer David McCabe.  On January 24, 2017 at 10:33AM, Saint Paul Police officer David McCabe states that "[Lindsey Middlecamp], I saw your email to Mary Heng, then to Tara Patet, I have been working on this case for several years now and so far everything I submitted has been declined."  Officer McCabe indicates his knowledge of the (false) allegations contained in the Middlecamp Email by stating "charges have been declined multiple times.". (*See* Exhibit C.)  Despite David McCabe's knowledge the allegations in the Middlecamp Email are false, Officer McCabe adopts the (false) allegations as a matter of course.  (*See Id*.)

42.     On January 24, 2017 at 6:41PM, Lindsey Middlecamp sends a direct email to Tara Patet without any copied parties.  The email states: "Tara, Thank you so much for such a prompt reply and I understand the challenges and frustrations with perps who are strategic in their contact. Anyway—I just wanted to be a conduit for that [Miller] decision to make it to your office and make sure the recent contact gets considered. I do think she'll take comfort knowing that the investigator and your office have a consistent set of eyes on this guy." (*See* Exhibit D.)

43.     It is worth noting the phrase "recent contact gets considered" is referring to my Match.com profile edit.  It appears that Lindsey Middlecamp is using extrajudicial avenues to seek revenge for her friends, and, most importantly, to prosecute me extrajudicially.  This is particularly so where they were attempting to collaterally use bogus

harassment restraining order violations as some form of revenge for Lindsey Middlecamp's (false) and fabricated rape allegation.  (*See Id*.)

44.     It should be further noted that Lindsey Middlecamp began posting my photos, defamatory statements, and legal pleadings to her Twitter account @CardsAgstHrsmt the same day prior to the Middlecamp Email.  Lindsey Middlecamp began tweeting about me at 9AM and sent the Middlecamp Email at around 3:44PM.  It is believed Lindsay Middlecamp publicized the same (false) or petty allegations to apply pressure to the Saint Paul City Attorney's Office to reopen multiple previously declined frivolous charges in *Miller v. Fredin,* Ramsey County District Court, Case No. 62-HR-CV-16-46 (*See* Exhibit E.)

<div align="center">Leaking of the Miller Decision</div>

45.     As described above, Lindsey Middlecamp drafted the Middlecamp Email intending to persuade the Saint Paul City Attorney's Office to bring frivolous criminal charges against me and serve Lindsey Middlecamp's April 14, 2017 harassment restraining order.  The Middlecamp Email cited my ex-girlfriend Grace Miller and her friend Catherine Schaefer to further persuade Tara Patet and Mary Ellen Heng in the Saint Paul and Minneapolis City Attorney's Office.  (*See* Exhibit A.)

46.     Most egregious of all, I indicated that Lindsey. Middlecamp began tweeting about the Miller Decision in early to middle January 2017 prior to its official release of January 23, 2017.  In those tweets on @CardsAgstHrsmt, Lindsey Middlecamp or her parties indicated that Minnesota Court of Appeals Judge Kevin G. Ross "destroyed Brock Fredin" in the Miller Decision.   Knowing that her improper conduct would be potentially

criminal and discoverable, Lindsey Middlecamp deleted those tweets and began a new set of tweets about the Miller Decision on January 24, 2017 following the Miller Decision's official release.

47.     In that decision, the Ramsey County District Court redacted and removed Grace Miller's continuing emails to me (even after she filed her harassment restraining order) making it impossible for the Court of Appeals to be completely informed and totally unable to ascertain the true fact that I updated the public portion of a Match.com profile to say "I am so sorry" after receiving countless unsolicited emails from Grace Miller.  I never responded, sent messages, particularly after any order was issued.

48.     The panel in the Miller decision included Judge Ross, Jesson, and Schellhas. Upon information and belief, both Judge Lucinda E. Jesson and Lindsey Middlecamp attended the same law school (although at very different times).

<u>Lindsey Middlecamp's Fictious Rape Allegations</u>

49.     As described above, Lindsey Middlecamp drafted the Middlecamp Email intending to persuade the Saint Paul City Attorney's Office to bring frivolous criminal charges against me and serve Lindsey Middlecamp's April 14, 2017 harassment restraining order.  It is believed Lindsey Middlecamp scheme was part-in-parcel to a fabricated rape allegation she presented to Saint Paul Police Officer David McCabe who began an investigation. (*See* Exhibit A; C)

50.     It is worth noting that because Lindsey Middlecamp knew her rape allegation was false, Lindsey Middlecamp instead relied upon a pile-on scheme and harassment restraining order violations as her method to incite frivolous criminal charges.

51.     As to the false rape allegations, the Middlecamp Email appears to be directed at the Saint Paul Police Sex Crimes Unit.  It is my belief that this is the first time I have seen such evidence and had no idea that David McCabe was associated with the "Sex Crimes Unit".  (*See* Exhibit C)

52.     As described above, the Middlecamp Email was forwarded with a subject line titled "Brock Fredin" through Mary Ellen Heng and Tara Patet to Saint Paul Police officer David McCabe.  David McCabe responded on January 24, 2017 at 10:33AM.  David McCabe appears to respond to Lindsey Middlecamp by name.  David McCabe's email signature is "Sergeant David McCabe Sex Crimes Unit."  (*See Id*)

53.     In his response, David McCabe responds by saying, "[Lindsey Middlecamp], I saw your email to Mary Heng, then to Tara Patet, I have been working on this case for several years now and so far everything I submitted has been declined."  David McCabe's reference to "them" is believed to be the Saint Paul City Attorney's Office.  (*See Id*)

54.     With respect to David McCabe investigation, it is my belief that he was investigating a fabricated rape allegation presented to him from Lindsey Middlecamp. (*See Id*)

55.     As to David McCabe's knowledge of Lindsey Middlecamp's false allegations, he states everything he has submitted "has been declined."  (*See Id*)

56.     Most egregious of all, on February 22, 2017 Lindsey Middlecamp made a false rape allegation against me on her @CardsAgstHrsmt Twitter account.  The tweet was retweeted thousands upon thousands of times.  I had never spoken to, met her, knew anything about her, or knew who she was.  The allegation also contained tweets where

Lindsey Middlecamp calls herself "the henchman of the totalitarian feminist movement" and several other completely improper remarks.[1]  (*See* Exhibit *E*.)

57.    Moreover, Lindsey Middlecamp has made similar false allegations against hundreds of men on the same or similar accounts and has generated a significant media presence describing "rape culture" and making anonymous rape allegations against unnamed men in various national publications e.g., BuzzFeed, Yahoo news, Huffington Post, etc.

58.    More importantly, in order to amplify her false allegation, Lindsey Middlecamp timed her false rape allegation release the same day as a February 22, 2017 article concerning me in the *City Pages*.  Upon information and belief, Lindsey Middlecamp's false rape allegation was retweeted thousands of times.

59.    In April 2017, David McCabe stated his knowledge that he had investigated rape allegations originating from Lindsey Middlecamp concerning me.  Officer McCabe stated to me "you did not rape anyone."

60.    Lastly Lindsey Middlecamp drafted the Middlecamp Email intending to persuade the Saint Paul City Attorney's Office to bring frivolous criminal charges against me and serve Lindsey Middlecamp's April 14, 2017 harassment restraining order collaterally over a fabricated rape allegation and to reopen previously declined charging

---

[1] *See* e.g., https://twitter.com/CardsAgstHrsmt/status/844180580237365248; https://twitter.com/cardsagsthrsmt/status/823941229079470080?lang=en

decisions.  It is my belief these allegations were also used to silence my criticism of her activities.  (*See* Exhibit A.)

<div align="center">The April 14, 2017 Middlecamp *Ex-Parte* HRO</div>

61.     As described above, Lindsey Middlecamp leaked the Miller Decision to her own anonymous media platform @CardsAgstHrsmt.   (*See* Exhibit *E.*)

62.     On April 4, 2017, after discovering Lindsey Middlecamp's identity, I published a Facebook post identifying Grace Miller, Catherine Schaefer, and Lindsey Middlecamp by name.  (*See* Exhibit F.)

63.     On April 14, 2017, after learning of the Facebook post identifying Lindsey Middlecamp by name, Lindsey Middlecamp filed an *ex-parte* harassment restraining order in Ramsey County captioned *Middlecamp v. Fredin*, Case No: 62-HR-CV-17-233 ("Middlecamp HRO").  (*See Id.*)

64.     With respect to the Middlecamp HRO, on April 14, 2017 at 9:24AM it is believed that Lindsey Middlecamp alerted the Minneapolis City Attorney's Office of the Middlecamp HRO and used the Middlecamp HRO to create a (false) security alert bulletin by either directly herself or telling her boss Susan Segal to send a group interoffice email attaching the Facebook post titled "Attention: Security Matter" to:

- Laroen, Barb G.;
- Criminal Division Attorneys;
- Criminal Division Specialists;
- Civil Division Attorneys;
- Civil Division Specialists;
- Mawer, Emily

(*See* Exhibit F; G *Id.* ¶ at 1.)

65.    With respect to the security bulletin, several Assistant Minneapolis City Attorneys stated confusion as to how such a harmless post identifying Lindsey Middlecamp could create a security bulletin:

- "I hate it when the bosses send cryptic shit like that and don't inform folks about what the fuck is actually going on." - Burt T. Osborne (*See* Exhibit G.)

- "I have no idea.  It's weird because his legal stuff never happened even happened in Hennepin County." - Paula Kruchowski (*See Id*.)

- Furthermore, Paula Kruchowski appears to have taken improper steps to research or investigate my name without valid reason.[2]  It is believed Paula Kruchowski requested Thomas Miller improperly do the lookup: Thomas Miller responded by email to Paula Kruchowski stating: "Thanks!  F.Y.I. I could not locate anything in civil PM that involves him."   (*See* Exhibit H.)

- "Brock is my friend … here's what I know.  It's totally Jerry Springer too." – Paula Kruchowski (*See* Exhibit G.)

- In reference to the Miller Decision, "The decision is awesome so pull it up on Westlaw. It's written by Ross, which should tell you a lot right there". – Paula Kruchowski (*See Id*.)

---

[2] Minneapolis Attorney claims she was "oogled by scores of men."  *See* e.g., http://www.startribune.com/mpls-attorney-claims-she-was-oogled-by-scores-of-men/236425531/

66.     As to Emily Mawer[3], she was an associate with Dorsey and Whitney and a former law clerk to Lori Gildae.  It is apparent why she was copied on the email to coordinate communication with Peter R. Mayer who represented Catherine Schaefer coordinated by Lindsey Middlecamp.

67.     On September 20, 2017, Minneapolis Assistant City Attorney Jamie Becker-Flynn sent an email to Minneapolis Police Officer Robert Greer and Minneapolis Assistant City Attorney Paula Kruchowski stating: "I moved the Fredin, Brock William report 17-358837 to "non-dom" Victim has an HRO but the parties have no domestic relationship, despite it being coded as such in this."  (*See* Exhibit Q.)  Upon information and belief, Lindsey Middlecamp presented her order to her own office and Paula Kruchowski.

68.     It should be further noted that there was no threat and that Lindsey Middlecamp deliberately created such a threat to incite frivolous criminal charges after filing her April 14, 2017 Middlecamp Order in Ramsey County to pile-on without proper jurisdiction in what appears to be a way to avoid being held accountable for the Middlecamp Email.  Lindsey Middlecamp knew that I was domiciled in Hudson, Wisconsin when she used a no-knock search warrant to serve me here.  Lindsey Middlecamp lived and worked in Hennepin County.  As to her forum shopping, Lindsey Middlecamp filed her Middlecamp Order in Ramsey County in seeking Referee Clysdale's friendly rubber-stamp and to pile-on orders.  (*See* Exhibit G*.)*

---

[3] See https://www.gpmlaw.com/People/Emily-Mawer;
https://www.dorsey.com/people/m/mayer-peter-r

<u>Dorsey Whitney and Peter R. Mayer's Felony Obstruction of Justice</u>

69.     As described above, Peter R. Mayer is employed as an associate with Dorsey and Whitney and is a *pro bono* lawyer for Catherine Schaefer coordinated by Lindsey Middlecamp.

70.     With respect to his involvement, Peter R. Mayer sent an extrajudicial email to Special Assistant City Attorney David Green dated December 14, 2017 at 12:04AM. This email ("Schaefer Show Cause Email") contained a show cause motion from Catherine Schaefer.  (*See* Exhibit R.)

71.     At 11:52 on December 14, 2017, Laura Pietan sent an email to Mary Ellen Heng requesting the name of the Deputy City Attorney in Bloomington, MN concerning an investigation concerning me.  (*See* Exhibit Q.)

72.     At 11:56 on December 14, 2017, Mary Ellen Heng responded to Laura Pietan stating: "They have a new deputy and I don't have her email. But I always contact their senior attorney Erica Glassberg. Her email is eglassberg@bloomingtonmn.gov." (*See Id.*)

73.     On December 15, 2017, at 1:56 David Green forwarded Peter R. Mayer's Schaefer Show Cause Email to his corporate email David.Green@Dorsey.com.  David Green is a contract employee loaned from Dorsey and Whitney.  (*See* Exhibit R.)

74.     On January 8, 2018, Saint Paul Assistant City Attorney Andrea Miller sends an email to Mary Ellen Heng concerning me stating: "I have attached my official decline for you."  (*See* Exhibit Q.)

75.     It is worth noting that it is my belief that Peter R. Mayer and Dorsey and Whitney actions were part-in-parcel to Lindsey Middlecamp, Catherine Schaefer, and

19

Grace Miller's scheme to bring (false) frivolous criminal charges coordinated by the improper use of their contract with the Minneapolis City Attorney's Office and *ex parte* communication with Lindsey Middlecamp.  Upon information and belief, they instigated the April 28, 2017 violent raid, multiple declined charges, and, most importantly, committed felony obstruction of justice, false imprisonment, and assault.

<u>The April 28, 2017 No-Knock Violent Raid</u>

76.    As described above, Lindsey Middlecamp drafted the Middlecamp Email intending to persuade the Saint Paul City Attorney's Office to bring frivolous criminal charges against me and the April 28, 2017 raid was procured to serve her April 14, 2017 Middlecamp Order.  Moreover, in the Amended Complaints and motion for limited discovery I have incorporated the same allegations.

77.    I have alleged that criminal charges were only reopened following Lindsey Middlecamp's April 14, 2017 Middlecamp Order petition.  As to the merits of that petition, I was denied any rights, and Referee Clysdale entered a profoundly unconstitutional gag order to silence me and coverup Lindsey Middlecamp's improper actions including the January 24, 2017 Middlecamp Email.  (*See* Exhibit A.)  This order was lampooned by legal circles, including former 9th Circuit Appellate judge Alex Kozinski and UCLA law professor Eugene Volokh.  See comments section in https://reason.com/2018/05/08/minnesota-court-apparently-orders-man-no-/#comments

78.    Catherine Schaefer entered a police report alleging that Referee Clysdale and Lindsey Middlecamp have a "mutual bestie" and have been "hanging out for years".  Upon

information and belief, this "mutual bestie" is Mary Ellen Heng and/or Tara Patet. (*See* Exhibit I.)

79.    As to Susan Segal's knowledge, Susan Segal sent another email to deputy Minneapolis City Attorney Erik Nilssen on August 22, 2017 concerning me. This time window lines up with a final order and hearing in the April 14, 2017 Middlecamp HRO. (*See* Exhibit K.)

80.    The above emails indicate that at a minimum the April 14, 2017 Middlecamp harassment restraining order, security alert bulletin, and the false flags were used to vindictively prosecute me over First Amendment based activity as a red herring over a false rape allegation.

## MINNEAPOLIS CITY ATTORNEYS OFFICE
## DELETION OF ALL FOIA PRODUCTION RECORDS

### AND TWITTER LOGS

81.    On August 1, 2017, Tom Powers sent an email from his account tom.powers@meltwater.com to Pai Vaman at vaman.pai@minneapolismnm.gov concerning January 2017 to July 2017 reports. The email states: "Any luck with the January – July 2017 reports? Willing to take them one month at a time. I have a deadline coming up in three weeks." (*See* Exhibit S.) Tom Powers is the managing director of MeltWater which describes itself as: "a media intelligence company who provides media monitoring and social media monitoring to help companies grow and build brand."[4] (*See* Exhibit S.)

---

[4] *See* https://www.meltwater.com/

82.     Upon information and belief, this report contains logs, audits, or references to Lindsey Middlecamp's use of Minneapolis City Information Technology resources to post on @CardsAgstHrstm concerning me.  (*See Id*.)

83.     On April 17, 2018 Minneapolis Police records supervisor Lisa Lamor sent an email to Mary Zenzen, manager of Minneapolis Police Record Services, that she "received the following request" and that it may "apply potentially to MPD".  (*See* Exhibit J.)

84.     On October 28, 2018, shortly after I was sentenced to a year in jail, it appears that Mary Zenzen sent an email to Minneapolis Police records specialist Kyle H. MacDonald saying "Kyle, please see the attached request … we can discuss how to approach the review."  The term "how to approach review" appears to indicate a deliberate delay in response.  (*See Id.* ¶ at 5.)

85.     As evidence of the Minneapolis City Attorneys oversight into such records, On October 31, 2018, Kyle MacDonald responds to Mary Zenzen stating that he has "completed reviewing a number of emails related to the requestor.  I initially searched MPD/police locations which yielded around 120 documents."  Mr. MacDonald also states that "I'm not sure if others have reviewed these emails as part of City Clerk review or City Attorney's Office.  I marked many documents for Attorney review, mainly because most of these documents involve Susan Segal and other attorneys in the CAO. The documents are in DISCO under the folder MPD 9648.  I've included Carol on this email as part of Attorney review."  (*See Id.* ¶ at 5.)

86.     In line with the deliberate delay in production, On April 1, 2019 Kyle H. MacDonald stated, "I've completed the review of the Brock Fredin documents. I think this one initially came through the clerk's office. Everything has been reviewed by me and Carol B. I'll load this and the Horowitz request on to a flash drive. I'm assuming that you would want to handle contact with the requestor?"   It is believed the requests were strategically delayed to hide production concerning a June 2018 criminal trial in *State v. Fredin*, Ramsey County District Court, Case No. 62-CR-17-3056 and a March 2019 trial in *State v. Fredin*, Ramsey County District Court, Case No. 62-CR-18-157 ("Middlecamp Criminal") concerning Lindsey Middlecamp.   Moreover, the requests were timed to coincide with my release from the Ramsey County workhouse on June 12, 2019.  (*See Id.* ¶ at 6.)

87.     In order to cover up Lindsey Middlecamp and the Minneapolis City Attorney's Office official misconduct, on Mary 31, 2019, Minneapolis Police Departments records unit specialist Kyle H MacDonald sent an email to his supervisor Lisa Lamor stating: "I'm not sure what happened with this request.  I have a folder labeled Fredin production however its empty.  I'm looking through my assorted flash drives and I don't see anyone labeled 9648 or 181303."  The production requests appear to have been deleted at some point after the Minneapolis City Attorney's Office review to deliberately hide the records.   Upon information and belief, Mary Ellen Heng has knowledge and motive concerning the deletion of this record set concerning me.  (*See Id.* ¶ at 7.)

88.     On October 18, 2019, I received an email from Minneapolis Records Management Specialist Jacob Crawford stating:

Good morning,

I'm reaching out to you today because our records show that you submitted a Data Practices request to the City of Minneapolis at the beginning of April in 2018. Unfortunately, our office has experienced a significant amount of turnover in the last year, and the person previously working on your request is no longer at our office. We noticed that we couldn't find a record of data ever being sent to you for your request.

If you are still interested in receiving data, could you please reply all to the to this email letting us know? If we do not receive a response from you by COB on October 28th, we will assume that you are no longer interested in receiving the data you requested.

If you have any questions or concerns, please let us know.

89.    As to a cover up, the phrase "We noticed that we couldn't find a record of data ever being sent to you for your request." Is illustrative of deliberate attempts to prevent the January 24, 2017 Middlecamp Email from being disclosed through trial sequences in 1) *State of MN. v. Brock Fredin*, 62-CR-17-3156; and 2) *State of MN. v. Brock Fredin*, 62-CR-18-157.   (*See* Exhibit O.)   Most importantly, previous email exchanges between records employee state "do not communicate directly with the requestor" appears to indicate a planned delay or instructions from the Minneapolis City Attorney's Office to strategically delay the release of these records.

90.    It should be further noted that the FOIA request was only provided to me following the September 30, 2019 close of discovery in the above-captioned federal cases. It is my belief that this delay was coordinated and aligned by the Minneapolis City Attorney's Office to bypass discovery in these matters.   (*See Id.*)

91.    Unfortunately, I believe that Adam C. Ballinger and K. Jon Breyer and the Ballard/Spahr/Lindquist Vennum Firm maintain a conflict of interest.   K. Jon Breyer is a

former partner of Ballard/Spahr and Lindquist and Vennum.  K. Jon Breyer is deeply entrenched in an Inn of Court maintained, governed, and run by my biological sister and this FOIA request provides significant information (not disclosed here) indicating a conflict of interest with K. Jon Breyer 's representation.  Paula Kruchowski uses my sister's last name in reference to me in an attempt to do improper lookups in reference to the Middlecamp Email and/or the April 28, 2017 Raid or the Middlecamp HRO to either prevent it or inflict it upon me.  Upon information and belief, K. Jon Breyer is using free *pro bono* representation as a vehicle to protect information passed between Paula Kruchowski and sadly between my sister or to generally hide information.  (*See* Exhibit H.)

92.    K. Jon Breyer has represented each of these women pro bono in several cases, including practicing law in Saint Croix County, Wisconsin without a known Wisconsin attorney license registration or *pro hace vice* status.  Upon information and belief, this is illustrative of ongoing coverups.

93.    Moreover, Ballard/Spahr and its inherited firm Lindquist and Vennum has a conflict of interest.  The Lindquist firm served as mediators during each state court HRO hearing.  Mark Jacobson and Michael Olafson, both partners at Lindquist and Vennum Ballard/Spahr attempted to bully and intimidate me into accepting bogus HRO filings.  Lindsey Middlecamp is a former Lindquist non-equity associate.  The conflict here lies between Ballard/Lindquist's actions as mediators in the state court trials and had a direct conflict with me as a party to those actions.

<u>Lindsey Middlecamp , Grace Miller's, and Stephen Heng's</u>

<u>Felony Obstruction of Justice and Obstructionist Tactics to Block Discovery</u>

96.     On May 18, 2018, Grace Miller filed (false) police reports indicating my Twitter account or harmless comments were illegal.  On October 24, 2018, charges were declined by Tara Petit.

97.     On June 20, 2019, Grace Miller filed another (false) police report during pending discovery in this case.  Grace Miller represented these claims as brand new.  (*See* Exhibit T.)

98.     On June 19, 2019, the Stalking by Mail statute was voided.  *In Re. A.J.B.* Minnesota Supreme Court, Case No. A17-1161.[5]

99.     On June 24, 2019, the Hennepin County Attorney's Office declined charges asserted by Grace Miller concerning me.  The investigator said that Grace Miller became

---

[5] https://law.justia.com/cases/minnesota/supreme-court/2019/a17-1161.html

"upset" after learning charges were declined and "later told me the memes reported in this case were approximately two years old." (*See Id*.)

100. As to proof of malicious reports, on June 15, 2019, Minneapolis 311 operator took several (false) police reports from Catherine Schaefer. William Schultz later emailed his colleague Vanessa Carr stating: "have had about 4 emails from her since I left 311!! I keep telling her that I don't work there any more!!" Vanessa Carr responded by stating: "Lol you were so great that she has to keep calling you! Lol" (*See* Exhibit U.)

## CONCLUSION

101. Based on Lindsey Middlecamp's felony obstruction of justice, I was given an illegal executed jail sentence. Between October 17, 2018 to June 12, 2019 I was illegally jailed at the Ramsey County Workhouse on a first-time misdemeanor level (false) offense. During this time, I lost my mother. Lindsey Middlecamp deprived me of access to my dying mother and continued to taunt me while she was dying to thousands of users on @CardsAgstHrsmt and @TonyWebster. Between June 29, 2019 and September 3, 2019, I was exonerated on First Amendment grounds. (*See* September and October Status Letters in *State v. Fredin,* Minnesota Court of Appeals, Case No. A18-0085.) (*See* Exhibit L-N.)

### Damages for Defendants Conduct

102. As to costs, Defendants have maliciously entered between nine (9) to twelve (12) frivolous cases against me without justification. I paid counsel Halberg Defense around $16,000 and Nathan Hansen $12,000. I paid other lawyers around $1000 for other consulting fees.

103.   I have paid Referee Street and Clysdale's court reporter between $1,000 and $2,000 for transcripts.

104.   I have incurred other expenses to defend these actions, such as travel costs, printing costs, and other expenses.  I will be able to provide an exact total at trial in this matter.

<u>Other Damages Based on Lindsey Middlecamp, Grace Miller,<br>and Catherine Schaefer's Actions</u>

105.   In addition to the costs associated with defending the criminal and family court actions, I suffered significant damages as a result of Defendants conduct.

106.   I have incurred other expenses to defend these actions, such as costs to replace iphones, computer equipment, and other electronics taken during the April 28, 2017 raid.  I will be able to provide an exact total at trial in this matter.  I paid to replace and install the front door that was destroyed upon entry, as well as, damage to the hardwood flooring, and carpet during the April 28, 2017 raid.

107.   It should be noted that Lindsey Middlecamp petitioned to become a Special Assistant United States Attorney in late 2017 or early 2018.  Upon information and belief, Lindsey Middlecamp became a Special Assistant United States Attorney to evade accountability for her felony actions contained in the Middlecamp Email performed while working as a then-Assistant Minneapolis City Attorney.

108.   For the reasons stated above and in my accompanying memorandum of law, I respectfully request that a professional responsibility complaint be asserted against Lindsey Middlecamp, a referral to the United States Attorneys Office/Justice

Department/Federal Bureau of Investigation, Hennepin County and Ramsey County Attorney's Office for possible felony prosecution, and that my motion for limited discovery be granted in its entirety and that Defendants motion to compel be denied in its entirety.

Dated: August 20, 2020

/s/ Brock Fredin

_____

Brock Fredin
brockfredinlegal@icloud.com
*Plaintiff, pro se*



**From:** ████ 13.82 ████ " < ████ 13.82 ████ >
**To:** "Heng, Mary Ellen" <MaryEllen.Heng@minneapolismn.gov>
**Subject:** your counterpart at St. Paul?
**Date:** Tue, 24 Jan 2017 15:44:45 +0000
**Attachments:** ████ 13.82 ████ petitioner_Respondent_v_Brock_Fredin_Appellant.pdf
**Inline-Images:** image003.png

---

Mary Ellen,

Do you know/have contact info for your counterpart at the City of St. Paul? This is something of a professional courtesy email that, if you felt it was appropriate, I was hoping could be forwarded to their attention.

I have a friend who, in November of last year, got a restraining order against a man in St. Paul who stalked her for nearly two years even after she moved out of state all because she declined to meet him after brief contact on a dating site. He has retaliated against the restraining order in several dramatic ways; after storming out of the hearing at which it was granted, he promptly registered and launched a website referring to her by full name as a stalker and sexual predator and linking to her contact

**13.82**

Yesterday, the Court of Appeals issued an opinion in a different matter brought by a different woman ████ ) against the same man. I'm attaching it here. I can tell you that I've spoken with several of his former colleagues or acquaintances and this seems like a very troubled individual with a documented history of serial harassment and escalation. He has been kicked out of a local gym for concerning threatening behavior towards a trainer, has been blacklisted from certain community groups for his alarming online conduct, etc. I have serious concerns that if he is not held accountable for violations of this restraining order, he will escalate either in his aggression against my acquaintance, or in parallel tracks against other women.

The "professional courtesy" angle here is that I'm also aware my friend is being contacted by journalists with MPR and City Pages about her experiences with this man and other women's restraining orders and issues with him. I believe it is likely the narrative will take a position that "St. Paul is doing nothing to protect them" in light of the cops basically telling her her main recourse was stop googling her own name and try to move on with her life despite his persistent attempts to sabotage and harass her. I thought it was worth at least forwarding the Court of Appeals decision to the potential prosecutors to see if the pattern/trend of this man's troubling behavior causes them to have more confidence in the need to pursue him in ██ 13.82 ██ case. I know resources and other considerations dictate case load but sometimes having another lawyer confirm this isn't a total goose chase seems helpful in giving things another look.



**Minneapolis**
City of Lakes

MPD-9648000067

# B

**From:** "Patet, Tara (CI-StPaul)" <tara.patet@ci.stpaul.mn.us>
**To:** "Heng, Mary Ellen" <MaryEllen.Heng@minneapolismn.gov>
**Subject:** RE: your counterpart at St. Paul?
**Date:** Tue, 24 Jan 2017 16:17:06 +0000
**Inline-Images:** image001.png

---

Certainly.

**From:** Heng, Mary Ellen [mailto:MaryEllen.Heng@minneapolismn.gov]
**Sent:** Tuesday, January 24, 2017 10:16 AM
**To:** Patet, Tara (CI-StPaul)
**Subject:** RE: your counterpart at St. Paul?

Thank you. Can I let ▮▮▮▮▮ know this information?

**From:** Patet, Tara (CI-StPaul) [mailto:tara.patet@ci.stpaul.mn.us]
**Sent:** Tuesday, January 24, 2017 10:15 AM
**To:** Heng, Mary Ellen
**Cc:** McCabe, David (CI-StPaul)
**Subject:** RE: your counterpart at St. Paul?

I am familiar with this case, as are a couple other prosecutors in my office.  As much as we want to get this guy, and as much as it is clear that he's intentionally trying to "get around" the HRO, we just haven't had a prosecutable case presented to us yet.  What we have done, in partnership with SPPD Family Violence unit, is to have a single investigator appointed to the case(s) so that all are coming to one person and so that each time new behavior gets reported, the reviewing investigator and prosecutor are able to immediately see it in context with the larger body of conduct.  I will forward your email on to the investigator as an FYI as well.

Thanks again, and have a great Tuesday.

**From:** Heng, Mary Ellen [mailto:MaryEllen.Heng@minneapolismn.gov]
**Sent:** Tuesday, January 24, 2017 10:06 AM
**To:** Patet, Tara (CI-StPaul)
**Subject:** FW: your counterpart at St. Paul?

Tara –

I am forwarding you this email from a colleague of mine who works in our civil division. She is friends with victim ▮▮▮▮▮ ▮▮▮▮▮. I believe you reviewed a case involving Ms. ▮▮▮▮▮ and Brock Fredin.  Ms. ▮▮▮▮▮▮▮ asked me to forward on her email and this case to you.

**From:** ▮▮▮ 13.82 ▮▮▮
**Sent:** Tuesday, January 24, 2017 9:45 AM
**To:** Heng, Mary Ellen
**Subject:** your counterpart at St. Paul?

Mary Ellen,

Do you know/have contact info for your counterpart at the City of St. Paul? This is something of a professional courtesy email that, if you felt it was appropriate, I was hoping could be forwarded to their attention.

I have a friend who, in November of last year, got a restraining order against a man in St. Paul who stalked her for nearly two years even after she moved out of state all because she declined to meet him after brief contact on a dating site. He has retaliated against the restraining order in several dramatic ways; after storming out of the hearing at which it was granted, he promptly registered and launched a website referring to her by full name as a stalker and sexual predator and linking to her contact

**13.82**

Yesterday, the Court of Appeals issued an opinion in a different matter brought by a different woman ▮ 13.82 ▮ against the same man. I'm attaching it here. I can tell you that I've spoken with several of his former colleagues or acquaintances and this seems like a very troubled individual with a documented history of serial harassment and escalation. He has been kicked out of a local gym for concerning threatening behavior towards a trainer, has been blacklisted from certain community groups for his alarming online conduct, etc. I have serious concerns that if he is not held accountable for violations of this restraining order, he will escalate either in his aggression against my acquaintance, or in parallel tracks against other women.

The "professional courtesy" angle here is that I'm also aware my friend is being contacted by journalists with MPR and City Pages about her experiences with this man and other women's restraining orders and issues with him. I believe it is likely the narrative will take a position that "St. Paul is doing nothing to protect them" in light of the cops basically telling her her main recourse was stop googling her own name and try to move on with her life despite his persistent attempts to sabotage and harass her. I thought it was worth at least forwarding the Court of Appeals decision to the potential prosecutors to see if the pattern/trend of this man's troubling behavior causes them to have more confidence in the need to pursue him in ▮▮▮▮▮▮ case. I know resources and other considerations dictate case load but sometimes having another lawyer confirm this isn't a total goose chase seems helpful in giving things another look.

**13.82**

13.82

MPD-9648000082

**From:** "McCabe, David (CI-StPaul)" <david.mccabe@ci.stpaul.mn.us>

**To:** 13.43

**Subject:** Brock Fredin

**Date:** Tue, 24 Jan 2017 16:32:49 +0000

**Inline-Images:** image001.jpg

---

13.43  I saw your email to Mary Heng, then to Tara Patet. I have been working on this case for several years now and so far everything I have submitted has been declined.



*Sergeant David McCabe*
*Sex Crimes Unit*
Saint Paul Police Department
367 Grove Street
Saint Paul, MN 55101
Phone 651-266-5702
Fax    651-266-5529
david.mccabe@ci.stpaul.mn.us

MPD-9648000083

**From:** "Heng, Mary Ellen" </O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP
(FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=8FB9455EF86C4CADB15A86AA817EC7B8-HENG, MARY>

**To** █████████████ **13.82**

**Subject:** FW: your counterpart at St. Paul?

**Date:** Tue, 24 Jan 2017 16:36:22 -0000

**Inline-Images:** image001.png

───────────────────────────────────────────────

**13.82** I sent this to Tara Patet who is a supervisor over in the St. Paul City Attorney's Office. She did review the case and here is her response.

**From:** Patet, Tara (CI-StPaul) [mailto:tara.patet@ci.stpaul.mn.us]
**Sent:** Tuesday, January 24, 2017 10:15 AM
**To:** Heng, Mary Ellen
**Cc:** McCabe, David (CI-StPaul)
**Subject:** RE: your counterpart at St. Paul?

I am familiar with this case, as a couple other prosecutors in my office. As much as we want to get this guy, and as much as it is clear that he's intentionally trying to "get around" the HRO, we just haven't had a prosecutable case presented to us yet. What we have done, in partnership with SPPD Family Violence unit, is to have a single investigator appointed to the case(s) so that all are coming to one person and so that each time new behavior gets reported, the reviewing investigator and prosecutor are able to immediately see it in context with the larger body of conduct. I will forward your email on to the investigator as an FYI as well.

Thanks again, and have a great Tuesday.

**From:** Heng, Mary Ellen [mailto:MaryEllen.Heng@minneapolismn.gov]
**Sent:** Tuesday, January 24, 2017 10:06 AM
**To:** Patet, Tara (CI-StPaul)
**Subject:** FW: your counterpart at St. Paul?

Tara –

I am forwarding you this email from a colleague of mine who works in our civil division. She is friends with victim **13.82** I believe you reviewed a case involving **13.82** and Brock Fredin. **13.82** asked me to forward on her email and this case to you.

**From:** █████████ **13.82**
**Sent:** Tuesday, January 24, 2017 9:45 AM
**To:** Heng, Mary Ellen
**Subject:** your counterpart at St. Paul?

Mary Ellen,

Do you know/have contact info for your counterpart at the City of St. Paul? This is something of a professional courtesy email that, if you felt it was appropriate, I was hoping could be forwarded to their attention.

I have a friend who, in November of last year, got a restraining order against a man in St. Paul who stalked her for nearly two years even after she moved out of state all because she declined to meet him after brief contact on a dating site. He has retaliated against the restraining order in several dramatic ways; after storming out of the hearing at which it was granted, he promptly registered and launched a website referring to her by full name as a stalker and sexual predator and linking to her contact

███████████████████ **13.82** ███████████████████

Yesterday, the Court of Appeals issued an opinion in a different matter brought by a different woman **13.82** against the same man. I'm attaching it here. I can tell you that I've spoken with several of his former colleagues or acquaintances and this seems like a very troubled individual with a documented history of serial harassment and escalation. He has been kicked out of a local gym for concerning threatening behavior towards a trainer, has been blacklisted from certain community groups for his alarming online conduct, etc. I have serious concerns that if he is not held accountable for violations of this restraining order, he will escalate either in his aggression against my acquaintance, or in parallel tracks against other women.

The "professional courtesy" angle here is that I'm also aware my friend is being contacted by journalists with MPR and City Pages about her experiences with this man and other women's restraining orders and issues with him. I believe it is likely the narrative will take a position that "St. Paul is doing nothing to protect them" in light of the cops basically telling her her main recourse was stop googling her own name and try to move on with her life despite his persistent attempts to sabotage and harass her. I thought it was worth at least forwarding the Court of Appeals decision to the potential prosecutors to see if the pattern/trend of this man's troubling behavior causes them to have more confidence in the need to pursue him in **13.82** case. I know resources and other considerations dictate case load but sometimes having another lawyer confirm this isn't a total goose chase seems helpful in giving things another look.

███████████████████ **13.82** ███████████████████



**From:** "McCabe, David (CI-StPaul)" <david.mccabe@ci.stpaul.mn.us>

**To:** 13.43

**Subject:** Brock Fredin

**Date:** Tue, 24 Jan 2017 16:32:49 +0000

**Inline-Images:** image001.jpg

---

13.43  I saw your email to Mary Heng, then to Tara Patet. I have been working on this case for several years now and so far everything I have submitted has been declined.



***Sergeant David McCabe***
***Sex Crimes Unit***
Saint Paul Police Department
367 Grove Street
Saint Paul, MN 55101
Phone 651-266-5702
Fax    651-266-5529
david.mccabe@ci.stpaul.mn.us

MPD-9648000083



**From:** ████████████████████ 13.82 ████████████
████████████████ 13.82 ████████████████████

**To:** "tara.patet@ci.stpaul.mn.us" <tara.patet@ci.stpaul.mn.us>

**Subject:** RE: your counterpart at St. Paul?

**Date:** Tue, 24 Jan 2017 18:41:54 -0000

**Inline-Images:** image004.png; image001.png

---

Tara,

Thank you so much for such a prompt reply and I understand the challenges and frustrations with perps who are strategic in their contact.

**13.82**

Anyway—I just wanted to be a conduit for that ███ 13.82 ███ decision to make it to your office and make sure the recent contact gets considered. I do think she'll take comfort knowing that the investigator and your office have a consistent set of eyes on this guy.

**13.82**



**Minneapolis**
City of Lakes

**From:** Patet, Tara (CI-StPaul) [mailto:tara.patet@ci.stpaul.mn.us]
**Sent:** Tuesday, January 24, 2017 10:15 AM
**To:** Heng, Mary Ellen
**Cc:** McCabe, David (CI-StPaul)
**Subject:** RE: your counterpart at St. Paul?

I am familiar with this case, as are a couple other prosecutors in my office. As much as we want to get this guy, and as much as it is clear that he's intentionally trying to "get around" the HRO, we just haven't had a prosecutable case presented to us yet. What we have done, in partnership with SPPD Family Violence unit, is to have a single investigator appointed to the case(s) so that all are coming to one person and so that each time new behavior gets reported, the reviewing investigator and prosecutor are able to immediately see it in context with the larger body of conduct. I will forward your email on to the investigator as an FYI as well.

Thanks again, and have a great Tuesday.

**From:** Heng, Mary Ellen [mailto:MaryEllen.Heng@minneapolismn.gov]
**Sent:** Tuesday, January 24, 2017 10:06 AM
**To:** Patet, Tara (CI-StPaul)
**Subject:** FW: your counterpart at St. Paul?

Tara –

I am forwarding you this email from a colleague of mine who works in our civil division. She is friends with victim ███ 13.82 ███ I believe you reviewed a case involving ███ 13.82 ███ and Brock Fredin. ███ 13.82 ███ asked me to forward on her email and this case to you.

**From:** ████ 13.82 ████
**Sent:** Tuesday, January 24, 2017 9:45 AM
**To:** Heng, Mary Ellen
**Subject:** your counterpart at St. Paul?

Mary Ellen,

Do you know/have contact info for your counterpart at the City of St. Paul? This is something of a professional courtesy email that, if you felt it was appropriate, I was hoping could be forwarded to their attention.

I have a friend who, in November of last year, got a restraining order against a man in St. Paul who stalked her for nearly two years even after she moved out of state all because she declined to meet him after brief contact on a dating site. He has retaliated against the restraining order in several dramatic ways; after storming out of the hearing at which it was granted, he promptly registered and launched a website referring to her by full name as a stalker and sexual predator and linking to her contact

**13.82**

MPD-9648000087





STOP TELLING

Twitter, Inc. [US] https://twitter.com/cardsagsthrsmt/status/823941229079470080?lang=en

**CardsAgstHarassment**
@CardsAgstHrsmt

Women of MN: this is Brock Fredin, aka Dan/Will. He has at least two restraining orders against him. Please RT to help keep women safe.

PaperTreadmill
32 · Saint Paul, MN · 0% Match

GopherBadge
32 · Minneapolis, MN

RETWEETS 737   LIKES 324

9:11 AM - 24 Jan 2017

14    737    324

**CardsAgstHarassment** @CardsAgstHrsmt · Jan 24
Replying to @CardsAgstHrsmt
Thanks for the shares. Men who don't respect women's boundaries walk among us every day; rare for it to be documented enough to warn others.

**CardsAgstHarassment**
@CardsAgstHrsmt

Enduring spark w/ occasional snark. Advocate, intermittent humorist, and literal card-carrying feminist. Passionate about racial/econ/LGBTQIA+ justice.

Minneapolis, MN
cardsagainstharassment.com
Joined July 2014

© 2017 Twitter  About  Help Center  Terms
Privacy policy  Cookies  Ads info



**From:** "Gorshe, Jill" </O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP
(FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=941C24163F2440709C46595663E12447-GORSHE, JIL>

**To:** "Lund, Angela" <Angela.Lund@minneapolismn.gov>, "Kasper, Jessica" <Jessica.Kasper@Minneapolismn.gov>, "MacKay, Julie L"
<julie.mackay@minneapolismn.gov>

**Subject:** RE: HE'S LOST A JOB ALSO "allegedly" over this

**Date:** Thu, 13 Apr 2017 21:26:11 -0000

**Inline-Images:** image001.png

Here's an article that is related:

http://www.citypages.com/news/accused-stalker-brock-fredin-is-writing-a-horror-story-and-hes-the-main-character/414395703

**Jill Gorshe**
*Legal Support Specialist*

City of Minneapolis – City Attorney's Office
350 S. Fifth St. – Room #210
Minneapolis, MN 55415

Office: 612-673-2669
Jill.Gorshe@minneapolismn.gov

**From:** Lund, Angela
**Sent:** Thursday, April 13, 2017 3:47 PM
**To:** Kasper, Jessica; Gorshe, Jill; MacKay, Julie L
**Subject:** HE'S LOST A JOB ALSO "allegedly" over this





Anyone
You
Your Friends
Your Groups
Your Friends and
Groups
··· Choose a Source...

**TAGGED LOCATION**

Anywhere
Maple Grove, MN
··· Choose a Location...

**DATE POSTED**

Anytime
2017
2016
2015
··· Choose a Date...

2

👍 Like    💬 Comment    ➡ Share

**Brock Fredin**
October 24, 2016 · 🌐

The good guys always lose. The fight was fixed.

**Everybody knows - Leonard Cohen**

Artist: Leonard Cohen Songwriters: Leonard Cohen,
Sharon Robinson Lyrics: Everybody knows that the
dice are loaded Everybody rolls with their fingers
crossed...

YOUTUBE.COM

👍 Like    💬 Comment    ➡ Share

**Brock Fredin**
September 13, 2016 · 🌐

Due to the egregious and misleading smear campaign, I have lost a job
and have so far been unable to secure re-employment over the past 4
months. It is my hope that Catherine Schaefer, Lindsey Middlecamp, and
Grace Miller will acknowledge their wrongful actions.

It goes without saying, this is a very serious matter and their public
campaign has trashed my career and likely cost me hundreds of
thousands of dollars. Additionally, Catherine Schaefer and Twitter
Defamation => ...
Continue Reading

👍 Like    💬 Comment    ➡ Share

End of Results

Nintendo discontinues the NES Classic
Edition – theverge.com

↗ **NASA**
Conditions for Life Detected on Saturn
Moon Enceladus – nytimes.com

↗ **Afghanistan**
US drops largest non-nuclear bomb in
Afghanistan after Green... – foxnews.com

↗ **United Express Flight 3411 Incident**
United passenger dragged off plane likely
to sue airline... – theguardian.com

↗ **United Airlines**
Scorpion stings man on United flight to
Calgary – cnbc.com

↗ **Marshawn Lynch**
Marshawn Lynch Trade to Raiders from
Seahawks... – bleacherreport.com

↗ **Justin Trudeau**
Trudeau introduces bill to fully legalize
marijuana in Canada – thehill.com

↗ **Jeffrey Lord**
CNN Commentator Jeffrey Lord
Compares Donald Trump... – variety.com

↗ **Bashar al-Assad**
Syria's Assad says Idlib chemical attack
'fabrication'' – jpost.com

↗ **British Intelligence Agencies**
'There's something not right here': British
spies warned the US... – yahoo.com
Learn More

English (US) · Español
Português (Brasil) · Français (France)
Deutsch    [+]

Privacy · Terms · Advertising · Ad Choices ▷
Cookies · More ▾
Facebook © 2017

MPD-9648000141

# G

**From:** "Segal, Susan L." <Susan.Segal@minneapolismn.gov>
**To:** Colleen OBrien <colleen.obrien@minneapolismn.gov>
**Subject:** Fwd: Attention: Security Matter
**Date:** Fri, 14 Apr 2017 11:49:32 -0400
**Inline-Images:** image001.png; brockfredin.jpg

---

Thanks!

Sent from my iPhone

Begin forwarded message:

**From:** "Laroen, Barb G." <Barb.Laroen@minneapolismn.gov>
**Date:** April 13, 2017 at 4:43:44 PM EDT
**To:** Criminal Division Attorneys <CriminalDivisionAttorneys@minneapolismn.gov>, Criminal Division Specialists <CriminalDivisionSpecialists@minneapolismn.gov>, Civil Division Attorneys <CivilDivisionAttorneys@minneapolismn.gov>, Civil Division Specialists <CivilDivisionSpecialists@minneapolismn.gov>, "Mawer, Emily" <emily.mawer@minneapolismn.gov>
**Subject: Attention: Security Matter**

Think you should see this too.

*Barb*

**From:** O'Brien, Colleen
**Sent:** Thursday, April 13, 2017 3:36 PM
**To:** Civil Division Support Staff; Criminal Division Support Staff
**Cc:** White, Lynn M
**Subject:** Attention: Security Matter

If this person comes to the lobby please leave the area and notify security, 612-348-5111.  Do not grant access to him.

I have posted his picture at the desk as well.  His name is Brock Fredin.

**Colleen O'Brien**
**Manager of Administration**
**Office of the City Attorney**

City of Minneapolis - Department
350 S. Fifth St. – Room 210
Minneapolis, MN 55415

Office: 612-673-2966
colleen.obrien@minneapolismn.gov



**From:** "O'Brien, Colleen" <Colleen.OBrien@minneapolismn.gov>

**To:** 13.43

**Subject:** FW: Brock Fredin

**Date:** Thu, 13 Apr 2017 20:44:10 +0000

**Inline-Images:** image002.png; image003.png

---

**From:** Mark R Pearson [mailto:Mark.Pearson@municipalbuilding.org]
**Sent:** Thursday, April 13, 2017 3:43 PM
**To:** O'Brien, Colleen
**Subject:** RE: Brock Fredin

Colleen,

I will forward this information to my security staff and will contact City Security Manager Art Thomas to see what type of other response he may want for this.  Thank You.



*Mark R. Pearson*
**Security Supervisor**
*Municipal Building Commission*
Minneapolis City Hall/Courthouse
350 South Fifth St. Suite #105
Minneapolis, MN 55415-1319
Cell   612-290-4635
Office  612-596-9537
Fax    612-596-9561
mark.pearson@municipalbuilding.org
mark.pearson@hennepin.us

**From:** O'Brien, Colleen [mailto:Colleen.OBrien@minneapolismn.gov]
**Sent:** Thursday, April 13, 2017 3:26 PM
**To:** Mark R Pearson <Mark.Pearson@municipalbuilding.org>
**Subject:** FW: Brock Fredin



MPD-9648000114

**From:** Mark R Pearson <Mark.Pearson@municipalbuilding.org>
**To:** "Kurth, Toddrick D." <Toddrick.Kurth@minneapolismn.gov>
**Subject:** FW: Brock Fredin
**Date:** Thu, 13 Apr 2017 20:49:35 +0000
**Attachments:** brockfredin.jpg; brockfredin2.jpg; brockfredin4.jpg
**Inline-Images:** image002.png; image003.png; brockfredin3.jpg

---

Mr.Kurth,

We received a message today from the City Attorney's Office regarding a possible threat to a city staff member there.   Photos of the suspect, Brock William Fredin 12/12/1983 are attached.   I was wondering if you could run this person for any related criminal history, Restraining Orders on-file or any other workup documents you could find so that we may do a Security Advisory to be kept at the Security Desk in case he shows up here.   I will leave it up to you as to whether or not you feel a DVS photo could be included.



*Mark R. Pearson*
**Security Supervisor**
*Municipal Building Commission*
Minneapolis City Hall/Courthouse
350 South Fifth St. Suite #105
Minneapolis, MN 55415-1319
Cell   612-290-4635
Office   612-596-9537
Fax    612-596-9561
mark.pearson@municipalbuilding.org
mark.pearson@hennepin.us

---

**From:** O'Brien, Colleen [mailto:Colleen.OBrien@minneapolismn.gov]
**Sent:** Thursday, April 13, 2017 3:26 PM
**To:** Mark R Pearson <Mark.Pearson@municipalbuilding.org>
**Subject:** FW: Brock Fredin



**From:** "Laroen, Barb G." </O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP
(FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=BB0284FB74EE4E4F8E5DB7E70A16E882-LAROEN, BAR>
**To:** "Itie Memene, Ebi" <Ebi.ItieMemene@minneapolismn.gov>
**Subject:** RE: Attention: Security Matter
**Date:** Thu, 13 Apr 2017 20:52:24 -0000
**Inline-Images:** image001.png

---

I think Colleen was just thinking of the persons wearing the cell phone when she sent it.

**From:** Itie Memene, Ebi
**Sent:** Thursday, April 13, 2017 3:45 PM
**To:** Laroen, Barb G.
**Subject:** RE: Attention: Security Matter

Thank you Barb!  You would think they should send it to everyone.

**From:** Laroen, Barb G.
**Sent:** Thursday, April 13, 2017 3:44 PM
**To:** Criminal Division Attorneys; Criminal Division Specialists; Civil Division Attorneys; Civil Division Specialists; Mawer, Emily
**Subject:** Attention: Security Matter

Think you should see this too.

*Barb*

**From:** O'Brien, Colleen
**Sent:** Thursday, April 13, 2017 3:36 PM
**To:** Civil Division Support Staff; Criminal Division Support Staff
**Cc:** White, Lynn M
**Subject:** Attention: Security Matter

If this person comes to the lobby please leave the area and notify security, 612-348-5111.  Do not grant access to him.

I have posted his picture at the desk as well.  His name is Brock Fredin.

**Colleen O'Brien**
**Manager of Administration**
**Office of the City Attorney**

**City of Minneapolis - Department**
350 S. Fifth St. – Room 210
Minneapolis, MN 55415

Office: 612-673-2966
colleen.obrien@minneapolismn.gov



**From:** "Laroen, Barb G." </O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP
(FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=BB0284FB74EE4E4F8E5DB7E70A16E882-LAROEN, BAR>

**To:** "Norris, George H." <george.norris@minneapolismn.gov>

**Subject:** RE: Attention: Security Matter

**Date:** Thu, 13 Apr 2017 20:52:49 -0000

**Inline-Images:** image001.png

---

Certainly

**From:** Norris, George H.
**Sent:** Thursday, April 13, 2017 3:46 PM
**To:** Laroen, Barb G.
**Subject:** RE: Attention: Security Matter

Thank you, Barb!

~George

**George H. Norris** | *Assistant Minneapolis City Attorney* | Direct: (612) 673-3339

**From:** Laroen, Barb G.
**Sent:** Thursday, April 13, 2017 3:44 PM
**To:** Criminal Division Attorneys; Criminal Division Specialists; Civil Division Attorneys; Civil Division Specialists; Mawer, Emily
**Subject:** Attention: Security Matter

Think you should see this too.

*Barb*

**From:** O'Brien, Colleen
**Sent:** Thursday, April 13, 2017 3:36 PM
**To:** Civil Division Support Staff; Criminal Division Support Staff
**Cc:** White, Lynn M
**Subject:** Attention: Security Matter

If this person comes to the lobby please leave the area and notify security, 612-348-5111.  Do not grant access to him.

I have posted his picture at the desk as well.  His name is Brock Fredin.

**Colleen O'Brien**
**Manager of Administration**
**Office of the City Attorney**

**City of Minneapolis - Department**
350 S. Fifth St. – Room 210
Minneapolis, MN 55415

Office: 612-673-2966
colleen.obrien@minneapolismn.gov



MPD-9648000123

**From:** "O'Brien, Colleen" </O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP
(FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=ADF6EE3ECFDB417C97CDFE46383B4C85-O'BRIEN, CO>

**To:** "Thomas, Arthur A." <Arthur.Thomas@minneapolismn.gov>

**Subject:** RE: Brock Fredin

**Date:** Thu, 13 Apr 2017 21:18:24 -0000

**Inline-Images:** image001.png

---

Just to let you know ⬛13.43⬛ tells me his stalking has primarily been cyber related thus far.

---

**From:** Thomas, Arthur A.
**Sent:** Thursday, April 13, 2017 4:16 PM
**To:** O'Brien, Colleen
**Subject:** RE: Brock Fredin

Thanks for letting me know Colleen, what's been done so far is great. I'll follow up with Mark P. Tomorrow, I was in training all day. Thanks


Sent from my Verizon 4G LTE smartphone


-------- Original message --------
From: "O'Brien, Colleen" <Colleen.OBrien@minneapolismn.gov>
Date: 4/13/17 15:36 (GMT-06:00)
To: "Thomas, Arthur A." <Arthur.Thomas@minneapolismn.gov>
Cc: "Bradford, Pauline R." <Pauline.Bradford@minneapolismn.gov>
Subject: FW: Brock Fredin

FYI Art – I notified building security and they are taking steps.  I have notified reception staff and posted his picture at the front desk.

If you think I should do anything else let me know.

Colleen



**From:** "Gorshe, Jill" </O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=941C24163F2440709C46595663E12447-GORSHE, JIL>
**To:** "Lund, Angela" <Angela.Lund@minneapolismn.gov>, "Kasper, Jessica" <Jessica.Kasper@Minneapolismn.gov>, "MacKay, Julie L" <julie.mackay@minneapolismn.gov>
**Subject:** RE: HE'S LOST A JOB ALSO "allegedly" over this
**Date:** Thu, 13 Apr 2017 21:26:11 -0000
**Inline-Images:** image001.png

---

Here's an article that is related:

http://www.citypages.com/news/accused-stalker-brock-fredin-is-writing-a-horror-story-and-hes-the-main-character/414395703

**Jill Gorshe**
*Legal Support Specialist*

City of Minneapolis – City Attorney's Office
350 S. Fifth St. – Room #210
Minneapolis, MN 55415

Office: 612-673-2669
Jill.Gorshe@minneapolismn.gov

---

**From:** Lund, Angela
**Sent:** Thursday, April 13, 2017 3:47 PM
**To:** Kasper, Jessica; Gorshe, Jill; MacKay, Julie L
**Subject:** HE'S LOST A JOB ALSO "allegedly" over this

Anyone
You
Your Friends
Your Groups
Your Friends and Groups
Choose a Source...

TAGGED LOCATION
Anywhere
Maple Grove, MN
Choose a Location...

DATE POSTED
Anytime
2017
2016
2015
Choose a Date...

2
Like Comment Share

Brock Fredin
October 24, 2016

The good guys always lose. The fight was fixed.

Everybody knows - Leonard Cohen
Artist: Leonard Cohen Songwriters: Leonard Cohen, Sharon Robinson Lyrics: Everybody knows that the dice are loaded Everybody rolls with their fingers crossed...
YOUTUBE.COM

Like Comment Share

Brock Fredin
September 13, 2016

Due to the egregious and misleading smear campaign, I have lost a job and have so far been unable to secure re-employment over the past 4 months. It is my hope tha[redacted] and [redacted] will acknowledge their wrongful actions.
It goes without saying, this is a very serious matter and their public campaign has trashed my career and likely cost me hundreds of thousands of dollars. Additionally, [redacted] and Twitter Defamation => ...
Continue Reading

Like Comment Share

End of Results

Nintendo discontinues the NES Classic Edition – theverge.com
NASA
Conditions for Life Detected on Saturn Moon Enceladus – nytimes.com
Afghanistan
US drops largest non-nuclear bomb in Afghanistan after Green... – foxnews.com
United Express Flight 3411 Incident
United passenger dragged off plane likely to sue airline,... – theguardian.com
United Airlines
Scorpion stings man on United flight to Calgary – cnbc.com
Marshawn Lynch
Marshawn Lynch Trade to Raiders from Seahawks... – bleacherreport.com
Justin Trudeau
Trudeau introduces bill to fully legalize marijuana in Canada – thehill.com
Jeffrey Lord
CNN Commentator Jeffrey Lord Compares Donald Trump... – variety.com
Bashar al-Assad
Syria's Assad says Idlib chemical attack 'fabrication' – jpost.com
British Intelligence Agencies
'There's something not right here': British spies warned the US... – yahoo.com
Learn More

English (US) · Español
Português (Brasil) · Français (France)
Deutsch

Privacy · Terms · Advertising · Ad Choices · Cookies · More · Facebook © 2017



**From:** 13.82

**To:** "Laroen, Barb G." <Barb.Laroen@minneapolismn.gov>, "Criminal Division Attorneys"
<CriminalDivisionAttorneys@minneapolismn.gov>, "Criminal Division Specialists"
<CriminalDivisionSpecialists@minneapolismn.gov>, "Civil Division Attorneys"
<CivilDivisionAttorneys@minneapolismn.gov>, "Civil Division Specialists"
<CivilDivisionSpecialists@minneapolismn.gov>, "Mawer, Emily" <emily.mawer@minneapolismn.gov>

**Subject:** RE: Attention: Security Matter

**Date:** Fri, 14 Apr 2017 14:23:42 +0000

**Inline-Images:** image001.png



**From:** Laroen, Barb G.
**Sent:** Thursday, April 13, 2017 3:44 PM
**To:** Criminal Division Attorneys; Criminal Division Specialists; Civil Division Attorneys; Civil Division Specialists; Mawer, Emily
**Subject:** Attention: Security Matter

Think you should see this too.

*Barb*

**From:** O'Brien, Colleen
**Sent:** Thursday, April 13, 2017 3:36 PM
**To:** Civil Division Support Staff; Criminal Division Support Staff
**Cc:** White, Lynn M
**Subject:** Attention: Security Matter

If this person comes to the lobby please leave the area and notify security, 612-348-5111.  Do not grant access to him.

I have posted his picture at the desk as well.  His name is Brock Fredin.

**Colleen O'Brien**
**Manager of Administration**
**Office of the City Attorney**

City of Minneapolis - Department
350 S. Fifth St. – Room 210
Minneapolis, MN 55415

Office: 612-673-2966
colleen.obrien@minneapolismn.gov



From: "Osborne, Burt T." <Burt.Osborne@minneapolismn.gov>

To: "Saunders, Jennifer" <Jennifer.Saunders@minneapolismn.gov>, "█████████████████"
**13.82** "Dixon, Christopher J." <Christopher.Dixon@minneapolismn.gov>,
"Kovalesky, Kerri" <Kerri.Kovalesky@minneapolismn.gov>, "Antila, Nicholas C." <nicholas.antila@minneapolismn.gov>,
"Zettler, Gretchen L." <Gretchen.Zettler@minneapolismn.gov>

Subject: RE: Attention: Security Matter

Date: Fri, 14 Apr 2017 15:39:31 +0000

Inline-Images: image001.png

---

I hate it when the bosses send cryptic shit like that and don't inform folks about what the fuck is actually going on.

---

**From:** Saunders, Jennifer
**Sent:** Friday, April 14, 2017 10:38 AM
**To:** Osborne, Burt T.; **13.82** Dixon, Christopher J.; Kovalesky, Kerri; Antila, Nicholas C.; Zettler, Gretchen L.
**Subject:** RE: Attention: Security Matter

Colleen sent the original email to the civil division so he maybe has a matter with you guys?

---

**From:** Osborne, Burt T.
**Sent:** Friday, April 14, 2017 10:37 AM
**To:** **13.82** Dixon, Christopher J.; Kovalesky, Kerri; Antila, Nicholas C.; Saunders, Jennifer; Zettler, Gretchen L.
**Subject:** RE: Attention: Security Matter

Well, but why did Barb send the email below? What was the reason for that?

---

**From:** ██████████████
**Sent:** Friday, April 14, 2017 9:57 AM
**To:** Osborne, Burt T.; Dixon, Christopher J.; Kovalesky, Kerri; Antila, Nicholas C.; Saunders, Jennifer; Zettler, Gretchen L.
**Subject:** RE: Attention: Security Matter



13.43

13.82

---

**From:** Osborne, Burt T.
**Sent:** Friday, April 14, 2017 9:54 AM
**To:** **13.82** ; Dixon, Christopher J.; Kovalesky, Kerri; Antila, Nicholas C.; Saunders, Jennifer; Zettler, Gretchen L.
**Subject:** RE: Attention: Security Matter

Why are we banning him from here?  Did he come here and seek to get in?

---

**From:** **13.82**
**Sent:** Friday, April 14, 2017 9:50 AM
**To:** Dixon, Christopher J.; Osborne, Burt T.; Kovalesky, Kerri; Antila, Nicholas C.; Saunders, Jennifer; Zettler, Gretchen L.
**Subject:** RE: Attention: Security Matter



13.43

13.82



MPD-9648000199

**From:** "Osborne, Burt T." <Burt.Osborne@minneapolismn.gov>
**To:** "Kovalesky, Kerri" <Kerri.Kovalesky@minneapolismn.gov>, "Saunders, Jennifer"
<Jennifer.Saunders@minneapolismn.gov>, "Kruchowski Barrette, Paula" <Paula.Kruchowski@minneapolismn.gov>,
"Dixon, Christopher J." <Christopher.Dixon@minneapolismn.gov>, "Antila, Nicholas C."
<nicholas.antila@minneapolismn.gov>, "Zettler, Gretchen L." <Gretchen.Zettler@minneapolismn.gov>
**Subject:** RE: Attention: Security Matter
**Date:** Fri, 14 Apr 2017 15:45:28 +0000
**Inline-Images:** image001.png

Yeah Dixon you putz.

**From:** Kovalesky, Kerri
**Sent:** Friday, April 14, 2017 10:41 AM
**To:** Osborne, Burt T.; Saunders, Jennifer; Kruchowski Barrette, Paula; Dixon, Christopher J.; Antila, Nicholas C.; Zettler, Gretchen L.
**Subject:** RE: Attention: Security Matter

Agreed. Dixon, can you get on this????

**From:** Osborne, Burt T.
**Sent:** Friday, April 14, 2017 10:40 AM
**To:** Saunders, Jennifer; Kruchowski Barrette, Paula; Dixon, Christopher J.; Kovalesky, Kerri; Antila, Nicholas C.; Zettler, Gretchen L.
**Subject:** RE: Attention: Security Matter

I hate it when the bosses send cryptic shit like that and don't inform folks about what the fuck is actually going on.

**From:** Saunders, Jennifer
**Sent:** Friday, April 14, 2017 10:38 AM
**To:** Osborne, Burt T.; Kruchowski Barrette, Paula; Dixon, Christopher J.; Kovalesky, Kerri; Antila, Nicholas C.; Zettler, Gretchen L.
**Subject:** RE: Attention: Security Matter

Colleen sent the original email to the civil division so he maybe has a matter with you guys?

**From:** Osborne, Burt T.
**Sent:** Friday, April 14, 2017 10:37 AM
**To:** Kruchowski Barrette, Paula; Dixon, Christopher J.; Kovalesky, Kerri; Antila, Nicholas C.; Saunders, Jennifer; Zettler, Gretchen L.
**Subject:** RE: Attention: Security Matter

Well, but why did Barb send the email below?  What was the reason for that?

**From:** Kruchowski Barrette, Paula
**Sent:** Friday, April 14, 2017 9:57 AM
**To:** Osborne, Burt T.; Dixon, Christopher J.; Kovalesky, Kerri; Antila, Nicholas C.; Saunders, Jennifer; Zettler, Gretchen L.
**Subject:** RE: Attention: Security Matter

I have no idea.  It's weird because his legal stuff never even happened in Hennepin County, so I don't know what he'd be doing here.

Assistant Minneapolis City Attorney
Assigned to the Minneapolis Police Department's Domestic Assault Unit
350 South Fifth Street, Room 108
Minneapolis, MN 55415
612-673-2954/612-673-5412
paula.kruchowski@minneapolismn.gov

**From:** Osborne, Burt T.
**Sent:** Friday, April 14, 2017 9:54 AM
**To:** Kruchowski Barrette, Paula; Dixon, Christopher J.; Kovalesky, Kerri; Antila, Nicholas C.; Saunders, Jennifer; Zettler, Gretchen L.
**Subject:** RE: Attention: Security Matter

Why are we banning him from here?  Did he come here and seek to get in?

**From:** Kruchowski Barrette, Paula
**Sent:** Friday, April 14, 2017 9:50 AM
**To:** Dixon, Christopher J.; Osborne, Burt T.; Kovalesky, Kerri; Antila, Nicholas C.; Saunders, Jennifer; Zettler, Gretchen L.
**Subject:** RE: Attention: Security Matter

**From:** " ▓ 13.82 ▓ 13.82 ▓ 13.82 " < ▓▓▓▓ 13.82 ▓▓▓▓ >
**To:** "Dixon, Christopher J." <Christopher.Dixon@minneapolismn.gov>, "Kovalesky, Kerri"
<Kerri.Kovalesky@minneapolismn.gov>, "Osborne, Burt T." <Burt.Osborne@minneapolismn.gov>, "Saunders, Jennifer"
<Jennifer.Saunders@minneapolismn.gov>, "Antila, Nicholas C." <nicholas.antila@minneapolismn.gov>, "Zettler,
Gretchen L." <Gretchen.Zettler@minneapolismn.gov>
**Subject:** RE: Attention: Security Matter
**Date:** Fri, 14 Apr 2017 15:45:53 +0000
**Inline-Images:** image001.png

---

I totally agree with Burt.  If there's a security alert, we should know why.

13.82 ▓ 13.82 ▓ 13.82 ▓

13.82

13.82

---

**From:** Dixon, Christopher J.
**Sent:** Friday, April 14, 2017 10:43 AM
**To:** Kovalesky, Kerri; Osborne, Burt T.; Saunders, Jennifer; ▓ 13.82 ▓ 13.82 ▓ ▓; Antila, Nicholas C.; Zettler, Gretchen L.
**Subject:** RE: Attention: Security Matter

I have absolutely no idea.  I'll try to find out.

**Christopher J. Dixon**
Supervising Attorney - Criminal
Minneapolis City Attorney's Office
Office: (612) 673-2240
Fax: (612) 673-2189
christopher.dixon@minneapolismn.gov

---

**From:** Kovalesky, Kerri
**Sent:** Friday, April 14, 2017 10:41 AM
**To:** Osborne, Burt T.; Saunders, Jennifer; ▓ 13.82 ▓ 13.82 ▓ ▓; Dixon, Christopher J.; Antila, Nicholas C.; Zettler, Gretchen L.
**Subject:** RE: Attention: Security Matter

Agreed. Dixon, can you get on this????

---

**From:** Osborne, Burt T.
**Sent:** Friday, April 14, 2017 10:40 AM
**To:** Saunders, Jennifer; ▓ 13.82 ▓ 13.82 ▓ ▓; Dixon, Christopher J.; Kovalesky, Kerri; Antila, Nicholas C.; Zettler, Gretchen L.
**Subject:** RE: Attention: Security Matter

I hate it when the bosses send cryptic shit like that and don't inform folks about what the fuck is actually going on.

---

**From:** Saunders, Jennifer
**Sent:** Friday, April 14, 2017 10:38 AM
**To:** Osborne, Burt T.; ▓ 13.82 ▓ 13.82 ▓ ▓; Dixon, Christopher J.; Kovalesky, Kerri; Antila, Nicholas C.; Zettler, Gretchen L.
**Subject:** RE: Attention: Security Matter

Colleen sent the original email to the civil division so he maybe has a matter with you guys?

---

**From:** Osborne, Burt T.
**Sent:** Friday, April 14, 2017 10:37 AM
**To:** ▓ 13.82 ▓ 13.82 ▓ ▓; Dixon, Christopher J.; Kovalesky, Kerri; Antila, Nicholas C.; Saunders, Jennifer; Zettler, Gretchen L.
**Subject:** RE: Attention: Security Matter

Well, but why did Barb send the email below?  What was the reason for that?

---

**From:** ▓ 13.82 ▓ 13.82 ▓ ▓
**Sent:** Friday, April 14, 2017 9:57 AM
**To:** Osborne, Burt T.; Dixon, Christopher J.; Kovalesky, Kerri; Antila, Nicholas C.; Saunders, Jennifer; Zettler, Gretchen L.
**Subject:** RE: Attention: Security Matter

13.82

**13.82**

13.82  13.82  13.82

**13.82**

13.82

**From:** Osborne, Burt T.
**Sent:** Friday, April 14, 2017 9:54 AM
**To:** 13.82  13.82,  ; Dixon, Christopher J.; Kovalesky, Kerri; Antila, Nicholas C.; Saunders, Jennifer; Zettler, Gretchen L.
**Subject:** RE: Attention: Security Matter

Why are we banning him from here?  Did he come here and seek to get in?

**From:** 13.82  13.82,
**Sent:** Friday, April 14, 2017 9:50 AM
**To:** Dixon, Christopher J.; Osborne, Burt T.; Kovalesky, Kerri; Antila, Nicholas C.; Saunders, Jennifer; Zettler, Gretchen L.
**Subject:** RE: Attention: Security Matter

**13.43**

13.82  13.82  13.82

**13.82**

13.82

**From:** Dixon, Christopher J.
**Sent:** Friday, April 14, 2017 9:29 AM
**To:** 13.82  13.82,
**Subject:** RE: Attention: Security Matter

Do you know what his issue is?

**Christopher J. Dixon**
Supervising Attorney - Criminal
Minneapolis City Attorney's Office
Office: (612) 673-2240
Fax: (612) 673-2189
christopher.dixon@minneapolismn.gov

**From:** 13.82  13.82,
**Sent:** Friday, April 14, 2017 9:24 AM
**To:** Laroen, Barb G.; Criminal Division Attorneys; Criminal Division Specialists; Civil Division Attorneys; Civil Division Specialists; Mawer, Emily
**Subject:** RE: Attention: Security Matter

**13.82**

13.82  13.82  13.82

**13.82**

13.82

**From:** Laroen, Barb G.

MPD-9648000193

**Sent:** Thursday, April 13, 2017 3:44 PM
**To:** Criminal Division Attorneys; Criminal Division Specialists; Civil Division Attorneys; Civil Division Specialists; Mawer, Emily
**Subject:** Attention: Security Matter

Think you should see this too.

*Barb*

**From:** O'Brien, Colleen
**Sent:** Thursday, April 13, 2017 3:36 PM
**To:** Civil Division Support Staff; Criminal Division Support Staff
**Cc:** White, Lynn M
**Subject:** Attention: Security Matter

If this person comes to the lobby please leave the area and notify security, 612-348-5111. Do not grant access to him.

I have posted his picture at the desk as well. His name is Brock Fredin.

**Colleen O'Brien**
**Manager of Administration**
**Office of the City Attorney**

City of Minneapolis - Department
350 S. Fifth St. – Room 210
Minneapolis, MN 55415

Office: 612-673-2966
colleen.obrien@minneapolismn.gov



**Minneapolis**
City of Lakes

MPD-9648000194

**From** 13.82

**To:** "Miller, Thomas J." <Thomas.Miller@minneapolismn.gov>

**Subject:** FW: Attention: Security Matter

**Date:** Fri, 14 Apr 2017 15:46:32 +0000

**Inline-Images:** image001.png

---

This is what I sent to the first folks who asked me. It's all I know.

13.82

**From:** Osborne, Burt T.
**Sent:** Friday, April 14, 2017 10:45 AM
**To:** Kovalesky, Kerri; Saunders, Jennifer; 13.82 ; Dixon, Christopher J.; Antila, Nicholas C.; Zettler, Gretchen L.
**Subject:** RE: Attention: Security Matter

Yeah Dixon you putz.

**From:** Kovalesky, Kerri
**Sent:** Friday, April 14, 2017 10:41 AM
**To:** Osborne, Burt T.; Saunders, Jennifer 13.82 Dixon, Christopher J.; Antila, Nicholas C.; Zettler, Gretchen L.
**Subject:** RE: Attention: Security Matter

Agreed. Dixon, can you get on this????

**From:** Osborne, Burt T.
**Sent:** Friday, April 14, 2017 10:40 AM
**To:** Saunders, Jennifer; 13.82 Dixon, Christopher J.; Kovalesky, Kerri; Antila, Nicholas C.; Zettler, Gretchen L.
**Subject:** RE: Attention: Security Matter

I hate it when the bosses send cryptic shit like that and don't inform folks about what the fuck is actually going on.

**From:** Saunders, Jennifer
**Sent:** Friday, April 14, 2017 10:38 AM
**To:** Osborne, Burt T.; 13.82 Dixon, Christopher J.; Kovalesky, Kerri; Antila, Nicholas C.; Zettler, Gretchen L.
**Subject:** RE: Attention: Security Matter

Colleen sent the original email to the civil division so he maybe has a matter with you guys?

**From:** Osborne, Burt T.
**Sent:** Friday, April 14, 2017 10:37 AM
**To:** 13.82 ; Dixon, Christopher J.; Kovalesky, Kerri; Antila, Nicholas C.; Saunders, Jennifer; Zettler, Gretchen L.
**Subject:** RE: Attention: Security Matter

Well, but why did Barb send the email below? What was the reason for that?

**From:** 13.82
**Sent:** Friday, April 14, 2017 9:57 AM
**To:** Osborne, Burt T.; Dixon, Christopher J.; Kovalesky, Kerri; Antila, Nicholas C.; Saunders, Jennifer; Zettler, Gretchen L.
**Subject:** RE: Attention: Security Matter

13.43

13.82



**From:** <span style="background:black">█████</span> **13.82**
**To:** "Miller, Thomas J." <Thomas.Miller@minneapolismn.gov>
**Subject:** RE: Attention: Security Matter
**Date:** Fri, 14 Apr 2017 16:08:25 +0000
**Inline-Images:** image001.png

---

Nope.  His last name is Fredin.

**13.82**

**From:** Miller, Thomas J.
**Sent:** Friday, April 14, 2017 11:08 AM
**To** **13.82**
**Subject:** Attention: Security Matter

Thanks!  F.Y.I.  I could not locate anything in Civil PM that involves him.  Is his last name Amdahl?

**From** **13.82**
**Sent:** Friday, April 14, 2017 10:47 AM
**To:** Miller, Thomas J.
**Subject:** FW: Attention: Security Matter

This is what I sent to the first folks who asked me.  It's all I know.

**13.82**

**From:** Osborne, Burt T.
**Sent:** Friday, April 14, 2017 10:45 AM
**To:** Kovalesky, Kerri; Saunders, Jennifer; **13.82**  Dixon, Christopher J.; Antila, Nicholas C.; Zettler, Gretchen L.
**Subject:** RE: Attention: Security Matter

**13.43**

**From:** Kovalesky, Kerri
**Sent:** Friday, April 14, 2017 10:41 AM
**To:** Osborne, Burt T.; Saunders, Jennifer; Kruchowski Barrette, Paula; Dixon, Christopher J.; Antila, Nicholas C.; Zettler, Gretchen L.
**Subject:** RE: Attention: Security Matter

Agreed. Dixon, can you get on this????

**From:** Osborne, Burt T.
**Sent:** Friday, April 14, 2017 10:40 AM
**To:** Saunders, Jennifer; Kruchowski Barrette, Paula; Dixon, Christopher J.; Kovalesky, Kerri; Antila, Nicholas C.; Zettler, Gretchen L.
**Subject:** RE: Attention: Security Matter

I hate it when the bosses send cryptic shit like that and don't inform folks about what the fuck is actually going on.

**From:** Saunders, Jennifer
**Sent:** Friday, April 14, 2017 10:38 AM
**To:** Osborne, Burt T.; Kruchowski Barrette, Paula; Dixon, Christopher J.; Kovalesky, Kerri; Antila, Nicholas C.; Zettler, Gretchen L.
**Subject:** RE: Attention: Security Matter

Colleen sent the original email to the civil division so he maybe has a matter with you guys?





Listen Brock, I have a hilarious secret for you. Lindsey and Clydesdale have a mutual bestie and have been hanging out for years. You are going down way further than you imagined. You messed with the wrong women.

7:03 PM

Saint Paul Police Complaint Number 1728017



**From:** "Lamor, Lisa" <lisa.lamor@minneapolismn.gov>
**To:** "Zenzen, Mary L." <Mary.Zenzen@minneapolismn.gov>, "Wallace, Thaya" <Thaya.Wallace@minneapolismn.gov>,
"Carey, Ruth E." <Ruth.Carey@minneapolismn.gov>, "Meuwissen, Caresa M."
<Caresa.Meuwissen@minneapolismn.gov>, "Inthichack, Noah" <noah.inthichack@minneapolismn.gov>
**Cc:** datapractices <datapractices@minneapolismn.gov>
**Subject:** RE: Request Public Data DP 181303 / MPD-9648
**Date:** Tue, 17 Apr 2018 20:48:33 +0000
**Inline-Images:** image001.png; image002.jpg

---

Hi all,

Thanks for checking on that, Mary.
I will facilitate all communication on this request – do not contact the requester directly.

Timeframe for No.10 – please check back to 2000 if possible?
Thanks for checking on that too!
☺

-Lisa

**From:** Zenzen, Mary L.
**Sent:** Tuesday, April 17, 2018 10:31 AM
**To:** Wallace, Thaya; Carey, Ruth E.; Meuwissen, Caresa M.; Inthichack, Noah
**Cc:** datapractices; Lamor, Lisa
**Subject:** RE: Request Public Data DP 181303

I see. So I'd advise intake to log this and send the DP tracking number to Lisa. Lisa, I'm not sure if you want us to correspond with the requestor directly, but you could have our MPD number for reference. Lisa, could you get a timeframe from the requestor for No. 10? Not sure how far back the precincts will have data to begin with.

Once we have that clarification, the RIU processor should reach out to the precincts and get whatever data makes sense to address No. 10. Then as far as No. 1, I'd start with a CAPRS name check?

**Mary Zenzen**
*Manager, Police Record Services*
**City of Minneapolis – Police Department**
612-673-3996
mary.zenzen@minneapolismn.gov



---

**From:** Wallace, Thaya
**Sent:** Tuesday, April 17, 2018 10:25 AM
**To:** Zenzen, Mary L.; Carey, Ruth E.; Meuwissen, Caresa M.; Inthichack, Noah
**Subject:** RE: Request Public Data DP 181303

Not sure about the City Attorney's Office; the Precincts get them.

---

**From:** Zenzen, Mary L.
**Sent:** Tuesday, April 17, 2018 10:20 AM
**To:** Carey, Ruth E.; Meuwissen, Caresa M.; Inthichack, Noah; Wallace, Thaya
**Subject:** FW: Request Public Data DP 181303
**Importance:** High

Would any order for protection shared with MPD be kept in one place? Would the city attorney's office receive copies of OFPs?

---

**Mary Zenzen**
*Manager, Police Record Services*
**City of Minneapolis – Police Department**
612-673-3996
mary.zenzen@minneapolismn.gov



MPD-9648001232

**From:** Responsible Authority
**Sent:** Tuesday, April 17, 2018 8:17 AM
**To:** Zenzen, Mary L.
**Subject:** FW: Request Public Data DP 181303
**Importance:** High

Good morning Mary,

We received the following request – I have highlighted parts that seem to apply potentially to MPD.

I would appreciate it if I could get a status in the next day or so of what you think you might be able to find that would be great.  Number 10 is a bit confusing, but I hope maybe it makes sense to you?  (It took a while to sort through this one so I apologize for the short notice.)

I'll be back at my desk this afternoon (around 2:30?) if you have any questions.
Thanks so much!
-Lisa

**Lisa Lamor** I Records Management Specialist I **City of Minneapolis – City Clerk's Office** I Office: 612-673-2296 I lisa.lamor@minneapolismn.gov

Submit data requests and learn more about open government [here]

**From:** City of Minneapolis [ mailto:no-reply@wufoo.com ]
**Sent:** Wednesday, April 04, 2018 12:47 PM
**To:** brockf12@gmail.com
**Subject:** Request Public Data

Thank you for submitting a request for government data to the City of Minneapolis. Your request has been received and assigned a tracking number: DP_181303. Please refer to this number in any correspondence related to the request.

We may contact you if we have any questions about your request or to update you on its status. Find out more about public data requests at: http://www.minneapolismn.gov/datapractices/publicdata.

Thank you for your interest.

# Request Public Data

Required. Briefly describe the data that you are requesting. Be as specific as possible. See our FAQs for more information. *
1. All documents in Your possession, custody or control concerning, relating to and/or referencing Brock Fredin.
2. All communications concerning or relating to Brock Fredin.
3. All communications between Susan Segal, Lindsey Middlecamp, David McCabe, Amy Boyer, Yamy Vang, You and St. Paul City Attorney's Office and/or St. Paul Police, Ramsey County Sheriff, Hudson Police/Tracy Hall, or St. Croix County Sheriff concerning or relating to Brock Fredin.
4. Any knowledge of an April 27th, 2017 raid of Brock Fredin's home in Hudson, Wisconsin.
5. Any knowledge of @CardsAgstHrsmt discussed between City employees, staff, or vendors within your possession.
6. All Information Technology (IT) data relating to viewing, posting, and/or use of the @CardsAgstHrsmt Twitter account including timestamps, IP addresses, and/or work station numbers.
7. All Information Technology (IT) data relating to viewing, posting, and/or use of the @CardsAgstHrsmt Twitter account relating to Brock Fredin.
8. All Information Technology (IT) data relating to viewing, posting, and/or use of researching Brock Fredin.
9. All database and/or Information Technology (IT) checks, edits, views, etc by City staff relating to or referencing Brock Fredin.
10. Gender breakdown for all ex–parte and Final HRO/Orders of Protection sent to the Minneapolis Police from the Hennepin County and/or Ramsey County District Court.

| Optional. We will determine where to search based on the type of data requested. If you believe specific people, roles, or departments may have data, identify them there. | City Attorney's Office Minneapolis Police |
| --- | --- |
| Indicate how we can contact you. The following information is optional; however, we need some way to contact you about your request. | brock fredin |
| Name | |
| Email | brockf12@gmail.com |
| Other contact information | 4152838366 |

MPD-9648001233

**From:** Responsible Authority <ResponsibleAuthority@minneapolismn.gov>
**To:** "Hagedorn, Roger" <Roger.Hagedorn@Minneapolismn.gov>
**Subject:** RE: Request Public Data DP 181303
**Date:** Tue, 17 Apr 2018 21:00:25 +0000
**Inline-Images:** image001.jpg

---

Hi Roger,
I can certainly indicate that there is no responsive data regarding the use of hashtags and/or twitter postings.

However, since you indicated that we can monitor activity inside our network, do you think you might have anything responsive to:
     8. All Information Technology (IT) data relating to viewing, posting, and/or use of researching Brock Fredin.
     9. All database and/or Information Technology (IT) checks, edits, views, etc by City staff relating to or referencing Brock Fredin.

Is that kind of data search-able?

Thanks so much for your help, Roger - I appreciate your quick response,
-Lisa

**Lisa Lamor** | Records Management Specialist | **City of Minneapolis – City Clerk's Office** | Office: 612-673-2296 | lisa.lamor@minneapolismn.gov

Submit data requests and learn more about open government [here]

---

**From:** Hagedorn, Roger
**Sent:** Tuesday, April 17, 2018 9:35 AM
**To:** Responsible Authority
**Subject:** RE: Request Public Data DP 181303

Lisa,
I'm sorry to say that I can't help you with this and I don't think that anyone at the City can. While we monitor activity inside our network, we have no control or monitoring capability over what happens outside of it. There may be tools to track Twitter postings, but the City doesn't have such tools and I'm afraid I have no experience in that whatsoever.

Roger
X3182

**From:** Responsible Authority
**Sent:** Tuesday, April 17, 2018 8:19 AM
**To:** Hagedorn, Roger <Roger.Hagedorn@ Minneapolismn.gov>
**Subject:** FW: Request Public Data DP 181303

Good morning Roger,

We received the following request – I've highlighted a few areas that I'm hoping you can help me with for processing.

Are the highlighted items even things you can even assemble somehow?

If you could let me know whether or not it's even possible to get this data as soon as you have a moment, I'd appreciate it.

Thanks so much,
-Lisa

**Lisa Lamor** | Records Management Specialist | **City of Minneapolis – City Clerk's Office** | Office: 612-673-2296 | lisa.lamor@minneapolismn.gov

Submit data requests and learn more about open government [here]

---

**From:** City of Minneapolis [mailto:no-reply@wufoo.com]
**Sent:** Wednesday, April 04, 2018 12:47 PM
**To:** brockf12@gmail.com
**Subject:** Request Public Data

Thank you for submitting a request for government data to the City of Minneapolis. Your request has been received and assigned a tracking number: DP_181303. Please refer to this number in any correspondence related to the request.

We may contact you if we have any questions about your request or to update you on its status. Find out more about public data requests at: http://www.minneapolismn.gov/datapractices/publicdata.

Thank you for your interest.

**From:** "Lamor, Lisa" <lisa.lamor@minneapolismn.gov>
**To:** "Zenzen, Mary L." <Mary.Zenzen@minneapolismn.gov>
**Subject:** RE: Request Public Data DP 181303 / MPD-9648
**Date:** Wed, 2 May 2018 18:48:42 +0000
**Inline-Images:** image001.png; image002.jpg

---

Hi Mary,

Just following up to see if you have had any success in finding out information on this one – I saw you asked a bunch of folks then pulled back and indicated you'd be working with CAO on collection.
Any update?

Thanks!
-Lisa

---

**From:** Lamor, Lisa
**Sent:** Tuesday, April 17, 2018 3:49 PM
**To:** Zenzen, Mary L.; Wallace, Thaya; Carey, Ruth E.; Meuwissen, Caresa M.; Inthichack, Noah
**Cc:** datapractices
**Subject:** RE: Request Public Data DP 181303 / MPD-9648

Hi all,

Thanks for checking on that, Mary.
I will facilitate all communication on this request – do not contact the requester directly.

Timeframe for No.10 – please check back to 2000 if possible?
Thanks for checking on that too!
☺

-Lisa

**From:** Zenzen, Mary L.
**Sent:** Tuesday, April 17, 2018 10:31 AM
**To:** Wallace, Thaya; Carey, Ruth E.; Meuwissen, Caresa M.; Inthichack, Noah
**Cc:** datapractices; Lamor, Lisa
**Subject:** RE: Request Public Data DP 181303

I see. So I'd advise intake to log this and send the DP tracking number to Lisa. Lisa, I'm not sure if you want us to correspond with the requestor directly, but you could have our MPD number for reference. Lisa, could you get a timeframe from the requestor for No. 10? Not sure how far back the precincts will have data to begin with.

Once we have that clarification, the RIU processor should reach out to the precincts and get whatever data makes sense to address No. 10. Then as far as No. 1, I'd start with a CAPRS name check?

**Mary Zenzen**
*Manager, Police Record Services*
*City of Minneapolis – Police Department*
612-673-3996
mary.zenzen@minneapolismn.gov



---

**From:** Wallace, Thaya
**Sent:** Tuesday, April 17, 2018 10:25 AM
**To:** Zenzen, Mary L.; Carey, Ruth E.; Meuwissen, Caresa M.; Inthichack, Noah
**Subject:** RE: Request Public Data DP 181303

Not sure about the City Attorney's Office; the Precincts get them.

---

**From:** Zenzen, Mary L.
**Sent:** Tuesday, April 17, 2018 10:20 AM
**To:** Carey, Ruth E.; Meuwissen, Caresa M.; Inthichack, Noah; Wallace, Thaya
**Subject:** FW: Request Public Data DP 181303
**Importance:** High

Would any order for protection shared with MPD be kept in one place? Would the city attorney's office receive copies of OFPs?

---

**Mary Zenzen**
*Manager, Police Record Services*

**From:** Open City <OpenCity@minneapolismn.gov>
**To:** <mary.zenzen@minneapolismn.gov>
**Subject:** DR18_001303 - #1, #10
**Date:** Sun, 7 Oct 2018 08:50:40 -0700

---

Mary Zenzen,


Complete by 2018-10-07.

Thank you,
Lisa Lamor

---

Reference number: DR18_001303
What: 1. All documents in Your possession, custody or control concerning, relating to and/or referencing Brock Fredin. 2. All communications concerning or relating to Brock Fredin. 3. All communications between Susan Segal, Lindsey Middlecamp, David McCabe, Amy Boyer, Yamy Vang, You and St. Paul City Attorney's Office and/or St. Paul Police, Ramsey County Sheriff, Hudson Police/Tracy Hall, or St. Croix County Sheriff concerning or relating to Brock Fredin. 4. Any knowledge of an April 27th, 2017 raid of Brock Fredin's home in Hudson, Wisconsin. 5. Any knowledge of @CardsAgstHrsmt discussed between City employees, staff, or vendors within your possession. 6. All Information Technology (IT) data relating to viewing, posting, and/or use of the @CardsAgstHrsmt Twitter account including timestamps, IP addresses, and/or work station numbers. 7. All Information Technology (IT) data relating to viewing, posting, and/or use of the @CardsAgstHrsmt Twitter account relating to Brock Fredin. 8. All Information Technology (IT) data relating to viewing, posting, and/or use of researching Brock Fredin. 9. All database and/or Information Technology (IT) checks, edits, views, etc by City staff relating to or referencing Brock Fredin. 10. Gender breakdown for all ex-parte and Final HRO/Orders of Protection sent to the Minneapolis Police from the Hennepin County and/or Ramsey County District Court. From: To: Who: City Attorney's Office Minneapolis Police How: brock fredin brockf12@gmail.com 4152838366
Requestor information: brock fredin
Requestor email: brockf12@gmail.com

Ref:MSG1639564

13.393

**From:** MacDonald, Kyle H
**Sent:** Wednesday, October 31, 2018 10:37 AM
**To:** Zenzen, Mary L. <Mary.Zenzen@minneapolismn.gov>
**Cc:** Lamor, Lisa <lisa.lamor@minneapolismn.gov>; Bachun, Caroline M. <Caroline.Bachun@minneapolismn.gov>
**Subject:** RE: MPD 9648 and CCO 181303

I've completed reviewing a number of emails related to this requestor. I initially searched MPD/police locations, which yielded around 120 documents. I then expanded my search to include public email boxes and ended up with around 450 emails from the City Attorney's Office and emails between the victim, a city employee, and outside counsel. I'm not sure if others have reviewed these emails as part of City Clerk review or City Attorney's Office. I marked many documents for Attorney review, mainly because most of these documents involve Susan Segal and other attorneys in the CAO. The documents are in DISCO under the folder MPD 9648.

I've included Carol on this email as part of the attorney review.

Thank you,

Kyle

**From:** Zenzen, Mary L.
**Sent:** Tuesday, October 30, 2018 9:48 AM
**To:** MacDonald, Kyle H <kyle.macdonald@minneapolismn.gov>
**Cc:** Lamor, Lisa <lisa.lamor@minneapolismn.gov>
**Subject:** RE: MPD 9648 and CCO 181303

Good catch – if you're talking about part 10, he's asking for a gender breakdown, which isn't data that is collected, so we can cross that one off.

---

**Mary Zenzen**
*Manager, Police Record Services*
City of Minneapolis – Police Department
612-673-3996
mary.zenzen@minneapolismn.gov



**From:** MacDonald, Kyle H
**Sent:** Tuesday, October 30, 2018 9:44 AM
**To:** Zenzen, Mary L. <Mary.Zenzen@minneapolismn.gov>
**Cc:** Lamor, Lisa <lisa.lamor@minneapolismn.gov>
**Subject:** RE: MPD 9648 and CCO 181303

I'm working on the email pull for this request. I notice that the requestor also wants copies of all HROs filed against this person. Has this part of the request been addressed or do we still need to send out emails to the various precincts?

**From:** Zenzen, Mary L.

MPD-9648001265

**From:** "Zenzen, Mary L." </O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP
(FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=0A190BE2DBF94840AA45CBF9B4F9B1DE-ZENZEN, MAR>

**To:** "MacDonald, Kyle H" <kyle.macdonald@minneapolismn.gov>

**Cc:** "Lamor, Lisa" <lisa.lamor@minneapolismn.gov>

**Subject:** MPD 9648 and CCO 181303

**Date:** Fri, 26 Oct 2018 20:12:26 -0000

**Embedded:** unnamed

---

Kyle, please see the attached request. Could you add this to your email pull list (See: no. 2 of his numbered list). I would search with his name as the keyword(s).

Let me know what comes back and we can discuss how to approach the review.

Thanks!

MPD-9648001260

**From:** "MacDonald, Kyle H" <kyle.macdonald@minneapolismn.gov>
**To:** "Lamor, Lisa" <lisa.lamor@minneapolismn.gov>
**Subject:** RE: MPD 9648 / DP 181303 - Fredin
**Date:** Fri, 31 May 2019 14:12:34 +0000

---

I'm not sure what happened with this request. I have a folder labeled Fredin production however it's empty. I'm looking through my assorted flash drives and I don't see one labeled 9648 or 181303.

**From:** Lamor, Lisa
**Sent:** Friday, May 31, 2019 8:37 AM
**To:** MacDonald, Kyle H <kyle.macdonald@minneapolismn.gov>
**Subject:** RE: MPD 9648 / DP 181303 - Fredin

Good morning Kyle,

I was wondering if you could give me a status update on this one…?

Any information would be most appreciated.

Thanks!
-Lisa

**From:** MacDonald, Kyle H
**Sent:** Monday, April 01, 2019 12:51 PM
**To:** Lamor, Lisa <lisa.lamor@minneapolismn.gov>
**Subject:** MPD 9648 / DP 181303 - Fredin

Good afternoon again,

I've completed the review of the Brock Fredin documents. I think this one initially came through the clerk's office. Everything has been reviewed by me and Carol B. I'll load this and the Horowitz request on to a flash drive. I'm assuming that you would want to handle contact with the requestor?

**Kyle MacDonald**
*Records Management Specialist*

**City of Minneapolis – Police Department**
**Records Information Unit**
350 S. Fifth St. – Room # 31
Minneapolis, MN 55415

612-673-6101
Kyle.macdonald@minneapolismn.gov

*The Minneapolis Police Department recently began using a new Records Management System for storing and retrieving data related to MPD cases. Your patience is appreciated, as delays in responding to and fulfilling requests for police data are expected during the implementation of the new system.

MPD-9648001276

**From:** "Lamor, Lisa" </O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP
(FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=F75744158FF4403AA2F6870390C7BB67-LAMOR, LISA>

**To:** "MacDonald, Kyle H" <kyle.macdonald@minneapolismn.gov>

**Subject:** RE: MPD 9648 / DP 181303 - Fredin

**Date:** Fri, 31 May 2019 14:13:14 -0000

---

Hmm... a mystery...
Does MPD-9648 still show open?

---

**From:** MacDonald, Kyle H
**Sent:** Friday, May 31, 2019 9:13 AM
**To:** Lamor, Lisa <lisa.lamor@minneapolismn.gov>
**Subject:** RE: MPD 9648 / DP 181303 - Fredin

I'm not sure what happened with this request.  I have a folder labeled Fredin production however it's empty.  I'm looking through my assorted flash drives and I don't see one labeled 9648 or 181303.

---

**From:** Lamor, Lisa
**Sent:** Friday, May 31, 2019 8:37 AM
**To:** MacDonald, Kyle H <kyle.macdonald@minneapolismn.gov>
**Subject:** RE: MPD 9648 / DP 181303 - Fredin

Good morning Kyle,

I was wondering if you could give me a status update on this one...?

Any information would be most appreciated.

Thanks!
-Lisa

**From:** MacDonald, Kyle H
**Sent:** Monday, April 01, 2019 12:51 PM
**To:** Lamor, Lisa <lisa.lamor@minneapolismn.gov>
**Subject:** MPD 9648 / DP 181303 - Fredin

Good afternoon again,

I've completed the review of the Brock Fredin documents. I think this one initially came through the clerk's office. Everything has been reviewed by me and Carol B.  I'll load this and the Horowitz request on to a flash drive.  I'm assuming that you would want to handle contact with the requestor?

**Kyle MacDonald**
*Records Management Specialist*

**City of Minneapolis – Police Department**
**Records Information Unit**
350 S. Fifth St. – Room # 31
Minneapolis, MN 55415

612-673-6101
Kyle.macdonald@minneapolismn.gov

*The Minneapolis Police Department recently began using a new Records Management System for storing and retrieving data related to MPD cases. Your patience is appreciated, as delays in responding to and fulfilling requests for police data are expected during the implementation of the new system.



**From:** "Nilsson, Erik A." <Erik.Nilsson@minneapolismn.gov>
**To:** "Segal, Susan L." <Susan.Segal@minneapolismn.gov>
**Subject:** FW:
**Date:** Tue, 22 Aug 2017 18:11:36 +0000

FYI



MPD-9648001109





   **Brock F <brockf12@gmail.com>**

## DR18_001303

2 messages

---

**Open City** <OpenCity@minneapolismn.gov>                    Fri, Oct 18, 2019 at 10:45 AM
Reply-To: Open City <OpenCity@minneapolismn.gov>
To: brockf12@gmail.com
Cc: ResponsibleAuthority@minneapolismn.gov

   Good morning,

   I'm reaching out to you today because our records show that you submitted a Data Practices request to the City of Minneapolis at the beginning of April in 2018. Unfortunately, our office has experienced a significant amount of turnover in the last year, and the person previously working on your request is no longer at our office. We noticed that we couldn't find a record of data ever being sent to you for your request.

   If you are still interested in receiving data, could you please reply all to the to this email letting us know? If we do not receive a response from you by COB on October 28th, we will assume that you are no longer interested in receiving the data you requested.

   If you have any questions or concerns, please let us know.

   Thank you,

   **Jacob Crawford**

   *Records Management Specialist*

   **City of Minneapolis – City Clerk**

   350 S. Fifth St. – Room #304

   Minneapolis, MN 55415


   Office: 612-673-2476

   Jacob.Crawford@minneapolismn.gov


   Ref:MSG2235948

---

**Brock F <brockf12@gmail.com>**                             Fri, Oct 18, 2019 at 12:50 PM
To: Open City <OpenCity@minneapolismn.gov>
Cc: ResponsibleAuthority@minneapolismn.gov

   It is my belief the request was deliberately ignored.  Yes, of course I want the data.
   [Quoted text hidden]

P

Thank you,

*Nykee Younghans*

*Court Operations Supervisor*
*Second Judicial District Court*
*Domestic Abuse/Harassment Office*
*25 W. 7th Street Rm B122*
*Saint Paul, MN 55102*
*651-266-5142 (phone)*
*651-266-5140 (fax)*
Visit our website

You are responsible for lawful use of this information. This email and any attachments to it may be confidential and they are intended solely for the individual or organization to which they are addressed. They may contain privileged or confidential information and should not be disseminated. If you are not the intended recipient of this email, you should not copy, distribute or take any action in reliance to this email or the attachments. If you received this email in error, please notify the sender immediately at 651-266-5130. Thank you.



Effective July 1, 2016, the use of eFiling and eService by attorneys, government agencies, and guardians ad litem will be mandatory in *all counties statewide.*

**eFile Support Center:** 651-227-2002 or 1-855-291-8246 or www.mncourts.gov/eFile

MPD-9648001122



**From:** "Heng, Mary Ellen" </O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP
(FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=8FB9455EF86C4CADB15A86AA817EC7B8-HENG, MARY>

**To:** "Andrea Miller (Andrea.Miller@ci.stpaul.mn.us)" <Andrea.Miller@ci.stpaul.mn.us>

**Subject:** Fredin review

**Date:** Mon, 08 Jan 2018 17:08:16 -0000

**Attachments:** Minn. Stat. sec. 299C.46

Andrea –

I have attached my official decline for you.

**Mary Ellen Heng**
*Deputy City Attorney - Criminal*

City of Minneapolis – Minneapolis City Attorney's Office
350 S. Fifth St. – Room #210
Minneapolis, MN 55415

Office: 612-673-2270
Cell: 612-708-6674
Maryellen.heng@minneapolismn.gov

MPD-9648001190

**From:** "Kasper, Jessica" <Jessica.Kasper@Minneapolismn.gov>
**To:** "Rygh, Kathy A." <Kathy.Rygh@minneapolismn.gov>
**Subject:**
**Date:** Tue, 27 Feb 2018 15:23:50 +0000
**Inline-Images:** image001.png; image002.png

---

http://www.citypages.com/news/accused-stalker-brock-fredin-is-writing-a-horror-story-and-hes-the-main-character/414395703

**Jessica B. Kasper**
*Manager of Administration*

**City of Minneapolis – City Attorney's Office**
350 S. Fifth St. – Room #210
Minneapolis, MN 55415

Office: 612-673-2035
Jessica.Kasper@minneapolismn.gov



MPD-9648001191

**From:** "Pietan, Laura (CI-StPaul)" <laura.pietan@ci.stpaul.mn.us>
**To:** "Heng, Mary Ellen (MaryEllen.Heng@minneapolismn.gov)" <MaryEllen.Heng@minneapolismn.gov>
**Subject:** quick question
**Date:** Thu, 14 Dec 2017 16:52:45 +0000

Hi Mary Ellen,

I'd like to reach out to Bloomington Criminal Deputy to see if she/he would consider reviewing a case involving Brock Fredin and one of our employees. I'd ask you – but I understand your office has ties to this defendant as well. I went to Blooming CA website, but can't locate info on Deputy – can you hook me up?

Thanks much,
Laura


Laura Pietan
Deputy St. Paul City Attorney

From: "Heng, Mary Ellen" </O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP
      (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=8FB9455EF86C4CADB15A86AA817EC7B8-HENG, MARY>

To: "Pietan, Laura (CI-StPaul)" <laura.pietan@ci.stpaul.mn.us>

Subject: RE: quick question

Date: Thu, 14 Dec 2017 16:56:09 -0000

---

They have a new deputy and I don't have her email. But I always contact their senior attorney Erica Glassberg. Her email is eglassberg@bloomingtonmn.gov

## 13.43

**Mary Ellen Heng**
*Deputy City Attorney - Criminal*

City of Minneapolis – Minneapolis City Attorney's Office
350 S. Fifth St. – Room #210
Minneapolis, MN 55415

Office: 612-673-2270
Cell:  612-708-6674
Maryellen.heng@minneapolismn.gov

---

**From:** Pietan, Laura (CI-StPaul) [mailto:laura.pietan@ci.stpaul.mn.us]
**Sent:** Thursday, December 14, 2017 10:53 AM
**To:** Heng, Mary Ellen
**Subject:** quick question

Hi Mary Ellen,

I'd like to reach out to Bloomington Criminal Deputy to see if she/he would consider reviewing a case involving Brock Fredin and one of our employees. I'd ask you – but I understand your office has ties to this defendant as well. I went to Blooming CA website, but can't locate info on Deputy – can you hook me up?

Thanks much,
Laura

Laura Pietan
Deputy St. Paul City Attorney

MPD-9648001175

**From:** "mayer.peter@dorsey.com" <mayer.peter@dorsey.com>
**To:** "Green, David" <david.green@minneapolismn.gov>
**Subject:** Affidavit to Show CauseCS edit.doc
**Date:** Thu, 14 Dec 2017 17:04:04 +0000
**Attachments:** Minn. Stat. sec. 299C.46

MPD-9648001176

**From:** Anne Glidden <Anne.Glidden@hennepin.us>
**To:** See Khang <See.Khang@hennepin.us>, CC.DASCPO <CC.DASCPO@hennepin.us>, Melissa Rogers <melissa.rogers@minneapolismn.gov>, Robert Greer <robert.greer@minneapolismn.gov>, Jamie Becker-Finn <jamie.becker-finn@hennepin.us>
**Subject:** PO completed GOA List 9.20.17 JBF.XLSX
**Date:** Wed, 20 Sep 2017 14:46:17 +0000
**Attachments:** GOA_List_9.20.17_JBF.XLSX

---

**Disclaimer:** If you are not the intended recipient of this message, please immediately notify the sender of the transmission error and then promptly delete this message from your computer system.

MPD-9648001134

**From:** See Khang <See.Khang@hennepin.us>
**To:** CA.DASC Centerstaff <CA.DASC_Centerstaff@hennepin.us>
**Subject:** 72 Hour Arrest List - Wed, 9.20.17
**Date:** Wed, 20 Sep 2017 14:51:32 +0000



| GOA SUSPECT | GOA DOB | VICTIM NAME |
|---|---|---|
| | | 13.02 Sub. 12 |
| Fredin, Brock William | 12/12/83 | 13.82 |
| | | 13.02 Sub. 12 |

**Disclaimer:** If you are not the intended recipient of this message, please immediately notify the sender of the transmission error and then promptly delete this message from your computer system.

MPD-9648001135

**From:** Jamie Becker-Finn <jamie.becker-finn@hennepin.us>
**To:** Robert Greer <robert.greer@minneapolismn.gov>, CC.DASCPO <CC.DASCPO@hennepin.us>, Paula Kruchowski <Paula.Kruchowski@minneapolismn.gov>, "Christopher.Hildreth@minneapolismn.gov" <Christopher.Hildreth@minneapolismn.gov>, Melissa Rogers <melissa.rogers@minneapolismn.gov>, Michelle Jacobson <Michelle.Jacobson@minneapolismn.gov>, Kathy Rygh <Kathy.Rygh@minneapolismn.gov>, See Khang <See.Khang@hennepin.us>
**Subject:** Final GOA List 9.20.17 JBF.XLSX
**Date:** Wed, 20 Sep 2017 16:58:09 +0000
**Attachments:** Final_GOA_List_9.20.17_JBF.XLSX

---

I moved the Fredin, Brock William report 17-358837 to "non-dom" Victim has an HRO but the parties have no domestic relationship, despite it being coded as such in this report.


**Disclaimer:** If you are not the intended recipient of this message, please immediately notify the sender of the transmission error and then promptly delete this message from your computer system.

MPD-9648001136

**From:** Jamie Becker-Finn <jamie.becker-finn@hennepin.us>
**To:** Robert Greer <robert.greer@minneapolismn.gov>, CC.DASCPO <CC.DASCPO@hennepin.us>, Paula Kruchowski <Paula.Kruchowski@minneapolismn.gov>, "Christopher.Hildreth@minneapolismn.gov" <Christopher.Hildreth@minneapolismn.gov>, Melissa Rogers <melissa.rogers@minneapolismn.gov>, Michelle Jacobson <Michelle.Jacobson@minneapolismn.gov>, Kathy Rygh <Kathy.Rygh@minneapolismn.gov>, See Khang <See.Khang@hennepin.us>
**Subject:** Final GOA List 9.20.17 JBF.XLSX
**Date:** Wed, 20 Sep 2017 16:58:09 +0000
**Attachments:** Final_GOA_List_9.20.17_JBF.XLSX

---

I moved the Fredin, Brock William report 17-358837 to "non-dom" Victim has an HRO but the parties have no domestic relationship, despite it being coded as such in this report.


**Disclaimer:** If you are not the intended recipient of this message, please immediately notify the sender of the transmission error and then promptly delete this message from your computer system.

MPD-9648001137

**From:** See Khang <See.Khang@hennepin.us>
**To:** CA.DASC Centerstaff <CA.DASC_Centerstaff@hennepin.us>
**Subject:** GOA list - Wed. 9.20.17
**Date:** Wed, 20 Sep 2017 14:38:35 +0000
**Attachments:** GOA_List_9.20.17_JBF.XLSX

---

Sincerely,

*See Khang*
Investigative Paralegal
Domestic Abuse Service Center
Direct Number: (612) 348-9335
Email address: see.khang@hennepin.us

**Disclaimer:** If you are not the intended recipient of this message, please immediately notify the sender of the transmission error and then promptly delete this message from your computer system.

MPD-9648001132

R

**From:** "Green, David" </O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP
(FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=B1960B085A404606B0BCA706F10F1C09-GREEN, DAVI>

**To:** "green.david@dorsey.com" <green.david@dorsey.com>

**Subject:** FW: Affidavit to Show CauseCS edit.doc

**Date:** Fri, 15 Dec 2017 18:56:35 -0000

**Attachments:**    Minn. Stat. sec. 299C.46


David B. Green
Special Assistant City Attorney, Criminal Division
City of Minneapolis – City Attorney's Office
350 S. Fifth St. – Room #210
Minneapolis, MN 55415
Office: 612-673-2022
david.green@minneapolismn.gov


-----Original Message-----
From: mayer.peter@dorsey.com [mailto:mayer.peter@dorsey.com]
Sent: Thursday, December 14, 2017 11:04 AM
To: Green, David
Subject: Affidavit to Show CauseCS edit.doc

MPD-9648001184

S

**From:** Tom Powers <tom.powers@meltwater.com>
**To:** "Pai, Vaman M." <Vaman.Pai@minneapolismn.gov>
**Subject:** Fwd: Meltwater reports
**Date:** Tue, 1 Aug 2017 15:18:46 -0500
**Attachments:** City_of_Minneapolis_-_Apr_2017.xlsx; City_of_Minneapolis_-_Mar_2017.xlsx

_____

March and April
-

---------- Forwarded message ----------
From: **Pai, Vaman M.** < Vaman.Pai@minneapolismn.gov>
Date: Tue, Aug 1, 2017 at 8:59 AM
Subject: Meltwater reports
To: "Tom Powers ( tom.powers@meltwater.com)" < tom.powers@meltwater.com>


Any luck with the January – July 2017 reports? Willing to take them one month at a time. I have a deadline coming up in three weeks.


Thanks.


**Vaman Pai**

*Communications Specialist*


**City of Minneapolis - Communications**

350 S. Fifth St. - Room 301M

Minneapolis, MN 55415-1315


Office: 612-673-2123

 vaman.pai@minneapolismn.gov




--

**Tom Powers**

Managing Director, Client Success Chicago

T: +1 312-265-8174
      tom.powers@meltwater.com | www.meltwater.com

**Meltwater – helping companies make better, more
informed decisions based on insights from the outside**




--

**Tom Powers**

T

Saint Paul Police Department

# ORIGINAL OFFENSE / INCIDENT REPORT

| Complaint Number | Reference CN | Date and Time of Report |
|---|---|---|
| 18101907 | 17280978 | 05/14/2018 23:37:00 |

Primary offense:

## FAMILY/CHILDREN-VIOLATION OF RESTRAINING ORDER

| | |
|---|---|
| Primary Reporting Officer: Filosa, David | Name of location/business: |
| Primary squad: 181 | Location of incident: 1656 DAYTON AV Apt Lower |
| Secondary reporting officer: Kinsel, Michael | ST PAUL, MN 55104 |
| Approver: Dunaski, Michael | |
| District: Western | Date & time of occurrence: 05/14/2018 16:00:00 to |
| Site: | 05/14/2018 21:03:00 |

Arrest made:

Secondary offense:

Police Officer Assaulted or Injured:      Police Officer Assisted Suicide:

Crime Scene Processed: Yes

## OFFENSE DETAILS

**FAMILY/CHILDREN-VIOLATION OF RESTRAINING ORDER**

Attempt Only:                              Appears to be Gang Related:

**Crime Scene**                           **Method & Point of Entry**

Type: Residential prop, occup            Force used:                    Hid Inside:

Description: Multi, Apartments           Point of entry:

                                         Method:

**Victims**

Miller, Grace Elizabeth

## NAMES

**Suspect**                               Fredin, Brock William

                                          1905 IRIS BAY ST

**KNOWN**                                 HUDSON, WI 54016

**Nicknames or Aliases**

Nick Name:

Alias:

AKA First Name:                           AKA Last Name:

**Details**

| Sex: Male | Race: White | DOB: 12/12/1983 | Resident Status: |
|---|---|---|---|
| | Hispanic: | Age: 34   from        to | |

SP0000026EC6050B

Page   2

Saint Paul Police Department

# ORIGINAL OFFENSE / INCIDENT REPORT

| Complaint Number | Reference CN | | Date and Time of Report |
|---|---|---|---|
| 18101907 | 17280978 | | 05/14/2018 23:37:00 |

Primary offense:

## FAMILY/CHILDREN-VIOLATION OF RESTRAINING ORDER

---

### Phones

| Home: | Cell: | Contact: |
|---|---|---|
| Work: | Fax: | Pager: |

### Employment

| Occupation: | Employer: |
|---|---|

### Identification

| SSN: | License or ID#: | License State: |
|---|---|---|

### Physical Description

| US: | Metric: | | |
|---|---|---|---|
| Height: to | Build: | Hair Length: | Hair Color: |
| Weight: to | Skin: | Facial Hair: | Hair Type: |
| Teeth: | Eye Color: | Blood Type: | |

### Offender Information

| Arrested: No | Pursuit engaged: | Violated Restraining Order: |
|---|---|---|
| DUI: | Resistance encountered: | |
| Condition: | | |
| | Taken to health care facility: | Medical release obtained: |

---

**Victim**

Miller, Grace Elizabeth
1656 DAYTON AV Apt LOWER
ST PAUL, MN 55104

### Nicknames or Aliases

| Nick Name: |
|---|
| Alias: |
| AKA First Name: | AKA Last Name: |

### Details

| Sex: Female | Race: White | DOB: 8/16/1984 | | Resident Status: |
|---|---|---|---|---|
| | Hispanic: | Age: 33 | from | to |

### Phones

| Home: | Cell: 507-450-4243 | Contact: |
|---|---|---|
| Work: | Fax: | Pager: |

### Employment

| Occupation: | Employer: |
|---|---|

SP0000026EC6050B

## Saint Paul Police Department
# ORIGINAL OFFENSE / INCIDENT REPORT

| Complaint Number | Reference CN | Date and Time of Report |
|---|---|---|
| 18101907 | 17280978 | 05/14/2018 23:37:00 |

Primary offense:

## FAMILY/CHILDREN-VIOLATION OF RESTRAINING ORDER

**Identification**

| SSN: | License or ID#: | License State: |
|---|---|---|

**Physical Description**

| US: No | Metric: No | | |
|---|---|---|---|
| Height:        to | Build: | Hair Length: | Hair Color: |
| Weight:        to | Skin: | Facial Hair: | Hair Type: |
| Teeth: | Eye Color: | Blood Type: | |

**Victim Information**

| Type: Individual | Can Identify Offender: Yes | Willing to Press Charges: Yes |
|---|---|---|
| Condition: | | |
| | Taken to health care facility: No | Medical release obtained: No |

**Relationships**

| Acquaintance | Suspect | Fredin, Brock William |
|---|---|---|

## SOLVABILITY FACTORS

| Suspect can be Identified: | By: |
|---|---|
| Photos Taken: Yes | Stolen Property Traceable: |
| Evidence Turned In: Yes | Property Turned In: |
| Related Incident: | |

**Lab**

| Biological Analysis: | Fingerprints Taken: |
|---|---|
| Narcotic Analysis: | Items Fingerprinted: |
| Lab Comments: | |

## Participants:

| Person Type: | Name: | Address: | Phone: |
|---|---|---|---|
| Suspect | Fredin, Brock William | 1905 IRIS BAY ST<br>HUDSON, WI 54016 | |
| Victim | Miller, Grace Elizabeth | 1656 DAYTON AV Apt LOWER<br>ST PAUL, MN 55104 | |

## NARRATIVE

NO ICC AVAILABLE.  BWC AVAILABLE, FILOSA/KINSEL.

On 05/14/2018 at 1955 hours, We, Sqd 181 (FILOSA/KINSEL), responded to 1656 DAYTON AVE LOWER LEVEL on a violation of a restraining order.

Saint Paul Police Department

# ORIGINAL OFFENSE / INCIDENT REPORT

| Complaint Number | Reference CN | Date and Time of Report |
|---|---|---|
| 18101907 | 17280978 | 05/14/2018 23:37:00 |

Primary offense:

## FAMILY/CHILDREN-VIOLATION OF RESTRAINING ORDER

I am issued a body camera, I have been trained in its use and I wear it as part of my uniform.  I mount it in the middle of my chest mounted to my uniform jacket.  While driving to the call, I turned the camera on.  It remained on throughout this call.  I have not reviewed the footage but may do so at a later date.  After reviewing the footage, I may write a supplement report to clarify any facts, add more detail or other relevant information.

Upon arrival, we met with the complainant who we identified as GRACE ELIZABETH MILLER (DOB: 08/16/1984, 1656 DAYTON AVE LOWER LEVEL, ST. PAUL, 55104, CELL/P: 507-450-4243).  MILLER said she had been involved in ongoing harassment from a male who she identified as BROCK WILLIAM FREDIN (DOB: 12/12/1983).

MILLER showed us printed copies of a harassment order from Ramsey County (Court File #62-HR-CV-18-202) signed by Judge Patrick Diamond.  The Order, dated 04/09/2018, stated that the "Respondent shall not directly or indirectly create, post, place, or distribute online any content that has a substantial adverse effect on the safety, security, or privacy of Petitioner."

We confirmed with Data/Ch.5 that the Court File number and Restraining Order was still in effect as of that day, 05/14/2018.

MILLER showed us her laptop screen where she found that the Respondent FREDIN had posted on his Twitter account a Tweet that stated, "...claimed Grace Elizabeth Miller 'is a bitch'.."  The Tweet was in the context of a greater set of Tweets naming numerous other people.

I took photos of the Twitter page showing the context of the Tweet and uploaded those to the Media Vault.

MILLER was visibly upset with the ongoing case against FREDIN.

END OF REPORT.

## PUBLIC NARRATIVE

On 05/14/2018 at 1955 hours, Officers responded to the 1600 block of Dayton Ave on a violation of a restraining order.  A female said a male violated a restraining order by posting comments about her on the Internet.  There were no injuries.  No arrests were made.

Last page of the report

SP0000026EC6050B

Page   1

## Saint Paul Police Department

# SUPPLEMENTAL OFFENSE / INCIDENT REPORT

| | | |
|---|---|---|
| *Complaint Number* | *Reference CN* | *Date and Time of Report* |
| 18101907 | 17280978 | 05/15/2018 07:07:00 |

*Primary offense:*

## FAMILY/CHILDREN-VIOLATION OF RESTRAINING ORDER

| | |
|---|---|
| *Primary Reporting Officer:* Welters, Matthew | *Name of location/business:* |
| *Primary squad:* | *Location of incident:* 1656 DAYTON AV Apt Lower |
| *Secondary reporting officer:* | ST PAUL, MN 55104 |
| *Approver:* | |
| *District:* Western | *Date & time of occurrence:* 05/14/2018 16:00:00 *to* |
| *Site:* | 05/14/2018 21:03:00 |

*Arrest made:*

*Secondary offense:*

*Police Officer Assaulted or Injured:*          *Police Officer Assisted Suicide:*

*Crime Scene Processed:*

## NARRATIVE

I, Officer Welters - St. Paul Police Family Violence Unit, reviewed the criminal history for FREDIN, BROCK WILLIAM 12/12/1983.  I used MNCIS and the MNBCA Public site to conduct the check.  I found no QDVRO convictions.

## PUBLIC NARRATIVE

Last page of the report

SP0000026EC6050B

Page   1

Saint Paul Police Department

# SUPPLEMENTAL OFFENSE / INCIDENT REPORT

| | | |
|---|---|---|
| Complaint Number | Reference CN | Date and Time of Report |
| 18101907 | 17280978 | 05/23/2018 10:00:00 |

Primary offense:

## FAMILY/CHILDREN-VIOLATION OF RESTRAINING ORDER

| | |
|---|---|
| Primary Reporting Officer:  Nasset, Sarah E | Name of location/business: |
| Primary squad: | Location of incident: 1656 DAYTON AV Apt Lower |
| Secondary reporting officer: | ST PAUL, MN 55104 |
| Approver: | |
| District: Western | Date & time of occurrence:  05/14/2018 16:00:00 to |
| Site: | 05/14/2018 21:03:00 |

Arrest made:

Secondary offense:

Police Officer Assaulted or Injured:

Crime Scene Processed:

Police Officer Assisted Suicide:

## NARRATIVE

On May 21, 2018, I received a call from the victim, Miller, about another possible violation of her order. Miller stated she was searching the suspect's Tweeter account and found more posts that were posted under the suspect's account.

I told Miller that if she forwarded the information to my work email I would add the information to the case.

On May 5, 2018 at 1454 hours and 17 00 hours I received two emails from Miller.

The first email included a screen shot of the Tweeter account under "Brock Fredin@Brock_Fredin" with the suspect's photo.  There were three tweets. In the tweets it stated the suspect was going to live stream about his Second Amended Complaint and how he was going to stop an autistic U.S. Attorney, Rhode scholar instructor and a commander of a military base. The suspect may be the first person to get an IIED claim past a motion to dismiss for a social media campaign, he can't get a gag order lifted in a corrupt family court and how tabloid coverage destroy his professional livelihood.

The second email included a screen shot and an audio recording. Per the victim, she found the recording on the website, karmenmcquitty.net. I checked the website and found the recording. The website was labeled, "Attorney Karmen McQuitty-Fraudster, Perpetuator of Nonesense". Miller stated the recording was secretly recorded during a court hearing on January 8, 2018, when her attorney, Miss McQuitty, was explaining to the court about a HRO violation the suspect had been arrested for by a Ramsey County Deputy in the court house against another victim. The victim said she was not present for her hearing on January 8, 2018.

I took a screen shot of the first page showing the website karmenmcquitty.net and the page were the recording was located. I transferred the screen shots into the Media Vault.

I transferred the two emails that included the screen shots of the tweets, the audio recording and the screen shot taken by the victim showing the location of the recording within the karmenmcquitty.net website.

SP0000026EC6050B

Saint Paul Police Department

# SUPPLEMENTAL OFFENSE / INCIDENT REPORT

*Complaint Number*   *Reference CN*

18101907     17280978

*Date and Time of Report*

05/23/2018 10:00:00

*Primary offense:*

FAMILY/CHILDREN-VIOLATION OF RESTRAINING ORDER

**PUBLIC NARRATIVE**

Last page of the report

SP0000026EC6050B

Saint Paul Police Department

# SUPPLEMENTAL OFFENSE / INCIDENT REPORT

| Complaint Number | Reference CN | Date and Time of Report |
|---|---|---|
| 18101907 | 17280978 | 10/24/2018 09:57:00 |

Primary offense:

## FAMILY/CHILDREN-VIOLATION OF RESTRAINING ORDER

Primary Reporting Officer:   Riley, John J

Primary squad:

Secondary reporting officer:

Approver:

District: Western

Site:

Arrest made:

Secondary offense:

Name of location/business:

Location of incident: 1656 DAYTON AV Apt Lower
ST PAUL, MN 55104

Date & time of occurrence:  05/14/2018 16:00:00 to
05/14/2018 21:03:00

Police Officer Assaulted or Injured:

Crime Scene Processed:

Police Officer Assisted Suicide:

## NARRATIVE

Assistant City Attorney T.Patet reviewed the case and declined charges against B. Fredin.  He was charged and  convicted on several other consolidated cases.  The victims were notified of the  result.

## PUBLIC NARRATIVE

Last page of the report

SP0000026EC6050B

Saint Paul Police Department

# ORIGINAL OFFENSE / INCIDENT REPORT

| Complaint Number | Reference CN | Date and Time of Report |
|---|---|---|
| 19132719 | | 06/20/2019 14:09:00 |

Primary offense:

## FAMILY/CHILDREN-VIOLATION OF RESTRAINING ORDER

Primary Reporting Officer: **Xiong, Xai**

Primary squad: **134**

Secondary reporting officer:

Approver: **Mack, Daniel**

District: **Western**

Site:

Name of location/business:

Location of incident: **1656 DAYTON AV**
**ST PAUL, MN 55104**

Date & time of occurrence: **06/20/2019 09:00:00** to
**06/20/2019 10:00:00**

Arrest made:

Secondary offense:

Police Officer Assaulted or Injured:

Crime Scene Processed: **No**

Police Officer Assisted Suicide:

## OFFENSE DETAILS

**FAMILY/CHILDREN-VIOLATION OF RESTRAINING ORDER**

Attempt Only:

Appears to be Gang Related:

**Victims**

Miller, Grace Elizabeth

## NAMES

**Suspect**                           Fredin, Brock William

**KNOWN**                            ST PAUL, MN

**Nicknames or Aliases**

Nick Name:

Alias:

AKA First Name:                       AKA Last Name:

**Details**

| Sex: **Male** | Race: **White** | DOB: **12/12/1983** | Resident Status: |
|---|---|---|---|
| | Hispanic: | Age: **35**    from          to | |

**Phones**

| Home: | Cell: | Contact: |
|---|---|---|
| Work: | Fax: | Pager: |

**Employment**

Occupation:                          Employer:

SP0000026EC6050B

Page  2

## Saint Paul Police Department
# ORIGINAL OFFENSE / INCIDENT REPORT

*Complaint Number*      *Reference CN*

19132719

*Primary offense:*

FAMILY/CHILDREN-VIOLATION OF RESTRAINING ORDER

*Date and Time of Report*

06/20/2019 14:09:00

---

*Identification*

| SSN: | License or ID#: | License State: |
|------|-----------------|----------------|

*Physical Description*

| US: | Metric: | | |
|-----|---------|---|---|
| Height:     to | Build: | Hair Length: | Hair Color: |
| Weight:     to | Skin: | Facial Hair: | Hair Type: |
| Teeth: | Eye Color: | Blood Type: | |

*Offender Information*

| Arrested: | Pursuit engaged: | Violated Restraining Order: |
|-----------|------------------|------------------------------|
| DUI: | Resistance encountered: | |
| Condition: | | |
| | Taken to health care facility: | Medical release obtained: |

## Victim

Miller, Grace Elizabeth
1656 DAYTON AV
ST PAUL, MN 55104

*Nicknames or Aliases*

| Nick Name: |
|------------|
| Alias: |
| AKA First Name:            AKA Last Name: |

*Details*

| Sex: Female | Race: White | DOB: 8/16/1984 | Resident Status: |
|-------------|-------------|-----------------|------------------|
| | Hispanic: | Age: 34     from        to | |

*Phones*

| Home: | Cell: 507-450-4243 | Contact: |
|-------|---------------------|----------|
| Work: | Fax: | Pager: |

*Employment*

| Occupation: | Employer: |
|-------------|-----------|

*Identification*

| SSN: | License or ID#: | License State: |
|------|-----------------|----------------|

*Physical Description*

| US: No | Metric: No | | |
|--------|-----------|---|---|
| Height:     to | Build: | Hair Length: | Hair Color: |
| Weight:     to | Skin: | Facial Hair: | Hair Type: |
| Teeth: | Eye Color: | Blood Type: | |

SP0000026EC6050B

Saint Paul Police Department

# ORIGINAL OFFENSE / INCIDENT REPORT

Complaint Number | Reference CN | Date and Time of Report

19132719

06/20/2019 14:09:00

Primary offense:

## FAMILY/CHILDREN-VIOLATION OF RESTRAINING ORDER

**Victim Information**

| | | |
|---|---|---|
| Type: Individual | Can Identify Offender: Yes | Willing to Press Charges: Yes |
| Condition: | | |
| | Taken to health care facility: No | Medical release obtained: No |

**Relationships**

| | | |
|---|---|---|
| Boy/Girl Friend | Suspect | Fredin, Brock William |

## SOLVABILITY FACTORS

| | | |
|---|---|---|
| Suspect can be Identified: Yes | | By: GRACE MILLER |
| Photos Taken: | Stolen Property Traceable: | |
| Evidence Turned In: | Property Turned In: | |
| Related Incident: | | |

**Lab**

| | |
|---|---|
| Biological Analysis: | Fingerprints Taken: |
| Narcotic Analysis: | Items Fingerprinted: |
| Lab Comments: | |

## Participants:

| Person Type: | Name: | Address: | Phone: |
|---|---|---|---|
| Suspect | Fredin, Brock William | ST PAUL, MN | |
| Victim | Miller, Grace Elizabeth | 1656 DAYTON AV ST PAUL, MN 55104 | |

## NARRATIVE

NO ICC SQUAD 1489

BWC ACTIVATED - X. XIONG
BWC NOT REVIEWED PRIOR TO REPORT

On 06/20/19 at approximately 1241 hours, I, Officer X. Xiong (Squad 134) was sent to 1656 Dayton Ave on a VOP call.

Upon arrival, I spoke with the complainant who later identified herself as GRACE ELIZABETH MILLER (DOB: 08/16/84, 1656 DAYTON AVE, C#: 507-450-4243). MILLER said that her ex-boyfriend, BROCK WILLIAM FREDIN (DOB: 12/12/83, NPA), just got out of jail on June 12th, 2019. MILLER said that today 06/20/19 she found two new meme's about her on the internet. MILLER said that she stopped finding stuff about her on internet when FREDIN was booked for 8 months for violating an OFP.

SP0000026EC6050B

Saint Paul Police Department

# ORIGINAL OFFENSE / INCIDENT REPORT

Complaint Number          Reference CN                                    Date and Time of Report

19132719                                                        06/20/2019 14:09:00

Primary offense:

FAMILY/CHILDREN-VIOLATION OF RESTRAINING ORDER

MILLER said she is positive that FREDIN has created the new meme's about her because she has not found anything recently until his release. MILLER said FREDIN was in violation of the new and old OFP (62-HR-CV-16-46 / 62-HR-CV-18-202) that was put against him. MILLER said that in the past, FREDIN had also created websites and meme's about her that violated the OFP.

MILLER was read the Domestic blueprint assessment questions. MILLER said she does not know if FREDIN will seriously injure or kill her. MILLER said that FREDIN threatens her everyday because she does not know if he will put her name on the internet again. MILLER said that it has not changed because it has been the same for three years. MILLER said that she is always afraid of FREDIN because of what he has done to her. MILLER said she always has to look out in case FREDIN is nearby. MILLER said if we cannot contact her, we can contact her dad, WILLIAM MILLER (C#: 612-708-9630). MILLER said that FREDIN has live in numerous areas in Saint Paul, MN and Hudson, WI in the past 10 years.

MILLER was given a business card and case number.

I uploaded the MEME's into the media vault and turned in MILLER's victim impact statement at the SPPD Western District drop box.

No further information at this time.

## PUBLIC NARRATIVE

On 06/20/19, Officers were sent to 1656 Dayton Ave on a VOP call. Upon arrival, Officers spoke with the complainant who stated that her ex-boyfriend had violated a protection order by making meme's about her.

Last page of the report

Page   1

### Saint Paul Police Department
# SUPPLEMENTAL PROPERTY REPORT

| Complaint Number | Reference CN | | Date and Time of Report |
|---|---|---|---|
| 19132719 | | | 06/20/2019 15:40:00 |

Primary offense:

## FAMILY/CHILDREN-VIOLATION OF RESTRAINING ORDER

| | |
|---|---|
| Primary Reporting Officer: **Xiong, Xai** | Name of location/business: |
| Primary squad: | Location of incident: **1656 DAYTON AV** |
| Secondary reporting officer: | **ST PAUL,** |
| Approver: | |
| District: | Date & time of occurrence: **06/20/2019 12:45:00** to |
| Site: | **06/20/2019 12:45:00** |

Arrest made:

Secondary offense:

| | |
|---|---|
| Police Officer Assaulted or Injured: | Police Officer Assisted Suicide: |
| Crime Scene Processed: | |

## OFFENSE DETAILS

### FAMILY/CHILDREN-VIOLATION OF RESTRAINING ORDER

| | |
|---|---|
| Attempt Only: | Appears to be Gang Related: |

## NAMES

### Owner

#### Nicknames or Aliases

Nick Name:

Alias:

| AKA First Name: | AKA Last Name: |
|---|---|

#### Details

| Sex: | Race: | DOB: | Resident Status: |
|---|---|---|---|
| | Hispanic: | Age: | from | to |

#### Phones

| Home: | Cell: | Contact: |
|---|---|---|
| Work: | Fax: | Pager: |

#### Employment

| Occupation: | Employer: |
|---|---|

SP0000026EC6050B

Saint Paul Police Department
# SUPPLEMENTAL PROPERTY REPORT

| Complaint Number | Reference CN | | Date and Time of Report |
|---|---|---|---|
| 19132719 | | | 06/20/2019 15:40:00 |

Primary offense:

## FAMILY/CHILDREN-VIOLATION OF RESTRAINING ORDER

---

*Identification*

| SSN: | License or ID#: | License State: |
|---|---|---|

## PROPERTY

---

ITEM #   1

| Type of Loss: Recovered | Date of Loss: | Location Lost: |
|---|---|---|
| Owner: | Date Recovered: 6/20/2019 | Location Recovered: |
| Model #: | Quantity: | Serial #: |

| Article Type / Item: Other property    /  Miscellaneous items | Total value: $0.00 |
|---|---|
| Description: victim impact statement | |

| Turned in at: | Locker ID #: | Lab exams: |
|---|---|---|

## NARRATIVE

Items:
1    Other property    Miscellaneous items    victim impact statement    $ 0.00

## PUBLIC NARRATIVE

Last page of the report

Saint Paul Police Department

# SUPPLEMENTAL OFFENSE / INCIDENT REPORT

Complaint Number       Reference CN

19132719

Date and Time of Report

06/21/2019 07:07:00

Primary offense:

## FAMILY/CHILDREN-VIOLATION OF RESTRAINING ORDER

| | |
|---|---|
| Primary Reporting Officer:  Welters, Matthew | Name of location/business: |
| Primary squad: | Location of incident: 1656 DAYTON AV |
| Secondary reporting officer: | ST PAUL, MN 55104 |
| Approver: | |
| District: Western | Date & time of occurrence:  06/20/2019 09:00:00 to |
| Site: | 06/20/2019 10:00:00 |

Arrest made:

Secondary offense:

Police Officer Assaulted or Injured:              Police Officer Assisted Suicide:

Crime Scene Processed:

## NARRATIVE

I, Officer Welters - St. Paul Police Family Violence Unit, reviewed the criminal history for FREDIN, BROCK WILLIAM 12/12/1983.  I used MNCIS and MNBCA Public site to conduct the check.  I found the following QDVRO conviction:

1- 10/17/2018 - Stalking (GM) - Ramsey County, 62-CR-17-3156
2- 04/30/2019 - Violate Harassment Restraining Order (M) - Ramsey County, 62-CR-18-157

## PUBLIC NARRATIVE

Last page of the report

Page   1

Saint Paul Police Department

# SUPPLEMENTAL OFFENSE / INCIDENT REPORT

| *Complaint Number* | *Reference CN* | *Date and Time of Report* |
|---|---|---|
| 19132719 | | 06/24/2019 14:15:00 |

*Primary offense:*

## FAMILY/CHILDREN-VIOLATION OF RESTRAINING ORDER

| | |
|---|---|
| *Primary Reporting Officer:* Riley, John J | *Name of location/business:* |
| *Primary squad:* | *Location of incident:* 1656 DAYTON AV |
| *Secondary reporting officer:* | ST PAUL, MN 55104 |
| *Approver:* | |
| *District:* Western | *Date & time of occurrence:* 06/20/2019 09:00:00 *to* |
| *Site:* | 06/20/2019 10:00:00 |

*Arrest made:*

*Secondary offense:*

*Police Officer Assaulted or Injured:*          *Police Officer Assisted Suicide:*

*Crime Scene Processed:*

## NARRATIVE

On 06/24/2019 I, Sgt. John Riley of FVU, presented the case to the County Attorney's Office for charging consideration (pre-screening).

After Review, Assistant City Attorney S. Pfaffe declined charges.

## PUBLIC NARRATIVE

Last page of the report

SP0000026EC6050B

Saint Paul Police Department

# SUPPLEMENTAL OFFENSE / INCIDENT REPORT

*Complaint Number*   *Reference CN*                                          *Date and Time of Report*

19132719                                                                    06/24/2019 14:37:00

*Primary offense:*

## FAMILY/CHILDREN-VIOLATION OF RESTRAINING ORDER

| | |
|---|---|
| Primary Reporting Officer:  Riley, John J | Name of location/business: |
| Primary squad: | Location of incident: 1656 DAYTON AV |
| Secondary reporting officer: | ST PAUL, MN 55104 |
| Approver: | |
| District: Western | Date & time of occurrence:  06/20/2019 09:00:00 to |
| Site: | 06/20/2019 10:00:00 |

*Arrest made:*

*Secondary offense:*

| | |
|---|---|
| Police Officer Assaulted or Injured: | Police Officer Assisted Suicide: |
| Crime Scene Processed: | |

## NARRATIVE

On 06/24/2019 I, Sgt. John  Riley of FVU, spoke with Grace MIller to advise her the County Attorney's Office declination of charges.  Initially, Ms. Miller was upset.

Later, Miller told me she discovered the memes reported in this case were approximately 2 years old.

## PUBLIC NARRATIVE

Last page of the report

SP0000026EC6050B

**U**

**From:** "Carr, Vanessa T." </O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP
(FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=B9F8ABDD1C8C4EBE897EF6EAEB9330C9-CARR, VANES>

**To:** "Schultz, William N." <William.Schultz@minneapolismn.gov>

**Subject:** RE: Police report

**Date:** Wed, 15 Jun 2016 13:32:10 -0000

---

Lol you were so *great* that she has to keep calling you! Lol
Good Morning!!!

**From:** Schultz, William N.
**Sent:** Wednesday, June 15, 2016 7:58 AM
**To:** Carr, Vanessa T.
**Subject:** RE: Police report

I did receive an email from a Sgt from St Paul that is investigating the guy that is doing the harassing. I connected him with Lynn and sent her the original police report # so I think it is being dealt with. I told ▓▓▓▓ again that 311 does not do anything except send in the report. I have had about 4 emails from her since I left 311!! I keep telling her that I don't work there any more!!

Have a great day.

**From:** Carr, Vanessa T.
**Sent:** Monday, June 13, 2016 6:34 PM
**To:** Schultz, William N.
**Subject:** RE: Police report

Hi Bill, am I supposed to respond to this? LOL oops

**From:** Schultz, William N.
**Sent:** Friday, June 10, 2016 1:52 PM
**To:** Carr, Vanessa T.
**Subject:** FW: Police report

Hi Vanessa, I told ▓▓▓▓ I would pass this on and here is what I said to her:

Hi ▓▓▓▓,

Sorry to hear you are still having issues with this guy. I will forward this to 311 but just to let you know, at 311 we took the police reports but then they are sent to the Minneapolis Police and they would be the ones that would contact you. I am not sure who the investigator would even be in the Police Department.

Thanks,

Bill

Not sure what , if anything, can be done to help her from here??

Thank you and have a great weekend.

Bill

**From:** ▓▓▓▓ [mailto:▓▓▓▓]
**Sent:** Thursday, June 09, 2016 7:22 PM
**To:** Schultz, William N.
**Subject:** Re: Police report

Hi Bill,
  Unfortunately I haven't heard from anyone at 311, so I called the other day and set up a new addition to the report, and still have not heard back. This guy is posting my personal information online. I need to file something against him. I have also come into contact with three other women who have been harassed by him. Please let me know what to do. Thank you for your continued help.

▓▓▓▓

On Tue, May 31, 2016 at 8:38 AM, Schultz, William N. < William.Schultz@minneapolismn.gov> wrote:
Hi ▓▓▓▓,

I no longer work at Minneapolis 311, still with the City but in a different department. I forwarded your email to a colleague that is still at 311 to see what could be done from Minneapolis. I am sure you will hear from someone at 311 or from the Minneapolis Police Department about this.

Thanks and again I am sorry you are still having to deal with this.