# EXHIBIT 2

Page 1

```
 1              UNITED STATES DISTRICT COURT
 2                  DISTRICT OF MINNESOTA
 3   ―――――――――――――――――――――――――――――――――――――――――――
 4   Brock Fredin,
 5            Plaintiff,
 6        v.                    No. 17-03058 (SRN/HB)
 7   Lindsey Middlecamp,
 8            Defendant.
 9   ―――――――――――――――――――――――――――――――――――――――――――
10   Brock Fredin,
11            Plaintiff,
12        v.                    No. 18-cv-00466(SRN/HB)
13   Grace Elizabeth Miller and
14   Catherine Marie Schaefer,
15            Defendants.
16   ―――――――――――――――――――――――――――――――――――――――――――
17
18             DEPOSITION OF BROCK FREDIN
19               Taken December 5, 2019
20               Scheduled for 9:30 a.m.
21
22
23
24
25   REPORTED BY: JONATHAN WONNELL, RMR
```

Page 170

1   Grace Miller.  I looked at that conversation.  I
2   looked at information related to everything that had
3   happened to determine if there was someone who made a
4   rape allegation against me.  So, yeah, I mean, I was
5   at a loss.
6                   (Fredin Exhibit 20 was marked for
7                   identification.)
8   BY MR. BREYER:
9       Q    Mr. Fredin, you've been handed Exhibit 20
10  and this is a post from you, correct?
11      A    I'm not sure if it is.
12      Q    And you appear to be complaining about
13  Ms. Middlecamp and what she has done with respect to
14  her CardsAgstHrsmt page, correct?
15      A    It appears as if I am indicating that a
16  person that I had never met before is attacking me to
17  thousands of people on Twitter.
18      Q    All right.  And in the middle of the page
19  you list a number of complaints you have against her,
20  including the last one which says "Promoting false
21  rape accusations."  Do you see that?  And then after
22  that there's a parentheses and it says, "(from women
23  cheating on their fiancés in consensual intimacy)."
24      A    Yes, I see that.
25      Q    Which woman did you have consensual

Page 171

1  intimacy that you're referring to?
2       A    None.
3       Q    Well, what women are you aware of that
4  were cheating on their fiancés?
5       A    None.  Literally, I've had sex with like
6  one woman.  So --
7       Q    Well, is this the woman?
8       A    No.
9       Q    Well, explain to me the reference about
10 women cheating on their fiancés in consensual
11 intimacy with you?
12      A    I have honestly no idea.  I've had sex
13 with one woman, this is horrible to say in a
14 deposition, but I'm gay, so this is not a reference
15 to any sort of sexual activity that I could have
16 possibly had with a woman.
17      Q    Well, how do you explain the words you
18 used?
19      A    Again, I have had sex with one woman in my
20 entire life and it was not this individual.
21      Q    Well, Mr. Fredin, you've had --
22      A    This is clearly a fake --
23      Q    -- relationships with women.  We've talked
24 about those.  You had one with my client, Grace
25 Miller.  You had one with Sarah -- I'm going to