<pre>
                    UNITED STATES DISTRICT COURT
                       DISTRICT OF MINNESOTA
</pre>

| | |
|---|---|
| Brock Fredin, | |
|           Plaintiff, | Court File No. 17-cv-03058 (SRN/HB) |
| v. | |
| Lindsey Middlecamp, | |
|           Defendant. | |

## DECLARATION OF LINDSEY MIDDLECAMP

I, Lindsey Middlecamp, declare as follows:

1.  I submit this Declaration in support of my motion for summary judgment.

2.  On February 22, 2017, I saw a public Facebook post by someone I was not acquainted with that accused Fredin of rape. I contacted the individual via Facebook and offered to connect her with a rape survivor support community which I was affiliated with. The individual confirmed she was interested in being put in touch with that community. During our conversation, the individual also expressed a desire to have her story shared with others. I elected to redact the individual's name from the screenshot I shared to my Twitter account because I did not want the individual to receive unwanted attention from strangers on the internet. I shared the post believing the veracity of the allegation and believing it was important to share as a matter of public concern.

I declare under the penalty of perjury that the foregoing is true and correct. Executed this 3rd day of September, 2020 at Duluth, Minnesota.

> */s/ Lindsey Middlecamp*
> Lindsey Middlecamp

2
4837-8603-6426.1