## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

_____

Brock Fredin,

                    Plaintiff,          Court File No. 17-cv-03058 (SRN/HB)

v.

Lindsey Middlecamp,

                    Defendant.

_____

### DECLARATION OF JAMIE KREIL

I, Jamie Kreil, declare as follows:

1.     I submit this affidavit in support of Defendant's motion for summary judgment. I ask that this affidavit remain Confidential pursuant to the Court's Protective Order, and that Plaintiff Brock Fredin be prevented from contacting me or retaliating against me in any way for my participation as a witness in this case. I understand, however, that if this case proceeds to a jury trial I may be subject to a subpoena and examination at trial.

2.     On February 22, 2017, I saw a Citypages article about Plaintiff Brock Fredin and his harassment of two local women. I had never spoken to or been aware of other women victimized by Brock Fredin prior to that date.

3.     After seeing the article in Citypages, I wrote and published a post on Facebook identifying Brock Fredin as the man who raped me in 2010. A true and correct

copy of that post is attached hereto as Exhibit A. My statements in the post are true. The post has always been set to "public," allowing others to share or view it even if they are not my Facebook friends.

4.     After I posted my experience, I communicated with Lindsey Middlecamp via Facebook Messenger. She and I had never met or spoken prior to that. Lindsey Middlecamp offered to connect me with a local rape survivor support community.

5.     During our conversation, I also authorized Lindsey Middlecamp to share my Facebook post on her Twitter account to help share my story and keep others safe.


Dated: September 3, 2020                    /s/ *Jamie Kreil*
                                            Jamie Kreil