# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Brock Fredin,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>Lindsey Middlecamp,<br><br>　　　　　Defendant. | Case No. 17-cv-3058 (SRN/HB)<br><br>**ORDER** |

This matter is before the Court on an email received by the Court on September 4, 2020 from Plaintiff Fredin, requesting a hearing date for a Motion to Strike. The Court provides the following briefing schedule for this motion:

1. Plaintiff's motion to strike shall be filed on or before September 14, 2020.

2. Defendant's Response to the motion shall be filed on or before September 24, 2020.

3. This motion will be decided on the papers filed, without oral argument.

**SO ORDERED**.

Dated: September 4, 2020　　　　　　　　　s/Susan Richard Nelson
　　　　　　　　　　　　　　　　　　　　SUSAN RICHARD NELSON
　　　　　　　　　　　　　　　　　　　　United States District Judge