UNITED STATES DISTRCT COURT
DISTRICT OF MINNESOTA

Brock Fredin,

        Plaintiff,

v.                                  Civil No. 17-03058 (SRN/HB)

Lindsey Middlecamp,

        Defendant.

---------------------------------------------------------

Brock Fredin,

        Plaintiff,

v.                                  Civil No. 20-01929 (WMW/DTS)

Jamie Kreil,

        Defendant.

## ORDER OF DIRECTION TO THE CLERK OF COURT
## FOR REASSIGNMENT OF RELATED CASE

Case No. 17-03058 having previously been assigned to Judge Susan Richard Nelson and Magistrate Judge Hildy Bowbeer and Case No. 20-01929 (WMW/DTS) having later been assigned to Judge Wilhelmina M. Wright and Magistrate Judge David T. Schultz, and said matters being related cases,

**IT IS HEREBY ORDERED** that Case No. 20-01929 (WMW/DTS) be assigned to Judge Susan Richard Nelson and Magistrate Judge Hildy Bowbeer, nunc pro tunc, by use of a card from the appropriate deck in the automated case assignment system. The Clerk of Court is directed to void and reuse cards from the same deck from which the

original assignment was made pursuant to the Court's Assignment of Cases Order dated January 10, 2020.

**IT IS FINALLY ORDERED** that a copy of this Order shall be filed in each of the above-listed files.

Dated: October 7, 2020        s/Susan Richard Nelson
                              Susan Richard Nelson, Judge
                              United States District Court


Dated: October 8, 2020        s/Wilhelmina M. Wright
                              Wilhelmina M. Wright, Judge
                              United States District Court