# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

---

Brock Fredin,

                Plaintiff,              Court File No. 17-cv-03058 (SRN/HB)

v.

Lindsey Middlecamp,

                Defendant.

---

Brock Fredin,

                Plaintiff,              Case File No. 18-cv-466 (SRN/HB)

v.

Grace Elizabeth Miller, and
Catherine Marie Schaefer,

                Defendants.

---

## DEFENDANTS' MOTION TO DECLARE PLAINTIFF
## A VEXATIOUS LITIGANT

Defendants Lindsey Middlecamp, Grace Miller, and Catherine Schaefer, respectfully move the Court to declare Plaintiff Brock Fredin as a vexatious litigant as set forth more fully in Defendants' Memorandum in Support of Motion to Declare Plaintiff a Vexatious Litigant, which is incorporated herein by reference.

Dated:      October 12, 2020                    **KUTAK ROCK LLP**


By   /s/ K. Jon Breyer
K. Jon Breyer (#302259)
60 South Sixth Street
Suite 3400
Minneapolis, MN 55402
Telephone: (612) 334-5057
jon.breyer@kutakrock.com

***Attorneys for Defendants Lindsey
Middlecamp Grace Miller, and
Catherine Schaefer***

4851-8409-3134.1