# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Brock Fredin, | |
| Plaintiff, | Court File No. 17-cv-03058 (SRN/HB) |
| v. | |
| Lindsey Middlecamp, | |
| Defendant. | |

| | |
|---|---|
| Brock Fredin, | |
| Plaintiff, | Case File No. 18-cv-466 (SRN/HB) |
| v. | |
| Grace Elizabeth Miller, and Catherine Marie Schaefer, | |
| Defendants. | |

## DEFENDANTS' MOTION FOR A TEMPORARY RESTRAINING ORDRER

Defendants Lindsey Middlecamp, Grace Miller, and Catherine Schaefer, pursuant to Fed. R. Civ. P. Rule 65, respectfully move the Court for a temporary restraining order as set forth more fully in Defendants' Memorandum of Law in Support of Motion for a Temporary Restraining Order, which is incorporated herein by reference.

Dated:     October 12, 2020            **KUTAK ROCK LLP**

By  /s/ K. Jon Breyer
K. Jon Breyer (#302259)
60 South Sixth Street
Suite 3400
Minneapolis, MN 55402
Telephone: (612) 334-5057
jon.breyer@kutakrock.com

*Attorneys for Defendants Lindsey Middlecamp, Grace Miller, and Catherine Schaefer*