# EXHIBIT 11





| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Home | Moments | Notifications | Messages | | Search Twitter | | Tweet |



**Tweets** 146    **Following** 17    **Followers** 2    **Likes** 16

Follow

# Brock Fredin
@Brock_Fredin

Advocate for the fallen. Love thy enemy. Zsa Zsa Gabor's publicist. War fighter. From a family of war fighters.

Hudson, WI

Joined December 2017

Tweet to Brock Fredin

23 Photos and videos







**Tweets**    **Tweets & replies**    **Media**



**Brock Fredin** @Brock_Fredin · 6h
Their pro bono representation is next. Dropping some legal bombs on them. Why would a wealthy middle-aged Ivy-league educated lawyer need a pro bono lawyer? I will look forward to hearing the false stories told to solicit their sympathy and representation.

🔁 1



**Brock Fredin** @Brock_Fredin · 6h
No one would drill Catherine Schaefer. She has serious self esteem issues to fabricate so many exotic and crazy stories that have since been proven incredibly false. I get the creeps being in the same building as her. What a loser. She is desperate for attention.



**Brock Fredin** @Brock_Fredin · 6h
Corrupt U.S. Attorney is definitely on the autistic scale. She thinks everyone hits on her or thinks she is beautiful. This is false. Most women live life without attacking any man who gives them compliments. Her actions are indicative and symptoms of mental illness.



**Brock Fredin** @Brock_Fredin · 9h

Facing significant media pressure, it keeps on getting worse for @MNCourts / Referee Elizabeth A. Clysdale, David E. McCabe, and Corrupt U.S. Attorney. As explosive court documents show each continued a pervasive pattern of extreme misconduct and corruption.

**Brock Fredin** @Brock_Fredin · 9h

I am at @EDC_LasVegas right now. FUCK YEAH! Defeating corrupt U.S. Attorneys is easy. Defeating corrupt @MNCourts judicial officers is easier. Defeating corrupt Saint Paul Police Department officers is the easiest.

> **Dr.Disrespect - Gillette (The Best A Man Can Get) B…**
> Dr.Disrespect - Gillette (The Best A Man Can Get) By 199X My Gaming Channel: https://www.youtube.com/channel/UCAaJovO4KNqvgTz9
> youtube.com

**Brock Fredin** @Brock_Fredin · 9h

@NevSchulman is a bonafide queer. This man deserves every bit of this publicity. Catherine Marie Schaefer - who has Munchausen syndrome - attempted to catfish me for years before her true actions were recently revealed in explosive court documents.

**MTV host accused of sexual misconduct**
MTV has suspended production on Catfish: The TV Show as it investigates host Nev Schulman for sexual misconduct.
news.com.au

**Brock Fredin** @Brock_Fredin · 10h
A little wise advice for David E. McCabe: Find a good lawyer. #MAGA

> McCabe should be scared. He violated the law and If found factual you have a claim against St Paul and St Croix sheriff

**Brock Fredin** @Brock_Fredin · 10h
Replying to @robconery
Take some selfies!

**Brock Fredin** @Brock_Fredin · 11h
An American Hero is chased, taunted, and ruined by the @nypost. The fake liberal media is deplorable and useless.

Pathetic reporter's @KevinFasick and @natmusumeci owe @ASchlossbergLaw an apology.

@attorneywallack @robertwallack @AnthonyZappin @Jezebel

**Racist lawyer runs scared from cameras outside home**

The Midtown lawyer who was caught on video hurling racist comments at Spanish-speaking restaurant workers refused to comment outside his ho...

nypost.com



**Brock Fredin** @Brock_Fredin · 12h

Elizabeth A. Clysdale, David E. McCabe, Grace Elizabeth Miller, Catherine Schaefer, and Corrupt U.S. Attorney: Would rather bury evidence into motions to dismiss instead of arguing on the facts in the original Complaint.



**Brock Fredin** @Brock_Fredin · 24h

Why hasn't Referee Elizabeth A. Clysdale been properly investigated?

@fbiminneapolis @HudsonWisc @sppdmn @MNCourts @infowars @doug_wardlow @GovMarkDayton @TimPawlenty @MeekMill @GovWalker @stevekbannon @keithellison @AlanDersh @particle @LawyerMN @RealAlexJones @TuckerCarlson

Show this thread

**Brock Fredin** @Brock_Fredin · May 17

Fredin v. Clysdale, et al., 18-cv-00510 (SRN/HB). @PawLBAZiLe @MNCourts @UofMNLawSchool @clarkeja @TuckerCarlson @robertwallack @934airliftwing @melvincarter3 @sclarkmn @UCLA_Law @KellyFinley @amysteadman4 @ToddAxtell  @doug_wardlow @realDonaldTrump #MAGA

**Fredin v. Clysdale, et al., 18-cv-00510 (SRN/HB)**

May 16th, 2018 Memorandum of Law for Motion to Leave to File Second Amended Complaint and Other Equitable Relief. Grace Elizabeth Miller, Catherine Mar...

scribd.com

💬 1

Show this thread

**Brock Fredin** @Brock_Fredin · May 17

Replying to @AttorneyWallack

Good work with those pool rods. @robertwallack @panda @BorgosLaw @Lawrence @Grindr @bestofgrindr @Eminem @RealRomaDowney @ManhattanDA @AnthonyZappin @martistine @driverminnie @rosemcgowan @KellyRutherford @KellyFinley @foxandfriends @amysteadman4 @methodman @ParisHilton

**Brock Fredin** @Brock_Fredin · May 17

"Hold out baits to entice the enemy. Feign disorder, and crush him." – Sun Tzu, The Art of War.

🔁 1

**Brock Fredin** @Brock_Fredin · May 16

@robertwallack sucks, sucks, sucks, sucks, sucks, sucks, and sucks.  Wallack sucks.  Wallack sucks.  Wallack is a scum bag.  Wallack is a piece of shit.

Show this thread

**Brock Fredin** @Brock_Fredin · May 16

Who is ready for the bomb about to be dropped?

💬 1   🔁   ✉️

Show this thread

**Brock Fredin** @Brock_Fredin · May 16

I may have an IQ below 95, but I can still write a fucking awesome opposition motion.

💬   🔁   ✉️

Show this thread

**Brock Fredin** @Brock_Fredin · May 15

Replying to @Brock_Fredin @AttorneyWallack and 32 others

Classic Wallack tactics: @jennifergfeldm1 @MattyB @Karenbeauty1122 @meek_mILLNER @Mrs_Gorman @HexagonCyberLaw @REALCRIMDEFENSE @JonDStern @davideperry @YanRozovsky @Stacey_BB @VVtheBrand @RainaSeitel @AndyFeinberg @DivorceLounge @Carbon_NYC @MeddinLaw

**Scuffed Robert Wallack** @AttorneyWallack

BREAKING NEWS: I just filed a lawsuit in the United States Supreme Court captioned Robert Wallack v. Male Pattern Baldness. I cannot let the travesty in this photograph go unpunished #wallackfirm …

💬   🔁   ✉️



**Brock Fredin** @Brock_Fredin · May 15

Replying to @AttorneyWallack @robertwallack and 30 others

I would welcome @HarveyLevinTMZ's input on this #cucklaws. @andersoncooper might have input too. @amysteadman4 could help with any OXY prescriptions for the ass-et (asset) pain post divorce. Maybe @lindsaylohan needs a new lawyer? @jenna_marbles @kanyewest @TheEllenShow

1

**Brock Fredin** @Brock_Fredin · May 15

Replying to @AttorneyWallack @robertwallack and 27 others

Wallack, you're an expert scuffer and polisher of pools. But, I hear you're also an expert on #cucklaw. A national crisis is emerging among #cucked husbands where their wife takes all of their ass-et (assets) during divorce proceedings. @clarkeja @frankrichny @KellyRutherford

1

**Who to follow** · 
Refresh · View all

Followed by Ryan Not Rian and others



Niver @tni… ✕
Follow

Followed by Kitten with a whip. and others

j a z z g h… ✕
Follow

| Followed by |
|---|
| Tweets by Collin™ - Sponsored by Dress Barn and others |

 case face… ✕

Follow

Find people you know
Import your contacts from Gmail

Connect other address books

Minneapolis trends · Change

#893Songs
@cinatyte, @AliLozoff and 2 more are Tweeting about this

#32under32

#RoyalWedding 
@MPRnews, @kare11 and 4 more are Tweeting about this

#FakeLoveFriday
2.6M Tweets

Prince Charles
Meghan Markle asks Prince Charles to walk her down the aisle

#FridayFeeling
48.6K Tweets

Trump National Doral
4,466 Tweets

1,180 Tweets

**Windsor**
55K Tweets

**Gallery Place**

**Chris Cuomo**

© 2018 Twitter   About
Help Center   Terms
Privacy policy   Cookies
Ads info