# EXHIBIT 13

i.      April 14, 2018 screen capture from twitter.com

