# EXHIBIT 14



## SCRIBD

Search

Learn more about Scribd Membership >



- Home
- Saved
- Bestsellers
- Books
- Audiobooks
- Snapshots
- Magazines
- Documents
- Sheet Music



### Anthony Zappin

## Uploads









**Zappin v. Comfort et al. - Docket No. 136...**
UPLOADED BY
👤 Anthony Za...

**Schorr v Schorr Financial Decision**
UPLOADED BY
👤 Anthony Za...

**Zappin v Cooper Petition for...**
UPLOADED BY
👤 Anthony Za...

**Order - Brock Fredin v Lindsey Middlecamp**
UPLOADED BY
👤 Anthony Za...




# IDOCPUB

Home / Order - Brock Fredin V Lindsey Middlecamp / Download

# Download Order - Brock Fredin V Lindsey Middlecamp



- **Type:** PDF
- **Date:** November 2019
- **Size:** 39KB
- **Author:** Anthony Zappin

This document was uploaded by user and they confirmed that they have the permission to share it. If are author or own the copyright of this book, please report to us by using this DMCA report form.

🚩 Report DMCA



I'm not a robot

reCAPTCHA
Privacy - Terms

⬇ Save to your local