# EXHIBIT 17

**From:** brock fredin <brockfredinlegal@icloud.com>
**Sent:** Thursday, October 8, 2020 1:23 PM
**To:** Breyer, K. Jon <Jon.Breyer@KutakRock.com>
**Subject:** Re: Fredin v. Miller, Case No. 18-CV-466

[ CAUTION - EXTERNAL SENDER ]

Let's see if you're telling the truth and if you're negotiating in good faith.  The website and video (which only contains truthful information) has been removed.  I expect <u>reasonable</u> terms by end of the working day (5PM CST).

On Oct 8, 2020, at 10:59 AM, Breyer, K. Jon <Jon.Breyer@KutakRock.com> wrote:

I was preparing terms and then I came across these:

https://www.youtube.com/watch?v=pWPAHCN3iZQ

and

http://www.kjonbreyer.com/

I will not have any settlement discussions with you until these (or any others) are taken down.