UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

BROCK FREDIN,

            Plaintiff,

  --against--

LINDSEY MIDDLECAMP,

            Defendant.

Case No. 17-CV-3058

**DECLARATION OF BROCK FREDIN**

STATE OF WISCONSIN    }
                              ss:
COUNTY OF SAINT CROIX    }

BROCK FREDIN, being duly sworn, deposes and says:

1. I am the Plaintiff in the above-captioned proceeding. I submit this second declaration in support of my motion for sanctions. For the reasons stated herein and within my memorandum of law, Plaintiff's motion for sanctions should be granted in its entirety.

**AUTHENTICATION OF DOCUMENTS**

2. Attached hereto as **Exhibit A** is a true and correct copy of the email chain dated April 27-28, 2020 from Ballard Spahr attorney Leita Walker to Brock Fredin.

Dated: September 4, 2020

                                                /s/ Brock Fredin
                                                Brock Fredin
                                                brockfredinlegal@icloud.com
                                                *Plaintiff, pro se*



**From:** Walker, Leita  WalkerL@ballardspahr.com
**Subject:** Email today
**Date:** April 27, 2020 at 11:34 AM
**To:** brock fredin  brockfredinlegal@icloud.com



Hi, Mr. Fredin. I got an email from anonymousemail. It looks like it might be from you but I didn't want to open it without checking in case it is spam/a virus.
Can you please confirm whether you sent me a link to a court of appeals opinion?

Thanks,

Leita Walker

**Ballard Spahr** LLP

2000 IDS Center, 80 South 8th Street
Minneapolis, MN 55402-2119
612.371.6222 DIRECT
612.371.3207 FAX

walkerl@ballardspahr.com

------------------------------
www.ballardspahr.com

**From:** brock fredin brockfredinlegal@icloud.com
**Subject:** Re: Email today
**Date:** April 27, 2020 at 3:35 PM
**To:** Walker, Leita  WalkerL@ballardspahr.com



No, I do not send anonymous emails nor have I ever.  This email is not me.  I have no knowledge of this email until you just provided me with this information.  I am insulted that you would make this implication but thankful you notified me of this contact.  Indeed, the implication that I would send emails like this is a fiction created by Catherine Schaefer, Lindsey Middlecamp, and Grace Miller.

Moreover, I would not send an anonymous email to an adverse attorney.  Given the Court of Appeals decision released today, I believe that the anonymous email was created by Lindsey Middlecamp, Catherine Schaefer, Grace Miller, or their surrogates to provide you with an advantage in any pleading.  I encourage you to notify the Court by sharing a screenshot of the email and/or any email address.  This includes taking all necessary actions including contacting your managing partner(s), Information Technology teams, and state or federal law enforcement.

This email is likely yet another stalking event carried out by Catherine Schaefer, Lindsey Middlecamp, Grace Miller, and their surrogates.  They have carried out an unprecedented orchestrated stalking campaign that refuses to cease.  This is but one of hundreds of their efforts likely targeting me, in part, because of my family of origin.

As I have described, I am unable to receive protection from these women because of their powerful societal roles and gender.  I am terrified of these violent women.  Because your firm is acting in concert with these women's actions to stalk me by not only providing free pro bono representation but also where Adam C. Ballinger and (former Lindquist partner) Karl Johann Breyer attempted to tamper and interfere with this and similar litigation in an April 25, 2018 email, failure to take immediate action described above may amount to negligence.

I am notifying the Court immediately of this evidence to preserve the incident and yet again document actions to terrorize my family and me.

Brock Fredin

> On Apr 27, 2020, at 11:34 AM, Walker, Leita <WalkerL@ballardspahr.com> wrote:
>
> Hi, Mr. Fredin. I got an email from anonymousemail. It looks like it might be from you but I didn't want to open it without checking in case it is spam/a virus.
> Can you please confirm whether you sent me a link to a court of appeals opinion?
>
> Thanks,
>
> Leita Walker
>
> **Ballard Spahr** LLP
>
> 2000 IDS Center, 80 South 8th Street
> Minneapolis, MN 55402-2119
> 612.371.6222  DIRECT
> 612.371.3207  FAX
>
> walkerl@ballardspahr.com
>
> -------------------------------
> www.ballardspahr.com

www.ballardspahr.com