UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

BROCK FREDIN,

          Plaintiff,

  --against--

LINDSEY MIDDLECAMP,

          Defendant.

Case No. 17-CV-3058

**MEET AND CONFER**

BROCK FREDIN,

          Plaintiff,

  --against--

GRACE MILLER,
CATHERINE SCHAEFER,

          Defendants.

Case No. 18-CV-466

**MEET AND CONFER**

I, BROCK FREDIN, proceeding *pro se*, hereby certify that:

I met and conferred with opposing parties by:

1. On September 30, 2020 I emailed Karl Johann Breyer regarding the motion to unseal. No resolution was ascertained from Mr. Breyer.
2. On October 1, 2020 Mr. Breyer responded and declined resolution.

Discussing the following motions:

**PLAINTIFF'S MEMORANDUM TO UNSEAL**

As a result of the meet-and-confer, the parties:
(Check the box that applies.)

☑ Do **not** agree on the resolution of any part of the motion.

Dated: October 13, 2020

          <u>s/ Brock Fredin</u>
Brock Fredin
Saint Croix Co., WI
(612) 424-5512 (tel.)
brockfredinlegal@icloud.com
*Plaintiff, Pro Se*