UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Brock Fredin, | Case No. 17-CV-3058 (SRN/HB) |
| Plaintiff, | |
| v. | **ORDER** |
| Lindsey Middlecamp, | |
| Defendant. | |

| | |
|---|---|
| Brock Fredin, | Case No. 18-CV-466 (SRN/HB) |
| Plaintiff, | |
| v. | |
| Grace Elizabeth Miller et al., | |
| Defendants. | |

Brock Fredin, 1180 Seventh Avenue, Baldwin, WI 54002, Plaintiff *pro se*.

K. Jon Breyer, Kutak Rock LLP, 60 South Sixth Street, Suite 3400, Minneapolis, MN 55402 for Defendants.

These matters are before the Court on the filing of two motions by Defendants: 1) Motion to Declare Plaintiff a Vexatious Litigant [Doc. No. 209 in case 17-cv-3058 and Doc. No. 186 in case 18-cv-466] and 2) Motion For a Temporary Restraining Order [Doc. No. 212 in case 17-cv-3058 and Doc. No. 189 in case 18-cv-466], which the Court will convert to a Motion for a Preliminary Injunction.

Under Local Rule 7.1(d), the Court sets the following briefing schedule.

Based upon all the files, records, and proceedings herein, IT IS HEREBY ORDERED THAT:

1. Plaintiff Fredin shall file his response(s) on or before Monday, November 2, 2020.

2. Defendants shall file their reply brief(s) on or before Monday, November 16, 2020.

3. This matter will be decided on the papers, without oral argument.

4. The parties shall comply with the word limits set forth in Local Rule 7.1(f).

Dated: October 13, 2020

                                                s/Susan Richard Nelson
                                                SUSAN RICHARD NELSON
                                                United States District Judge