## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Brock Fredin,

          Plaintiff,

v.

Lindsey Middlecamp,

          Defendant.

Court File No. 17-cv-03058 (SRN/HB)

Brock Fredin,

          Plaintiff,

v.

Grace Elizabeth Miller, et al.,

          Defendant.

Court File No. 18-cv-00466 (SRN/HB)

### DECLARATION OF K. JON BREYER

I, K. Jon Breyer, declare as follows:

1. I am an attorney with the law firm of Kutak Rock LLP and counsel to Defendants in the above-captioned matters. I submit this affidavit in support of Defendants' Motion for Preliminary Injunction and Motion to Declare Plaintiff a Vexatious Litigant.

2. Attached hereto as **Exhibit A** is an October 12, 2020 email from Brock Fredin indicating there are " . . . bunch of sites and videos" not identified in Defendants initial motion.

4828-1140-7314.1

3. Attached hereto as **Exhibit B** is Fredin's November 16, 2020 letter to the Court of Appeals.

I declare under the penalty of perjury that the foregoing is true and correct. Executed this 17th day of November, 2020 at Minneapolis, Minnesota.

<u>/s/K. Jon Breyer</u><br>
K. Jon Breyer