## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| Brock Fredin,  Plaintiff,  v.  Lindsey Middlecamp,  Defendant. | Court File No. 17-cv-03058 (SRN/HB) |
| Brock Fredin,  Plaintiff,  v.  Grace Elizabeth Miller, and Catherine Marie Schaefer,  Defendants. | Case File No. 18-cv-466 (SRN/HB) |

### DECLARATION OF LINDSEY MIDDLECAMP

I, Lindsey E. Middlecamp, submit this declaration under penalty of perjury and with personal knowledge of the matters herein:

1. On or around October 24, 2020, I received a phone call from a law enforcement officer in Hudson, Wisconsin. He indicated that he was following up on a police report made on or about October 22, 2020, by Brock Fredin alleging that I had sent him threatening communications online through his YouTube channel.

4848-1654-4210.1

2

2. I have never submitted any comments or messages of any kind to Mr. Fredin's YouTube channel, either under my own name or any other name, nor have I directed or encouraged any others to communicate with or direct messages to Mr. Fredin or his YouTube channel in any manner.

3. On or around November 3, 2020, I received notice from my employer that they had processed a piece of mail regarding a new professional responsibility complaint brought against me by Mr. Fredin. I was provided with a copy of that correspondence, and learned that Mr. Fredin had filed a new complaint on October 16, 2020 regarding alleged misconduct by me. Mr. Fredin's allegations mirror those raised in this litigation. The correspondence indicated that the Office of Professional Responsibility had declined to investigate.

Electronically signed and sworn in Hennepin County on November 16, 2020:

*/s/ Lindsey E. Middlecamp*
Lindsey Middlecamp