UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Brock Fredin,

          Plaintiff,          Court File No. 17-cv-03058 (SRN/HB)

v.

Lindsey Middlecamp,

          Defendant.

Brock Fredin,

          Plaintiff,          Case File No. 18-cv-466 (SRN/HB)

v.

Grace Elizabeth Miller, and
Catherine Marie Schaefer,

          Defendants.

## [PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO DECLARE PLAINTIFF A VEXATIOUS LITIGANT

Upon consideration of Defendants' Motion to Declare Plaintiff a Vexatious Litigant and the Court having reviewed the papers in support of Defendants' motion, together with any opposition, and the Court having heard the arguments of counsel, if any, and good cause having been shown, it is hereby **ORDERED**:

    1.    Defendant's Motion to Declare Plaintiff a Vexatious Litigant is **GRANTED**.

    2.    Plaintiff Brock Fredin shall not, as a self-represented party (*pro se*), commence any new litigation asserting claims against Defendants or reference Defendants in litigation where they are

2

not a party without first obtaining leave of this Court or a judicial officer of the court in which that litigation is proposed to be filed. In the event Plaintiff elects to obtain leave of a judicial officer in the court in which he seeks to file a claim or assert allegations regarding Defendants, Plaintiff must provide that judicial officer with a copy of this Court's Order.

Dated: November __, 2020

                                      The Honorable Susan Richard Nelson
                                      District Judge