# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Brock Fredin,

                Plaintiff,        Court File No. 17-cv-03058 (SRN/HB)

v.

Lindsey Middlecamp,

                Defendant.

Brock Fredin,

                Plaintiff,        Case File No. 18-cv-466 (SRN/HB)

v.

Grace Elizabeth Miller, and
Catherine Marie Schaefer,

                Defendants.

## [PROPOSED] ORDER GRANTING DEFENDANTS' MOTION FOR PRELIMINARY INJUNCTION

Upon consideration of Defendants' Motion for Preliminary Injunction and the Court having reviewed the papers in support of Defendants' motion, together with any opposition, and the Court having heard the arguments of counsel, if any, and good cause having been shown, it is hereby **ORDERED**:

1. Defendant's Motion for Preliminary Injunction is **GRANTED**.

2. Plaintiff Brock Fredin shall immediately take down, remove, and/or disable the following online content so that it may not be viewed or accessed by the public:

4831-4734-5362.1

a. https://www.youtube.com/watch?v=cKZQ-cgv974
b. https://www.youtube.com/watch?v=SV7QSEob3fI
c. www.youtube.com/watch?v=pWPAHCN3iZQ
d. https://www.youtube.com/watch?v=EqeNUf3CXpQ
e. https://www.youtube.com/watch?v=LNOTm082pS8
f. https://www.youtube.com/watch?v=8OKrqkvOCZM
g. https://www.youtube.com/watch?v=lUGyNosr974
h. https://www.youtube.com/watch?v=tdyWcPA5k0I
i. https://www.youtube.com/watch?v=QFVYNQnIecg
j. https://www.youtube.com/watch?v=_JSkH5r52ao
k. https://youtu.be/88gxnGMkP8s
l. https://youtu.be/Qp5AgDY3rlU
m. https://youtu.be/qhA1QW2dDD0
n. All content in the Judicial Protest YouTube channel
o. All content in the Judicial Dissent YouTube channel
p. Jamie-kreil.com
q. Attorneykjonbreyer.com
r. KJonBreyer.com
s. AttorneyPeterMayer.com
t. JudgePatrickDiamond.com
u. JudgeDiamond.com
v. JudgePatrickCDiamond.com
w. ElizabethClysdale.com
x. Refereejamesstreet.com
y. JudgeVuelo.com
z. JudgeKevinGRoss.com
aa. JudgeJeffreyBryan.com
bb. JusticeMatthewWCooper.com
cc. ClerkAnnMarieOneill.com
dd. AttorneyJacquelinePerez.com

  ee. NicoleSZemborski.com

  ff. NicoleCornale.com

  gg. IreneZon.com

  hh. YamyVang.com

  ii. LyndseyOlson.com

  jj. CareyBollinger.com

  kk. Careyjeanbollinger.com

  ll. KeithSellen.com

  mm. SusanHumiston.com
     JonathanZeisser.com
     ThomasSipkins.com

  nn. Lawyerhayneshansen.com

  oo. Hayneshansen.net

  pp. Enakovacevic.com

  qq. Annelockner.com

  rr. Annemlockner.com

3. Plaintiff Brock Fredin shall immediately take down, remove, and/or disable any similar online content not specifically identified above.

4. The web hosting companies, domains and search engines (including but not limited to Google, Explorer, Safari, YouTube) are hereby ordered to take down, remove, and/or disable the web content identified above.

5. The web hosting companies, domains and search engines (including but not limited to Google, Explorer, Safari, YouTube) are hereby ordered to provide to Defendants' counsel all information

6. Plaintiff Brock Fredin shall not register or publish websites, contribute to websites or generate YouTube videos, social media posts, memes, images, or other online content, or induce others on his behalf, that (A) refer or relate to Lindsey Middlecamp, Catherine Schaefer, Grace Miller, their counsel K. Jon Breyer, Peter Mayer, the law firms of Kutak Rock or Dorsey & Whitney;

3

      (B) refer or relate to any Judges, Referees, judicial clerks, court reporters, jurors, or prosecutors that participated in legal proceedings involving Plaintiff Fredin or Defendants; (C) refer or relate to employees of the Minnesota Office of Lawyers Professional Responsibility, Wisconsin Office of Lawyer Regulation or similar agencies that reviewed Plaintiff Fredin's complaints and petitions.

7. Plaintiff Brock Fredin shall not anonymously or pseudonymously register or publish websites, contribute to websites or generate YouTube videos, social media posts, memes, images, or other online content, or induce others on his behalf, that (A) refer or relate to Lindsey Middlecamp, Catherine Schaefer, Grace Miller, their counsel K. Jon Breyer, Peter Mayer, the law firms of Kutak Rock or Dorsey & Whitney; (B) refer or relate to any Judges, Referees, judicial clerks, court reporters, jurors, or prosecutors that participated in legal proceedings involving Plaintiff Fredin or Defendants; (C) refer or relate to employees of the Minnesota Office of Lawyers Professional Responsibility, Wisconsin Office of Lawyer Regulation or similar agencies that reviewed Plaintiff Fredin's complaints and petitions.

8. Plaintiff Brock Fredin must use his own legal name to the extent he wishes to communicate with third parties or publish content related to Defendants or individuals involved in the legal proceedings in which Plaintiff Fredin has been involved so that this Court may, if necessary, evaluate whether such content or communications constitute harassment.

Dated: November __, 2020

                                               The Honorable Susan Richard Nelson
                                               District Judge