# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

BROCK FREDIN,

                Plaintiff,

  --against--

LINDSEY MIDDLECAMP,

                Defendant.

Case No. 17-CV-3058

**NOTICE OF APPEAL**

**DATE OF ORDER BEING CHALLENGED: NOVEMBER 13, 2020**

---

BROCK FREDIN,

                Plaintiff,

  --against--

GRACE MILLER,
CATHERINE SCHAEFER,

                Defendants.

Case No. 18-CV-466

**NOTICE OF APPEAL**

**DATE OF ORDER BEING CHALLENGED: NOVEMBER 13, 2020**

---

TO:   **THE PRESIDING JUDICIAL OFFICIAL** OF THE DISTRICT COURT OF MINNESOTA, 316 ROBERT ST N, ST PAUL, MINNESOTA 55101.

      **CLERK OF THE EIGHTH CIRCUIT**, 111 S 10TH ST #22.300, ST. LOUIS MO 63102

## NOTICE OF APPEAL

    **PLEASE TAKE NOTICE:** that on November 17, 2020, Brock Fredin appeals the November 13, 2020 Order disposing of the case to the Court of Appeals.

Dated: November 17, 2020

s/ brock fredin
Brock Fredin
Saint Croix Co, WI 54016
(612) 424-5512 (tel.)
brockfredinlegal@icloud.com
*Plaintiff, Pro Se*

2