# KUTAKROCK

Kutak Rock LLP
60 South Sixth Street, Suite 3400, Minneapolis, MN 55402-4018
office 612.334.5000

K. Jon Breyer
612.334.5057
jon.breyer@kutakrock.com

December 2, 2020

*Via ECF*

The Honorable Susan Richard Nelson
U.S. District Court
316 North Robert Street
772 Federal Building
St. Paul, MN 55101

    Re:    *Fredin v. Miller et. al.* (18-cv-00466 SRN/HB)
              *Fredin v. Middlecamp* (17-cv-03058 SRN/HB)

Dear Judge Nelson,

    This letter is further to my letter of November 30, 2020 addressing Plaintiff Brock Fredin's contemptable conduct in refusing to abide by this Court's November 23, 2020 Order.

    Today Fredin registered and created the following website www.susanrichardnelson.com He has additionally posted this video https://www.youtube.com/watch?v=VyzUwT2wlss to his YouTube channel. These actions are in further violation of the Court's order. It is clear that Fredin does not respect this Court and, consequently, a more drastic approach will be required to curb his unlawful conduct.

    Sincerely,

    */s/ K. Jon Breyer*

    K. Jon Breyer

cc:    Brock Fredin (via ECF)

4827-4359-7779.1