UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

BROCK FREDIN,

           Plaintiff,

  --against--

LINDSEY MIDDLECAMP,

           Defendants.

District Court Case No. 17-CV-3058 (SRN/HB)


BROCK FREDIN,

           Plaintiff,

  --against--

GRACE MILLER,
CATHERINE SCHAEFER,

           Defendants.

District Court Case No. 18-CV-466 (SRN/HB)


BROCK FREDIN,

           Plaintiff,

  --against--

JAMIE KREIL,

           Defendant.

District Court Case No. 20-CV-01929 (SRN/HB)

I, BROCK FREDIN, proceeding *pro se*, hereby certify that:

I met and conferred with opposing parties by:

1. I did not meet and confer as any communication with Defendants is being manipulated and misconstrued for their ulterior purpose to restrict free speech and retaliate.
2. I also did not meet because it's this is an emergency motion and Defendants would obviously disagree and refuse to be reasonable.

Discussing the following motion:

**PLAINTIFF'S MOTION TO VACATE**

As a result of the meet-and-confer, the parties:
(Check the box that applies.)

☒ Do **not** agree on the resolution of any part of the motion.

☐ Agreed on all or part of the motion and request that the Court incorporate the following agreement in an order:

Dated: December 4, 2020

                                  s/ Brock Fredin
                                  Brock Fredin
                                  Saint Croix Co, WI
                                  (612) 424-5512 (tel.)
                                  brockfredinlegal@icloud.com
                                  *Plaintiff, Pro Se*