# Brock Fredin

Phone: (612) 424-5512 • E-Mail: brockfredinlegal@icloud.com

Date:  December 10, 2020

**BY ECF**

Susan Richard Nelson
United States District Court
316 Robert St N
Saint Paul, MN 55101

    Re:    *Fredin v. Miller et al.*, Case No. 18-CV-466-SRN
               *Fredin v. Middlecamp*, Case No. 17-CV-3058-SRN
               *Fredin v. Kreil*, Case No. 20-CV-01928-SRN

Dear Judge Nelson:

I am writing to request additional time to file my show cause response.  Specifically, I am requesting until Friday December 11 at 11:59PM.

I need additional time given that Mr. Breyer filed a coordinated pile-on show cause motion yesterday in concert with Robins Kaplan, LLP and Ms. Lockner.

Thank You for Your continued courtesies and attention to this matter.

                                              Respectfully submitted,

                                              s/ Brock Fredin
                                              Brock Fredin

cc:    Karl Johann Breyer (by ECF)
cc:    Anne M. Lockner (by ECF)