# Brock Fredin

Phone: (612) 424-5512 • E-Mail: brockfredinlegal@icloud.com

Date:  December 22, 2020

**BY ECF**

Judge Susan Richard Nelson
United States District Court
316 Robert St N
Saint Paul, MN 55101

    Re:    *Fredin v. Miller et al.*, Case No. 18-CV-466-SRN
              *Fredin v. Middlecamp*, Case No. 17-CV-3058-SRN
              *Fredin v. Kreil*, Case No. 20-CV-01928-SRN

Dear Judge Nelson:

I am writing to request additional time to file my reply to Defendants December 14, 2020 response with respect to my December 4, 2020 motion to vacate the Court's facially unconstitutional November 23, 2020 Order.  (*See Fredin v. Middlecamp*, Dock. No. 285; *Fredin v. Kreil*, Dock. No. 88).  I plan on filing my reply tonight.

Thank You for Your continued courtesies and attention to this matter.

                                                            Respectfully submitted,

                                                            s/ Brock Fredin
                                                            Brock Fredin

    cc:    Karl Johann Breyer (by ECF)
    cc:    Anne M. Lockner (by ECF)