UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

BROCK FREDIN,

          Plaintiff,

--against--

LINDSEY MIDDLECAMP,

          Defendants.

District Court Case No. 17-CV-3058 (SRN)

---

BROCK FREDIN,

          Plaintiff,

--against--

GRACE MILLER,
CATHERINE SCHAEFER,

         Defendants.

District Court Case No. 18-CV-466 (SRN)

---

BROCK FREDIN,

         Plaintiff,

--against--

JAMIE KREIL,

         Defendant.

District Court Case No. 20-CV-01929 (SRN)

## **DECLARATION**

1

STATE OF WISCONSIN           }
                             ss:
COUNTY OF SAINT CROIX        }

BROCK FREDIN, being duly sworn, deposes and says:

1. I am the Plaintiff in the above-captioned proceeding. I submit this declaration in response to the Court's January 8, 2021 show cause Order. [*Fredin v. Kreil*, Dock. No. 110.]

## REMOVAL OF WEBSITES AND VIDEOS

2. The Court ordered several websites and videos to be removed in its November 23, 2020 Order. These websites and videos contain constitutionally protected criticism. I have removed those websites or videos pursuant to the January 8, 2021 Order.

3. It bears noting, Defendants content is still publicly available, has been for many years, and apparently will continue to be for my lifetime. Defendants extort me with a lifetime of their abuse. This includes their lifetime physical threats to my safety.

4. The Court is selectively applying unequal prejudicial standards in furtherance of Defendants unlawful conduct.

5. The Court's conduct to enable Defendants torture and abuse asserted against me is disturbing, sickening, and truly evil.

Dated: January 22, 2021

s/ Brock Fredin
Brock Fredin
Saint Croix Co., WI
(612) 424-5512 (tel.)
brockfredinlegal@icloud.com
*Plaintiff, pro se*