# Brock Fredin

Phone: (612) 424-5512 • E-Mail: brockfredinlegal@icloud.com

Date:  January 22, 2021

**BY ECF**

Susan Richard Nelson
United States District Court
316 Robert St N
Saint Paul, MN 55101

Re:  _Fredin v. Miller et al._, Case No. 18-CV-466-SRN
_Fredin v. Middlecamp_, Case No. 17-CV-3058-SRN
_Fredin v. Kreil_, Case No. 20-CV-01928-SRN

Dear Judge Nelson:

I am stunned the Court would use federal power to humiliate and endanger me on behalf of a racist Special Assistant United States Attorney.  Moreover, the Court has once again applied its knee to my neck.  This is next level corruption and violence.  The Court planned this for years (namely banning discovery, multiple sanctions without a hearing, treating me as a second-class citizen).  The Court is now forcing me to remove constitutionally protected criticism.  The Court ordered declaration is submitted in conjunction with this letter.

In addition to the Defendants violent and corrupt tactics within the Minneapolis and Saint Paul City Attorneys' Office, Defendants have exploited online tactics in baselessly publishing countless Tweets to thousands of people, statements to the _City Pages_ tabloid resulting in hundreds of thousands of views, used their best friends to physically threaten me, used their friends or families Twitter accounts (namely Tony Webster/@Webster and Emma Miller/@ Emmamil87) to continue disparaging and attacking me for a four (4) year period.[1]  Moreover, Defendants now extort me with threats of lifetime online attacks.  Yet, this Court decides to selectively apply an injunction against me for exercising First Amendment rights?  This is outrageous!

The animating promise of this Country is that all men and women are created equal. Minnesota's radical Congresswoman, Ilhan Omar, even said so herself yesterday, "[w]e already have laws on the books … you are just gonna have to learn to apply them equally."[2] And, today, Congresswoman Omar said "[w]e must resist the very human desire for revenge and insist on a system of justice that respects everyone's rights and essential

---

[1] _See_ https://twitter.com/CardsAgstHrsmt/status/829755803921944576
[2] _See_ https://twitter.com/IlhanMN/status/1352343441548726272.

dignity."[3]  If this is true, which it is not, where the Court has done everything to subvert these equal standards, the question then is why hasn't the Court applied its injunction equally to Defendants?  I am demanding to know.

Instead, this Court, the most powerful Court in Minnesota, facilitates Defendants torture to enable Defendants to illegally kidnap and throw me in a state court jail for criticizing their actions, destroys my family, career, and ruins my life.  The Court's enablement of this violence is unequivocally evil.  The Court refuses to provide me any form of justice.  The Court refuses to provide accountability to Defendants.  The Court's conduct is precisely the same as Defendants where it now attempts to abuse its "inherent authority" to throw me in jail for constitutionally protected criticism.  Put simply, this is beyond pathetic, sickening, and disturbing.  The Court knows it cannot provide injunctive relief using ordinary *Dataphase* standards.  Instead, it abuses its power by using its inherent power to sanction.

What does this say about the Court?  That it has to resort to exploiting the law, abusing ordinary injunctive legal standards, to abusing its power, in order to silence a *pro se* Plaintiff who has never attended law school.  The Court's conduct is abdominal, unconscionable, and pure evil.  The Court's November 23, 2020 Order prohibits me from engaging in criticism of Court staff.  The Court's fear is that its evil actions facilitating Defendants torture will now metastasize to the Court's staff.  The Court did so to allay concern that Court staff are complicit in its evil actions.  The problem is that it already has metastasized.  The Courts staff is complicit in the Court's evil actions.  I am stunned that law clerks, court reporters, deputies, clerk's office administrative staff or even magistrate judges have not quit in protest.  Each of you must be totally ashamed that you have been complicit in these evil monstrous actions.

These are same actions which taint the federal court and force Americans to lose all trust in American democratic systems.  The Court's selective use of targeted unprecedented injunctions, without any case law citation to similarly ordered injunctions, in violation of the Constitution, in favor of its former law firm, and non-parties to the litigation, is unbelievably outrageous, prejudicial, biased, and corrupt.  The Court would clearly grant any relief Defendants request.  Assuming *arguendo*, If Defendants filed a motion seeking to have me deported to Canada, this Court would immediately order it, even though it would defy federal law or provisions set forth in the US Constitution.  This is the level of bias this Court is engaged in.

---

[3] *See* https://twitter.com/IlhanMN/status/1352671485933080584.

Sincerely,

s/ Brock Fredin
Brock Fredin

cc:    Karl Johann Breyer (by ECF)
cc:    Anne M. Lockner (by ECF)