**The Office of Minnesota Attorney General Keith Ellison**
helping people afford their lives and live with dignity and respect • www.ag.state.mn.us

April 23, 2021

The Honorable Susan R. Nelson
United States District Court
316 North Robert Street
St. Paul, MN  55101

      **Re:**    **Brock Fredin v. Lindsey Middlecamp, Brock Fredin v. Grace Elizabeth Miller, et al.**
           Court File Nos.: 17-cv-03058, 18-cv-466

Dear Judge Nelson:

      The Attorney General's Office submits this letter on behalf of state officials who have been targeted by Mr. Fredin's attacks on judicial process.  Despite this Court's order directing that Mr. Fredin take down his harassing and sanctionable websites, the following three websites targeting a state judge and other state officials remain active: judgepatrickdiamond.com; susanhumiston.com; thomassipkins.com.

      Defendants' counsel first submitted evidence of these specific websites in support of their motion for an injunction.  (*See* Breyer Decl., 17-cv-03058, Doc. No. 215, Ex. 15.)  Each of these websites, like Mr. Fredin's many others, is a sanctionable abuse of judicial process.  Mr. Fredin's brazen and retaliatory attacks on Judge Diamond were discussed in the Court's order.  (Doc. 253 at 7, 13.)  The website on Judge Diamond is designed to intimidate judges who might rule against Mr. Fredin.  Meanwhile, the attacks on Susan Humiston and Thomas Sipkins are designed to intimidate state ethics officials who fail to investigate Mr. Fredin's bogus complaints against attorneys, judges, and court staff.  (*See id.* at 7.)  Ms. Humiston is the director for the Minnesota Office of Lawyers Professional Responsibility, and Mr. Sipkins is the executive secretary for the Minnesota Board of Judicial Standards.

      The Court directed Mr. Fredin to remove a specific list of websites and all "online media substantially similar to those identified above, even though such websites and videos are not specifically identified herein."  (*Id.* at 30.)   Apparently, Mr. Fredin has not complied with that order, and the Court had to issue an order to show cause, demanding that Mr. Fredin explain why he has not taken down the sanctionable material.

In resolving the show cause order, we respectfully request that the Court clearly identify the websites attacking Judge Diamond, Susan Humiston, and Thomas Sipkins as among the sanctionable websites that Mr. Fredin must take down.

Sincerely,

/s/ Jason Marisam
JASON MARISAM
Assistant Attorney General

(651) 757-1275 (Voice)
(651) 282-5832 (Fax)
jason.marisam@ag.state.mn.us