# Brock Fredin

Saint Croix Co., WI 54002 ● Phone: (612) 424-5512 ●
E-Mail: brockfredinlegal@icloud.com

Date: April 26, 2021

**BY ECF**

Susan Richard Nelson
United States District Court
316 Robert St N
Saint Paul, MN 55101

Re: *Fredin v. Miller et al.*, Case No. 18-cv-466-SRN-HB
*Fredin v. Middlecamp*, Case No. 17-cv-3058-SRN-HB

Dear Judge Nelson:

I write in response to the Attorney General's Office letter dated April 23, 2021. The websites concerning Patrick C. Diamond, Thomas Sipkins, and Susan Humiston were raised by Mr. Breyer and here the Court's order is only confined to Defendants, Defendants counsel, and court staff. The Court's order states:

> "Plaintiff must not post or cause to be posted, either himself or by any third party, additional websites, videos, or other publicly accessible online media targeting Defendants, their counsel, or any judge of this Court or member of this Court's staff involved in this litigation." [*Fredin v. Middlecamp*, Dock. No. 253 ¶ 30.]

The Attorney General's Office here clips a sentence from the order "online media substantially similar to those identified above, even though such websites and videos are not specifically identified herein" and claims "Mr. Fredin has not complied with that order." (*See* April 23, 2021 Marisam ltr.) In his letter, Mr. Marisam intentionally and deliberately misrepresents by misquoting the Court's directive. What he did was sanctionable conduct. Just to be clear, his misrepresentation and misleading quotation of the Court's order is sanctionable conduct. To the extent that Mr. Marisam wants the websites removed concerning Mr. Diamond and the others, he is more than welcome to file a lawsuit and have these websites analyzed under First Amendment scrutiny.

The Court's order explicitly excluded state court officials. Even so, the Attorney General's Office, Mr. Sipkins, Ms. Humiston, and Mr. Diamond are not parties to this case and therefore could not be subject to the order.

Furthermore, the show cause order has been resolved and the cases are closed. The Court directed that I provide a declaration showing the websites and videos in question that were

removed.  The websites involving www.thomassipkins.com, www.susanhumiston.com, and judgepatrickdiamond.com are clearly outside the Court's order.  Most importantly, United States Attorney General Merrick Garland indicted Mr. Marisam's office on April 21, 2021 over unconstitutional policing patterns.[1]  Mr. Marisam's letter is a violation of Attorney General Garland's indictment and investigation.

Sincerely,

s/ Brock Fredin
Brock Fredin

cc:   Karl Johann Breyer (by ECF)
      Anne Lockner (by ECF)
      Justice Department Office of the Inspector General (by EMAIL)

---

[1] https://www.justice.gov/opa/pr/attorney-general-merrick-b-garland-announces-investigation-city-minneapolis-minnesota-and