# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Brock Fredin, | Case No. 20-CV-1929 (SRN/HB) |
| Plaintiff, | |
| v. | **ORDER** |
| Jamie Kreil, | |
| Defendant. | |

---

| | |
|---|---|
| Brock Fredin, | Case No. 17-CV-3058 (SRN/HB) |
| Plaintiff, | |
| v. | **ORDER** |
| Lindsey Middlecamp, | |
| Defendant. | |

---

| | |
|---|---|
| Brock Fredin, | Case No. 18-CV-0466 (SRN/HB) |
| Plaintiff, | |
| v. | **ORDER** |
| Grace Elizabeth Miller and Catherine Marie Schaefer, | |
| Defendants. | |

---

Brock Fredin, 1180 Seventh Avenue, Baldwin, WI 54002, Plaintiff *pro se*.

Anne M. Lockner, J. Haynes Hansen, and Ena M. Kovacevic, Robins Kaplan LLP, 800 LaSalle Avenue, Suite 2800, Minneapolis, MN 55402 for Defendant Jamie Kreil.

K. Jon Breyer, Kutak Rock LLP, 60 South Sixth Street, Suite 3400, Minneapolis, MN 55402 for Defendants Lindsey Middlecamp, Grace Elizabeth Miller, and Catherine Marie Schaefer.

---

This matter is before the Court on the filing of a Joint Renewed Motion for Order to Show Cause, [Doc. No. 15 in 20-cv-1929]. The Court sets the following briefing schedule for the motion.

Based upon all the files, records, and proceedings herein, IT IS HEREBY ORDERED THAT:

1. Plaintiff Fredin shall file his response to the motion on or before Monday, January 3, 2022.

2. This matter will be decided on the papers, without oral argument.

3. The parties shall comply with the word limits set forth in Local Rule 7.1(f).


Dated: December 17, 2021

                                                      s/Susan Richard Nelson
                                                      SUSAN RICHARD NELSON
                                                      United States District Judge