**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Brock Fredin,                                                                    Case No. 20-CV-1929 (SRN/HB)

        Plaintiff,

     v.                                                                                    **ORDER**

Jamie Kreil,

        Defendant.

---

Brock Fredin,                                                                    Case No. 17-CV-3058 (SRN/HB)

        Plaintiff,

     v.                                                                                    **ORDER**

Lindsey Middlecamp,

        Defendant.

---

Brock Fredin,                                                                    Case No. 18-CV-0466 (SRN/HB)

        Plaintiff,

     v.                                                                                    **ORDER**

Grace Elizabeth Miller and Catherine
Marie Schaefer,

        Defendants.

---

Brock Fredin, 1180 Seventh Avenue, Baldwin, WI 54002, Plaintiff *pro se*.

Anne M. Lockner, J. Haynes Hansen, and Ena M. Kovacevic, Robins Kaplan LLP, 800 LaSalle Avenue, Suite 2800, Minneapolis, MN 55402 for Defendant Jamie Kreil.

K. Jon Breyer, Kutak Rock LLP, 60 South Sixth Street, Suite 3400, Minneapolis, MN 55402 for Defendants Lindsey Middlecamp, Grace Elizabeth Miller, and Catherine Marie Schaefer.

_____

This matter is before the Court on the filing of a Motion for Rule 11 Sanctions Asserted Against Defendants and Counsel Anne Lockner and K. Jon Breyer [Doc. No. 168 in 20-cv-1929; Doc. No. 323 in 17-cv-3058; Doc. No. 298 in 18-cv-466].  The Court sets the following briefing schedule for the motion.

Based upon all the files, records, and proceedings herein, IT IS HEREBY ORDERED THAT:

1.     Defendants shall file their response(s) to the motion on or before Tuesday, January 19, 2022.

2.     This matter will be decided on the papers, without oral argument.

3.     The parties shall comply with the word limits set forth in Local Rule 7.1(f).

Dated: January 5, 2022

s/Susan Richard Nelson
SUSAN RICHARD NELSON
United States District Judge

2