# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

March 28, 2022

Scott S. Harris
Clerk of the Court
(202) 479-3011

Clerk
United States Court of Appeals for the Eighth Circuit
Thomas F. Eagleton Courthouse
111 S. 10th Street, Room 24.329
St. Louis, MO 63102-1125

Re: Brock Fredin
v. Lindsey E. Middlecamp, et al.
No. 21-1113
(Your No. 20-3487, 20-3513, 20-3516, 20-3525, 20-3528, 21-1132, 21-1134, 21-1135)

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The petition for a writ of certiorari is denied.

Sincerely,

**Scott S. Harris**, Clerk